UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David W. Lynas, as Trustee for the next-of-kin of James C. Lynas, | Civil File No. 18-cv-2301 JRT/KMM |
| Plaintiff, | |
| v. | |
| Linda S. Stang, et al., | |
| Defendants. | |

Exhibit 4: Chemical withdrawal questionnaire completed by MEnD staff

(Deposition exhibit 24).



 **Chemical Withdrawal Questionnaire**

Inmate Name: Lynas, James    DOB: ████    ID: 12010   Allergies: NKDA

Vitals: T: 98.4   P: 94   R: 16   BP: 112/82   WT: ____   O2 Sat: 98

PBT: ____ @ ____    ____ @ ____    ____ @ ____    ____ @ ____

| Drug | Amount of Use | Frequency of Use | Duration of Use | Last Use |
|---|---|---|---|---|
| Heroin | ½ - 1 g | Daily | 1 yr. | 10/31/17 |
| Meth | 1 g/wk | weekly | 1 yr. | 10/30/17 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

1. History of withdrawal symptoms? Seizures?
   Cold Sweats, Ø Seizures

2. Does the inmate take any prescription medications? If yes:
   Ø meds

3. Urine Drug Screen results:
   + mAMP, +Amp, +BZO, -OPI, -PCP, -BAR, -THC, COC

On-Call Medical Staff Notified?    ☐ Yes   ☒ No (If yes, see HT/CO Incident Call Sheet)

CO Print/Signature: AK, 4321    Date: 11/1/17   Time: 2300

Facility: _____