HEALTH ASSESSMENT COMPLETE
11.3.17.



### Sherburne County Sheriff
13880 Business Center Dr | Elk River, MN 55330 | Phone: (763) 765-3500

## CMS Booking Sheet Report

Wednesday, November 1, 2017
5:42:07 pm

** For official use only **

| Booking No 17-005231 | Booking Date 11/01/17 13:38 | Sex M | Race White | Hair Brown | Eyes Blue |
|---|---|---|---|---|---|

| SPN# 12010 | Name Lynas, James Carr | Height 602 | Weight 140 | |
|---|---|---|---|---|

| Address 27320 136th St NW Zimmerman, MN 55398 | Phone# 763-568-4996 -- | State ID MN06061533 | Photo Date: 11/01/17 17:39 |
|---|---|---|---|

| DOB 10/10/1986 | Age 31 | SSN 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 Alien# A | FBI 242366MC1 | |
|---|---|---|---|---|

| Place of Birth Buffalo, MN | Citizen UNITED STATES | Custody Level | Inmate Type Anoka Boarder |
|---|---|---|---|

| Confine Reason Boarder | Arrest Date 11/01/17 13:00 | Release Reason | Release Date |
|---|---|---|---|

**Scars/Marks/Tattoos**
200 Abdomen Tattoo
201 Left Ankle Tattoo
203 Left Arm Tattoo (Non Specific)
207 Back Tattoo
214 Chest Tattoo

Reviewed by RN
Date: 11/1/17
Time: 0200
Initials: VB.RN

CONSENT FORM SIGNED
DATE: 11/1/17

| Relative | Relationship | Phone# |
|---|---|---|

| Employer Garly Foundry | Occupation Laborer |
|---|---|

| Agency Case # ORI # Court Case # | Charge Code Charge Description | Class | **Charge** Charge Date | Est.Compl DT | Document Type Disposition | Bond Amount |
|---|---|---|---|---|---|---|
| 1709756 MN002013G | 169A.20.1(5) DWI-FEL-Oper Mv-Alc Concentration 0.08 W/l 2 Hours | Felony | 11/01/17 | 01/18/18 | Straight Time Commitment | NYDA |

Officer Signature: ✓ UDS

Inmate Signature: ✓ 30 mm c/w

Sergeant Signature:

MD-20
MH-13
TB-4

EXHIBIT
A

MEnD_000001



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

---

**CMS Medical Report**                                   Printed On: 11/01/17 17:42

| | | | |
|---|---|---|---|
| SPN : | **12010** | Name : | **Lynas, James Carr** |

DOB : **10/10/1986**

Booking#: **17-005231**   Completed By : **2227-Leandro, Refugio**   Date & Time : **11/01/2017 17:37**

---

## Medical Questions

| | YES | NO |
|---|---|---|
| 1) Are you currently taking prescribed medication(s)?<br>Está tomando medicamentos recetados? | ☐ YES | ☑ NO |
| 2) Do you have diabetes?<br>Tienes diabetis? | ☐ YES | ☑ NO |
| 3) Have you ever had a seizure?<br>Alguna vez ha tenido una convulsión? | ☐ YES | ☑ NO |
| 4) Do you have a history of heart disease or any current heart problems?<br>Tiene antecedentes de enfermedad cardiaca o tiene problemas cardíacos? | ☐ YES | ☑ NO |
| 6) Do you have high blood pressure?<br>Tiene la presión de sangre alta? | ☐ YES | ☑ NO |
| 7) Are you allergic to any medications or foods?<br>Es alérgico a algún medicamento o comida? | ☐ YES | ☑ NO |
| 8) Are you on a restricted diet prescribed by a medical doctor?<br>Está usted en una dieta restringida prescrita por un médico? | ☐ YES | ☑ NO |
| 9) Do you have asthma?<br>Tienes asma? | ☐ YES | ☑ NO |
| 10) Have you recently been hospitalized or seen by a medical doctor?<br>Recientemente ha sido hospitalizado o visto por un medico? | ☐ YES | ☑ NO |
| 11) Are you, or could you possibly be pregnant?<br>Es usted, o podría usted posiblemente estar embarazada(o)? | ☐ YES | ☑ NO |
| 12) Have you given birth in the last 6 weeks?<br>Ha dado a luz en las últimas 6 semanas? | ☐ YES | ☑ NO |
| 13) Are you currently receiving dental treatment or have any major dental conditions or concerns at this time?<br>Recibe tratamiento dental o tiene alguna condición o preocupación dental importante en este momento? | ☐ YES | ☑ NO |
| 5) Have you had any major injuries, including head trauma in the last 3 days? | ☐ YES | ☑ NO |

## Infection and Communicable Disease

| | YES | NO |
|---|---|---|
| 14) Do you have hepatitis?<br>Tiene hepatitis? | ☐ YES | ☑ NO |
| 15) Have you ever been told that you have active Tuberculosis?<br>Alguna vez le han dicho que tiene Tuberculosis activo? | ☐ YES | ☑ NO |

---



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

---

**CMS Medical Report**

Printed On: 11/01/17 17:42

| | | |
|---|---|---|
| 16) Have you been given a TB Mantoux test or been x-rayed for TB in the last 12 months?<br>Le han hecho una prueba de TB Mantoux o a sido radiografiado(a) para detectar la tuberculosis en los últimos 12 meses? | ☐ YES | ☑ NO |
| 17) Have you ever tested positive for the HIV virus?<br>Alguna vez ha resultado positivo para el virus del VIH? | ☐ YES | ☑ NO |
| 18) Do you have any significant open sores, wounds or boils?<br>Tiene llagas abiertas significativas, heridas o abscesos en la piel? | ☐ YES | ☑ NO |
| 19) Are there any other medical conditions or health issues that we should know about?<br>Hay alguna otra condición médica o problemas de salud que debamos conocer? | ☐ YES | ☑ NO |

**Substance Use/Abuse**

| | | |
|---|---|---|
| 20) Have you used street drugs or abused prescription medication in the last 7 days?<br>Ha utilizado drogas de venta libre o  abusado medicamentos de receta?? en los últimos 7 días? | ☑ YES | ☐ NO |

20A) If yes, what kind?
Si es así, de qué tipo?

**opiates, meth**

20B) Mode of use?
Modo de uso?

**smoke**

20C) Amounts used?
Cantidades utilizadas?

**half gram**

20D) Frequency of use? Frecuencia de uso?

**daily**

20F) How long have you been using?
Cuánto tiempo llevas usando?

**1 year**

| | | |
|---|---|---|
| 20G) Do you have a history of any problems that occurred when you stopped using drugs?<br>Tiene antecedentes de algún problema que ocurrió cuando dejó de usar drogas? | ☐ YES | ☑ NO |
| 21) Have you used alcohol in the last 7 days?<br>Ha utilizado alcohol en los últimos 7 días? | ☐ YES | ☑ NO |

20E) Last used? Utilizado por última vez?

**yesterday**

**Staff's Observations**

---



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

---

**CMS Medical Report**                                    Printed On: 11/01/17 17:42

| | | |
|---|---|---|
| 22) Does the Inmate/Detainee have obvious pain, bleeding, signs of trauma or illness, or any other symptoms suggesting a need for immediate medical service? | ☐ **YES** | ☑ **NO** |
| 23) Are there any concerns for infection or any communicable/contagious conditions? | ☐ **YES** | ☑ **NO** |
| 26) Any noticeable body deformities or other physical abnormalities? | ☐ **YES** | ☑ **NO** |
| 27) Any fresh needle marks or other obvious indications of drug use? | ☐ **YES** | ☑ **NO** |
| 28) Does the Inmate/Detainee appear to have a new tattoo(s)? | ☐ **YES** | ☑ **NO** |
| 24) Does the Inmate/Detainee appear to be under the influence of drugs or alcohol or have you been given information that the Inmate/Detainee may be under the influence? | ☐ **YES** | ☑ **NO** |
| 25) Are there any visible signs/symptoms of alcohol or drug withdrawal? | ☐ **YES** | ☑ **NO** |
| 29) Are there any other things to note about the Inmate/Detainee's behavior, mental status, conduct, behavior, appearance or ease of movement? | ☐ **YES** | ☑ **NO** |
| 30) Was there an interpreter used? | ☐ **YES** | ☑ **NO** |

**Medical Disposition of the Inmate/Detainee**

| | | |
|---|---|---|
| A) Cleared for general population with routine notification to medical personnel. | ☑ **YES** | ☐ **NO** |
| B) Cleared for general population with appropriate referral to medical personnel:  (Yes to question 2,3,4,5,18,20,21 and/or 23) | ☐ **YES** | ☑ **NO** |
| C) Medical personnel notified immediately to provide further direction prior to the inmate/detainee being assigned to housing. (On-call service shall be used after hours) (Yes to any questions 22,25 and/or PBT is .25 or greater) | ☐ **YES** | ☑ **NO** |

signature


_____        11/01/2017 17:37
Signature                          Date

---



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

---

**CMS Mental Health**

Printed On: 11/01/17 17:43

---

**Booking# :**   17-005231       **Name :**       Lynas, James Carr     **SPN :** 12010

**Interview Dttm :** 11/01/2017 17:38     **Interviewed By :** 2227-Leandro, Refugio

---

## Mental Health Questions

1) Have you recently experienced a significant loss (job, relationship, death of someone close to you, etc.)?
Recientemente a tenido una pérdida significativa de (trabajo, relación, muerte de alguien cercano a usted, ect.)?   ☐YES   ☑NO

2) Do you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head?
Cree que alguien le puede controlar su mente poniendo pensamientos en su cabeza o sacando pensamientos de su cabeza?   ☐YES   ☑NO

3) Do you currently feel that other people know your thoughts and can read your mind?
Siente que otras personas conocen sus pensamientos y pueden leer su mente?   ☐YES   ☑NO

4) Have you currently lost or gained as much as two pounds a week for several weeks without even trying?
A perdido o ganado hasta dos libras a la semana durante varias semanas sin siquiera intentarlo?   ☐YES   ☑NO

5) Have you or people close to you noticed that you are currently much more active than you usually are?
Usted o las personas cercanas a usted notaron que usted esta mucho más activo(a) de lo que usualmente esta?   ☐YES   ☑NO

6) Do you currently feel like you have to talk or move more slowly than you usually do?
Siente que tiene que hablar o moverse más lentamente de lo normal?   ☐YES   ☑NO

7) Have there currently been a few weeks when you felt like you were useless or sinful?
A habido algunas semanas en las que se a sentido inútil o que a pecado?   ☐YES   ☑NO

8) Have you ever attempted suicide?
Alguna vez a intentado suicidarse?   ☐YES   ☑NO

9) Are you thinking of harming yourself at this time?
Está pensando en hacerse daño en este momento?   ☐YES   ☑NO

10) Are you now, or have you ever been treated for a mental or emotional problem?
Es usted ahora, o le an tratado para un problema mental o emocional?   ☐YES   ☑NO

11) Are you currently prescribed medication for emotional or mental health problems?
Recientemente está tomando medicamentos para problemas emocionales o de salud mental?   ☐YES   ☑NO

---



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

---

**CMS Mental Health**  Printed On: 11/01/17 17:43

---

12) Have you ever received inpatient and/or outpatient psychiatric treatment?
Alguna vez a recibido tratamiento psiquiátrico para pacientes hospitalizados y / o ambulatorios?  ☐YES  ☒NO

13) Have you ever been treated for substance abuse?
A sido tratado alguna vez por abuso de sustancias?  ☒YES  ☐NO

13A) If yes, when?
Si la respuesta es sí, cuándo?

**2013**

13B) If yes, where?
Si la respuesta es sí, donde?

**unity lyric buiding**

13C) If yes, what substance(s)?
Si la respuesta es si, qué sustancia(s)?

**alcohol**

14) Do you have any other mental health complaints/concerns at this time?
Tiene alguna o otra queja/preocupación de salud mental en este momento?  ☐YES  ☒NO

---

**Officer Observation**

---

15) Does the Inmate/Detainee appear to be mentally ill, mentally challenged or otherwise vulnerable?  ☐YES  ☒NO

16) Does the inmate/detainee's behavior suggest the risk of harm to self or others?  ☐YES  ☒NO

17) Is the inmate/detainee exhibiting any symptoms psychosis, depression, anxiety and/or aggression?  ☐YES  ☒NO

18) Was an interpreter used?  ☐YES  ☒NO

---

**Disposition of Inmate/Detainee**

---

Signature and Date:

A) Cleared for general population with routine notification to medical personnel.  ☐YES  ☒NO

B) Medical personnel notified immediately to provide further direction prior to the inmate/detainee being assigned to housing. (answered "yes" to question 9, 16 and/or 17) On call service shall be used after hours.  ☐YES  ☒NO

---

_____  11/01/2017 17:38
Signature  Date

---

 **SHERBURNE COUNTY JAIL CONSENT TO TREATMENT** 

_James Lucas_
NAME

_10 10 86_
DATE OF BIRTH

_12010_
SPN

I hereby give my consent to the Sherburne County Jail medical provider, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications, or other procedures recommended by the medical provider.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by the medical staff.

I also authorize the transfer of my medical records, or copies of said records, to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand that if I am released from the Sherburne County Jail with medications, they may be in a non-childproof container and therefore I am responsible for them.

I understand I may withdraw this consent to any specific treatment, at any time, by refusing the treatment or test.

I sign this willingly, in full understanding of the above, and release Sherburne County Jail and its medical provider, its employees and agents from any and all liability that may arise from this action.

SIGNATURE                                         DATE

WITNESS _343_                                     DATE _11/1/17_

MEnD_000007

 **SHERBURNE COUNTY JAIL INFECTIOUS DISEASE SCREENING** 

Staff Badge# _____   Date: _____   Temperature: _____ F   Height: _____   Weight: _____

Inmate Name _____   PIN# _____

### PLEASE CIRCLE THE CORRECT RESPONSE

1. Have you ever tested positive for tuberculosis/TB?
       YES      (NO)

   If yes, did you take a FULL course of medicine to treat it?
       YES      NO
       (0)      (2)

2. Do you have a <u>productive</u> (coughing up phlegm) or an ongoing cough that has lasted more than 3 weeks?
       YES      (NO)
       (6)      (0)

   If yes, do you have chest pain?
       YES      (NO)
       (4)      (0)

3. Have you been coughing up blood from your lungs?
       YES      (NO)
       (8)      (0)

4. Are you having?

   Fevers as high or higher than 100 degrees for more than a week?
       (YES)      NO
       (3)      (0)

   Frequent night sweats?
       (YES)      NO
       (3)      (0)

   Weight loss of more than 10lbs. in the past 1-2 months?
       YES      NO
       (3)      (0)

5. Have you had close contact with someone who has a cough for several weeks or who has active tuberculosis/TB?
       YES      (NO)
       (4)      (0)

Score: _____   If 10 or more, move to medical segregation and notify medical staff.   MEnD_000008



## SHERBURNE COUNTY JAIL
## MEDICAL UNIT – FOOD ALLERGY



If you indicate that you have had an allergic reaction to a certain type of food(s). This is to inform you of the following:

1. If you have a certain food that you do not prefer, it is best not to indicate this as an allergy as this will affect your meal tray.

2. If a food allergy is indicated, your provided meal tray will be specific to your indicated food allergy.

3. You will **NOT** be restricted from food commissary purchases; however commissary purchases are considered a privilege and can be restricted if it is deemed medically necessary for any reason at any time.

4. If you have a specific food allergy and choose to purchase commissary it is **YOUR** responsibility to determine which items you can purchase.

By signing below, you are acknowledging the above information. It is your responsibility to indicate a true reaction to a specific food item so that your provided meal trays will be specific to your allergy.

You have the right to refuse to sign this form, but in doing so, that does not prohibit the Sherburne County Jail Medical Unit from placing you on an allergy diet as this is a safety issue for both you and the Sherburne County Jail.

*Check One:*

☐ I **do not** have a food allergy.

☐ I **have** a food allergy to the following: _____

_____        12010        11/1/17
Inmate/Detainee Signature                SPN          Date

MEnD_000009



# Health Assessment

☒ Initial     ☐ < 90 days update (*)     ☐ Annual update

**CORRECTIONAL CARE**

### Personal Statistics *

Inmate Name: Lunas. James    DOB: 10/10/86    ID#: 12010

County: Sherburne    Home Zip Code: 55398    SS#: - -9777.

Insurance Information: Blu Plus    Expected Court/Out Date: Anoka.

Adult Community Based Services? ☒ No    ☐ Yes:

Last Tetanus: ☐ ≤ 5 years   ☐ ≥ 5 years   ☒ Unknown 21    Allergies: ☒ NKDA ☐ Yes:

T: 97.9   P: 74   R: 15   B/P: 113/73 ☒ RA ☐ O₂: 99% LHT: 6'2   WT: 159

Interpreter Required? ☒ No ☐ Yes – Language:

### Medications/Treatments/Clinic Review *

Current Medications/Treatments: ☒ Denies ☐ Yes

Primary Clinic: N.R    Primary Pharmacy: N.A.

### Systems Review

| | | |
|---|---|---|
| Neurological: | ☒ Denies | ☐ Yes: |
| Seizures: | ☒ Denies | ☐ Yes: |
| Stroke: | ☒ Denies | ☐ Yes: |
| TBI: | ☒ Denies | ☐ Yes: |
| Skin: | ☒ Denies | ☐ Yes: |
| Vision: | ☒ Denies | ☐ Yes: |
| Ears: | ☒ Denies | ☐ Yes: |
| Dental Emergencies: | ☒ Denies | ☐ Yes: |
| Dentures: | ☒ Denies | ☐ Yes: |
| Chest/Lungs/Heart: | ☒ Denies | ☐ Yes: |
| Asthma: | ☐ Denies | ☒ Yes: outgrew as child |
| Hypertension: | ☒ Denies | ☐ Yes: |
| Stomach/Bowel/Bladder: | ☐ Denies | ☒ Yes: diarrhea from withdrawal. None Now |
| Diabetes: | ☒ Denies | ☐ Yes - ☐ Diet Controlled ☐ Oral ☐ Insulin |
| Neck/Back/Ortho: | ☒ Denies | ☐ Yes: |
| Surgery History: | ☐ Denies | ☒ Yes: Nose & Nasal cavity 2016. Nose cut off. |
| Disabilities/Special Needs: | ☒ Denies | ☐ Yes: |
| MRSA/Infectious Diseases: | ☒ Denies | ☐ Yes: |
| STDs: | ☒ Denies | ☐ Yes: |
| Hepatitis: | ☒ Denies | ☐ Yes: |
| Other: | ☐ Denies | ☒ Yes: Nose cut off last year. |
| Pregnancy Status (females): | ☒ Denies/NA | ☐ Yes - Test Confirmed? ☐ Yes ☐ No  LMP: |

### PREA *

Have you ever been a victim of sexual violence? (Declare you are a mandated reporter.) ☐ Yes  ☒ No
*(If yes, complete PREA – Past Sexual Victimization Reporting Guidelines form.)*

Inmate Name: **Lynas, James**   DOB: 10/10/86   ID: 12010

## Orientation/Mental Health Review *

| | | | |
|---|---|---|---|
| Level of Consciousness: | ☒ Alert | ☐ Verbal | ☐ Pain | ☐ Unresponsive |
| Orientation: | ☒ Oriented x 3 | ☐ Disoriented x 3 | | ☐ Unable to assess |
| | ☐ Not oriented to person | ☐ Not oriented to place | | ☐ Not oriented to time |

Affect/Behavior:  ☒ Calm  ☐ Agitated  ☐ Anxious  ☐ Depressed  ☒ Cooperative
☐ Crying  ☐ Fearful  ☐ Hostile  ☐ Inappropriate  ☐ Restless  ☐ Flat

Mental Health Diagnosis:  ☐ Denies  ☒ Yes: Dep. Anxiety, ADD - 11yrs ago
Suicidal Ideation:  ☐ Denies  ☒ Yes: y/o last night when stomach hurt   (If yes to any Mental Health Review Questions, use Suicide Risk Screening Form.)
Past Suicide Attempts:  ☒ Denies  ☐ Yes:
Chemical Dependency History:  ☐ Denies  ☒ Yes: Heroin
Drug Tested:  ☐ No  ☒ Yes – Date/Results: see sheet on watch.   Score 16.

## Tuberculosis Screening *

Have you had a tuberculosis test in the past?  ☐ Denies  ☒ Yes – Date & Results: Here 5mo ago
Have you ever been told you had TB?  ☒ Denies  ☐ Yes – Where:
Have you ever taken any medications for TB?  ☒ Denies  ☐ Yes – Where:
Have you ever been told your immune system is not working right?  ☒ Denies  ☐ Yes – Where:
Do you have any of the following symptoms? (Check box if inmate answers yes.)

*withdrawl*

☐ Chest pain  ☐ Bloody spit  ☐ Cough lasting more than 3 weeks
☐ Loss of appetite  ☒ Night sweats  ☐ Fever  ☐ Chills
☐ Weight loss without trying  Amount:

## Mantoux Test

TB screening of inmates and employees of Minnesota Correctional facilities is required by law (MN Statute 144.445). An individual refusing to submit to the TB screening shall:  1. Submit to a chest x-ray and be financially responsible for that x-ray.   2. Be placed in medical segregation until a determination of risk is made.

Date Given: 11.3.17  Lot #: 8010544  Expiration #: /18  Dose: 5 TU 0.1ml (LRA) Given by: Mon-PXRN
Date Read: 11/5/17  Results: 0mm  Read by: CL/3BB
Chest X-ray Ordered:  ☒ No  ☐ Yes – Date Ordered:
MPRN

## Nursing Assessment *

Patient reporting stomach pain in the center of his abdomen which started last night. Patient reports that it feels like a burning feeling gets worse when he lays down. Will treat per protocol with Maalox 30cc tid prn x 3 days. Patient reports that he was in a lot of pain last night and had thoughts of self harm because of his stomach. Patient denies any thoughts of self harm now. Patient started on mH process process. Explained and person verbally understanding. Reviewed above with mental Health f/u w/u report in clinic as needed. pt agrees

## Release Statement *

I understand that information I provide will be used to develop my medical plan of care while I am in the jail setting. The information will be accessible only to individuals who work in the Jail Medical Unit or whose work requires it. Should medical care outside the jail setting become necessary, the health information contained in my record may be shared with other health care providers, MDH, or Correctional Facilities to assure continuity of care.

I agree to allow the medical staff to inquire about my current medical condition and/or medications with my current physician/clinic/pharmacy.

I agree to participate in my medical plan of care with the medical staff at the jail.

| | | | |
|---|---|---|---|
| Inmate Signature: | | Date: | Time: |
| Nurse Print/Signature: Mon-PXRN | | Date: 11.3.17 | Time: |
| Medical Provider Print/Signature: | | Date: 11-10-17 | Time: |

**MEnD** CORRECTIONAL CARE

# Suicide Risk Screening Form

Inmate Name: _James Lynn_   DOB: _10/10/80_   ID: _12010_

**Indication for Screening:**

[x] Abnormal Health Assessment Screen   [ ] BDI Score >40   [ ] Altered Mental Status

[ ] Current Suicidal Remarks/Actions   [ ] Currently on Suicide Watch/Observation   [ ] MHW

[ ] Other _____

Inmate appears to engage sufficiently to consider this a valid assessment? [x] Yes [ ] No

| | Low Risk 0 | 2 | 4 | 6 | 8 | High Risk 10 |
|---|---|---|---|---|---|---|
| Plan | Denies/None | Vague, uncertain plan | Clear thoughts, reflective | Some specific | Written note and/or well thought out plan | Note written, time, place, and method chosen |
| Method | Denies/None | Undecided | Pills, cutting | CO, gas, oven, car | Hanging, jumping | Gun |
| Availability | Denies/None | Method unavailable | Can acquire easily | Some effort required to prepare | Method ready in the home | Method in hand |
| Time | Denies | No time specified | Specified vaguely, within weeks | Day and time chose, within a week | Plan to complete today | Plan in progress |
| Prior Attempt | Denies | 1 or 2 gestures, low risk attempts | 3 or more gestures, medium risk attempts | History of many threats/attempts | History of highly lethal attempt at least once | Multiple serious attempts |
| Depression | Denies | Feeling low or blue | Mild depression | Chronic depression | Major depression | Major depression and hopelessness |
| Stress Level | Denies | No specific stress or loss | One minor conflict or loss | Several concurrent stressors | Major loss or conflict | Several meaningful losses and changes |
| Health (non-mental) | Denies | Transitory illness (comes and goes) | Acute illness | Disability or chronic health problems | Severe illness or injury, and/or recent diagnosis | Terminal illness and/or recent diagnosis |
| Isolation (Feelings) | Has good support system | Others present and semi-supportive | Roommate/notable other, semi-involved | Others present but not supportive | Alone, no help nearby | Alone, isolated |
| Mood | A & O x 3 | Coherent | Intoxicated/hallucinating | Distressed/tearful | Depressed/angry | Paranoid/delusional |

Total Risk Assessment Score: _16_
*A total of 36 points or more requires intervention (Medical Provider or Mental Health Consult or Suicide Watch/FWBC).*

Intervention/Follow-Up Plan: _Started on MH process._
_____
_____
_____
_____

Assessor's Signature: _J Thompson_   Date: _11-20-17_

MEnD_000012



# Flow Sheet - Chemical Withdrawal

CORRECTIONAL CARE

Inmate Name: _Lynas, James Carr_   DOB: _10/10/86_ ID: _12010_
Allergies: _NKDA_   Health Assessment Completion Date: _____

| See Scoring Guide On Back | Time/Date 1530 7/5/17 | Time/Date 0715 7/6/17 | Time/Date / | Time/Date / |
|---|---|---|---|---|
| Eating Disturbances | Ø | Ø | | |
| Tremor | Ø | Ø | | |
| Sleep Issues | Ø | Ø | | |
| Orientation | Ø | Ø | | |
| Hallucinations | Ø | Ø | | |
| Communications | Ø | Ø | | |
| Agitation | 2 | Ø | | |
| Sweating | | Ø | | |
| Temperature | 98.1  Ø | 97.2°F  Ø | | |
| Pulse | 106  3 | 104  3 | | |
| Blood Pressure | 124/86  Ø | 129/87  2 | | |
| **Total Score** A score of 10 or more contact MD for further orders. | 4 | 5 | | |
| Medical Provider Contacted? | NO | No | | |
| Assessor's Signature | AK, 4321 | AP, RN | | |

**Note: Every scoring requires a nursing note below with date & signature.**

Follow-Up Plan/Miscellaneous: 7/5/17- Pt seen in clinic & provided urine.
Pt positive for Bupropion, Amp & mAmp. Pt stated he was having
withdrawal symptoms of nausea, tremors, & cold sweats. Pt
denies any seizure or stroke history. No tremor noted
w/ hands extended or tongue extended. Pt was fidgeting
and restless during assessment. Pt denies any other
medications or medical diagnoses. RN to follow up w/
clinic as needed.                                              AK, 4321
7/6/17 - Pt denies nausea, vomiting or diarrhea. Reports eating and sleeping
well. Reports intestines are starting to "rumble" but no issues yet. Calm and
cooperative. Skin dry. Sat still in chair. Clear speech. Steady even gait.
Pt teaching completed on lowered tolerance of OPI and risks of going
back to previous dose. Pt teaching on importance of staying hydrated.
Recommended pt seek medical care on outside if released from
court today due to pt thinks he will be released today. Pt verbalized
understanding and agreed he would follow up c primary clinic. RN to see pt tomorrow. AP, RN
7/7/17 - Pt released on 7/6/17. ————                              AP, RN

MEnD_000013

## MEND CORRECTIONAL CARE

# Chemical Withdrawal Questionnaire

Inmate Name: Lynas, James   DOB: 10/10/86 ID: 12010 Allergies: NKDA

Vitals: T: 98.1 P: 106 R: 15 BP: 124/86   WT: _____ O2 Sat: 97

PBT: _____ @ _____   _____ @ _____   _____ @ _____   _____ @ _____

| Drug | Amount of Use | Frequency of Use | Duration of Use | Last Use |
|------|---------------|------------------|-----------------|----------|
| OPI | ½g/day | daily | 1 yr. | 7/4/17 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

1. History of withdrawal symptoms? Seizures?
   tremors, sweats, nauseated,   Ø Seizures

2. Does the inmate take any prescription medications? If yes:
   Ø

3. Urine Drug Screen results:
   +OXY, +OPI, +MAMP, +AMP, -PCP, -BAR, -BZO, -COC, -THC

On-Call Medical Staff Notified?   ☐ Yes ☑ No (If yes, see HT/CO Incident Call Sheet)

CO Print/Signature: _____ Date: _____ Time: _____

Facility: _____



# Flow Sheet - Chemical Withdrawal

Inmate Name: __Lynas, James__     DOB: __10/10/86__   ID: __12010__
Allergies: __NKDA__     Health Assessment Completion Date: _____

| See Scoring Guide On Back | Time/Date 2300 / 11/1/17 | Time/Date 0700 / 11.2.17 | Time/Date 10:30 / 11·3·17 | Time/Date / |
|---|---|---|---|---|
| Eating Disturbances | Ø | 2. | 2 | Ø |
| Tremor | Ø | Ø | Ø | Ø |
| Sleep Issues | Ø | 4 | 4 | 4 |
| Orientation | Ø | Ø | Ø | Ø |
| Hallucinations | Ø | Ø | Ø | Ø |
| Communications | Ø | Ø | Ø | Ø |
| Agitation | Ø | 1 | Ø | Ø |
| Sweating | Ø | Ø | Ø | Ø |
| Temperature | 98.4  Ø | 97.5  Ø | 97.9  Ø | 98.2  Ø |
| Pulse | 94  Ø | 77  Ø | 74  Ø | 78  Ø |
| Blood Pressure | 112/82  Ø | 124/68  Ø | 113/73  Ø | 124/81  Ø |
| **Total Score** *A score of 10 or more contact MD for further orders.* | 2 | 7 | 6 | 4 |
| Medical Provider Contacted? | NO | NO | NO | NO |
| Assessor's Signature | AK, 4321 | JT 4383 | JT4383 | BZ, RN 4354 |

**Note: Every scoring requires a nursing note below with date & signature.**

Follow-Up Plan/Miscellaneous: 11/1/17 Pt denied any sleeping or eating disturbances. Pt reported having cold sweats for withdrawal symptoms, but denied any history of seizures. Pt was oriented x3; pt had dry + natural colored skin, no sweating noted. No tremor noted w/ hands (extended). RN to see pt tomorrow. AK 4321

11.2.17. Reports Nausea & diarrhea. Reports being able to eat and keep down dinner last night. Pt Reporting only slept 2 hours, last night. Will Recheck chem tomorrow. JThomps RN

11.3.17. Patient reports that he did not sleep very well because he had stomach pain. He reports his last bout of diarrhea was last night after dinner. Patient denies any other symptoms. Follow up again tomorrow. JThomps RN

11-4-17 Patient reports eating all of his supper. drinks no N, V, D. No tremor noted. Reports sleep issues and only sleeping 20 min intervals. AOx3. Denies hallucinations. Held conversation with clear speech. Calm and cooperative. Skin warm and dry. Chem flow sheet d/c due to 4 scores under 10 in 4 days. BZ, RN.

**MEND**
CORRECTIONAL CARE

# Chemical Withdrawal Questionnaire

Inmate Name: _Lynas, James_ DOB: _10/10/86_ ID: _12010_ Allergies: _NKDA_

Vitals: T: _98.4_ P: _94_ R: _16_ BP: _112/82_ WT: _____ O2 Sat: _98_

PBT: _____ @_____ _____ @_____ _____ @_____ _____ @_____

| Drug | Amount of Use | Frequency of Use | Duration of Use | Last Use |
|------|---------------|------------------|-----------------|----------|
| Heroin | 1/2 - 1 g | Daily | 1 yr. | 10/31/17 |
| Meth | 1 g/wk | weekly | 1 yr. | 10/30/17 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. History of withdrawal symptoms? Seizures?
   _Cold Sweats, Ø Seizures_

2. Does the inmate take any prescription medications? If yes:
   _Ø meds_

3. Urine Drug Screen results:
   _+ mAMP, +AMP, +BZO, −OPI, −PCP, −BAR, −THC, COC_

On-Call Medical Staff Notified?  ☐ Yes  ☑ No (If yes, see HT/CO Incident Call Sheet)

CO Print/Signature: _AK, 4321_ Date: _11/1/17_ Time: _2300_

Facility: _____

**MEND**

CORRECTIONAL CARE

# Suicide Risk Screening Form

Inmate Name: Lynas, James    DOB: 10/10/86    ID: 12010

**Indication for Screening:**

☐ Abnormal Health Assessment Screen    ☐ BDI Score >40    ☒ Altered Mental Status

☐ Current Suicidal Remarks/Actions    ☐ Currently on Suicide Watch/Observation    ☐ MHW

☐ Other _____

Inmate appears to engage sufficiently to consider this a valid assessment? ☒ Yes ☐ No

| | Low Risk 1 | 2 | 4 | 6 | 8 | High Risk 10 |
|---|---|---|---|---|---|---|
| Plan | Denies/none | Vague, uncertain plan | Clear thoughts, reflective | Some specific | Written note and/or well thought out plan | Note written, time, place, and method chosen |
| Method | Denies/None | Undecided | Pills, cutting | CO, gas, oven, car | Hanging, jumping | Gun |
| Availability | Denies/none | Method unavailable | Can acquire easily | Some effort required to prepare | Method ready in the home | Method in hand |
| Time | Denies | No time specified | Specified vaguely, within weeks | Day and time chose, within a week | Plan to complete today | Plan in progress |
| Prior Attempt | Denies | 1 or 2 gestures, low risk attempts | 3 or more gestures, medium risk attempts | History of many threats/attempts | History of highly lethal attempt at least once | Multiple serious attempts |
| Depression | Denies | Feeling low or blue | Mild depression | Chronic depression | Major depression | Major depression and hopelessness |
| Stress Level | Denies | No specific stress or loss | One minor conflict or loss | Several concurrent stressors | Major loss or conflict | Several meaningful losses and changes |
| Health (non-mental) | Denies | Transitory illness (comes and goes) | Acute illness | Disability or chronic health problems | Severe illness or injury, and/or recent diagnosis | Terminal illness and/or recent diagnosis |
| Isolation (Feelings) | Has good support system | Others present and semi-supportive | Roommate/notable other, semi-involved | Others present but not supportive | Alone, no help nearby | Alone, Isolated |
| Mood | A & O x 3 | Coherent | Intoxicated/hallucinating | Distressed/tearful | Depressed/angry | Paranoid/delusional |

Total Risk Assessment Score: _____
*A total of 36 points or more requires intervention (Medical Provider or Mental Health Consult or Suicide Watch/FWBC).*

Intervention/Follow-Up Plan: _See emeds for more info — AK4321_

_____

_____

_____

_____

Assessor's Signature: _AK4321_    Date: 10/11/7

MEnD_000017



**MEND**
CORRECTIONAL CARE

# Mental Health Referral

Inmate Name: _Lynas, James_ DOB: _10/10/86_ ID: _12010_
Facility: _Sherburne_ County Housed for: _Anoka_

Medication List/Copy of MAR Attached:  ☒ Yes  ☐ No – Inmate not taking medication.

**Reason for Referral**
☐ Suicide Asmt/Attempt or Watch     ☐ Mental Health Packet  ☐ Altered Mental Status
☐ Follow-up from previous visit      ☐ PREA – Date Reported: _____
☐ Urgent Request (reason): _____
☒ MD Referral (reason): _BDI score of 43_
☐ Other (reason): _____

**Additional Comments**
_See Fmds note attached. FNP C.W. Started pt on_
_Hydroxyzine × 10 days._

Nurse Signature: _Alyssa Rhf RN_ Date: _11/5/17_ Time: _1418_

- o  **Beck Depression Inventory**     o  **N/A**
- o  **2-week Depression Form**        o  **N/A**
- o  **Jail Booking Questions**        o  **N/A**
- o  **Health Assessment**             o  **N/A**
- o  **MAR**                           o  **N/A**
- o  **Inmate's Medical Request Form** o  **N/A**
- o  **Jail Incident Report**          o  **N/A**
- o  **UDS Results**                   o  **N/A**
- o  **Suicide Risk Screening Form**   o  **N/A**
- o  **Special Precautions Form**      o  **N/A**
- o  **Records From Outside Facility** o  **N/A**

MEnD_000018

**Sherburne County Jail**
13880 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 11/05/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Pfeifer, Alyssa. It has not been signed by Leonard, Todd, MD.

## Chief Complaint

James Lynas is a 31 year old male Anoka inmate. Today's visit is a chemical withdrawal assessment. His primary language is English. He is completely fluent in English.

Pt returned BDI with a score of 43 and number 9 scored as a 1.

Writer reviewed pt health assessment visit, previous suicide risk assessment and BDI with FNP C.W. who asked for writer to meet with pt and get more information.

Pt seen in clinic.

## History of Present Illness

Pt denies suicidal thoughts and when writer asked if he had the opportunity available to kill himself would he do it, pt responded stated "No, I couldn't do that to my daughter". Pt denies hx of attempts or plans of suicide but reports in 2013 when he got his felony he felt like giving up and he sold all of his guns so he wouldn't shoot himself. Reports was having a rough time on the outside but about 1.5 months ago started getting his life back together but still continued to use opiates. Reports now being in jail is the first time in 1.5 years he's been sober and is having to deal with his mental health; when asked how's he's currently copping with it pt stated "honestly I'm suffering and not coping with it". Pt reports he went to court on tuesday and got 4 months but possibility of going to work house after 30 days but thinks its in his best interest to do the 4 months then go to a treatment that does dual dx to get help with drug use and mental health like at Nystrum or recovery plus. Report the last time he went to treatment his mental health was not addressed and he thinks that was part of the issue of returning to drugs. Pt reports "definitely" feeling depressed and "my anxiety is through the roof". Reports feeling very stressed about being locked in for 20 hours a day while in Gamma, but when he has time out of his cell he watches tv or walks which helps. Reports his insomnia is maddening, his mind is going crazy with thoughts, and going through many emotions like frustration, irritated and then emotional. Pt reports having current goal of getting life back together and future goals of going to treatment, and putting his life back for his daughter so she doesn't have to go through the same thing he did. Pt reports if he did have suicidal thoughts he would tell the CO or clinic.

## Health Summary
### Current Problems

| | |
|---|---|
| Adult annual physical | Onset Date: 11/03/2017 |
| Mental health care | Onset Date: 11/03/2017 |
| Withdrawal sign or symptom | Onset Date: 07/05/2017 |

### Current Medications

| | |
|---|---|
| Maalox Maximum Strength 400-400-40 mg/5 mL Oral Suspension | 30 cc 3xs daily as needed x 3 days. (use stock) |

### Allergies / Adverse Reactions

No Known Drug Allergies

## Vitals

| | |
|---|---|
| General | 11/04/2017 09:37 PM |
| Height | 62[1] |
| Blood Pressure | 124/81[1] |
| Pulse | 78[2] |
| Body temperature | 96.2[3]F[3] |
| Respiratory rate | 14 |
| Oxygen saturation | 98[4] |
| Pain level | 0 - No pain |
| Cognitive status | No cognitive impairm. |

[1] , Sitting, Adult cuff, |

[2] Finger clip, Sitting, , |

[3] Oral |

[4] Room air

Physical Exam

**Sherburne County Jail**
13880 Business Center Drive, Elk River, MN 55330
~ne: (763) 765-3850   |   Fax: (763) 765-3817

assessment score: 12.

## Assessment

1  **Seen in mental health clinic**

   **ICD10:   R69       Illness, unspecified**

2  **Medication started**

## Plan

### Care Plan (Recommendations)

TORB  from FNP C.W. for 15 min mental health watch in general population, start Hydroxyzine as set up above and give first dose now (1100)  and sent MH referral.

Housing CO informed of 15 min MH watch. MH referral sent. Writer thoroughly explained step 2 of MH packet, pt verbalized understanding. Step 2 of MH packet sent with pt. Pt informed of provider's plan and to bring his 2 week packet with him when he meets with MH provider.

Sgt 3411 updated. Pt to follow up with clinic PRN.

MEnD_000020


**CORRECTIONAL CARE**

# Special Precautions/Management

Inmate Name: __Lynas, James__   DOB: __10/10/86__ ID: __12010__

When special precautions/management is initiated due to threatened or attempted self-harm or medical conditions, medical or mental health staff will assess inmate on an ongoing basis until all restrictions are restored as safety of the inmate indicates. Items marked (√ or X) are items the inmate has had restored.

**Clothing Items**
- X Underwear/Socks/Bra
- X Scrub top, pants, and footwear
- _____ Kevlar suit

**Linens**
- X Washcloth
- X Towels
- X Blankets
- X Pillowcase/Bed Linens
- _____ Kevlar Blanket
- X Mattress

**Hygiene Items**
- X Toilet Paper
- X Deodorant
- X Toothpaste and toothbrush
- X Soap and shampoo
- X Comb
- _____ Razors

**Diversion Items**
- X Eyeglasses
- X Books and magazines
- X Writing paper and pencil
- X OTC Medications

**Dietary**
- X Regular dinnerware and tray
- _____ Precautionary

**Observational Status – Reason:** __BDI Score 43__

- _____ Suicide Watch (frequency per facility)
- _____ Close Observation/MH Watch
- _____ Secured Housing/Special Management
- X General Population
- X Miscellaneous __15 min watch for mental health__

**Intervention/Follow-Up Plan:** __TORB from FNP C.W. for 15 min watch for mental health in general population, start Hydroxyzine (as set up in MAR) and send MH referral. ~ap,RN__

**Follow-Up Schedule**
☐ Daily   ☐ Weekly   ☐ Monthly   ☒ Miscellaneous: __MH referral sent__

Medical Staff Print/Signature: __Alyssa Pfeifer__   __Alyssa ___?___ RN__   Date: __11/5/17__ Time: __1523__

Interdisciplinary Staff Members Involved: __RN 4347, FNP C.W.__

**Special Precautions Protocol**
☒ Initiated __Per FNP C.W.__   ☐ Discontinued   ☐ Modified

Provider Print/Signature: _____ Date: _____ Time: _____

Special Precautions Management          Version 1          Copyright © 2017 MEnD Correctional Care, PLLC



**CORRECTIONAL CARE**

# Suicide Risk Screening Form

Inmate Name: Lynas, James  DOB: 10/10/86  ID: 12010

**Indication for Screening:**

☐ Abnormal Health Assessment Screen  ☒ BDI Score >40  ☐ Altered Mental Status

☐ Current Suicidal Remarks/Actions  ☐ Currently on Suicide Watch/Observation  ☐ MHW

☒ Other _error_____

Inmate appears to engage sufficiently to consider this a valid assessment? ☒ Yes ☐ No

| | Low Risk 0 | 2 | 4 | 6 | 8 | High Risk 10 |
|---|---|---|---|---|---|---|
| Plan | Denies/None | Vague, uncertain plan | Clear thoughts, reflective | Some specific | Written note and/or well thought out plan | Note written, time, place, and method chosen |
| Method | Denies/None | Undecided | Pills, cutting | CO, gas, oven, car | Hanging, jumping | Gun |
| Availability | Denies/None | Method unavailable | Can acquire easily | Some effort required to prepare | Method ready in the home | Method in hand |
| Time | Denies | No time specified | Specified vaguely, within weeks | Day and time chose, within a week | Plan to complete today | Plan in progress |
| Prior Attempt | Denies | 1 or 2 gestures, low risk attempts | 3 or more gestures, medium risk attempts | History of many threats/attempts | History of highly lethal attempt at least once | Multiple serious attempts |
| Depression | Denies | Feeling low or blue | Mild depression | Chronic depression | Major depression | Major depression and hopelessness |
| Stress Level | Denies | No specific stress or loss | One minor conflict or loss | Several concurrent stressors | Major loss or conflict | Several meaningful losses and changes |
| Health (non-mental) | Denies | Transitory illness (comes and goes) | Acute illness | Disability or chronic health problems | Severe illness or injury, and/or recent diagnosis | Terminal illness and/or recent diagnosis |
| Isolation (Feelings) | Has good support system | Others present and semi-supportive | Roommate/notable other, semi-involved | Others present but not supportive | Alone, no help nearby | Alone, isolated |
| Mood | A & O x3 | Coherent | Intoxicated/hallucinating | Distressed/tearful | Depressed/angry | Paranoid/delusional |

Total Risk Assessment Score: 12
*A total of 36 points or more requires intervention (Medical Provider or Mental Health Consult or Suicide Watch/FWBC).*

Intervention/Follow-Up Plan: See Emds for details. TORB from FNP C.W.
to initiate 15min watch for mental health in general
population, start hydroxyzine as set up on MAR (give first dose now)
and send MH referral. Providers orders completed, see Emds
note. ~aP,RN

Assessor's Signature: alyssa Pf_, RN  Date: 11/5/17

**MEND** CORRECTIONAL CARE   **Beck Depression Inventory**

Inmate Name: _James Lynn_  DOB: _10/10/86_  ID: _L2010_  Date Initiated: _____

Please check the box that best matches you or your feelings most of the time.

| | | |
|---|---|---|
| $\$2 | 1. | ☐ I do not feel sad.<br>☐ I feel sad.<br>☒ I am sad all the time and I can't snap out of it.<br>☐ I am so sad and unhappy that I can't stand it. |
| 3 4 | 2. | ☐ I am not particularly discouraged about the future.<br>☐ I feel discouraged about the future.<br>☐ I feel I have nothing to look forward to.<br>☒ I feel the future is hopeless and that things cannot improve. |
| 2 $ | 3. | ☐ I do not feel like a failure.<br>☐ I feel like I have failed more than the average person.<br>☒ As I look back on my life, all I can see is a lot of failures.<br>☐ I feel I am a complete failure as a person. |
| 3 4 | 4. | ☐ I get as much satisfaction out of things that I used to.<br>☐ I don't enjoy things the way I used to.<br>☐ I don't get real satisfaction out of anything anymore.<br>☒ I am dissatisfied or bored with everything. |
| 3 4 | 5. | ☐ I don't feel particularly guilty.<br>☐ I feel guilty a good part of the time.<br>☐ I feel quite guilty most of the time.<br>☒ I feel guilty all of the time. |
| 3 4 | 6. | ☐ I don't feel I am being punished.<br>☐ I feel I may be punished.<br>☐ I expect to be punished.<br>☒ I feel I am being punished. |
| 2 $ | 7. | ☐ I don't feel disappointed in myself.<br>☐ I am disappointed in myself.<br>☒ I am disgusted with myself.<br>☐ I hate myself. |
| 3 4 | 8. | ☐ I don't feel I am any worse than anybody else.<br>☐ I am critical of myself for my weaknesses or mistakes.<br>☐ I blame myself all the time for my faults.<br>☒ I blame myself for everything bad that happens to me. |
| 1 | 9. | ☐ I don't have any thoughts of killing myself.<br>☒ I have thoughts of killing myself, but I would not carry them out.<br>☐ I would like to kill myself.<br>☐ I would kill myself if I had the chance. |
| 2 | 10. | ☐ I don't cry any more than usual.<br>☐ I cry more than I used to.<br>☒ I cry all the time now.<br>☐ I used to be able to cry, but now I can't cry even though I want to. |

**2** | **11.** | ☐ I am no more irritated by things than I ever was.
☐ I am slightly more irritated now than usual.
☑ I am quite annoyed or irritated a good deal of the time.
☐ I feel irritated all the time.

**2** | **12.** | ☐ I have no lost interest in other people.
☐ I am less interested in other people than I used to be.
☑ I have lost most of my interest in other people.
☐ I have lost all of my interest in other people.

**3** | **13.** | ☐ I make decisions about as well as I ever could.
☐ I put off making decisions more than I used to.
☐ I have greater difficulty in making decisions more than I used to.
☑ I can't make decisions at all anymore.

**2** | **14.** | ☐ I don't feel that I look any worse than I used to.
☐ I am worried that I am looking old or unattractive.
☑ I feel that there are permanent changes in my appearance that make me look unattractive.
☐ I believe that I look ugly.

**2** | **15.** | ☐ I can work about as well as before.
☐ It takes an extra effort to get started at doing something.
☑ I have to push myself very hard to do anything.
☐ I can't do any work at all.

**3** | **16.** | ☐ I can sleep as well as usual.
☐ I don't sleep as well as I used to.
☐ I wake up 1-2 hours earlier than usual and find it hard to get back to sleep.
☑ I wake up several hours earlier than I used to and cannot get back to sleep.

**1** | **17.** | ☐ I don't get more tired than usual.
☑ I get tired more easily than I used to.
☐ I get tired from doing almost anything.
☐ I am too tired to do anything.

**18.** | ☑ My appetite is no worse than usual.
☐ My appetite is not as good as it used to be.
☐ My appetite is much worse now.
☐ I have no appetite at all anymore.

**19.** | ☑ I haven't lost much weight, if any, lately.
☐ I have lost more than five pounds.
☐ I have lost more than ten pounds.
☐ I have lost more than fifteen pounds.

**2** | **20.** | ☐ I am no more worried about my health than usual.
☐ I am worried about physical problems such as aches, pains, upset stomach, or constipation.
☑ I am very worried about my physical problems and it is hard to think of much else.
☐ I am so worried about my physical problems that I cannot think about anything else.

**2** | **21.** | ☐ I have not noticed any recent change in my interest in sex.
☐ I am less interested in sex than I used to be.
☑ I have almost no interest in sex.
☐ I have lost interest in sex completely.

Inmate Name: ___Sans Lyngs___ DOB: _10-10-86_ ID: _02010_

Score: ___43___      ☑ Step 2 sent to inmate
Scorer's Signature: _alyssa Rff, RN_      Date: _11/5/17_

Depression Packet 1 – Beck Depression Inventory Inmate 2      Version 1      Copyright © 2017 MEnD Correctional Care, PLLC

MEnD_000024



**Anoka County**
325 E. Jackson St.
Anoka, Minnesota 55303
Phone : (763) 324-5114, Fax : (763) 324-5143

## CONFIDENTIAL TRANSFER OF MEDICAL INFORMATION

Facility : *Jail*        *Intake*  *10-31-17*

☐ Need Immediate Attention          ☐ No Medical Treatment Given Prior To Transfer

| Inmate Name | Inmate No. | Gender | DOB | MRN |
|---|---|---|---|---|
| LYNAS JAMES CARR | 517984 | M | 10/10/1986 | 7741 |

**Allergies :**

| Allergy Name |
|---|
| |

**Medical/Mental/Dental/Eye Problems :**

| Medical Condition | ICD Code | ICD Description |
|---|---|---|
| | | |

**Medication :**

| Medication Name | SIG | Start Date | End Date | Note |
|---|---|---|---|---|
| | | | | |

**Treatment :**

| Treatment Name | SIG | Start Date | End Date | Note |
|---|---|---|---|---|
| | | | | |

**Pregnant :**

☐ Yes    ☐ No    ☐ Unknown

**TB :**

| Last PPD Test / Chest X-Ray | Result | Induration | Date |
|---|---|---|---|
| PPD Test | | | |
| Chest X-Ray | | | |

**Lab/Diagnostic Test :**

| Lab/Diagnostic Test Name | Date | Result |
|---|---|---|
| | | |

**Immunization :**

| Vaccination Name | Status | Given Date |
|---|---|---|
| | | |

**Pending Appointment :**

| Appointment With | Date & Time | Reason |
|---|---|---|
| | 11/1/2017 12:00:00 AM | Intake, opiate wd |

**Diet :**

| Diet Type | Diet Name | Start Date | End Date |
|---|---|---|---|
| | | | |

**Attachments :**

☐ Yes    ☐ No                    ☐ Universal Body Substance Precautions

Page 1 of 1

**Sherburne County Jail**
13880 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 07/05/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Kretsch, Andrea on 7/5/2017 11:41:56 PM and Leonard, Todd, MD on 7/6/2017 8:38:29 AM.

## Chief Complaint
James Lynas is a 30 year old male County inmate. Today's visit is a chemical withdrawal assessment. His primary language is English. He is completely fluent in English.

## History of Present Illness
Pt seen in clinic. Pt reported OPI use and provided urine. Pt stated he was having withdrawal symptoms of nausea, tremors, and cold sweats. Pt denies any history of seizures or stroke. Pt denies any other medications or medical diagnoses.

## Vitals

| General | 07/05/2017 11:36 PM |
|---|---|
| Blood Pressure | 124 / 86[1] |
| Pulse | 106[2] |
| Body temperature | 98.1°F[3] |
| Respiratory rate | 16 |
| Oxygen saturation | 97 |
| Pain level | 0 - No pain |
| Cognitive status | No cognitive impairm... |

[1] , Sitting, Adult
cuff, |
[2] Finger clip,
Sitting, , |
[3] Oral

## Physical Exam
Pt had steady and even gait, was restless but cooperative, pt had slightly pale but dry skin. No tremor noted with hands and tongue extended.

## Assessment
1  Withdrawal sign or symptom

   ICD10:   F19.939   Other psychoactive substance use, unsp with withdrawal, unsp

## Results

| Medical professional profile (12-drugs), screen and confirmation, urine | 07/05/2017 |
|---|---|
| Amphetamine, urine, qualitative | Positive |
| Barbiturates, urine, qualitative | Negative |
| Benzodiazepine, urine, qualitative | Negative |
| Cocaine metabolite, urine, qualitative | Negative |
| Opiates, urine, qualitative | Positive |
| Phencyclidine (PCP), urine, qualitative | Negative |
| Cannabinoid (THC, marijuana) screen and confirmation, urine | Negative |
| Oxycodone/oxymorphone, urine | 1.0 |

MEnD_000026

**Sherburne County Jail**
13880 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

## Plan

### Orders
Medical professional profile (12 drugs), screen and confirmation, urine

### Care Plan (Recommendations)
30 minute chemical withdrawal initiated, housing unit notified. RN to follow up with pt tomorrow.

## Superbill

### Selected ICD codes for billing (maximum of 12)

| ICD | Description |
|-----|-------------|
| ☆ [10] F19.939 | Other psychoactive substance use, unsp with withdrawal, unsp |

| ICD | Description |
|-----|-------------|
| ☆ [9] 292.0 | Drug withdrawal |

## Superbill

### Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
|-----------|-----------|-------|-------------|-------------|
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | [10] *F19.939*<br>[9] *292.0* |

MEnD_000027

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
'one: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 07/06/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Pfeifer, Alyssa on 7/6/2017 9:34:35 AM and Leonard, Todd, MD on 7/6/2017 4:06:13 PM.

## Chief Complaint
James Lynas is a 30 year old male County inmate. Today's visit is a chemical withdrawal assessment. His primary language is English. He is completely fluent in English.

## History of Present Illness
Pt denies nausea, vomiting or diarrhea. Reports eating and sleeping well. Reports intestines are starting to "rumble" but no issues yet.

## Health Summary
### Current Problems
Withdrawal sign or symptom                                        Onset Date: 07/05/2017

## Vitals

| General | 07/06/2017 09:29 AM | 07/05/2017 11:35 PM |
|---|---|---|
| Blood Pressure | 129 / 87[1] | 124 / 86[1] |
| Pulse | 104[2] | 106[2] |
| Body temperature | 97.2°F[3] | 98.1°F[3] |
| Respiratory rate | 15 | 15 |
| Oxygen saturation | 99[4] | 97 |
| Pain level |  | 0 - No pain |
| Cognitive status | No cognitive impairm. | No cognitive impairm. |

[1] , Sitting, Adult cuff, |
[2] Finger clip, Sitting, , |
[3] Oral |
[4] Room air

## Physical Exam
Calm and cooperative. Skin dry. Sat still chair. Clear speech. Steady even gait.

Chemical withdrawal assessment score: 5.

## Assessment
1  Withdrawal sign or symptom

ICD10:    F19.939    Other psychoactive substance use, unsp with withdrawal, unsp

## Plan

### Care Plan (Recommendations)
See chemical withdrawal flow sheet. Pt teaching on importance of OPI and risks of going back to previous dose. Pt teaching on importance of staying hydrated. Recommended pt seek medical care on outside if released from court today due to pt thinks he will be released today, pt verbalized understanding and agreed he would follow up with primary clinic. RN to see pt tomorrow.

## Superbill

Selected ICD codes for billing (maximum of 12)

| ICD | Description |
|---|---|
| ☆ [10] F19.939 | Other psychoactive substance use, unsp with withdrawal, unsp |

MEnD_000028

**Sherburne County Jail**
13880 Business Center Drive, Elk River, MN 55330
Phone: (763) 765-3850   |   Fax: (763) 765-3817

| ICD | Description |
|---|---|
| ☆ 9 292.0 | Drug withdrawal |

## Superbill

### Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
|---|---|---|---|---|
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | 10 F19.939<br>9 292.0 |

## General Chart Note Addenda
7/7/2017 12:24 PM - Pfeifer, Alyssa, RN
Pt released on 7-6-17.

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

_, ias, James Carr, DOB: 10/10/1986
Encounter Note 11/02/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Kretsch, Andrea on 11/11/2017 1:25:16 PM and Leonard, Todd, MD on 11/13/2017 9:22:07 AM.

## Chief Complaint
James Lynas is a 31 year old male County Inmate. Today's visit is a chemical withdrawal assessment. His primary language is English. He is completely fluent in English.

## History of Present Illness
Pt denied any sleeping or eating disturbances. Pt reported having a history of withdrawal symptoms of cold sweats, but denies any seizure history. Pt reported using heroin and meth, pt denied any medications or any allergies.

## Health Summary
### Current Problems

| | |
|---|---|
| Withdrawal sign or symptom | Onset Date: 07/05/2017 |

## Vitals

| | |
|---|---|
| General | 11/02/2017 01:00 AM |
| Blood Pressure | 112 / 82 |
| Pulse | 92 |
| Body temperature | 98.4 F |
| Respiratory rate | 16 |
| Oxygen saturation | 98 |
| Pain level | 0 - No pain |
| Cognitive status | No cognitive impairm., |

¹ , Sitting, Adult cuff, |
² Finger clip, Sitting, , |
³ Oral.

## Physical Exam
Pt had steady and even gait, was calm and cooperative and maintained appropriate communication and eye contact. Pt had dry and natural colored skin, no sweating noted.

## Assessment
1  Withdrawal sign or symptom

ICD10:   F19.939   Other psychoactive substance use, unsp with withdrawal, unsp

## Plan

### Care Plan (Recommendations)
Pt to follow up with the clinic as needed. RN to follow up with the pt tomorrow for chemical withdrawal tomorrow.

## Superbill

Selected ICD codes for billing (maximum of 12)

| ICD | Description |
|---|---|
| ☆ 10 F19.939 | Other psychoactive substance use, unsp with withdrawal, unsp |
| ICD | Description |

MEnD_000030

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
Phone: (763) 765-3850   |   Fax: (763) 765-3817

## Superbill

Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
|-----------|-----------|-------|-------------|-------------|
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | [10] F19.939 [9] 292.0 |

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
Phone: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 11/02/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Thompson, Jennie on 11/2/2017 7:14:56 AM and Leonard, Todd, MD on 11/2/2017 8:58:53 AM.

## Chief Complaint
James Lynas is a 31 year old male Anoka inmate. Today's visit is a chemical withdrawal assessment. His primary language is English. He is completely fluent in English.

## History of Present Illness
Patient seen in the clinic for chem withdrawal.  Patient reports that he is having nausea and diarrhea but able to keep dinner from last night down.  He reports having the cold sweats.  Patient reports that he only had a few hours of sleep.

## Vitals

| General | 11/02/2017 07:10 AM | 11/02/2017 01:00 AM |
|---|---|---|
| Blood Pressure | 121 / 68[1] | 112 / 82[1] |
| Pulse | 77[2] | 94[2] |
| Body temperature | 97.5°F[3] | 98.4°F[3] |
| Respiratory rate | | 16 |
| Oxygen saturation | 100 | 98 |
| Pain level | | 0 - No pain |
| Cognitive status | | No cognitive impairm.. |

[1] , Sitting, Adult
cuff, |
[2] Finger clip,
Sitting, , |
[3] Oral

## Physical Exam
Chem score is 7.

Patient reported that he has had diarrhea a couple of times yesterday and last night.

## Assessment
1  Withdrawal sign or symptom
   ICD10:   F19.939   Other psychoactive substance use, unsp with withdrawal, unsp

## Plan

### Care Plan (Recommendations)
Will recheck him tomorrow.

## Superbill

Selected ICD codes for billing (maximum of 12)

| | ICD | Description |
|---|---|---|
| ☆ [10] | F19.939 | Other psychoactive substance use, unsp with withdrawal, unsp |
| | ICD | Description |
| ☆ [9] | 292.0 | Drug withdrawal |

Superbill

MEnD_000032

Sherburne County Jail
13800 Business Center Drive, Elk River, MN 55330
Phone: (763) 765-3850   |   Fax: (763) 765-3817

Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
|-----------|-----------|-------|-------------|-------------|
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | [10] F19.939 [9] 292.0 |

MEnD_000033

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
~~ ne: (763) 765-3850   |   Fax: (763) 765-3817

. .as, James Carr, DOB: 10/10/1986
Encounter Note 11/03/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Thompson, Jennie on 11/3/2017 12:16:13 PM and Leonard, Todd, MD on 11/3/2017 2:13:05 PM.

## Chief Complaint
James Lynas is a 31 year old male Anoka inmate. Today's visit is for a health assessment and a chemical withdrawal assessment. His primary language is English. He is completely fluent in English. Translation services were provided.

## History of Present Illness
Patient seen in the clinic.  Patient states that last night he was having stomach pain since last night.  He states that it is worse when he lays down.
Patient reports that his nose was cut off in 2016 and he had nose and sinus surgeries for this.

## Health Summary
### Allergies / Adverse Reactions
No Known Drug Allergies

## Vitals

| General | 11/03/2017 10:41 AM |
|---|---|
| Weight | 159 lb |
| Height | 62" |
| BMI | 20.4 |
| Blood Pressure | 113 / 73¹ |
| Pulse | 74² |
| Body temperature | 97.9°F³ |
| Respiratory rate | 16 |
| Oxygen saturation | 99 |

¹ , Sitting, Adult
cuff, {
² Finger clip,
Sitting, , |
³ Oral

## Physical Exam
Gastrointestinal
Abdomen:  Inspection: abdominal shape is flat. Auscultation: normoactive bowel sounds. Palpation: abdominal tenderness is present which is mild and located in the epigastric region.

Patients chem score is 6.

Suicide risk screening score is 16.

## Assessment
1  Adult annual physical

2  Mental health care
    ICD10:    Z51.89    Encounter for other specified aftercare

3  Withdrawal sign or symptom
    ICD10:    F19.939    Other psychoactive substance use, unsp with withdrawal, unsp

MEnD_000034

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
Phone: (763) 765-3850   |   Fax: (763) 765-3817

## Plan

### Medications
#### Completed Medications
Prescribed : Maalox Maximum Strength 400-400-40 mg/5 mL Oral Suspension
30 cc 3xs daily as needed x 3 days. (use stock), 1 Bottle with 0 refills

### Care Plan (Recommendations)
Will treat stomach issue per protocol with Maalox 30 cc by mouth three times a day as needed x 3 days use stock.

Health Assessment completed see paper form in chart.

Will have one final chem withdrawal check tomorrow.

Reviewed health assessment with mental health provider.

Follow up in the clinic as needed.

## Superbill

### Selected ICD codes for billing (maximum of 12)

| ICD | Description |
|---|---|
| ☆ [10] Z51.89 | Encounter for other specified aftercare |
| [10] F19.939 | Other psychoactive substance use, unsp with withdrawal, unsp |

| ICD | Description |
|---|---|
| ☆ [9] V70.0 | Health checkup |
| [9] V57.89 | Care involving use of rehabilitation procedures, other specified |
| [9] 292.0 | Drug withdrawal |

## Superbill
### Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
|---|---|---|---|---|
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | [10] Z51.89<br>[10] F19.939<br>[9] V70.0<br>[9] V57.89<br>[9] 292.0 |

MEnD_000035

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 11/04/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Zweber, Bailey on 11/4/2017 9:49:33 PM and Leonard, Todd, MD on 11/6/2017 9:36:23 AM.

## Chief Complaint
James Lynas is a 31 year old male Anoka inmate. Today's visit is a chemical withdrawal assessment. His primary language is English. He is completely fluent in English.

Patient was called to clinic to be seen for chemical withdrawal monitoring.

## History of Present Illness
Patient reports eating all of his supper with no N,V, D.  Patient reports 'conscious sleeping' when he can hear everything everyone is saying and is only able to sleep for 20 min intervals.  Denies any hallucinations.

## Health Summary
### Current Medications
Maalox Maximum Strength 400-400-40 mg/5 mL Oral Suspension        30 cc 3xs daily as needed x 3 days. (use stock)

### Allergies / Adverse Reactions
No Known Drug Allergies

## Vitals

| General | 11/04/2017 09:37 PM |
|---|---|
| Height | 62¹ |
| Blood Pressure | 124/81¹ |
| Pulse | 76² |
| Body temperature | 98.2³ F |
| Respiratory rate | 14 |
| Oxygen saturation | 98⁴ |
| Pain level | 0 - No pain |
| Cognitive status | No cognitive impairment |

¹ , Sitting, Adult
cuff, |
² Finger clip,
Sitting, , |
³ Oral |
⁴ Room air

## Physical Exam
Patient A/Ox3, no tremor noted upon arm extension or tongue protrusion, patient held conversation with clear speech, patient calm and cooperative, skin warm and dry, and patient sat upright and had steady even gait.

## Assessment
1  Withdrawal sign or symptom

ICD10:    F19.939    Other psychoactive substance use, unsp with withdrawal, unsp

## Plan

### Care Plan (Recommendations)
Chemical withdrawal flow sheet discontinued due to having 4 scores under 10 for the last 4 days.  Patient had no questions or concerns.  Patient to follow up with clinic as needed.

## Superbill

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
nex (763) 765-3850   |   Fax: (763) 765-3817

Selected ICD codes for billing (maximum of 12)

| ICD | Description |
| --- | --- |
| ☆ [10] F19.939 | Other psychoactive substance use, unsp with withdrawal, unsp |

| ICD | Description |
| --- | --- |
| ☆ [9] 292.0 | Drug withdrawal |

## Superbill

### Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
| --- | --- | --- | --- | --- |
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | [10] F19.939 [9] 292.0 |

MEnD_000037

Sherburne County Jail
~~?80 Business Center Drive, Elk River, MN 55330
.ne: (763) 765-3650   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 11/05/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Pfeifer, Alyssa on 11/5/2017 3:25:24 PM and Leonard, Todd, MD on 11/6/2017 9:36:15 AM.

## Chief Complaint

James Lynas is a 31 year old male Anoka inmate. Today's visit is a chemical withdrawal assessment. His primary language is English. He is completely fluent in English.

Pt returned BDI with a score of 43 and number 9 scored as a 1.

Writer reviewed pt health assessment visit, previous suicide risk assessment and BDI with FNP C.W. who asked for writer to meet with pt and get more information.

Pt seen in clinic.

## History of Present Illness

Pt denies suicidal thoughts and when writer asked if he had the opportunity available to kill himself would he do it, pt responded stated "No, I couldn't do that to my daughter". Pt denies hx of attempts or plans of suicide but reports in 2013 when he got his felony he felt like giving up and he sold all of his guns so he wouldn't shoot himself. Reports was having a rough time on the outside but about 1.5 months ago started getting his life back together but still continued to use opiates. Reports now being in jail is the first time in 1.5 years he's been sober and is having to deal with his mental health, when asked how's he's currently copping with it pt stated "honestly I'm suffering and not coping with it". Pt reports he went to court on tuesday and got 4 months but possibility of going to work house after 30 days but thinks its in his best interest to do the 4 months then go to a treatment that does dual dx to get help with drug use and mental health like at Nystrum or recovery plus. Report the last time he went to treatment his mental health was not addressed and he thinks that was part of the issue of returning to drugs. Pt reports "definitely" feeling depressed and "my anxiety is through the roof". Reports feeling very stressed about being locked in for 20 hours a day while in Gamma, but when he has time out of his cell he watches tv or walks which helps. Reports his insomnia is maddening, his mind is going crazy with thoughts, and going through many emotions like frustration, irritated and then emotional. Pt reports having current goal of getting life back together and future goals of going to treatment, and putting his life back together for his daughter so she doesn't have to go through the same thing he did. Pt reports if he did have suicidal thoughts he would tell the CO or clinic.

## Health Summary

### Current Problems

| | |
|---|---|
| Adult annual physical | Onset Date: 11/03/2017 |
| Mental health care | Onset Date: 11/03/2017 |
| Withdrawal sign or symptom | Onset Date: 07/05/2017 |

### Current Medications

| | |
|---|---|
| Maalox Maximum Strength 400-400-40 mg/5 mL Oral Suspension | 30 cc 3xs daily as needed x 3 days. (use stock) |

## Allergies / Adverse Reactions

No Known Drug Allergies

## Vitals

| | |
|---|---|
| General | 11/04/2017 09:37 PM |
| Height | 62¹ |
| Blood Pressure | 124/81¹ |
| Pulse | 78¹ |
| Body temperature | 98.2²⁻³ |
| Respiratory rate | 14¹ |
| Oxygen saturation | 99⁴ |
| Pain level | 0 = No pain¹ |
| Cognitive status | No cognitive impairm. |

¹ , Sitting, Adult cuff, |
² Finger clip, Sitting, , |
³ Oral |
⁴ Room air

## Physical Exam

Sherburne County Jail
90 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

Calm and cooperative. Sat still in chair. Made good eye contact. Appropriate mood and affect. Alert and oriented x 3. Clear speech. Skin dry. Suicide risk assessment score: 12.

## Assessment

1  Seen in mental health clinic

    ICD10:    R69      Illness, unspecified

2  Medication started

# Plan

## Medications
### Completed Medications
Prescribed : hydrOXYzine HCl 50 mg Oral Tablet
1 tablet by mouth 2x daily at AM and HS as needed x 10 days , 20 Tablet with 0 refills

### Care Plan (Recommendations)
TORB  from FNP C.W. for 15 min. mental health watch in general population, start Hydroxyzine as set up above and give first dose now (1100)  and sent MH referral.

Housing CO informed of 15 min MH watch. MH referral sent. Writer thoroughly explained step 2 of MH packet, pt verbalized understanding. Step 2 of MH packet sent with pt. Pt informed of provider's plan and to bring his 2 week packet with him when he meets with MH provider.

Sgt 3411 updated. Pt to follow up with clinic PRN.

# Superbill

Selected ICD codes for billing (maximum of 12)

| ICD | Description |
| --- | --- |
| ☆ [10] R69 | Illness, unspecified |

| ICD | Description |
| --- | --- |
| ☆ [9] 799.9 | Other ill-defined causes of morbidity and mortality |

## Superbill
### Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
| --- | --- | --- | --- | --- |
| 99205 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a comprehensive history, a comprehensive exam, and medical decision making of high complexity | [10] R69 [9] 799.9 |

Sherburne County Jail
~~~80 Business Center Drive, Elk River, MN 55330
:ne: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Documentation Note 11/08/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Thompson, Jennie on 11/8/2017 6:43:58 AM and Leonard, Todd, MD on 11/9/2017 10:59:53 AM.

Notes
   Sick CAll:  11/07/17 "My sister to drop my glasses off."

Plan
   Care Plan (Recommendations)
      Note sent to patient.  "Mr. Lynas, Please have your sister drop off your glasses."

**Sherburne County Jail**
13880 Business Center Drive, Elk River, MN 55330
one: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 11/09/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Pfeifer, Alyssa on 11/9/2017 2:28:06 PM and Leonard, Todd, MD on 11/9/2017 1:45:02 PM.

**Chief Complaint**
James Lynas is a 31 year old male Anoka inmate. Today's visit is due to a Code Blue.

Writer responded to code blue in special housing. As writer entered special housing gate heard for a ambulance to be activated over the radio.

**Health Summary**
Current Problems

| | |
|---|---|
| Adult annual physical | Onset Date: 11/03/2017 |
| Medication started | Onset Date: 11/05/2017 |
| Mental health care | Onset Date: 11/03/2017 |
| Seen in mental health clinic | Onset Date: 11/05/2017 |
| Withdrawal sign or symptom | Onset Date: 07/05/2017 |

Current Medications

| | |
|---|---|
| Maalox Maximum Strength 400-400-40 mg/5 mL Oral Suspension | 30 cc 3xs daily as needed x 3 days. (use stock) |
| hydrOXYzine HCl 50 mg Oral Tablet | 1 tablet by mouth 2x daily at AM and HS as needed x 10 days |

Allergies / Adverse Reactions
No Known Drug Allergies

**Physical Exam**
Upon arrival to SH 5 block at approximately 0941. Pt was being pulled out of cell supine with shirt off by CO's, pt's face was very pale with blue/gray tint, lips were faint purple/blue, mouth was open, eye lids were closed, bilateral arms were very pale, limp and resting on floor almost 90 degrees from body. CO's immediately started chest compression upon pulling pt from cell informing writer pt has no pulse and isn't breathing, no radial pulse was present when writer palpated left radial, crash bag was brought in and CO started breaths via ambu bag with 30 compression/2 breath ratio; oxygen set at 15L. FNP J.M. arrived on scene. Oral air way was place by 4334 per VORB from FNP J.M. AED was applied and at 0946 no shock was advised, 30 compression/2 breath CPR continued, Sgt 3406 and Sgt 3407 monitoring CO's compression depth and telling when CO's to switch out doing compressions. Writer monitoring pt getting breaths and verifying chest had rise and fall each time. 0948 no shock was advised; 30 compression/2 breaths CPR continued. Pt's upper extremities regained some color and appearing less pale. Lips appeared light pink but very dry. Face was slightly less pale then first seen upon arrival. 0950 no shock was advised; 30 compression/2 breath CPR continued. EMS arrived on scene and applied their AED monitor. Writer then assisted with securing bag valve mask around mouth and nose, at 1000 pt left pupil was 4 mm and non-reactive when writer open eye lid; EMS was on scene (unknown time of arrival) took charge of code and confirmed pt did not have a pulse and instructed staff to continue compressions/breaths while they set up; EMS set up Lucas, placed IV and IO, applied C-collar. EMS stated pt had a pulse at 1002 and then EMS stated pt had blood pressure (at unknown time)but low. EMS stopped Lucas but instructed to continue supportive breathing, CO. EMS placed pt on back board with help from medical and CO's. What appeared to be a torn white sheet was looped around metal circle in front of cell lights and was cut (per Sgt due to cut down tool), another piece of ripped white sheet present in cell.

**Assessment**
1  Found hanging self

**Plan**

Care Plan (Recommendations)
Per Sgt 3407 pt was found by housing CO hanging from sheet in cell and was cut down.

Pt sent with EMS.

At 1121 Sandy from Mercy Hospital called with report on pt; report pt is still not responsive to pain, pupils are non-reactive, pt being sent for CT scan due to possible spinal cord injury, and VS are good.

Addenda

11/13/2017 9:18 AM - Leonard, Todd, MD
writer called to the seen. ON arrival several CO's and RN's were preforming CPR. Noted good chest compression with recoil. Tech bagging patient. noted poor chest rises with bagging, needing oral air way. verbal order given to tech ok to place. oral air way measured and placed. able to get complete chest rises and proper air flow. compression continued. EMS arrived, took over situation. Per EMS, IV placed, ET tube placed and lucas. CPR continued throughout tasks being done.

11/13/2017 9:20 AM - Leonard, Todd, MD
able to bring pulse back. continued with rescue breathes while ET tube being placed. placed successfully. Patient placed on back board and to EMT cart. Patient to hospital.

Superbill

Selected ICD codes for billing (maximum of 12)

| ICD | Description |
|---|---|
| ☆ 🄹 994.7 | Asphyxiation and strangulation |
| 🄹 E983.0 | Hanging, undetermined whether accidentally or purposely inflicted |

MEnD_000041

Sherburne County Jail
¨¨80 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

Superbill
Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
|-----------|-----------|-------|-------------|-------------|
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | ⑨ 994.7<br>⑨ E983.0 |

MEnD_000042

Sherburne County Jail
°°80 Business Center Drive, Elk River, MN 55330
.ne: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Notation Note 11/09/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Premann, Joleen on 11/9/2017 11:23:18 AM and Leonard, Todd, MD on 11/9/2017 1:13:48 PM.

Notes
  Patient moved from gamma to special housing on 11/8/17 at 21:43. Clinic staff was unaware of move. Patient didn't receive AM medication due to move.
  Code Blue called over radio writer responded to code. Patient was on the floor and CPR was in progress. Writer waited in background waiting for orders from staff.

Assessment
  1   Medical/dental care
      ICD10:   Z51.89   Encounter for other specified aftercare
Superbill

Selected ICD codes for billing (maximum of 12)

| ICD | Description |
| --- | --- |
| ☆ (10) Z51.89 | Encounter for other specified aftercare |
| ICD | Description |
| ☆ (9) V57.89 | Care involving use of rehabilitation procedures; other specified |

Superbill
Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
| --- | --- | --- | --- | --- |
| 99441 | | 1 | Telephone evaluation and management service by a physician or other qualified health care professional who may report evaluation and management services provided to an established patient, parent, or guardian | (10) Z51.89 (9) V57.89 |

MEnD_000043

Sherburne County Jail
880 Business Center Drive, Elk River, MN 55330
one: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Encounter Note 11/09/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Bohn, Briony on 11/9/2017 11:21:42 AM and Leonard, Todd, MD on 11/9/2017 1:13:48 PM.

**Assessment**
1 Error entry deleted

   ICD10:   Z02.9   Encounter for administrative examinations, unspecified
Superbill

## Selected ICD codes for billing (maximum of 12)

| | ICD | Description |
|---|---|---|
| ☆ | [10] Z02.9 | Encounter for administrative examinations, unspecified |
| | ICD | Description |
| ☆ | [9] V68.9 | Encounters for administrative purposes; unspecified |

Superbill
Charges

| CPT/HCPCS | Modifiers | Units | Description | ICD Linkage |
|---|---|---|---|---|
| 99201 | | 1 | Office or other outpatient visit for E&M of a new patient; requires 3 key components - a problem focused history, a problem focused exam, and straightforward medical decision making | [10] Z02.9 [9] V68.9 |

Sherburne County Jail
10880 Business Center Drive, Elk River, MN 55330
ne: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Notation Note 11/09/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Bohn, Briony on 11/9/2017 11:39:21 AM and Leonard, Todd, MD on 11/9/2017 1:13:48 PM.

Notes
Code blue called over the radio for SH housing. Writer ran to SH and upon arrival found patient on the floor with correctional staff doing CPR. VORB from provider to insert oral airway. Airway inserted, bag valve mask applied and oxygen given. Writer able to see chest rise when oxygen given. Throughout the CPR process, writer assisted by holding mask while a CO administered oxygen. Writer assisted with positioning patient on the floor so a backboard could be used and transferring patient on to backboard by holding c-spine. Patient transferred to stretcher and taken to the hospital.

MEnD_000045

Sherburne County Jail
′′°60 Business Center Drive, Elk River, MN 55330
ιe: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Notation Note 11/09/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Asfeld, Danielle on 11/9/2017 12:04:26 PM and Leonard, Todd, MD on 11/9/2017 1:13:48 PM.

Notes

Writer arrived on scene to SH 5 block and assisted in getting AED applied on patient. Pads were removed from case and given to Sgt. and CO to apply on patient's body while CPR was being performed by jail staff. Writer then turned on the AED, and backed away from scene to allow room for those performing CPR. Upon Provider JMs arrival, writer obtained VORB to apply 15L of O2 via ambu bag. Tubing was attached to oxygen tank already, and tank was opened by writer and turned up to 15 liters per minute. Writer then left to get paperwork from the clinic to be given to EMS upon arrival. Writer brought paperwork and MAR to SH and was given to staff. Writer then returned to clinic.

Sherburne County Jail
13880 Business Center Drive, Elk River, MN 55330
Phone: (763) 765-3850   |   Fax: (763) 765-3817

Lynas, James Carr, DOB: 10/10/1986
Documentation Note 11/09/2017   |   (supervised by Todd Leonard, MD)

This note has been signed by Brown, Mary on 11/9/2017 12:03:43 PM and Leonard, Todd, MD on 11/9/2017 1:13:48 PM.

Notes

Writer was in exam room with another patient when Code blue was called at approximately 0945.  When writer arrived in housing patient was on the floor with several CO's surrounding him.  SGT instructed to have CO's pull patient out of cell into common area.  Patient was unresponsive and had a obvious crease line across the neck lips were blue and entire body was pale in color.  SGT and CO's began CPR with deep steady compressions.  Provider arrived and gave order to have an airway put in which was completed by HT.  Ambubag was applied and compressions started by SGT.  CPR continued on patient until paramedic arrived.  Paramedic took over and instructed staff on what to do next.  Additional paramedic arrived, Paramedics gave 3 epi's, blood pressure was noted at 97/60. LUCUS was applied.   Patient during this time continued to be unresponsive.  Paramedic intubated patient with camera and airway was obtained.  C-collar was applied  and patient was put on back board and taken from facility.