UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David W. Lynas, as Trustee for the next-of-kin of James C. Lynas,<br><br>Plaintiff,<br><br>v.<br><br>Linda S. Stang, et al.,<br><br>Defendants. | Civil No.: 18-CV-2301 (JRT/KMM)<br><br>**LR 5.6 STATEMENT OF FILING DOCUMENTS UNDER SEAL** |

Defendants Alyssa Pfeifer, Jennie Thompson, Dr. Michael Robertson, Dr. Todd Leonard, and MEnD Correctional Care, PLLC (collectively, "the MEnD Defendants"), in connection with the Affidavit of Anthony J. Novak in Support of their Motion for Summary Judgment, filed **Exhibit A** (ECF No. 79), under temporary seal pursuant to Local Rule 5.6. Defendants now file this Statement in place of the document because Exhibit A is entirely confidential.

Dated: January 28, 2020

**LARSON • KING, LLP**

By:      s/ Anthony J. Novak
Anthony J. Novak (0351106)
Carolin Nearing (0291791)
Bradley R. Prowant (0396079)
30 E. Seventh Street, Suite 2800
St. Paul, MN  55101
Tel:  (651) 312-6500
tnovak@larsonking.com
cnearing@larsonking.com
bprowant@larsonking.com
*Attorneys for Defendants Alyssa Pfeifer, Jennie Thompson, Michael Robertson, PsyD, Todd Leonard, MD and MEnD Correctional Care, PLLC*

LK 1926301-v1