# EXHIBIT 3

**SHERBURNE COUNTY SHERIFF'S OFFICE**                                    NUMBER 25.02
SHERBURNE COUNTY JAIL POLICY AND PROCEDURE MANUAL                         011917

TITLE: **Suicidal Inmates/Detainees**                                    PAGE 1 OF 3

Policy:            Special precautions will be taken by the Sherburne County jail staff to ensure the health and
                   well-being of an inmate/detainee who is displaying suicidal tendencies.

Purpose:           To ensure the Sherburne County Jail will demonstrate appropriate precautions to prevent
                   inmates/detainees from taking their own lives.

Reference:         ACA Standards 4-ALDF-2A-52, 4C-32, 4C-33

Definition:        <u>Continuing or Continuous Observation</u> – For the purpose of this policy, observation through a
                   combination of monitoring with in-person checks and closed circuit television while being
                   housed/held in a booking holding cell/room.

Procedures:

.01     A suicide prevention program is approved by the health authority and reviewed by the facility or
        program administrator. It includes specific procedures for handling intake, screening, identifying and
        supervising of a suicide-prone inmate/detainee and is signed and reviewed annually. (4-ALDF-4C-32)

        A.      The plan includes staff and inmate/detainee critical incident debriefing that covers the
                management of suicidal incidents, suicide watch and death of an inmate/detainee or staff
                member.

        B.      The plan ensures a review of critical incidents by administration, security and health services.

        C.      All staff with responsibility for inmate/detainee supervision are trained on an annual basis in the
                implementation of the program. Training includes but is not limited to:

                1.      Identifying the warning signs and symptoms of impending suicidal behavior;

                2.      Understanding the demographic and cultural parameters of suicidal behavior, including
                        incidence and variations in precipitation factors;

                3.      Responding to suicidal and depressed inmates/detainees;

                4.      Communicating between correctional and health care personnel;

                5.      Using referral procedures;

                6.      Housing observation and suicide-watch level procedures; and

                7.      Follow-up monitoring of inmates/detainees who make a suicide attempt.

**SHERBURNE COUNTY SHERIFF'S OFFICE**                                            NUMBER 25.02
SHERBURNE COUNTY JAIL POLICY AND PROCEDURE MANUAL

TITLE: **Suicidal Inmates/Detainees**                                            PAGE 2 OF 3

.02     If anyone (i.e., jail staff, other inmates/detainees, ministers, teachers, volunteers, etc.) reports a suicidal tendency in an inmate/detainee, or an inmate/detainee makes suicidal comments or displays suicidal behavior that inmate will be treated as a high suicide risk.  Upon this discovery, the on-duty Jail Sergeant shall be notified.

    A.      The inmate/detainee shall be placed on a 15 minute special watch by the Sergeant and remain under continuing or continuous observation by staff. (4-ALDF-2A-52)

    B.      The on-duty Sergeant shall notify medical staff of the initiation of the fifteen (15) minute special watch.

        1.      If there is no medical staff in the facility (overnights), The Sergeant shall brief the medical staff on the situation and relay any medical/mental health information or concerns. At this time, the medical staff will inform the Sergeant of any further action needed.

    C.      Medical staff or a Jail Supervisor shall talk to and assess the suicidal inmate/detainee.

        1.      If there is any indication of the inmate/detainee threatening/attempting to hurt themselves, the fifteen (15) minute special watch shall continue with the inmate being placed on full suicide restrictions.

.03     If at any point it is determined by the Jail Supervisor or a medical/mental health professional that the standard jail issued clothing presents a safety/security or a medical risk, the inmate/detainee is supplied with a security garment (Kevlar gown) that promotes safety and prevents humiliation and degradation. (4-ALDF-4C-33)

    A.      Prior to being placed in a Kevlar gown, the inmate/detainee shall be strip searched, when practicable.

    B.      Kevlar gowns and blankets are kept in booking.

        1.      For cleaning instructions, see the tag on the Kevlar gown and blanket.

    C.      The cell shall be searched prior to placing the inmate/detainee in that cell.

    D.      The inmate/detainee shall be housed in the appropriate observation cell.

    E.      Diet order shall be placed with the kitchen for the appropriate type of alternative meal service.

    F.      Follow clinic recommendations regarding special precautions unless the safety and security of the facility dictate otherwise.

**SHERBURNE COUNTY SHERIFF'S OFFICE**                                                    NUMBER 25.02
SHERBURNE COUNTY JAIL POLICY AND PROCEDURE MANUAL

TITLE: **Suicidal Inmates/Detainees**                                                    PAGE 3 OF 3

     G.      The on-duty Jail Sergeant will notify ICE of any detainee requiring special housing for suicide risk.

     H.      Jail staff shall make a visual check of the inmate/detainee every fifteen (15) minutes and document the inmates/detainees behavior in jail activity log for the duration of the watch.

     I.      The Jail Sergeant shall make an entry in the jail activity log at the start of each shift documenting the status of the watch.

.04     Prior to the end of their shift, each officer that was involved in placing the inmate/detainee in the Kevlar gown shall complete an incident or continuation report using report type "Inmate Placed in Gown".

.05     Inmates/detainees will remain on full suicide watch until the medical provider or the mental health specialist deems otherwise.

.06     Discontinuation of a fifteen (15) minute watch must be documented.

Sherburne  2552