# EXHIBIT 5

1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

--------------------------------------------------------

CIV. NO. 18-2301 (JRT/KMM)

David W. Lynas, as Trustee for the
next-of-kin of James C. Lynas,

       Plaintiff,

    vs.

Linda S. Stang, et al.,

       Defendants.

---------------------------------------------------

VIDEO DEPOSITION TRANSCRIPT OF

ALYSSA PFEIFER

May 30, 2019

at

Caribou Coffee, St. Cloud West
4135 West Division Street
St. Cloud, MN 56301

Reporter:  Jane T. Doby
Registered Merit Reporter
Doby Professional Reporting, Inc.
DobyReporting.com
952.943.1587

**2**

1   APPEARANCES:
2       On Behalf of Plaintiff David W. Lynas:
3           Robert Bennett, Attorney at Law
            rbennett@gaskinsbennett.com
4           Kathryn H. Bennett, Attorney at Law
            kbennett@gaskinsbennett.com
5       GASKINS, BENNETT & BIRRELL, LLP
            333 South Seventh Street
6           Suite 3000
            Minneapolis, MN 55402
7
        On Behalf of the Sherburne County Defendants:
8
            Jason M. Hiveley, Attorney at Law
9           jasonh@irc-law.com
        IVERSON REUVERS CONDON
10          9321 Ensign Avenue South
            Bloomington, MN 55438
11
        On Behalf of MEnD Defendants:
12
            Carolin J. Nearing, Attorney at Law
13          cnearing@larsonking.com
        LARSON KING, LLP
14          30 East Seventh Street
            Suite 2800
15          St. Paul, MN 55101
16
        Also Present:  Jayme Hogan, Envision Video
17
    NOTE:  Pursuant to Minnesota Rule of Civil Procedure
18          30.06, the original transcript will be
            delivered to Gaskins, Bennett & Birrell,
19          LLP, the noticing party.
20  NOTE:  Exhibit No. 27 was marked for identification.
21
22
23
24
25

**3**

1                    P R O C E E D I N G S
2           (The video deposition of ALYSSA PFEIFER was
3       commenced at 9:06 a.m. as follows:)
4                    ALYSSA PFEIFER,
5       called as a witness, being first duly sworn, was
6       examined and testified as follows:
7                        ***
8       VIDEOGRAPHER:  This is the video deposition
9   of Alyssa Pfeifer.  Today's date is May 30th, 2019,
10  and the time is approximately 9:06 a.m.
11          Would each attorney please state their name
12  for the record.
13          MS. BENNETT:  Kathryn Bennett, for the
14  plaintiff.
15          MR. BENNETT:  Robert Bennett, for the
16  plaintiff.
17          MS. NEARING:  Carrie Nearing, for the MEnD
18  Defendants.
19          MR. HIVELEY:  Jason Hiveley, for the
20  Sherburne County Defendants.
21          VIDEOGRAPHER:  Thank you.
22          Would the court reporter please administer
23  the oath.
24          (Oath administered.)
25          THE WITNESS:  Yes.

**4**

1                    EXAMINATION
2   BY MS. BENNETT:
3       Q   Ms. Pfeifer, I'm Kathryn Bennett.  I'm
4   representing the plaintiff here.  And we met briefly
5   before, but have you had your deposition taken
6   before?
7       A   Nope.
8       Q   So I just want to go over a few ground
9   rules to make it go a little smoother today for the
10  court reporter.
11          Try and let me finish my question before
12  you start answering.  I'll try to give you the same
13  courtesy.  Does that sound good?
14      A   Absolutely.
15      Q   And then use the English language.  No
16  uh-huhs, uh-uhs, head shakes, so that she can get
17  down your answer.  Sound good?
18      A   Absolutely.
19      Q   Okay.  Where do you currently live?
20      A   Otsego, Minnesota.
21      Q   Did you grow up there?
22      A   I've grown up in Minnesota.  Maple Grove,
23  Champlin.
24      Q   Okay.
25      A   Otsego.

**5**

1       Q   Where did you go to high school?
2       A   Heritage Christian Academy.
3       Q   Where is that?
4       A   Maple Grove, Minnesota.
5       Q   Did you graduate?
6       A   Yep.
7       Q   What year?
8       A   '08.  2008.
9       Q   Did you receive any post-high school
10  education?
11      A   Yes.
12      Q   Can you walk us through that: where you
13  attended and what degrees you obtained?
14      A   I went to Emmaus Bible College right out of
15  high school.  Obtained my one-year Bible degree.  And
16  then started working towards nursing prereqs.  I was
17  there for two years, and then came back home.  And
18  then -- that was down in Iowa.  And came back home to
19  Minnesota and went to North Hennepin Community
20  College.  Did my prereqs and then nursing program
21  there.
22      Q   And when did you graduate?
23      A   Two thousand -- 2013.  2013.
24      Q   And that's your degree in nursing?
25      A   Yes.  Associate's in nursing.

Doby Professional Reporting, Inc.
952-943-1587

**6**

1  Q   And when did you obtain your nursing
2  license?
3      A   That summer.  Right -- right after I
4  graduated.
5      Q   So summer of 2013?
6      A   Yeah.  Yeah.
7      Q   Do you have any restrictions on your
8  license?
9      A   Nope.  No.
10     Q   Have you been involved in any disciplinary
11 hearings?
12     A   Nope.  No.
13     Q   Did you participate in clinicals while you
14 were in nursing school?
15     A   I did.
16     Q   Can you walk us through those different
17 clinicals?
18     A   Yes.  So I -- North Hennepin went
19 through -- a lot of mine was at North Memorial in
20 Robbinsdale.  Did multiple different units there.
21         I went to HCMC for a mental health --
22 mental health clinical.
23         And then I did an opi rotation at Unity.
24         And I also went to a nursing home.  I can't
25 remember the exact name of it.  But it was a nursing

**7**

1  home, and we also did that rotation.
2      Q   And how long were those rotations?
3      A   It was all -- I don't know.  They were all
4  different.  Just depending.  You -- why don't you --
5  sorry.
6      Q   Well, let's take the HCMC one in the
7  psychiatric unit.  How long was that rotation?
8      A   If I remember correctly, it was around four
9  different -- I think four shifts that we went down
10 there.  Four or five.
11     Q   How long was a shift?
12     A   A full eight-hour -- or -- we were there --
13 we weren't there, I guess, for the exact shift.  I
14 mean, we had our own hours that we would go to the
15 clinicals for.  And I was -- I did day shift when I
16 was there.
17     Q   So was that about a week of time spent
18 there?
19     A   Yes.  But it was two days at a time that we
20 would go, and it was different weeks.
21     Q   So four shifts total?
22     A   I can't remember exactly how many.  But we
23 had several clinical dates there.
24     Q   And did you have any other mental health
25 clinicals?

**8**

1      A   Nope.
2      Q   Throughout your time in nursing school, did
3  you receive any education or training in a jail
4  setting?
5      A   No.
6      Q   How about in correctional medicine?
7      A   In nursing school?
8      Q   Correct.
9      A   No.
10     Q   And you are not a psychiatric nurse.  Are
11 you?
12     A   As a specialty?
13     Q   Yes.
14     A   Like going to -- no, I don't -- nope.
15     Q   And you are not a qualified mental health
16 professional.  Is that correct?
17         MS. NEARING:  Objection.  Calls for a legal
18 conclusion.
19         Answer, if you can.
20     A   No.
21 BY MS. BENNETT:
22     Q   Was that a no?
23     A   No.
24     Q   Sorry.
25         MR. BENNETT:  It was a no?

**9**

1      A   Can you repeat what you were saying?
2  BY MS. BENNETT:
3      Q   You are not a qualified mental health
4  professional.  Are you?
5      A   No.
6      Q   Within your time in nursing school, did you
7  receive training and education in detoxification?
8      A   Yes.
9      Q   Can you describe that?
10     A   In nursing school we went over symptoms of
11 chemical withdrawal and intoxication.  And reading in
12 our book.
13         (Reporter requested clarification.)
14     A   And reading in our nursing book in regards
15 to the subject.
16 BY MS. BENNETT:
17     Q   Did you ever -- were you ever involved in
18 treating anyone going through withdrawals while in
19 nursing school?
20     A   Nope.
21     Q   And in nursing school, did you have
22 experience giving mental health or suicide risk
23 assessments?
24     A   Yes.
25     Q   Can you describe your experience in nursing

10

1   school with regard to both of those assessments?
2       **A   So at my rotation at HCMC, it was on Orange**
3   **8. If it's changed, I don't know.  But that meant a**
4   **locked up mental health unit.  And I have done**
5   **suicide risk assessments there, just because of the**
6   **setting.**
7           **And for the patient's sake, they can't --**
8   **you can't do a whole lot jumping in.  But you go**
9   **alongside the nurses and either shadow them, and they**
10  **would have -- have you do some assessments.  You**
11  **couldn't take, like, your own patient for the day,**
12  **like you would at a normal clinical, just because of**
13  **the setting is a little different there.  But --**
14      Q   So you are --
15      **A   I would have done my own assessments**
16  **alongside the nurses there.**
17      Q   So you're always with someone else who's
18  there to help you through those assessments at the --
19  at least at the rotation at HCMC?
20      **A   No.  I would have done assessments on my**
21  **own too.**
22      Q   How often, during that --
23      **A   During a shift?**
24      Q   Yeah.
25      **A   You do -- we did one suicide.**

11

1       Q   One per shift on your own?
2       **A   Yep.**
3       Q   And are those checked by people above you?
4       **A   Yep.  They'd -- checked by my nursing**
5   **instructor and the nurse responsible for that patient**
6   **for that shift.**
7       Q   Did you ever use the Diagnostic and
8   Statistical Manual of Mental Disorders, the DSM-5,
9   while doing those suicide risk assessments or any
10  mental health assessments?
11      **A   Can you repeat that?**
12      Q   During any of those assessments, mental
13  health or suicide risk assessments, were you using
14  the DSM-5 and walking through the five axis?
15      **A   No.**
16      Q   And now switching over.  You were hired by
17  MEnD in August of 2014.  Is that correct?
18      **A   Yes.**
19      Q   How did you hear about MEnD?
20      **A   I found -- on Indeed.  It was a job listing**
21  **on Indeed.**
22      Q   Did you always see yourself in correctional
23  medicine?
24      **A   Going out of nursing school, I did not know**
25  **what -- where I was going to go with my career.  And**

12

1   **that opportunity arose.**
2       Q   And what position were you hired for in
3   August of 2014?
4       **A   RN.**
5       Q   And is that the position you held on the
6   date of the incident that brings us here today?
7       **A   Yes.**
8       Q   November, 2017?
9       **A   (Witness nods.)**
10      Q   And which jails did you work at in November
11  of 2017?
12      **A   Only Sherburne County.**
13      Q   Have you worked at other jails for MEnD?
14      **A   Nope.**
15      Q   And through MEnD, did you receive training
16  in detoxification and withdrawal care?
17      **A   Yes.**
18      Q   Can you describe that?
19      **A   It would be annual training.  And they**
20  **covered everything we need to know for the**
21  **assessments, symptoms, our process of what we do to**
22  **manage a patient in withdrawal.**
23          **And then I believe it was twice at a**
24  **nursing conference -- at least once -- we had, one of**
25  **the topics was withdrawal.**

13

1       Q   And as a nurse with MEnD, what exactly can
2   you do for the management of patients in withdrawal?
3       **A   So what we would do is a chemical**
4   **withdrawal assessment.  And depending on that score,**
5   **it would kind of depend where you go further.  A lot**
6   **of things came into play initially.  If it was going**
7   **to be initiated, what -- depending on a urine drug**
8   **screen, symptoms, their score.  The whole picture.**
9   **And to get somebody off of that, you'd have to have**
10  **three scores under 10, and not on a withdrawal**
11  **medication.  It would have to be rescored after that.**
12          **So there was a whole process set in place**
13  **to take somebody all the way through their withdrawal**
14  **and --**
15      Q   So as I take --
16      **A   -- monitor.  Sorry.**
17      Q   Sorry.  I didn't mean to interrupt you.
18      **A   We would also -- they would also be on a**
19  **chemical withdrawal watch, either a 15 or a**
20  **30-minute.  And it could be anywhere from daily to**
21  **multiple times a day, assessments, depending on where**
22  **the patient's at.**
23      Q   And then did you, likewise, have training
24  in mental health and suicide risk assessments through
25  MEnD?

14

1     **A  Did I have?**
2     Q  Yes.
3     **A  Yes.**
4     Q  Can you describe that?
5     **A  Again, that was, I believe, annual training**
6 **we did at the jail.  Went through symptoms, risk**
7 **factors.  It was a whole presentation regarding**
8 **things we need to be aware of to identify somebody**
9 **needing mental health.**
10     Q  And what are those risk factors that you
11 learned about?
12     **A  There's many.  But their previous suicide**
13 **risks -- or previous suicide attempts; being under**
14 **the influence; their situation.  There's -- there's**
15 **several.**
16     Q  And by "their situation," do you mean if
17 they've been faced with a new legal issue?
18     **A  That would be a factor, yes.**
19     Q  Maybe where they're housed in the jail?  If
20 they're in isolation or --
21     **A  That wouldn't have been.**
22     Q  How about things occurring in their
23 personal life?  You know, any troubling phone calls,
24 et cetera?
25     **A  Yes.**

15

1     Q  How about those in the early stages of
2 withdrawal?
3     **A  Yes.**
4     Q  And then those suffering from depression?
5     **A  That would be a risk factor, yes.**
6     (Reporter requested clarification.)
7     **A  That would be a risk factor, yes.**
8 BY MS. BENNETT:
9     Q  And were you hired as a full-time RN?
10     **A  Yes.**
11     Q  So how often were you at the jail per week?
12     **A  We worked a seven shift.  Two days off,**
13 **three days on, two days off, five days on.**
14     Q  So what does that average per week?
15     **A  A 40-hour.  80 even -- evened out to 40**
16 **hours.**
17     Q  And can you describe your job duties as a
18 RN with MEnD?
19     **A  We have three different roles that the RNs**
20 **would do.  And depending on which section you were:**
21 **The seven-day, the five-day, or the three-day.**
22     **Do you want me to go through all three?**
23     Q  Is there one that you worked, or did you
24 work all three --
25     **A  I worked all three.  We all rotated**

16

1 between all three.
2     Q  Yeah.  Let's go through all of them.
3     **A  So as a seven-day nurse, you were the**
4 **book-in nurse.  And you -- and process medications,**
5 **and handle patients coming in through booking,**
6 **booking sheets.  Primarily, that was your duties.**
7 **And then you help out and do other things too, but...**
8 **and if you need help, you ask for it.**
9     **Five-day nurse was kind of the clinic flow.**
10 **You would kind of manage patients coming in down to**
11 **the clinic because you have multiple medical**
12 **providers:  Mental health, RNs and LPNs.  Everybody**
13 **is seeing patients.  You kind of manage getting the**
14 **patients to the clinic, and seeing patients yourself.**
15     **And the three-day just supported the**
16 **five-day of seeing patients.  Some housing, housing**
17 **units.**
18     Q  And where is the clinic located in the
19 jail?
20     **A  It would be the northwest side.**
21     Q  And what is the clinic setup?
22     **A  They have a clinic lobby, and enters into**
23 **clinic hallway down to exam rooms.  And then from**
24 **that hallway into the nursing station.  And there's**
25 **two just doors out of the lobby.  The other door goes**

17

1 into the start of, like, the nurses station.  There's
2 dental exam rooms.  And then from then there's a med
3 passer room, RN station.  Behind the RN station is
4 the medical provider, supervisor station and mental
5 health.  They all share the room.
6     And then the other way throughout the RN,
7 for the RN station, is -- there was the clinical
8 assistants and then the med preparation room.
9     Q  And who was the medical provider there at
10 the jail in November of 2017?
11     **A  Janell.**
12     Q  And who was the supervisor?
13     **A  Diana VanDerBeek.**
14     Q  And who was the mental health provider?
15     **A  Michael Robertson.**
16     Q  And how often were they each at the jail?
17     **A  Who?**
18     Q  Janell, Diane -- Diana, and then Michael
19 Robertson?
20     MS. NEARING:  Objection.  Foundation.
21     You can answer, if you know, of course.
22     **A  Typically, it was Monday through Friday.**
23 BY MS. BENNETT:
24     Q  For all three?
25     **A  Yeah.**

18

1    Q   Have you been certified by the National
2 Commission on Correctional Health Care?
3    A   What is it?  Can you repeat that?
4    Q   Have gotten any certification through the
5 National Commission on Correctional Health Care,
6 CCHP?
7    A   I think -- yes.  The CCHP.  That's the only
8 one.
9    Q   When did you receive that?
10   A   Let's see.  Would have been -- so it's
11 2017.
12       I believe it was 2016.
13   Q   Did you receive the advanced CCHP
14 certification or any specialty certification?
15   A   No.  I did -- no -- the -- the basic one.
16   Q   And for the -- just moving back, just a
17 bit.  For the three-day nurse that you're supporting
18 the five-day nurse; so you're in clinic if you're
19 assigned -- or if you're the three-day nurse?
20   A   Oh, yeah.  All -- yeah.  All three in the
21 clinic, but...
22   Q   And you resigned from MEnD shortly after
23 this incident.  Correct?
24   A   Yes.
25   Q   In -- on November 22nd of 2017?

19

1    A   Yes.
2    Q   And did the incident have anything to do
3 with your resignation?
4    A   No.
5    Q   Why did you resign?
6    A   I had taken a position at North Memorial
7 Hospital.  And it was brought to me.  And so I -- I
8 wasn't actively looking for a job.  This came -- this
9 opportunity came to me.
10   Q   And did the position at North Memorial fit
11 more of what you wanted to do as a nurse in your
12 career?
13   A   I thought it did at the time.  And I didn't
14 stay there very long.  I ended up taking a position
15 at a -- where I'm currently at.  Clinic.  A family
16 practice clinic as a triage RN.  And care team
17 support (indiscernible).
18       COURT REPORTER:  And what?
19   A   Care team support RN.
20 BY MS. BENNETT:
21   Q   Can you describe what you do there at the
22 family practice clinic?
23   A   I triage patient symptoms, primarily over
24 the phone.  And then support walk-in patients, any
25 emergencies or anything that ends up in the clinic

20

1 that's needing RN assistance for.  I am also care
2 team support, so I support the providers and their
3 CMAs with just managing patients' care and reaching
4 out to them.
5    Q   What types of --
6    A   (indiscernible) teaching.
7        COURT REPORTER:  What teaching?
8    A   Patient teaching.
9 BY MS. BENNETT:
10   Q   And why did you leave North Memorial
11 Hospital?
12   A   It was a personal decision.  With Crohn's
13 disease, it was -- the level of acuity of those
14 patients on that unit was not something where I
15 wanted to be long term.  And the stress level.  So
16 for personal reasons, I chose to leave.
17   Q   Is that a Level 1 trauma center?
18   A   Yes.
19   Q   And what type of issues are you dealing
20 with at the family practice clinic?
21   A   What do you mean by "issues"?
22   Q   I mean, are you seeing people with sinus
23 infections, ear infections?  What type of issues?
24   A   No.  I am a triage nurse.
25   Q   Oh.  That's right.

21

1    A   Those -- the patients see the provide --
2 the doctors and nurse -- nurse practitioners as well.
3    Q   Do you understand what brings us here
4 today?  The incident regarding James Lynas that
5 occurred in November of 2017 at the jail?
6    A   Yes.
7    Q   Did you have conversations with Defendant
8 Todd Leonard regarding than incident?
9    A   Not regarding this incident, no.
10   Q   How about with Crystal Waagmeester?
11   A   Nope.
12   Q   Do you know if either Dr. Leonard or
13 Crystal ever saw James Lynas while he was at the
14 Sherburne County Jail?  We can take Dr. Leonard
15 first.  In November of 2017, do you know if
16 Dr. Leonard ever saw James Lynas?
17   A   Not that I'm aware of.
18   Q   And then in November of 2017, did Crystal
19 Waagmeester ever see James Lynas?
20   A   Not that I'm aware of.
21   Q   Have you ever had any conversations with
22 any correctional officers regarding the suicide of
23 James Lynas?
24   A   Can you repeat that?  Have I had what?
25   Q   Conversations with any correctional --

22

```
1        A   No.
2        Q   -- officers?
3            How about any RNs?
4        A   No.
5        Q   Any of your supervisors?
6        A   Nope.
7        Q   Did you attend the debriefing?
8        A   Yes.
9        Q   Who led that debriefing?
10       A   I don't know his name.  The -- the -- so
11  they did a debriefing right away.  Then that was led
12  by, like, admin.  But I did not speak in it.  It was
13  more of just -- right after.  You just come together.
14  Any incident.  And then there was one, I believe it
15  was the Saturday after, they had an outside person
16  come in.  I don't know his name off the top of my
17  head.  But he didn't go through details.  It was more
18  of how to process, of emotions and things like that.
19       Q   And by an admin person, was it a MEnD
20  admin?
21       A   No.  Jail.
22       Q   So outside of those debriefings you
23  attended, you just never talked to anyone at the jail
24  or from MEnD about the incident?
25       A   Nope.
```

23

```
1        Q   And who was the medical director in
2   November of 2017?
3        A   Dr. Leonard.
4        Q   And who -- and the medical provider was
5   Janell?
6        A   At Sherburne County.
7        Q   And do know if Janell ever saw James Lynas
8   in November of 2017?
9        A   Not to my knowledge.
10       Q   Do you know if Michael Robertson ever saw
11  James Lynas in November of 2017?
12       A   Not to my knowledge.
13       Q   Who performs the infectious disease
14  screenings for inmates?
15       A   What do you mean by "infectious disease
16  screening"?
17       Q   Have you ever reviewed any infectious
18  disease screenings from at your -- during your time
19  at the Sherburne County Jail?
20       A   In regards to, like, the booking sheet?  Is
21  that what you're talking about?
22           Oh.
23       Q   Showing you what's been marked --
24       A   Sorry.  Yes.  That's mine.
25       Q   -- as Exhibit 18.
```

24

```
1            And you've seen those types of infectious
2   disease screening forms before?
3        A   Yes.
4        Q   And are those typically filled out by
5   medical personnel at the jail or by a correctional
6   officer?
7        A   A correctional officer, I've seen them do
8   that with a patient.  And I've -- or with an inmate.
9   And an inmate has also done them, circled them on
10  their own.  I've seen them done both ways.
11       Q   And you filled out many forms yourself for
12  James Lynas during his stay at the jail in November
13  of 2017.  Correct?
14           MS. NEARING:  Objection.  Vague as to
15  "many."
16  BY MS. BENNETT:
17       Q   You can answer.
18       A   The forms that I filled out.  That's the
19  only forms that I filled out for him.
20       Q   Had you had any contact with James Lynas
21  prior to November of 2017?
22       A   Can you repeat the question?
23       Q   Did you have any contact with James Lynas
24  prior to November of 2017?
25       A   Yes.
```

25

```
1        Q   Can you describe what can you recall from
2   those interactions?
3        A   Can I view my notes?  Or may -- can I
4   review my --
5        Q   I can show you.
6        A   My -- eMDs documentation.
7        Q   Showing you Exhibit 22, which is a flow
8   sheet, chemical withdrawal flow sheet, for James
9   Lynas from July of 2017.
10           Does your handwriting appear on that
11  document?
12       A   Yes.  Yes.
13       Q   And you scored him a 5 for chemical
14  withdrawal.  Is that correct?
15       A   Yes.
16       Q   On July 6th?
17       A   Yes.
18       Q   And then can you -- you also wrote, you
19  know, more of a narrative at the bottom portion in
20  your own handwriting.  Right?
21       A   Yes.
22       Q   Can you walk us through that note?
23           So it starts out, "Patient denies nausea,
24  vomiting or diarrhea."  Right?
25       A   Correct.
```

Doby Professional Reporting, Inc.
952-943-1587

### 26

```
1          MR. BENNETT:  Can you just read it slowly
2    into the record so we can --
3          THE WITNESS:  Oh.  Sure.  I can do that.
4          Patient denies nausea, vomiting or
5    diarrhea.  Reports eating and sleeping well.  Reports
6    intestines are starting to rumble, but no issue yet.
7    Calm and cooperative.  Skin dry.  Sat still in chair.
8    Clear speech.  Steady, even gait.  Patient teaching
9    completed on lower tolerance of opioid -- OPI -- and
10   risks of going back to previous dose.  Patient
11   teaching on importance of staying hydrated.
12   Recommended patient seek medical care on outside if
13   released from court today due to patient thinks he
14   will be released today.  Patient verbalized
15   understanding and agreed he will follow up with
16   primary clinic -- primary clinic and the RN to see
17   tomorrow.
18   BY MS. BENNETT:
19      Q    And then you also saw -- or also made a
20   note on the 7th, noting that he had been released on
21   the 6th as he had thought would happen.  Is that
22   right?
23      A    Correct.
24      Q    And do you recall, as you sit here today,
25   this interaction with James Lynas?
```

### 27

```
1       A    This interaction?
2       Q    Yes.
3       A    No.
4       Q    Did you have any interactions with him that
5    you are aware of, as you sit here today, prior to
6    July of 2017?
7       A    That I remember?
8       Q    Yes.
9       A    Yes.
10      Q    Before July?
11      A    Before this date?
12      Q    Yes.
13      A    No.
14      Q    Okay.  So everything that you recall
15   occurred after this July --
16      A    Yes.
17      Q    -- interaction?
18           And as a nurse at MEnD, do you have access
19   to forms filled out by other providers within the
20   MEnD system at the Sherburne County Jail as well as
21   correctional officers?
22      A    What do you mean by "forms filled out by
23   correctional officers"?
24      Q    So, like, there was a flow sheet from you;
25   there's, you know, suicide risk screening forms;
```

### 28

```
1    there's health assessments.  Do you have access to
2    those handwritten documents?
3       A    Yes.  So those are completed by medical.
4       Q    And then --
5       A    Personnel.
6       Q    Okay.  And do you have access to, like, the
7    booking sheets that are -- that would -- which are
8    completed by correctional officers?
9       A    Yes.  We have access to booking sheets.
10      Q    And then you also have access to the eMDs
11   records, which are the electronic forms filled out by
12   medical?
13      A    Yes.
14      Q    And are those medical records, both through
15   eMDs, and then the handwritten documentation by other
16   medical providers, to be looked at by you to help
17   with contin -- the care of an inmate?
18      A    Yes.  We review them to look at a full
19   picture of a patient.
20           What's --
21      Q    And you --
22      A    I'm sorry.  What's pertinent to the
23   situation.
24      Q    And are MEnD employees expected to convey
25   information about inmates to other MEnD employees
```

### 29

```
1    taking care of that same inmate?
2          MS. NEARING:  Objection.  Overly broad as
3    to "information."
4          You can answer.
5       A    Can you repeat the question?
6    BY MS. BENNETT:
7       Q    Yes.
8          Are MEnD employees expected to convey
9    information about inmates to other MEnD employees
10   taking care of that inmate?
11      A    Yes.  We communicate with each other,
12   passing along pertinent information.
13      Q    And how is that done?
14      A    Various of ways, depending on what shift
15   you're on and what day of the week it is, whether
16   it's an in-person pass-on or an email pass-on.
17   That's just more of a basic communication, a shift
18   pass-on.
19      Q    Was your first interaction with James Lynas
20   in November of 2017 on the 5th?
21      A    My first interaction for that
22   incarceration?
23      Q    Yes.
24      A    Yes.
25      Q    And prior to your interaction with James
```

Doby Professional Reporting, Inc.
952-943-1587

30

1  Lynas on the 5th, did you -- or prior to or during
2  your interaction with him, did you review any of the
3  handwritten medical records or the eMDs records?
4      A  Can I review my eMDs note?
5      Q  As you sit here today, you don't recall if
6  or what you reviewed?
7      A  I -- let's see.  I don't recall exactly at
8  the time what I would have had in hand.  But I would
9  have had for sure the BD -- Beck -- Beck depression
10  and whatever I was able -- whatever would have been
11  in his chart.  Because his paper chart, also within a
12  note, is what I would have looked at prior to talking
13  to the on-call provider to have a full picture of
14  what I was presented to her.
15      Q  Did you have James Lynas fill out the --
16      A  No.
17      Q  -- Beck -- or Beck Depression Inventory?
18      A  Can you repeat the question?
19      Q  Were you the person who had James Lynas
20  fill out the Beck Depression Inventory?
21      A  No.
22      Q  Who did that?
23      A  Who had him fill it out?
24      Q  Yes.
25      A  Who gave it to him?

31

1      Q  Yes.
2      A  The patient?  Or -- Jen.  I believe it was
3  the -- Jen Thompson.  Not the health assessment.  Or
4  her interaction.
5      Q  So that's something that he's given and
6  taken -- or gets to take back and fill out, and then
7  it's scored at a later date?
8      A  Correct.  You get -- it's sent -- it's
9  explained, it gets sent back with them.  It's up to
10  them when they choose to fill it out.
11      Most commonly, it's given to med passers
12  during med pass.  And they -- med passers can have a
13  quick glance out of it.  They see higher scores,
14  they'll immediately flag an RN, or as soon as they're
15  able to, so that it's not waiting longer than it
16  needs to, if it's a higher -- higher score one.  And
17  then they bring it back to the clinic and the RN
18  proceeds with the process of what we need to do with
19  the form.
20      Q  Why is it, then, that an inmate gets to
21  decide when they fill out the Beck Depression
22  Inventory?
23      A  That is just our processes.  They are able
24  to -- give it to them, and they are able to fill it
25  out when they are ready to do it.  If they even want

32

1  to do it.  We can't make them do it.
2      Q  So it could take them ten minutes.  It
3  could take them three days.
4      A  Yep.
5      Q  It doesn't matter to you?
6      A  Well --
7      MS. NEARING:  Objection.  Misstating her
8  testimony.
9  BY MS. BENNETT:
10      Q  Well, if they don't have to -- they don't
11  have to fill it out?
12      A  We can't make them.
13      Q  So they don't have to fill it out?  There's
14  no criteria making them fill it out?  Is that...
15      A  No.
16      Q  Is that correct?
17      A  Of making them fill it out?  No.  Yeah, not
18  that I'm aware of.
19      Q  And then they can take however long to do
20  so?  If they choose to fill it out.
21      A  Correct.
22      Q  Correct?
23      And so MEnD really doesn't care one way or
24  the other if it's filled out and the information that
25  can be obtained from the Beck Depression Inventory?

33

1      MS. NEARING:  Objection.  Misstating the
2  testimony and the record.
3      A  I'm -- can -- what -- can you clarify what
4  you're asking?
5  BY MS. BENNETT:
6      Q  So if they don't have to fill out it and
7  there's no deadline for filling it out, through
8  MEnD's policy would it appear that they don't care if
9  it's filled out or what information can be obtained
10  from this?
11      MS. NEARING:  And same objection.
12      A  It's, again, it's up to the patient to fill
13  out.
14  BY MS. BENNETT:
15      Q  Is this something, the Beck Depression
16  Inventory score of an inmate, that you personally as
17  a RN with MEnD cared about?
18      A  Yes.
19      Q  Was it important information to obtain?
20      A  Yes.
21      Q  In a timely fashion?
22      A  I had not, at this incarceration, seen this
23  patient.  At the time that was another RN meeting
24  with him at that point.  This is when I came in, on
25  this incarceration, came into my first interaction

34

1   with him. I care about all of my patients.
2       Q   Did you care if any particular inmate
3   completed a Beck Depression Inventory?
4           MS. NEARING: Objection. Overly broad,
5   nonspecific hypothetical.
6           MR. BENNETT: It's not a hypothetical.
7   BY MS. BENNETT:
8       Q   You can answer.
9       A   What is your question? Can you repeat
10  that?
11      Q   Did you care if any particular inmate
12  completed a Beck Depression Inventory?
13      A   I care about a -- the well-being of all the
14  patients. It's up to them to fill out on their -- on
15  their end, if they want to seek that help. And we
16  want to help anybody that's willing and needing
17  mental health help, and medical help. All together.
18      Q   So is it up to the inmate to request mental
19  health care?
20      A   They can.
21      Q   But if they don't have to fill any --
22          MR. BENNETT: Answer the question.
23  BY MS. BENNETT:
24      Q   If they don't have to fill anything out,
25  and you're saying that that's how you would know if

35

1   they needed mental health care, isn't that they would
2   have to present and ask for it?
3       A   On our health assessment, that's one of the
4   things we screen, when we have a health assessment.
5   If they're -- it's offered. It's also told to the
6   inmate that it's also available.
7           If, when you're doing that health
8   assessment and things come up that the patient's
9   reporting, you can -- at any point, I can always go
10  to a mental health provider, if I have -- if they
11  aren't even asking for help or anything like that,
12  but I have concerns as a nurse, from my judgment,
13  nursing judgment, I can always go to a mental health
14  professional, or mental health provider, and present
15  him my concerns. If a -- if a patient is not
16  actively seeking and I have concerns about that.
17      Q   And again, did you hear if any particular
18  inmate completed a Beck Depression Inventory?
19          MS. NEARING: Asked and answered.
20          MR. BENNETT: It wasn't answered.
21          MS. NEARING: It was answered just now.
22          MR. BENNETT: It wasn't answered.
23          MS. NEARING: Go ahead.
24      A   Again, I care about all patients. If they
25  have -- if they have given it, we want them to fill

36

1   it out and seek the mental health help that they...
2           (Sotto voce communication between
3   plaintiff's counsel.)
4   BY MS. BENNETT:
5       Q   So if you're not enforcing them to fill it
6   out, you don't really care if any inmate completes --
7           MS. NEARING: Objection. This is --
8   BY MS. BENNETT:
9       Q   -- the Beck Depression Inventory?
10          MS. NEARING: -- just argumentative.
11          MR. BENNETT: Just answer the question.
12          MS. NEARING: Asked and answered.
13          MR. BENNETT: She didn't answer the
14  question.
15          MS. NEARING: She answered the question.
16          MR. BENNETT: She did not.
17          MS. NEARING: She cares about every
18  patient.
19          MR. BENNETT: That doesn't -- that
20  doesn't --
21  BY MS. BENNETT:
22      Q   Are they patients or inmates, to you?
23      A   They're patients.
24      Q   I think you called them "inmates" before.
25  Would that be mistaken?

37

1       A   They're both. When we were -- typically
2   when I refer to them through medical, if -- you're
3   referring to the patient. On the jailhouse side,
4   when they're interaction -- they're interaction is an
5   inmate. But they're both a patient and inmate. We
6   treat -- they are patients no matter what.
7       Q   I want to go back to this Beck Depression
8   Inventory and how it was that it came to you.
9           You said that a med passer can pick up a
10  completed Beck Depression Inventory and bring it back
11  to the clinic. Is that what happened in this case?
12      A   Oftentimes, they give -- give them --
13  that's their -- three times a day when med pass --
14  med cart goes around, that's their more frequent
15  option, to return it to the clinic. And the med
16  passers quickly, when they can, score them just to make
17  sure. If they have -- saw that there's some
18  higher -- higher scored answers. And then they
19  return it to the clinic and let us know if they see
20  one that's higher than 40. And we still do our own
21  scoring of it as an RN.
22      Q   So how was it that the Beck Depression
23  Inventory for James Lynas was brought to you?
24      A   It was returned from the med -- the med
25  pass. Then the med passer returned it.

10 (Pages 34 to 37)

38

```
1        Q   Which med passer?
2        A   I don't recall.
3        Q   And is this being returned to you what
4    prompted your further interaction with James Lynas on
5    November 5th, 2017?
6            (Sotto voce communication between
7    plaintiffs counsel.)
8    BY MS. BENNETT:
9        Q   Being the Beck Depression Inventory?
10       A   Yes.
11       Q   So once you received that from the med
12   passer, then you engaged in the rest of your
13   interaction, both with James Lynas and then moving
14   along to Crystal Waagmeester.  Is that correct?
15       A   Correct.
16           Well, first it was Crystal that received
17   it, scored it.  It was above 40.  Contacted provider.
18   She wanted further informa -- so reviewing what I had
19   currently on the patient, in his chart.  Reviewing
20   that with her.  She wanted further information, for
21   me to meet with him.  So then I proceeded with meet
22   with him.  Call him to the clinic and then meet with
23   him.
24       Q   So did you review some of his chemical
25   withdrawal questionnaires and flow sheets?  Prior to
```

39

```
1    your conversation with Crystal?
2        A   I cannot recall if I exactly looked at it.
3    But it -- could have looked at it in eMDs versus the
4    written.  I don't recall.
5        Q   Did you have an understanding that James
6    Lynas had substance abuse issues?
7        A   Yes.
8        Q   Prior to your call with Crystal
9    Waagmeester?
10       A   Yes.
11       Q   And is opioid withdrawal a serious medical
12   need?
13       A   Yep.  Yes.
14       Q   And is severe depression a serious medical
15   need?
16       A   Yes.
17       Q   And if someone explains that they're not
18   coping with their mental illness, is that a serious
19   medical need?
20           MS. NEARING:  Objection.  Lack of
21   foundation.  And incomplete hypothetical.
22   BY MS. BENNETT:
23       Q   You can answer.
24       A   Can you repeat your question?
25       Q   If someone is saying that they're not
```

40

```
1    coping with their mental health issues, is that a
2    serious medical need?
3        A   We take it seriously and we proceed with
4    getting them mental health help that they need.  We
5    have steps and process to do that.
6            (Exhibit 27 was marked for identification.)
7    BY MS. BENNETT:
8        Q   Showing you Exhibit 27.  Is that the Beck
9    Depression Inventory that you reviewed for James
10   Lynas in November of 2017?
11       A   Yes.
12       Q   And in fact, your signature appears as a
13   scorer's signature dated 11/5/17.  Correct?
14       A   Yes.
15       Q   And why are there certain scores that are
16   crossed out?
17       A   The med passer wrongfully -- did the
18   wrong -- scored it wrongly.  So when I got it, I
19   corrected it.  He scored 0, 1, 2, 3 with the boxes.
20       Q   And it's a 4-point scoring system?  Zero
21   through 3?  Is that right?
22       A   Right.  But you can't get a score of 4.
23   Zero, 1, 2, 3.
24           (Reporter requested clarification.)
25       A   You cannot get a score of 4.  Zero, 1, 2,
```

41

```
1    3.
2    BY MS. BENNETT:
3        Q   And James Lynas scored a 43 by your count.
4    Correct?
5        A   Correct.
6        Q   And then who marks, "Step 2, sent to
7    inmate"?
8        A   Me.
9        Q   Was that in fact done?
10       A   Yes.  It was.
11           And every time I explain it to them.  Go
12   through it.  Make sure they understand the
13   instructions of the step -- second step of the mental
14   health packet.
15           And if I believe that they would be seen
16   before the two weeks, have them, if they come to the
17   clinic, just bring it with them in case they're
18   coming to see a mental health provider.  And that's
19   what was instructed to James.
20       Q   And what is step 2?
21       A   It is as two-week daily log.
22       Q   A log of what?
23       A   Am I able to see?
24       Q   What's the purpose of the log that you gave
25   to James Lynas?
```

## 42

1     A   For them to, over a two-week period, to --
2   for -- this is for a mental health provider to
3   review, this -- when they return it.  See where
4   they're at over the two-week course.  And he uses
5   that in his plan for the patient.
6     Q   And if Crystal Waagmeester testified
7   yesterday that that second step was never sent to
8   James Lynas, would you quarrel with that?
9         MS. NEARING:  Objection.  Misstating her
10  testimony.
11    A   No.  I gave it to him.
12        (Reporter requested clarification.)
13    A   No.  I gave it to him.
14  BY MS. BENNETT:
15    Q   And what does the score of 43 mean on the
16  Beck Depression Inventory?
17    A   That is the score for only his answers.
18  And our protocol is if it's above 40, a medical
19  provider is contacted.  Which is what I did.
20    Q   And any score above 40 equals severe
21  depression.  Correct?
22        MS. NEARING:  Objection.  Foundation.
23    A   That's not for me to make that
24  determination.
25

## 43

1   BY MS. BENNETT:
2     Q   So you're the individual that's tasked with
3   scoring the Beck Depression Inventory, but you
4   yourself have no idea what the scoring scale is for
5   the BDI?
6     A   I can't -- I cannot diagnose him with a
7   diagnoses of that.  I know what this -- what I'm
8   supposed to do with the -- I was in process with our
9   protocol for the Beck Depression Inventory.
10    Q   Is there any scoring scale posted in the
11  jail?
12    A   For a deck -- Beck Depression Inventory?
13    Q   Yes.
14    A   Posted in the jail?
15    Q   Yes.
16    A   Or the clinic?
17    Q   Well, the clinic is in the jail.  Right?
18    A   I don't believe it -- it's not posted on
19  the wall.
20    Q   Is there some place that you can go and
21  look at a Beck Depression Inventory scale in your
22  clinic or at the jail?
23    A   I believe so.  But I don't know what it's
24  called.
25    Q   So you wouldn't know where to find that, if

## 44

1   you wanted to look at the scale?
2     A   I wouldn't know where to find it?
3     Q   Yeah.
4     A   What is the question of?  What am I trying
5   to find?
6     Q   The scale for the Beck Depression
7   Inventory.
8     A   Oh, how to score, are you saying?
9     Q   No.  What the scoring results mean.
10    A   I don't recall.  I'm not sure.
11    Q   So you're scoring something you don't
12  really have any idea what the score means.  Is that
13  fair?
14    A   I know when it's a 40 or above, that's when
15  we take action and it's meaning we need to not just
16  let it go.  We follow our protocol of contacting our
17  provider.
18    Q   So a score over 40, would that mean that
19  you take urgent action on your part?
20    A   I would call a medical provider and find
21  out what they would like to do with the scoring and
22  what the clinical -- what we have for that patient.
23    Q   And would you call that medical provider as
24  soon as feasibly possible?
25    A   Yes.

## 45

1     Q   I'm going to show you Exhibit 10, regarding
2   the Beck Depression Inventory.  And here's the
3   scoring scale I was just referring to.  Do you --
4   have you ever seen that before?
5     A   No.  I've never seen this paper before.
6         (Sotto voce communication between
7   plaintiff's counsel.)
8   BY MS. BENNETT:
9     Q   Do you have any reason to disbelieve that
10  scoring scale?
11        MS. NEARING:  Objection.  Lacking in
12  foundation.
13    A   As an RN I don't make these scales and I
14  don't determine this.
15  BY MS. BENNETT:
16    Q   So as an RN, do you have any reason to
17  disagree with what is written there regarding the
18  scores for the Beck Depression Inventory?
19        MS. NEARING:  Same objection.  Lacking in
20  foundation.  Document speaks for itself.
21        MR. BENNETT:  Objection.  Coaching the
22  witness.
23        MS. NEARING:  Objection.  Two attorneys
24  questioning the witness.
25        MR. BENNETT:  Well, that's a material

46

1  question. You got a health provider who doesn't know
2  whether the test she's scoring, what it means.
3      MS. NEARING: Lacking in foundation.
4  **A  I know a score of 40 or more is something**
5  **that we are going to take action on, because that is**
6  **indicative of a patient that is in need of mental**
7  **health help.**
8  BY MS. BENNETT:
9      Q  And that's -- 40 or above is a threshold
10  provided to you by MEnD?
11      **A  Correct.**
12      Q  And other than that score of 40, you don't
13  know one way or the other what a 39 might mean or
14  what a 43 means?
15      **A  I know that a scoring on the higher end of**
16  **the Beck Depression Inventory disorder -- or**
17  **Inventory. That's not for me to diagnose.**
18      MS. BENNETT: All right. We're going to
19  take a five-minute break.
20      VIDEOGRAPHER: Off the record at 10:00 a.m.
21      (Recess taken.)
22      VIDEOGRAPHER: This is file 2. We're on
23  the record at 10:09 a.m.
24  BY MS. BENNETT:
25      Q  Okay. Then I want to go through what was

48

1  **Getting all the information I need to complete the**
2  **suicide risk screening form.**
3      **Later on, after meeting with the patient, I**
4  **would have called Crystal. He would have waited in**
5  **the -- he waited in the clinic waiting room while I**
6  **contacted the provider to determine what the further**
7  **action is. And so then that's, with her orders,**
8  **these forms were completed.**
9      **In regards to answering what these forms**
10  **are. Like, these were not in there with him. These**
11  **were in response to the provider's order. And this**
12  **is what -- meeting with the information.**
13      Q  Okay. Yep. That's helpful because I
14  wasn't sure exactly what -- which step came next.
15      So as you're meeting with James Lynas on
16  November 5th, you go through the suicide risk
17  screening form. Correct?
18      **A  Yes.**
19      Q  And would you have done that regardless of
20  if any other screening form had been performed or
21  done on him because of his BDI score?
22      **A  Yes. Yeah. Yep.**
23      Q  And after that meeting with him, you called
24  Crystal a second time?
25      **A  Correct.**

47

1  done next. So first the Beck inventory -- Beck
2  Depression Inventory is brought to you by a med
3  passer, you make a call to Crystal Waagmeester, and
4  then you go back to James Lynas per her request. Is
5  that right?
6      **A  Yes.**
7      Q  And then which form -- I think I pulled
8  them out. There's a suicide risk screening form. I
9  believe yours is the third page in Exhibit 20. And
10  then there's the special precautions sheet, and then
11  also the mental health referral.
12      What is done next?
13      **A  With meeting him? With meeting with him,**
14  **you're talking about yes?**
15      Q  Yes.
16      **A  Yeah. So how I go about things when a --**
17  **when a higher BDI, and I'm meeting with a patient for**
18  **that sole reason, I try to get as much information**
19  **from them by not -- just in conversation. Seeing**
20  **where they're at, get that information directly from**
21  **them of where they're at before I start asking any**
22  **direct questions. Just to get that honest, where**
23  **they're at, telling me the information.**
24      **Then I go through -- through a**
25  **conversation, and assessing them at the same time.**

49

1      Q  And besides just the information that's on
2  the suicide risk screening form, you also filled out
3  a eMDs, you know, more of a narrative of the
4  information that you obtained from Lynas. Is that
5  correct?
6      **A  Yes. These forms don't have enough**
7  **documentation room, and that kind of combines**
8  **everything together on the electronic version. But**
9  **these are all -- all kind of summarize in the one.**
10  **And then you go into more detail of what's being said**
11  **with these questions, because this is only a circle.**
12      **And then on this specific form, the suicide**
13  **risk form, the plan is -- would go -- a quick**
14  **snapshot of plan right there. But then, yes, go into**
15  **detail what the conversation was with him.**
16      Q  I'd like to move to Exhibit 16, which is
17  the eMDs sheet you filled out for James Lynas, the
18  encounter you had with him on November 5th. Is that
19  correct?
20      **A  Correct.**
21      Q  Okay. And then just -- do you know why
22  there are two versions of that form?
23      **A  Because it -- it looks like it appears --**
24  **like it cuts off at the bottom. It doesn't include**
25  **the full note.**

50

1  Q   I actually mean why there's one that was
2  signed by Leonard and one that was not signed by
3  Leonard.
4  A   They sign electronically.  I don't know how
5  it comes off in a printing form version of it.  But
6  they sign it electronically.
7  Q   And where does he do that from?
8  A   They're sending into emails, and they sign
9  off on the encounters to do that.
10  Q   Do you know if he has access from that
11  outside of the jail?
12  A   Dr. Leonard?
13  Q   Yes.
14  A   Yes.
15  Q   Yes, he does?
16  A   Wherever he's working.  I don't...
17  Q   Would you have access to eMDs for Sherburne
18  County Jail patients outside of the jail?
19  A   Yes.  Only on -- when I'm on call
20  overnight.  To look for -- at a patient's -- when
21  you're being called.
22  Q   And can you --
23  A   (Indiscernible.)
24  Q   Sorry.  I didn't mean to interrupt you.
25      Can you describe how you get that eMDs

51

1  access when you're on call?
2  A   It's Internet based.
3  Q   So as long as you have a log-in, password,
4  you can get on there?
5  A   Yes.  That is how you log into eMDs.
6  Q   Let's walk through your note from the
7  encounter on the 5th.
8      Can you read that for us?
9  A   Starting from the top, "Chief complaint"?
10  Q   Yes.
11  A   Okay.  Chief complaint:  James Lynas is a
12  31-year-old male, Anoka inmate.  Today's visit is
13  chemical withdrawal assessment.  His primary language
14  is English.  He is completely fluent in English.
15      Patient returned BDI with a store of 43 and
16  number 9 -- and number 9 scored as a 1.
17      Writer reviewed patient -- reviewed patient
18  health assessment visit, previous suicide risk
19  assessment, and BDI with FNP C. W. who asked for
20  writer to meet with patient and get more information.
21  Patient seen in clinic.
22      "History of present illness:  Patient
23  denies suicidal thoughts.  When writer asked if he
24  had the opportunity available to kill himself, would
25  he do it, patient responded, 'No.  I couldn't do that

52

1  to my daughter.'"
2      Patient denies history of attempts or plans
3  of suicide, but reports in -- in 2013, when he got
4  his felony, he felt like giving up and he sold all of
5  his guns so he would -- wouldn't shoot himself.
6      Reports was having a rough time on the
7  outside, but about 1.5 months ago -- or is that a
8  6 -- five months ago started getting his life back
9  together, but still continued to use opioid --
10  opiates.
11      Reports now being in jail is the first time
12  in 1.5 years he's been sober and is having to deal
13  with his mental health.  When asked how he's
14  currently coping with it, patient stated, "Honestly,
15  I'm suffering and not coping with it."
16      Patient reports he went to court on Tuesday
17  and got a four-month -- and got four months, but
18  possibly -- a possibility of going to workhouse after
19  30 days, but thinks it is his -- in his best interest
20  to do the four months, then go to a treatment that
21  does dual diagnosis to get help with drug use and
22  mental health, like at Nystrom's or Recovery Plus.
23      Reports the last time he went to treatment,
24  his mental health was not addressed, and he thinks
25  that was part of the issue of returning to drugs.

53

1      Patient reports definitely feeling
2  depressed and "my anxiety is through the roof."
3      Reports feeling very stressed about being
4  locked in for 20 hours a day and -- while in Gamma,
5  but when he has time out of his cell he watches TV or
6  walks, which helps.
7      "Reports his insomnia is maddening, his
8  mind is going crazy with thoughts and going through
9  many emotions like frustration, irritation and then
10  emotional."
11      Patient reports having current goal of
12  getting back together and future goal -- of getting
13  life back together, and future goals of going to
14  treatment and putting his life back together for his
15  daughter so he doesn't have to go -- doesn't have to
16  go through the same thing -- she doesn't have to go
17  through the same thing he did.
18      Patient reports if he did have suicidal
19  thoughts, he would tell the CO or clinic.
20      Do I keep going?
21  Q   That's okay for now.
22      On the eMDs sheet, there's a lot more
23  information than just in the suicide risk screening
24  form?
25  A   Yes.

54

1  Q   And the encounter, as you described it, is
2  replete with mental health issues. Right?
3       MS. NEARING: Objection. Document speaks
4  for itself, and misstating the testimony.
5       MR. BENNETT: Well, that's not a legal
6  objection.
7       MS. NEARING: To make it clear: Objection.
8  Misstating her testimony, and the document speaks for
9  itself.
10      A   Can you repeat your question?
11  BY MS. BENNETT:
12      Q   The document that you wrote is replete with
13  medical -- or mental health issues. Correct?
14      MS. NEARING: And lacking in foundation.
15      A   Patient reported what he was going through,
16  where he was at to me.
17  BY MS. BENNETT:
18      Q   Including a long list of mental health
19  issues. Correct?
20      MS. NEARING: Objection. Objection.
21  Misstating her testimony and foundation.
22      A   Patient reported he had a history of mental
23  health and -- exactly what I have spoken to already.
24  BY MS. BENNETT:
25      Q   Which included anxiety. Right?

55

1      A   Yes.
2      Q   And that's a mental health issue? Correct?
3      A   Yes.
4      Q   And that he was going crazy? Correct?
5      MS. NEARING: Objection. Misstating the
6  record.
7      A   Where is...
8  BY MS. BENNETT:
9      Q   His insomnia is maddening. Correct?
10     A   That's what he reported. Yes.
11     Q   And that's what you wrote down. Right?
12     A   Yep.
13     Q   And that his mind is going crazy with
14  thoughts. Correct?
15     A   Correct. That's what he stated.
16     Q   And then he's having many emotions, such as
17  frustration. Correct?
18     A   Correct.
19     Q   Irritation?
20     A   Yes.
21     Q   And other emotional issues, which aren't
22  elaborated here. Correct?
23     A   Correct.
24     Q   Do you know what he meant by those
25  emotional issues?

56

1      A   Only from what he was -- reported to me
2  through he -- what I've documented.
3      Q   And then he also notes that when he's
4  sober, he's had -- he has to deal with his mental
5  health. Correct?
6      A   Correct.
7      Q   And you asked him how he's coping with it.
8  Right?
9      A   Yes.
10     Q   And he responded. And you put in quotes,
11  "Honestly, I'm suffering and not coping with it."
12     A   Correct.
13     Q   And those would be tons -- or a long list
14  of mental health issues that were reported to you,
15  his treating nurse. Correct?
16     A   I don't treat him. I don't make the
17  treating decisions. But I'm gathering this
18  information, making my nursing judgment of what is
19  being -- where he is at. He is wanting help with his
20  mental health, and we're taking the action steps to
21  get him that mental health step and what's in place.
22  Already initiated through the mental health packet.
23  This is another step of going through the mental
24  health process and eventually -- then the mental
25  health provider takes over with his plan for the

57

1  patient.
2      Q   And you, as a RN for MEnD, are part of the
3  care team provided to inmates at Sherburne County?
4      A   Yes. Part of the care team.
5      Q   And you're actually really the boots on the
6  ground, as far as I understand it. You're the person
7  that is actually seeing the patient. Crystal
8  Waagmeester isn't there. Right?
9      A   Crystal was on call. Medical providers and
10  mental health providers also see the patients that
11  are at the -- at the jail.
12     Q   And by Crystal being on call, she's not in
13  the jail?
14     A   Correct.
15     Q   Do you know if Crystal had ever set foot in
16  Sherburne County Jail?
17     A   Not that I'm aware of. I don't know. I
18  can't speak to that.
19     Q   Have you ever seen her?
20     A   I believe, yeah. I believe so. At
21  conference.
22     Q   But not at Sherburne County Jail?
23     A   I, myself, have not seen her at Sherburne
24  County Jail.
25     Q   And as a nurse that is taking these

15 (Pages 54 to 57)

58

1 observations, as you were tasked to do by another
2 MEnD employee, would these be mental health issues
3 that are red flags to you?
4     A   This is something I wouldn't ignore.  And I
5 would believe that he needs to see -- I believe he
6 needed mental health help, and that's why I proceeded
7 with getting further direction orders from the
8 medical provider of what she wanted to do for next
9 steps.
10         As an RN, I can place someone on full
11 suicide precautions, if somebody is actively
12 suicidal.  Anything less than that is coming from a
13 provider's order of what to do.
14         From my full clinical assessment of this
15 patient, I'm assessing him.  This was not a patient
16 that was actively suicidal at the time that I saw
17 him.  And from what he is telling me, there was
18 reassurance:  He is thinking about the future; he
19 would tell somebody if he had suicidal thoughts, he
20 denied suicidal thoughts at the time me meeting with
21 him.  Those are all things taking into the full
22 picture of why I -- he -- this patient was not
23 somebody that was actively suicidal.
24         So from that point, I have to get providers
25 orders of what the plan is because they make the

59

1 determination, and as an RN I can't make that
2 determination.  Anything less -- I can put somebody
3 on full suicide, but anything less it comes from a
4 provider.
5     Q   Have you heard that contracts for safety
6 don't mean anything?
7     A   I have not heard this myself.
8     Q   Do you think that every individual in jail
9 with mental health issues is transparent about the
10 issues that they're facing?
11         MS. NEARING:  Objection.  Overly broad and
12 incomplete hypothetical.
13     A   I can go off of my assessments and what
14 they're telling me, and the overall picture.  And
15 that's what we have to take --
16 BY MS. BENNETT:
17     Q   Well, he committed suicide.  Right?
18     A   -- my assessment going forward.
19     Q   James Lynas committed suicide.  Correct?
20     A   From my -- from what -- yes.  That is from
21 what...
22     Q   And you know that he had a score of 43 on
23 his Beck Depression Inventory.  Correct?
24     A   Yes.
25     Q   And you thought that the information you

60

1 went back and gathered on November 5th was important
2 enough to put in quotes and draft the longest
3 narrative, I think, that we have in the eMD sheet
4 about him.  Is that fair?
5     A   I don't -- if it's the longest or not.
6 That's not really pertinent.  It is -- I take the
7 information that's given to me.  I present -- I don't
8 think this is something that should just have gone --
9 not been dealt with.  He needed mental health help
10 and I got -- took it to the next step of what I'm
11 supposed to do for protocol, of what our process is,
12 get the further direction from the medical provider.
13 And that's exactly what I did.
14     Q   So then, after this meeting that prompted
15 the narrative on the 5th that you wrote, you go back
16 and call Crystal.  What information do you convey to
17 her during that second call?
18     A   The -- everything that I would have typed
19 here I would have informed her of.  Including the
20 score of your -- the suicide risk screening form.
21         Also, we're -- with my -- I believe it's
22 cut off.  My -- the exam portion of this.  That is
23 also in eMDs.
24     Q   And does a suicide risk screening -- or
25 score of 12 match a Beck Depression Inventory score

61

1 of 43?
2         MS. NEARING:  Objection.  Lacking in
3 foundation.
4     A   I don't make that determination of what
5 equals what.  They're two different forms, and this
6 is what this assessment is.
7 BY MS. BENNETT:
8     Q   How is it that you go through this suicide
9 risk form?
10     A   I believe I already stated.  I start out
11 with trying to get as much information from them
12 through conversation, seeing where they're at.  How
13 they've been telling me things before, if I need any
14 additional questions, have more direct questions
15 just to see where they're at.  But I try to get --
16 first get that information from -- coming straight
17 from them.
18     Q   Were you surprised that you scored him at a
19 12 from the suicide risk screening form when he had
20 had a Beck Depression Inventory score of 43?
21     A   No.  I'm not surprised.  I'm taking exactly
22 where this -- what he's telling me and scoring it on
23 a suicide risk form.
24     Q   And as you said --
25     A   These are two separate forms.

16 (Pages 58 to 61)

62

1      Q   And as you said, I think, before, the
2  suicide risk screening form is just circling certain
3  boxes, and the eMD sheet allows you to actually draft
4  a narrative about what you learn.  Correct?
5      A   Explaining the -- what -- why these were
6  chosen.
7      Q   And in that eMD sheet, does it state that
8  you called Crystal a second time?
9      A   Yes.  And the care plan.  So with the plan
10  of this whole encounter.  Got a telephone order read
11  back, from Crystal Waagmeester, for 15-minute mental
12  health watch in general population; to start
13  hydroxyzine, as set up above; and give first dose
14  now, at 11:00.  And sent mental health referral.
15      So that was me calling her back, reporting
16  with what the further information and assessment was
17  she requested.  And she can make that determination.
18      Q   And is the 15-minute mental health watch
19  the same as a suicide watch?
20      A   It's not comparing anything.  The -- how
21  the process is here at Sherburne is -- how it's
22  designed, how they've always had us do it -- is it's
23  stated very clearly on the special precaution forms
24  and in ProPhoenix that it's a mental health watch.  I
25  don't -- we are not -- we do not use the -- at

63

1  Sherburne, we do not use the suicide or close
2  observation watches.
3      Q   Did you give James Lynas that dose of
4  hydroxyzine?
5      A   Yes.
6      Q   I'm going to show you what has been marked
7  as Exhibit 11.  So that's the actual prescription.
8  And then that third page of that is the MAR, or
9  medical administration record.  So the one time dose,
10  is this --
11      MS. NEARING:  Wait for her question.
12      THE WITNESS:  Oh.  Okay.
13  BY MS. BENNETT:
14      Q   Does your writing appear on the medical
15  administration record at any -- anywhere?
16      A   No.
17      Q   Why not, if you gave him a dose?
18      A   Because the one-time does was given from
19  stock, and the -- would have been on the record of
20  removing that for which patient from the stock meds
21  to give a now-dose.  Because they have to get the
22  further, future doses from pharmacy.  So it would
23  have come in from pharmacy.
24      Q   So there's some other form where you marked
25  that you provided him with hydroxyzine?

64

1      A   I charted it on the suicide risk screening
2  form, "Provider's orders completed."  And that
3  includes giving him the one-time dose of hydroxyzine.
4      Q   Wouldn't there have to be some, like,
5  checkout form for medication prescribed, other than
6  just the suicide risk screening form?
7      A   It would have been sent -- documented in
8  eMDs, which I did, and sent to a med passer.  I can't
9  speak for their documentation of the med passer who
10  set this up.  But I know I gave hydroxyzine, as
11  prescribed, as the one-time dose, and ordering the
12  future doses as prescribed by her.
13      Q   And which -- there's two, if you look at
14  the medical administration record.  There's two
15  identical orders for hydroxyzine.  With the exception
16  of the start date and end dates, one is 11/6/17, with
17  a stop date of 11/16/17.  And then the second one is
18  11/7, start date.  Stop date as 11/17.  Which order
19  was from Crystal?
20      A   I can't speak to that for the person who
21  documented this.  That is up to the med passer.  I
22  send it electronically to the med passer through
23  eMDs, what the order is.  And I did not set up the
24  medication.
25      Even, at the same time, I wouldn't have

65

1  even been at -- on the job.  I would have been home,
2  away from work, when this was even set up.
3      Q   So there's some other electronic
4  prescriptions that you sent at Crystal's behalf?
5      A   What do you mean by that?
6      Q   You said you used eMDs to send the
7  prescription.
8      A   As prescribed.  So right here on eMDs
9  note -- is -- is it cut off on this one too?  Because
10  this should show --
11      MS. NEARING:  For the record, Exhibit 26
12  has the full note.  That one is the abbreviated one.
13  BY MS. BENNETT:
14      Q   So the one that Leonard signed later in
15  Exhibit 26 is the full?
16      A   Well, it's cut off, as you see here.  It
17  doesn't have the full note.
18      Q   But Leonard never signed Exhibit 16.
19  Correct?
20      For the record --
21      A   Correct.
22      Q   -- you're looking toward your attorney for
23  that question.  Right?  Is that correct?
24      A   All it says is supervised by Dr. Leonard.
25      Q   Who are you looking towards, when you're

66

1   looking to the right on camera?
2       A   My attorney.
3           MS. NEARING:  And for the record, her
4   attorney is doing nothing to prompt her.
5           THE WITNESS:  This isn't a full
6   documentation, because there's --
7           MS. BENNETT:  It's just what I was given.
8   So there's another one that's a different version
9   than Exhibit 16 because it is signed by Defendant
10  Leonard.
11          MS. NEARING:  For the record, it was all
12  contained in the same document of electronic records
13  provided by MEnD.
14          THE WITNESS:  So with this one, the --
15  my -- the exam and the medication is listed as I sent
16  it through eMDs.
17  BY MS. BENNETT:
18      Q   So that's what you mean by "sending it
19  through eMDs," is for --
20      A   For future set-up, yes.  Then you just set
21  it up going forward.
22      Q   And the vitals for that, actually, are
23  listed as November 4th.  Correct?
24      A   Correct.
25          Let me find it here.

67

1           EMD populates previous vital signs into the
2   notes.  So that was done at a previous time.
3       Q   You didn't take any vitals --
4       A   No.
5       Q   -- for James Lynas on November 5th?
6       A   Nope.
7           I did not find a clinical reason at the
8   time to be concerned about vital signs.
9       Q   And then let's turn to the special
10  precaution sheet.  It's Exhibit 15.
11          And then after talking to Crystal, you went
12  back and filled this out.  Correct?
13      A   Per her orders, she determined what is --
14  what the patient gets.  What -- what watch, whether a
15  15 or a 30, and where he is located.
16          The only thing -- and this is for the
17  jail -- if any patient is on a mental health watch,
18  they do not have access to razors.  That's the only
19  automatic.
20      Q   Do you know why that is?
21      A   We're concerned for their mental health.
22  That's something they do not want them to have access
23  to.
24      Q   Do you know if it's because MEnD had
25  another jail suicide caused by razors?

68

1       A   I -- not to my knowledge.
2       Q   And so you think -- you said there was
3   either a 30-minute mental health watch or a 15-minute
4   mental health watch.  Is that correct?
5       A   There is a 15-minute and a 30-minute mental
6   health options for mental health watch.
7       Q   And so Crystal Waagmeester had you put
8   Lynas on a 15-minute watch.  Correct?
9       A   Correct.
10      Q   And what did that indicate to you, as an RN
11  with MEnD?
12      A   We were monitoring him.  He is at risk for
13  suicide, so he is on a 15-minute watch.  And we're
14  concerned for his mental health, and that is why he's
15  placed on a watch.
16      Q   And then the other written notes on here
17  follow both what you wrote on your eMD sheet and then
18  the suicide risk screening form.  Is that fair?
19      A   Can you repeat the question?
20      Q   Yes.
21          So your -- the intervention and follow-up
22  plan notes on the special precautions/management
23  sheet follow what you wrote in both the eMD and then
24  the special -- or suicide risk screening form.  Is
25  that right?

69

1       A   Correct.  This is all the same orders.
2       Q   And then it notes that a mental health
3   referral was sent.  What does that entail?
4       A   So this is a -- what does the mental health
5   referral entail?
6       Q   Yes.
7       A   So when a -- she had wanted a mental health
8   referral sent.  Any time a person is on mental
9   health -- or a mental health watch anyway, one is
10  sent.  There's many reasons why you would send a
11  mental health referral.  Hers was an order to send as
12  a mental health referral.  That's why it's marked as
13  an M.D. referral, because of the BDI score of 43.
14          This information is attached with the eMD
15  note printed off so it's easy access.  And then you
16  would also be on the mental health -- suicide risk
17  screening form, and the BDI form would all be
18  attached go to the mental health provider's in-box
19  for him to review the next -- this was a Sunday.  So
20  on Monday when he came in.
21          And then the process is, is he goes through
22  his in-box; makes his determination of plans of what
23  he's going to do with his patients.
24          I also know on Mondays there's a
25  classification meeting, which an RN and mental health

70

1  provider attend. And they have -- they go through
2  all the watches. And I know that every person that's
3  on a mental health watch is -- there's -- they
4  discuss the plan, what's going on. What the plan is
5  for that patient. So whether he's been seen or not,
6  so whatever. That is -- also, I know, that is part
7  of the process too. So that next day he would
8  have -- he would -- he would -- this -- James Lynas
9  would have come up on the mental health -- the
10 special watches list that they would have gone
11 through at classification.
12     Q   And were you at that classification meeting
13 regarding James Lynas?
14     A   No. I was not working that day.
15     Q   Have you ever been at any classification
16 meetings?
17     A   Yes, I have.
18     Q   So if you weren't there on that Monday,
19 November 6th meeting with the mental health, you
20 don't know specifically if James Lynas was discussed
21 there?
22     A   I can't speak to it because I wasn't there.
23 But I know the process that's set in place and
24 what -- what happens with going forward.
25     Q   But you weren't there, so you don't know if

71

1  he was discussed. Correct?
2      A   Correct.
3      Q   And the mental health referral, which is
4  Exhibit 14, that's signed by you. And then there
5  appears to be someone else's handwriting on that
6  sheet as well. Do you see that?
7      A   Michael Robertson. M. R.
8      Q   And it says: Scheduled with mental health.
9  Or "M. H," which I take it means mental health. Is
10 that correct?
11     A   I don't know. That's not my documentation.
12 That's his own noting of how he coordinates.
13     Q   And there's nothing in that note that
14 states when that note was written. Is there?
15     A   What note? This one?
16     Q   The note by M. R.
17     A   I don't know. I don't make the
18 documentation.
19     Q   So you don't know -- there's nothing there
20 on that sheet of paper that would allow you to know
21 when that note was written. Correct?
22     A   No. I don't. There's nothing -- I don't
23 know when that was written.
24     Q   You, actually, responded to the code blue
25 call for James Lynas. Correct?

72

1      A   Correct.
2      Q   Can you describe what you found when you
3  responded to the special housing unit? That's where
4  he was. Right?
5      A   Correct. Yes.
6          Can I see my eMDs note on that?
7      Q   I believe it's in -- I forget which
8  exhibit. It might be right there, but --
9      A   Connected with that one?
10     Q   Yes. And it should be the 11/9 encounter.
11     A   A code blue was called. Arrived on scene
12 into special housing. I believe it was -- was it
13 block -- block 5, yep. And COs were already -- had
14 pulled him out of the cell. And he was in -- I don't
15 know what they call -- the dayroom -- outside of his
16 cell on the ground when I arrived.
17     Q   When you heard the code blue call, did you
18 suspect that it was Mr. Lynas?
19     A   I did not make any guesses of what -- what
20 the code blue was going to be called on.
21     Q   Did you have any encounters with patients
22 like the encounter you had where you -- with
23 Mr. Lynas where you had to call the provider back
24 twice, do a suicide precautions, mental health
25 referral, any time in November, other than James

73

1  Lynas?
2      A   Specifically in November?
3      Q   Yeah.
4      A   I -- I can't recall exactly how many times
5  I would have called in November. But I have, over my
6  career of being there, had this same progression of
7  getting a high score, meeting with patient, even
8  calling them back afterwards. That is very typical.
9      Q   Had anyone else that you had personally
10 seen been in as bad a shape as James Lynas?
11         MS. NEARING: Objection. Form.
12     A   I can't -- can you repeat, or what --
13 describe what you mean by wanting me to --
14 BY MS. BENNETT:
15     Q   Well, was the BDI score 43?
16     A   I've had patients with higher scores than
17 43. Yes.
18     Q   Were you surprised that Mr. Lynas was found
19 hanging?
20     A   What -- can you --
21         MR. BENNETT: It's a simple question.
22     A   I don't make -- I don't see anything as a
23 surprise. I go and come to a situation and I handle
24 it with medical -- how I would in a medical
25 emergency.

74

1 BY MS. BENNETT:
2    Q   So it didn't surprise you that Mr. Lynas
3 was found hanging?
4         MS. NEARING: Objection. Misstating the
5 testimony.
6         MR. BENNETT: Answer the question. Yes or
7 no.
8         MS. NEARING: And objection to two
9 attorneys --
10        MR. BENNETT: Well, it's ridiculous.
11        MS. NEARING: -- cross-examining her. And
12 it's starting to border on harassment, by calling the
13 witness "ridiculous."
14        MR. BENNETT: It is ridiculous. If it
15 weren't ridiculous, it would -- I wouldn't bother to
16 say.
17 BY MS. BENNETT:
18    Q   Were you surprised, yes or no, that
19 Mr. Lynas was found hanging?
20    A   I don't -- in the medical field, you're not
21 sitting and thinking about being a surprise or not.
22 You'll come up with a situation, I -- not stopping
23 and thinking of the situation. You go to the code
24 and you handle it to lifesaving measures. There's
25 not sitting and being a --

75

1    Q   And at that point it was too for a save --
2 he was too far gone to save his life. Correct?
3    A   We provided CPR and, actually, he did
4 retain -- or his pulse was palpated. Did return his
5 pulse.
6    Q   Do you know he died later on,
7 November 12th?
8    A   Yes.
9        MS. BENNETT: I have no further questions.
10        MR. HIVELEY: I have a few follow-up
11 questions.
12           EXAMINATION
13 BY MR. HIVELEY:
14    Q   You said that at Sherburne County we do not
15 use suicide or close observation watches. Do you
16 know why that is?
17    A   I don't make those decisions myself. But
18 per our supervisor, this is -- with through
19 discussion with the jail, they come up with how they
20 want to have documentation done in this jail.
21 Because MEnD is in multiple jails. And at this one
22 they determined to use -- where is that. Right here.
23 Under the miscellaneous, and then specify for
24 continuity, so everybody is on the same page so
25 there's no confusion. COs, sergeants,

76

1 classification, all of medical, all on the same page.
2 It would just -- to make it very clear.
3    Q   Do you know if the special
4 precautions/management form is provided to
5 correctional staff?
6    A   Special precautions form? Yes. So this
7 one is emailed to jail sergeants and classification.
8    Q   So this is -- this is emailed to a jail
9 sergeant or to the jail sergeants and jail
10 administration?
11    A   Classification. I don't believe all of
12 administration is on that. It was classification.
13    Q   Do you know who would be responsible for
14 emailing a form like this?
15    A   The RN, the -- or whoever filled it out.
16 Whether it be the RN, medical provider, or mental
17 health provider.
18    Q   So Exhibit 15. I think you have it in
19 front of you.
20    A   Uh-huh. Uh-huh.
21    Q   You -- you filled in this information.
22 Would you have been responsible for sending this to
23 the corrections sergeants and classification?
24    A   Yes.
25    Q   Do you --

77

1    A   Yes.
2    Q   -- have a recollection of doing that --
3    A   Yes.
4    Q   -- in this case?
5    A   Yes. Especially, I mean, it's an
6 initiation as well. I mean, starting this. Also
7 calling the housing unit that the inmate is at, and
8 the CO then puts that information on their tracking
9 sheet as well.
10    Q   Do you have a recollection of receiving any
11 follow-up request for information from any
12 correctional staff after you sent this special
13 precautions/management form out?
14    A   No.
15    Q   Do you have a recollection of that ever
16 happening while you were at the jail?
17    A   Of what happening?
18    Q   Receiving some kind of follow-up request
19 from jail staff asking for additional information.
20    A   No. There was not. I do recall, and there
21 was not.
22    Q   Do you have a memory of ever being asked
23 for additional medical or mental health information
24 about an inmate from a correctional officer or
25 booking officer or anyone?

20 (Pages 74 to 77)

78

1    A   This inmate?
2    Q   Any inmate.
3    A   Yes.  In the past there had been others.
4  They -- if they needed a -- I have.  Yes.  I have
5  been asked for further information for other
6  patients.  Not this patient.
7    Q   In -- in those instances where you were
8  asked for additional medical or mental health
9  information, did you provide additional information?
10    A   Only what was pertinent to what they needed
11  to do for their job.
12    Q   Okay.  So were -- would you place
13  limitations on that?  For example, would you say:
14  I'm not able to answer this question or provide you
15  more detail because of HIPAA or because of any other
16  restrictions?
17    A   If that is -- was -- if that was needed.
18  If there wasn't -- if there was -- if I'm being asked
19  for something that was not needed to do their job.  I
20  mean, like, and for instance, keeping, you know, a
21  15-minute watch, patient safety, things like that.
22  That can be.  They can be -- you can do that.
23  Anything they -- they don't need to do their job, I
24  would -- I would have told them:  No, I can't tell
25  you that.

79

1    Q   Do you have any recollection of ever
2  placing any inmate on a suicide watch or close
3  observation?
4    A   Have I ever placed a patient on suicide
5  watch or close observation?
6    Q   Yes.
7    A   No.
8    Q   And was that because of the decision not to
9  check those boxes on this form, but instead to use
10  the miscellaneous section?
11    A   Yes.  But determined by my supervisor,
12  whoever makes those decisions, of how we're going to
13  use this format in Sherburne County.
14    Q   Okay.  Above your pay grade?
15    A   Exactly.
16    Q   And do you know if that was -- if that
17  information was passed on to you by your MEnD
18  supervisor, or did you learn that from the jail?
19    A   MEnD.  My supervisor, yes.
20    Q   When you placed when you placed Lynas on
21  this 15-minute mental health watch, what did that
22  mean to you?
23    A   We're monitoring it him for his mental
24  health.  We want him being checked on every 15
25  minutes.

80

1    Q   Did you believe that he was actively
2  suicidal?
3    A   No.  At the time that I saw him, through my
4  clinical assessments and all -- I did not see this
5  patient as an actively suicidal patient.
6    Q   If you had seen him as actively suicidal,
7  what would -- what watch would you have placed him on
8  or what steps would you have taken?
9    A   It still would have been a 15-minute mental
10  health watch; however, it would have been full
11  suicide precautions.  Which is Kevlar suit, Kevlar
12  blanket, in booking.  And the COs and sergeant would
13  be the ones to first -- make that happen.  Follow
14  through with that.
15        But I am, as an RN, able to put somebody on
16  a full -- that would be called a full suicide
17  precaution.
18    Q   Did you ever learn -- obviously, prior to
19  you responding to the code blue and discovering that
20  Lynas was in special housing -- were you ever
21  notified of that move from general population to
22  special housing?
23    A   I personally was not.
24    Q   Did you have any concerns, or as you sit
25  here today, do you have any concerns about that move

81

1  from general population to special housing as it
2  relates to your 15-minute watch for mental health?
3    A   Can you repeat the question?
4    Q   Maybe a better way to say it is:  Did the
5  location where Lynas was housed, did that have
6  anything to do with your 15-minute mental health
7  watch?
8    A   At the time he was in general population.
9  I -- this would be speaking backwards.  I don't --
10  I'm not going to -- I can't really comment on going
11  backwards.
12        But at the time he was in general
13  population.  At the time of my -- and my orders as
14  well, he could stay in general population.
15    Q   That -- and that's, I guess, what I was
16  getting at.
17        You didn't feel, at least in your special
18  precautions management, that he needed to leave
19  general population and go to special housing.  Is
20  that true?
21    A   That was -- actually, it's a provider's
22  order of where she wanted him for what was -- what
23  the patient was representing.  That's -- that was her
24  order.  She could have them in booking.  She can
25  determine different things.  But she chose to have

82

1    him stay in general population.
2       Q   Okay.
3       A   It's not up to me to make the decision,
4    outside of putting someone on a full suicide watch.
5       MR. HIVELEY:  That's all the questions I
6    have.
7       MS. NEARING:  I have no questions.
8           FURTHER EXAMINATION
9    BY MS. BENNETT:
10      Q   I have a few follow-up.
11       Which MEnD supervisor told you to use the
12   miscellaneous or mental health watch and not the
13   suicide watch?
14      A   Over my span there would have been
15   multiple.  For sure Michelle Skroch and Diana
16   VanDerBeek.
17      Q   And as take I take it from your testimony,
18   you can't determine that the BDI score above 40 means
19   severe depression, but you can determine if an inmate
20   is actively suicidal or not, correct?
21      A   Can you repeat the question?
22       MR. BENNETT:  Just read it.
23       MS. BENNETT:  Have you read it back.
24       (Whereupon, the record was read back by the
25   court reporter.)

83

1      A   I think that's two separate things.
2   Through a clinical representation of a patient, if --
3   if they're saying -- if they're actively suicidal, I
4   can implement that.  If I am assessing from my
5   nursing judgment that patient is actively suicidal,
6   I'm going to proceed with precautions.  If the -- the
7   Beck Depression Inventory is a tool to see where the
8   patient is at.  It's kind of two separate, I guess,
9   avenues.  Or -- it's all regarding mental health, but
10   the inventory is an evaluation, not a diagnosing.
11   It's -- it's just giving a range of where they're at.
12      Q   And you can't even tell what that BDI score
13   means as a nurse with MEnD.  Correct?
14       MS. NEARING:  Asked and answered.
15      A   I already answered that.
16    BY MS. BENNETT:
17      Q   And the answer was?
18      A   I know that it is on the higher end of
19   severity of a Beck depression disorder.
20      Q   But you're able to determine if the patient
21   is actively suicidal or not.  Correct?
22      A   Through my clinical represent -- you know,
23   clinical findings, I ask my nursing -- you can as --
24   my nursing judgment, I can determine if I believe
25   someone is actively suicidal.

84

1      Q   And what would constitute an actively
2   suicidal inmate?
3      A   If a patient is telling me that they want
4   to kill themselves; if they -- if they're -- if
5   they're actively trying to harm themselves.  There's
6   multiple -- there's multiple ways a patient can
7   represent as actively suicidal.
8       If the patient is, you know, avoiding --
9   not looking at you.  If they are, through their --
10   through your assessment of how they are -- their
11   demeanor, their mood, their everything.  You're
12   looking at the full picture.
13       And that's -- through all of this, you
14   know, through what I got from the patient, with my
15   meeting with him.  Even presenting that to my
16   provider.  If she believed that he needed to be on
17   full suicide prevention, she would have ordered that
18   too.  All it would have been is prior to me speaking
19   with her, if I thought he was actively suicidal, I
20   could have taken those actions.
21      Q   Were you aware that he had suicidal
22   ideation in the days prior to seeing you?
23      A   Yes.  As he stated that on his mental
24   health -- or his health assessment.  And he also had
25   spoken to in the past.

85

1      Q   And he also had thoughts of self-harm just
2   days prior to seeing you.  Did you know that?
3      A   Yes.
4      Q   And from your conversations with Crystal
5   Waagmeester, was there an urgency with regard to the
6   mental health referral that she had you make?
7      A   It wouldn't have been any different.  I
8   would have -- all it was is for her -- for me to
9   place him into health referral, and that next day
10   mental health goes through and reads -- he makes his
11   triaging, triaging his in-box.
12      Q   And you, as a person who saw James Lynas
13   when he had the BDI score of greater than 40, and
14   worked through these other sheets from MEnD for him,
15   did you have any expectation as when that mental
16   health -- or when he needed to be seen by mental
17   health?
18      A   I'm not going -- I wasn't going to guess
19   when he was going to be seen.  I -- that's up to the
20   mental health provider to make his determination.
21      Q   Did you hope he would be seen before
22   November 16th?
23      A   Typically, yes.  With somebody on a mental
24   health watch, they're -- well, they're seen before
25   the two week packet is completed.  Typically, it

22 (Pages 82 to 85)

86

1  **would be a time frame I could go off of.**
2      Q    And you don't have any recollection of
3  Crystal saying he didn't need to complete that
4  two-week packet?
5      **A    She did not say that.**
6          MS. BENNETT: I have no further questions.
7          MS. NEARING: I do want to follow up on
8  Exhibit No. 20, on the suicide risk screening form.
9              EXAMINATION
10 BY MS. NEARING:
11     Q    Take a look at your note, if you would.
12 And is it true that Mr. Lynas denied he had any plan
13 for committing suicide?
14     **A    Correct.**
15         MR. BENNETT: Objection. Leading.
16 BY MS. NEARING:
17     Q    And is it true that he denied he had any
18 method?
19     **A    Correct.**
20     Q    And is it true that he denied that he had
21 any available means to commit?
22     **A    Correct.**
23     Q    And is it true that he denied he had any
24 time frame to go forward with the plan?
25     **A    Correct.**

87

1      Q    And did he deny prior attempts?
2      **A    Correct.**
3      Q    Actual attempts?
4      **A    Yes. Yes.**
5      Q    Did he deny that he had any health concerns
6  that would have caused him to proceed with a plan?
7      **A    Correct.**
8      Q    Did he indicate he had a good support
9  system?
10     **A    Yes, he did.**
11     Q    And was his -- what is circled next to
12 "mood"? What does that mean?
13     **A    "Alert and oriented, times three."**
14     Q    And when you interviewed Mr. Lynas, was he
15 forward thinking?
16     **A    Yes.**
17     Q    Future --
18     **A    Yes.**
19     Q    -- oriented?
20     **A    He was talking about the future. Talking**
21 **about his kids. Plans for his future. He was not --**
22 **he was very future oriented and when he was talking**
23 **of plans for himself and his kids.**
24     Q    And have you seen other patients who have
25 had a low suicide risk screening form but still have

88

1  evidence of a depressed mood?
2      **A    Can you repeat the question?**
3      Q    Sure. Have you seen other patients who are
4  depressed before, when you were working at Sherburne
5  County?
6      **A    Oh. Yes. Yes.**
7      Q    And so that was separate and distinct to
8  you than somebody who was actively suicidal?
9      **A    Correct.**
10         MS. NEARING: Okay. That's all I have.
11             FURTHER EXAMINATION
12 BY MS. BENNETT:
13     Q    Just a few follow-up.
14         Did you listen to any phone calls regarding
15 James Lynas's support system showing that that -- in
16 fact, he wasn't telling you the truth when he was
17 answering those questions for you?
18     **A    I don't have access to listening to his**
19 **phone calls. I can go off of what he's telling me.**
20     Q    Did you see any records that he was giving
21 away his personal belongings?
22     **A    I don't have -- I did not have access to**
23 **that. And that's not what he told me. I can only go**
24 **off of what the patient was telling me and what I**
25 **have access to.**

89

1      Q    And sometimes people with a plan to commit
2  suicide or are intent to commit suicide don't tell
3  the truth regarding that plan. Correct?
4          MS. NEARING: Objection. Overly broad,
5  incomplete hypothetical.
6      **A    That's asking me to guess if somebody has a**
7  **plan.**
8          MR. BENNETT: That's not -- that's --
9          MS. NEARING: Objection.
10         MR. BENNETT: You're -- you coached this
11 witness. It's so obvious.
12         MS. NEARING: My objections are one-word
13 objections.
14         MR. BENNETT: I know. But I know what the
15 word means to her. It's obvious. She -- she doesn't
16 answer the question when you "Objection, foundation."
17         MS. NEARING: It's a legal objection.
18         MR. BENNETT: I know.
19         MS. NEARING: I'm not going to argue with
20 you.
21         MR. BENNETT: Well, I'm just telling you
22 everybody knows you're coaching your witness. Put
23 that on the record. Take that up with the judge.
24         MS. NEARING: I'm not going to argue with
25 you on the record.

23 (Pages 86 to 89)

90

1 MR. BENNETT: That's fine. I don't care.
2 MS. NEARING: I don't know. Is there a
3 question pending?
4 MR. BENNETT: The one that wasn't pending.
5 MS. BENNETT: Yeah.
6 THE WITNESS: What's the question?
7 MS. BENNETT: Can you read it back?
8 (The following was read back by the court
9 reporter:
10 "Sometimes people with a plan to commit
11 suicide or are intent to committing suicide don't
12 tell the truth regarding that plan. Correct?")
13 **A I can't guess if a patient is --**
14 (Sotto voce communication between
15 plaintiff's counsel.)
16 MS. NEARING: Let the record reflect
17 there's so much whispering going on between opposing
18 counsel, the witness is interrupted in answering.
19 **A I can't guess if a patient is telling the**
20 **truth or not. What I can go off of is my assessment**
21 **of the patient, my nursing judgment, what's being**
22 **represented to me, and take the steps and actions for**
23 **the process to get him mental health help, and that's**
24 **exactly what I did.**
25

91

1 BY MS. BENNETT:
2 Q Have you been trained or taught through
3 your education as a nurse that sometimes suicidal
4 patients won't tell you they're suicidal?
5 **A Yeah. Patients, they can tell you; they**
6 **don't have -- yes. They don't have to tell you.**
7 **They don't always have to tell you.**
8 Q And they may not --
9 **A Tell you.**
10 Q And is it true that they might not even
11 have good insight as to the exact extent of their
12 mental health issues?
13 **A That's not for --**
14 MS. NEARING: Objection.
15 **A -- me to determine that, of what they --**
16 **what they can determine. I -- what I can go off is**
17 **what is presented to me in my assessments of the**
18 **patient.**
19 BY MS. BENNETT:
20 Q But in -- within your assessment, you're to
21 observe a patient. Right?
22 **A Yes.**
23 Q You're not just to take their word at face
24 value. Are you?
25 **A Correct. You are looking at the full**

92

1 **clinical picture.**
2 MS. BENNETT: That's all I have.
3 FURTHER EXAMINATION
4 BY MS. NEARING:
5 Q And you did that here with Mr. Lynas. Is
6 that --
7 **A Yes.**
8 Q -- true?
9 **A Yes.**
10 MS. NEARING: That's all I have.
11 VIDEOGRAPHER: All done?
12 MS. NEARING: Okay. We'll read and sign.
13 VIDEOGRAPHER: This concludes the video
14 deposition. It is 11:00 a.m.
15 (The video deposition of ALYSSA PFEIFER was
16 concluded at 11:00 a.m.)
17
18
19
20
21
22
23
24
25

93

1
2 REPORTER'S CERTIFICATE
3
4 I, Jane T. Doby, Registered Merit Reporter, a
Notary Public in and for the County of Hennepin,
State of Minnesota, certify that the foregoing is
5 a true record of the testimony given by ALYSSA PFEIFER,
who was first duly sworn by me, having been taken on
6 May 30, 2019, at Caribou Coffee, St. Cloud West, 4135
7 West Division Street, St. Cloud, Minnesota, in my
presence and reduced to writing in accordance with my
stenographic and computerized notes made at said time
and place:
8
9 I further certify that I am not a
10 relative or employee or attorney or counsel of any
of the parties or a relative or employee of such
11 attorney or counsel
12 That I am not financially interested in
the action and have no contract with the parties,
13 attorneys, or persons with an interest in the
action that affects or has a substantial tendency
14 to affect my impartiality;
15 That the cost of the original has been
charged to the party who noticed the deposition,
16 and that all parties who ordered copies have been
charged at the same rate for such copies;
17
18 That the witness DID request an opportunity to
review the transcript.
19
WITNESS MY HAND AND SEAL this 5th day of
20 June, 2019.
21
22
Jane T. Doby
23 Registered Merit Reporter
Notary Public
24 Hennepin County, Minnesota
25

94

1    E R R A T A  S H E E T
2         I, ALYSSA PFEIFER, certify that I have read
3    and examined the typewritten transcript of the
4    deposition taken of me in the matter of David W. Lynas,
5    Trustee for the next-of-kin of James C. Lynas vs. Linda
6    S. Stang, on May 30, 2019, consisting of the preceding
7    pages, and find the same to be true and correct.
8         (Except as follows):
9                          Reason
     Page  Line  Correction            for Change
10
11   _____ _____ _____ _____
12   _____ _____ _____ _____
13   _____ _____ _____ _____
14   _____ _____ _____ _____
15   _____ _____ _____ _____
16   _____ _____ _____ _____
17   _____ _____ _____ _____
18   _____ _____ _____ _____
19   _____ _____ _____ _____
20   _____ _____ _____ _____
21
22   Dated this _____ day of _____
23   _____
     ALYSSA PFEIFER
24
25

95

1              EXAMINATION INDEX
2    By Ms. Bennett:  4-75, 82-86, 88-92
3    By Mr. Hiveley:  75-82
4    By Ms. Nearing:  86-88, 92
5    ------------------------------------------------------------
6                 EXHIBIT INDEX
7    Exhibit 10:  Beck Depression Inventory-II (BDI-II)
              Pages 1 and 2
8    reviewed                        45
9    Exhibit 11:  Hydroxyzine HCL 50 MG tab prescription
              (photo of blister pack)
10   reviewed                        63
11
12   Exhibit 14:  MEnD Mental Health Referral form, 11/5/17
     reviewed                        71
13   Exhibit 15:  MEnD Special Precautions/Management
              form, 11/5/17
14   reviewed                        67,76
15   Exhibit 16:  Pfeifer encounter/chart note, 11/5/17
     reviewed                        49,65
16
     Exhibit 18:  Jail Infectious Disease Screening form
17   reviewed                        23
18   Exhibit 20:  Suicide Risk Screening forms
     reviewed                        47,86
19
     Exhibit 22:  Flow Sheets - Chemical Withdrawal form,
20            7/16/17
     reviewed                        25
21
22   Exhibit 26:  Electronic charting forms
     reviewed                        65
23
     Exhibit 27:  MEnD Beck Depression Inventory form
24   reviewed                        40
25

**A**

a.m 3:3,10 46:20,23 92:14
  92:16
abbreviated 65:12
able 30:10 31:15,23,24
  41:23 78:14 80:15 83:20
Absolutely 4:14,18
abuse 39:6
Academy 5:2
access 27:18 28:1,6,9,10
  50:10,17 51:11 67:18,22
  69:15 88:18,22,25
action 44:15,19 46:5 48:7
  56:20 93:12,13
actions 84:20 90:22
actively 19:8 35:16 58:11
  58:16,23 80:1,5,6 82:20
  83:3,5,21,25 84:1,5,7,19
  88:8
actual 63:7 87:3
acuity 20:13
additional 61:14 77:19,23
  78:8,9
addressed 52:24
admin 22:12,19,20
administer 3:22
administered 3:24
administration 63:9,15
  64:14 76:10,12
advanced 18:13
affect 93:14
ago 52:7,8
agreed 26:15
ahead 35:23
al 18
Alert 87:13
allow 71:20
allows 62:3
alongside 10:9,16
Alyssa 1:13 3:2,4,9 92:15
  93:5 94:2,23
annual 12:19 14:5
Anoka 51:12
answer 4:17 8:19 17:21
  24:17 29:4 34:8,22
  36:11,13 39:23 74:6
  78:14 83:17 89:16
answered 35:19,20,21,22
  36:12,15 83:14,15
answering 4:12 48:9
  88:17 90:18
answers 37:18 42:17
anxiety 53:2 54:25
anybody 34:16
anyway 69:9
appear 25:10 33:8 63:14
APPEARANCES 2:1
appears 40:12 49:23 71:5
approximately 3:10
argue 89:19,24
argumentative 36:10
arose 12:1
arrived 72:11,16
asked 35:19 36:12 51:19
  51:23 52:13 56:17 77:22
  78:5,8,18 83:14
asking 33:4 35:11 47:22
  77:19 89:6
assessing 47:25 58:15
  83:4
assessment 13:4 31:3
  35:3,4,8 51:13,18,19
  58:14 59:18 61:6 62:16
  84:10,24 90:20 91:20
assessments 9:23 10:1,5
  10:10,15,18,20 11:9,10

**B**

back 5:17,18 18:16 26:10
  31:6,9,17 37:7,10 47:4
  52:8 53:12,13,14 60:1
  60:15 62:11,15 67:12
  72:23 73:8 82:23,24
  90:7,8
backwards 81:11
backyards 81:9
bad 73:10
based 51:2
basic 18:15 29:17
BD 30:9
BDI 43:5 47:17 48:21
  51:15,19 69:13,17 73:15
  73:18 83:12 85:13
BDI-II 95:7
Beck 30:9,9,17,17,20
  31:21 32:25 33:15 34:3
  34:12 35:18 36:9 37:7
  37:10,22 38:9 40:8
  42:16 43:3,9,12,21 44:6
  45:2,18 46:16 47:1,1
  59:23 60:25 61:20 83:7
  83:19 95:7,23
behalf 2:2,7,11 65:4
believe 3:23 14:5 18:12
  22:14 31:2 41:15 43:18
  43:23 47:9 57:20,20
  58:5,5 60:21 61:10 72:7
  72:12 76:11 80:1 83:24
believed 84:16
belongings 88:21
Bennett 2:3,4,5,18 3:13,13
  3:15,15 4:2,3 8:21,25
  9:2,16 15:8 17:23 19:20
  20:9 24:16 26:1,18 29:6
  32:9 33:5,14 34:6,7,22
  34:23 35:20,22 36:4,8
  36:11,13,16,19,21 38:8
  39:22 40:7 41:2 42:14
  43:1 45:8,15,21,25 46:8
  46:18,24 54:5,11,17,24
  55:8 59:16 61:7 63:13
  65:13 66:7,17 73:14,21
  74:1,6,10,14,17 79:5
  82:9,22,23 83:16 86:6
  86:15 88:12 89:8,10,14
  89:18,21 90:1,4,5,7 91:1
  91:19 92:2 95:2
best 52:19
better 81:4
Bible 5:14,15
Birrell 2:5,18
bit 18:17
blanket 80:12
blister 95:9
block 72:13,13
Bloomington 2:10
blue 71:24 72:11,17,20
  80:19
book 9:12,14
book-in 16:4
booking 16:5,6 23:20 28:7
  28:9 77:25 80:12 81:24
boots 57:5
border 74:12
bother 74:15
bottom 25:19 49:24
boxes 40:19 62:3 79:9
break 46:19
briefly 4:4
bring 31:7 37:10 41:17
brings 12:6 21:3
broad 29:2 34:4 59:11
  89:4
brought 19:7 37:23 47:2

**C**

C 1:5 3:1 51:19 94:5
call 38:22 39:8 44:20,23
  47:3 50:19 51:1 57:9,12
  60:16,17 71:25 72:15,17
  72:23
called 3:5 36:24 43:24
  48:4,23 50:21 62:8
  72:11,20 73:5 80:16
calling 62:15 73:8 74:12
  77:7
calls 8:17 14:23 88:14,19
Calm 26:7
camera 56:1
care 12:16 18:2,5 19:16,19
  20:1,3 26:12 28:17 29:1
  29:10 32:23 33:8 34:1,2
  34:11,13,19 35:1,24
  36:6 57:3,4 62:9 90:1
cared 33:17
career 11:25 19:12 73:6
cares 36:17
Caribou 1:16 93:6
Carolin 2:12
Carrie 3:17
cart 37:14
case 37:11 41:17 77:4
caused 67:25 87:6
CCHP 18:6,7,13
cell 53:5 72:14,16
center 20:17
certain 40:15 62:2
CERTIFICATE 93:2
certification 18:4,14,14
certified 18:1
certify 93:5,9 94:2
cetera 14:24
chair 26:7
Champlin 4:23
Change 94:9
changed 10:3
charged 93:15,16
chart 30:11,11 38:19
charted 64:1
charting 95:22
check 79:9
checked 11:3,4 79:24
checkout 64:5
chemical 9:11 13:3,19
  25:8,13 38:24 51:13
  95:19
Chief 51:9,11
choose 31:10 32:20
chose 20:16 81:25
chosen 62:6
Christian 5:2
circle 40:11
circled 24:9 87:11
circling 62:2
CIV 1:4
Civil 2:17
clarification 9:13 15:6
  40:24 42:12
clarify 33:3
classification 69:25 70:11
  70:12,15 76:1,7,11,12
  76:23
clear 26:8 54:7 76:2
clearly 62:23
clinic 16:9,11,14,18,21,22
  16:23 18:11,21 19:15,16
  19:22,25 20:20 26:16,16
  31:17 37:11,15,19 38:22
  41:17 43:16,17,22 48:5
  51:21 53:19
clinical 6:22 7:23 10:12
  17:7 44:22 58:14 67:7
  80:4 83:2,22,23 92:1
clinicals 6:13,17 7:15,25
  63:6 75:15 79:2,5
Cloud 1:16,17 93:6,7
CMAs 20:3
cnearing@larsonking.c...
  2:13
coached 89:10
coaching 45:21 89:22
code 71:24 72:11,17,20
  74:23 80:19
Coffee 1:16 93:6
College 5:14,20
combines 49:7
come 22:13,16 35:8 41:16
  63:23 70:9 73:23 74:22
  75:19
comes 50:5 59:3
coming 16:5,10 41:18
  58:12 61:16
commenced 3:3
comment 81:10
Commission 18:2,5
commit 86:21 89:1,2
  90:10
committed 59:17,19
committing 86:13 90:11
commonly 31:11
communicate 29:11
communication 29:17
  36:2 38:6 45:6 90:14
Community 5:19
comparing 62:20
complaint 51:9,11
complete 48:1 86:3
completed 26:9 28:3,8
  34:3,12 35:18 37:10
  48:8 64:2 85:25
completely 51:14
completes 36:6
computerized 93:8
concerned 67:8,21 68:14
concerns 35:12,15,16
  80:24,25 87:5
concluded 92:16
concludes 92:13
conclusion 8:18
CONDON 2:9
conference 12:24 57:21
confusion 75:25
Connected 25:9
consisting 94:6
constitute 84:1
contact 24:20,23
contacted 37:18 42:19
  48:6
contacting 44:16
contained 66:12
contin 28:17
continued 52:9
continuity 75:24
contract 93:12
contracts 59:5
conversation 39:1 47:19
  47:25 49:15 61:12
conversations 21:7,21,25
  85:4
convey 28:24 29:8 60:16
cooperative 26:7
coordinates 71:12
copies 93:16,16
coping 39:18 40:1 52:14
  52:15 56:7,11
correct 8:8,16 11:17 18:23
  24:13 25:14,25 26:3
  31:8 32:16,21,22 38:14
  38:15 40:13 41:4,5
  42:21 46:11 48:17,25
  49:5,19,20 54:13,19
  55:2,4,9,14,15,17,18,22
  55:23 56:5,6,12,15
  57:14 59:19,23 62:4
  65:19,21,23 66:23,24
  67:12 68:4,8,9 69:1 71:1
  71:2,10,21,25 72:1,5
  75:2 82:20 83:13,21
  86:14,19,22,25 87:2,7
  88:9 89:3 90:12 91:25
  94:7
corrected 40:19
Correction 94:9
correctional 8:6 11:22
  18:2,5 21:22,25 24:5,7
  27:21,23 28:8 76:5
  77:12,24
corrections 76:23
correctly 7:8
COs 72:13 75:25 80:12
cost 93:15
counsel 36:3 38:7 45:7
  90:15,18 93:10,11
count 41:3
County 2:7 3:20 12:12
  21:14 23:6,19 27:20
  50:18 57:3,16,22,24
  75:14 79:13 88:5 93:4
  93:24
course 17:21 42:4
court 1:1 3:22 4:10 19:18
  20:7 26:13 52:16 82:25
  90:8
courtesy 4:13
covered 12:20
CPR 75:3
crazy 53:8 55:4,13
criteria 32:14
Crohn's 20:12
cross-examining 74:11
crossed 40:16
Crystal 21:10,13,18 38:14
  38:16 39:1,8 42:6 47:3
  48:4,24 57:7,9,12,15
  60:16 62:8,11 64:19

67:11 68:7 85:4 86:3
**Crystal's** 65:4
**current** 53:11
**currently** 4:19 19:15 38:19
52:14
**cut** 60:22 65:9,16
**cuts** 49:24

### D

**D** 3:1
**daily** 13:20 41:21
**date** 3:9 12:6 27:11 31:7
64:16,17,18,18
**dated** 40:13 94:22
**dates** 7:23 64:16
**daughter** 53:15
**daughter.'** 52:1
**David** 1:5 2:2 94:4
**day** 7:15 10:11 13:21
29:15 37:13 53:4 70:7
70:14 85:9 93:19 94:22
**dayroom** 72:15
**days** 7:19 15:12,13,13,13
32:3 52:19 84:22 85:2
**deadline** 33:7
**deal** 52:12 56:4
**dealing** 20:19
**dealt** 60:9
**debriefing** 22:7,9,11
**debriefings** 22:22
**decide** 31:21
**decision** 20:12 79:8 82:3
**decisions** 56:17 75:17
79:12
**deck** 43:12
**Defendant** 21:7 66:9
**Defendants** 1:9 2:7,11
3:18,20
**definitely** 53:1
**degree** 5:15,24
**degrees** 5:13
**delivered** 2:18
**demeanor** 84:11
**denied** 58:20 86:12,17,20
86:23
**denies** 25:23 26:4 51:23
52:2
**dental** 17:2
**deny** 87:1,5
**depend** 13:5
**depending** 7:4 13:4,7,21
15:20 29:14
**deposition** 1:11 3:2,8 4:5
92:14,15 93:15 94:4
**depressed** 53:2 88:1,4
**depression** 15:4 30:9,17
30:20 31:21 32:25 33:15
34:3,12 35:18 36:9 37:7
37:10,22 38:9 39:14
40:9 42:16,21 43:3,9,12
43:21 44:6 45:2,18
46:16 47:2 59:23 60:25
61:20 82:19 83:7,19
95:7,23
**describe** 9:9,25 12:18
14:4 15:17 19:21 25:1
50:25 72:2 73:13
**described** 54:1
**designed** 62:22
**detail** 49:10,15 78:15
**details** 22:17
**determination** 42:24 59:1
59:2 61:4 62:17 69:22
85:20
**determine** 45:14 48:6
81:25 82:18,19 83:20,24

91:15,16
**determined** 67:13 75:22
79:11
**detoxification** 9:7 12:16
**diagnose** 43:6 46:17
**diagnoses** 43:7
**diagnosing** 83:10
**diagnosis** 52:21
**Diagnostic** 11:7
**Diana** 17:13,18 82:15
**Diane** 17:18
**diarrhea** 25:24 26:5
**died** 75:6
**different** 6:16,20 7:4,9,20
10:13 15:19 61:5 66:8
81:25 85:7
**direct** 47:22 61:14
**direction** 58:7 60:12
**directly** 47:20
**director** 23:1
**disagree** 45:17
**disbelieve** 45:9
**disciplinary** 6:10
**discovering** 80:19
**discuss** 70:4
**discussed** 70:20 71:1
**discussion** 75:19
**disease** 20:13 23:13,15,18
24:2 95:16
**disorder** 46:16 83:19
**Disorders** 11:8
**distinct** 88:7
**DISTRICT** 1:1,2
**Division** 1:16 93:7
**Doby** 1:23,24 93:4,22
**DobyReporting.com** 1:24
**doctors** 21:2
**document** 25:11 45:20
54:3,8,12 66:12
**documentation** 25:6
28:15 49:7 64:9 66:6
71:11,18 75:20
**documented** 56:2 64:7,21
**documents** 26:2
**doing** 11:9 35:7 66:4 77:2
**door** 16:25
**doors** 16:25
**dose** 28:10 62:13 63:3,9
63:17 64:3,11
**doses** 63:22 64:12
**Dr** 21:12,14,16 23:3 50:12
65:24
**draft** 60:2 62:3
**drug** 13:7 52:21
**drugs** 52:25
**dry** 26:7
**DSM-5** 11:8,14
**dual** 52:21
**due** 26:13
**duly** 3:5 93:6
**duties** 15:17 16:6

### E

**E** 3:1,1 94:1,1,1
**ear** 20:23
**early** 15:1
**East** 2:14
**easy** 69:15
**eating** 26:5
**education** 5:10 8:3 9:7
91:3
**eight-hour** 7:12
**either** 10:9 13:19 21:12
68:3
**elaborated** 55:22
**electronic** 28:11 49:8 65:3

66:12 95:22
**electronically** 50:4,6
64:22
**else's** 71:5
**email** 29:16
**emailed** 76:7,8
**emailing** 76:14
**emails** 50:8
**eMD** 60:3 62:3,7 67:1
68:17,23 69:14
**eMDs** 25:6 28:10,15 30:3
30:4 39:3 49:3,17 50:17
50:25 51:5 53:22 60:23
64:8,23 65:6,8 66:16,19
72:6
**emergencies** 19:25
**emergency** 73:25
**Emmaus** 5:14
**emotional** 53:10 55:21,25
55:16
**emotions** 22:18 53:9
55:16
**employee** 58:2 93:10,10
**employees** 28:24,25 29:8
29:9
**encounter** 49:18 51:7
54:1 62:10 72:10,22
**encounter/chart** 95:15
**encounters** 50:9 72:21
**ended** 19:14
**ends** 19:25
**enforcing** 36:5
**engaged** 38:12
**English** 4:15 51:14,14
**Ensign** 2:10
**entail** 69:3,5
**enters** 16:22
**Envision** 2:16
**equals** 42:20 61:5
**Especially** 77:5
**et** 1:8 14:24
**evaluation** 83:10
**evened** 15:15
**eventually** 56:24
**everybody** 16:12 75:24
89:22
**evidence** 88:1
**exact** 6:25 7:13 91:11
**exactly** 7:22 13:1 30:7
39:2 48:14 54:23 60:13
61:21 73:4 79:15 90:24
**exam** 16:23 17:2 60:22
66:15
**EXAMINATION** 4:1 75:12
82:8 86:9 88:11 92:3
95:1
**examined** 3:6 94:3
**example** 78:13
**exception** 64:15
**exhibit** 2:20 23:25 25:7
40:6,8 45:1 47:9 49:16
63:7 65:11,15,18 66:9
67:10 71:4 72:8 76:18
86:8 95:6,7,9,11,13,15
95:16,18,19,22,23
**expectation** 85:15
**expected** 28:24 29:8
**experience** 9:22,25
**explain** 41:11
**explained** 31:9
**Explaining** 65:5
**explains** 39:17
**extent** 91:11

### F

**face** 91:23
**faced** 14:17

**facing** 59:10
**fact** 40:12 41:9 88:16
**factor** 14:18 15:5,7
**factors** 14:7,10
**fair** 44:13 60:4 68:18
**family** 19:15,22 20:20
**far** 57:6 75:2
**fashion** 33:21
**feasibly** 44:24
**feel** 81:17
**feeling** 53:1,3
**felony** 52:4
**felt** 52:4
**field** 74:20
**file** 46:22
**fill** 30:15,20,23 31:6,10,21
31:24 32:11,13,14,17,20
33:6,12 34:14,21,24
35:25 36:5
**filled** 24:4,11,18,19 27:19
27:22 28:11 32:24 33:9
49:2,17 67:12 76:15,21
**filling** 33:7
**financially** 93:12
**find** 43:25 44:2,5,20 66:25
67:7 94:7
**findings** 83:23
**fine** 90:1
**finish** 4:11
**first** 3:5 21:15 29:19,21
33:25 38:16 47:1 52:11
61:16 62:13 80:13 93:6
**fit** 19:10
**five** 7:10 11:14 15:13 52:8
**five-day** 15:21 16:9,16
18:18
**five-minute** 46:19
**flag** 31:14
**flags** 58:3
**flow** 16:9 25:7,8 27:24
38:25 95:19
**fluent** 51:14
**FNP** 51:19
**follow** 26:15 44:16 68:17
68:23 80:13 86:7
**follow-up** 68:21 75:10
77:11,18 82:10 88:13
**following** 90:8
**follows** 3:3,6 94:8
**foot** 57:15
**foregoing** 93:5
**forget** 72:7
**form** 31:19 47:7,8 48:2,17
48:20 49:2,12,13,22
50:5 53:24 60:20 61:9
61:19,23 62:2 63:24
64:2,5,6 68:18,24 69:17
69:17 73:11 76:4,6,14
77:13 79:9 86:8 87:25
95:11,13,16,19,23
**format** 79:13
**forms** 24:2,11,18,19 27:19
27:22,25 28:11 48:8,9
49:6 61:5,25 62:23
95:18,22
**forward** 59:18 66:21 70:24
86:24 87:15
**found** 11:20 72:2 73:18
74:3,19
**foundation** 17:20 39:21
42:22 45:12,20 46:3
54:14,21 61:3 89:16
**four** 7:8,9,10,21 52:17,20
**four-month** 52:17
**frame** 86:1,24
**frequent** 37:14

**Friday** 17:22
**front** 76:19
**frustration** 53:9 55:17
**full** 7:12 28:18 30:13 49:25
58:10,14,21 59:3 65:12
65:15,17 66:5 80:10,16
80:16 82:4 84:12,17
91:25
**full-time** 15:9
**further** 13:5 38:4,18,20
48:6 58:7 60:12 62:16
63:22 75:9 78:5 82:8
86:6 88:11 92:3 93:9
**future** 53:12,13 58:18
63:22 64:12 66:20 87:17
87:20,21,22

### G

**G** 3:1
**gait** 26:8
**Gamma** 53:4
**Gaskins** 2:5,18
**gathered** 60:1
**gathering** 56:17
**general** 62:12 80:21 81:1
81:8,12,14,19 82:1
**getting** 16:13 40:4 48:1
52:8 53:12,12 58:7 73:7
81:16
**give** 4:12 31:24 37:12,12
62:13 63:3,21
**given** 31:5,11 35:25 60:7
63:18 66:7 93:5
**giving** 9:22 52:4 64:3
83:11 88:20
**glance** 31:13
**go** 4:8,9 5:1 7:14,20 10:8
11:25 13:5 15:22 16:2
22:17 35:9,13,23 37:7
41:11 43:20 44:16 46:25
47:4,16,24 48:16 49:10
49:13,14 52:20 53:15,16
53:16 59:13 60:15 61:8
69:18 70:1 73:23 74:23
81:19 86:1,24 88:19,23
90:20 91:16
**goal** 53:11,12
**goals** 53:13
**goes** 16:25 37:14 69:21
85:10
**going** 8:14 9:18 11:24,25
13:6 26:10 45:1 46:5,18
52:18 53:8,8,13,20
54:15 55:4,13 56:23
59:18 63:6 66:21 69:23
70:4,24 72:20 79:12
81:10,10 83:6 85:18,18
85:19 89:19,24 90:17
**good** 4:13,17 87:8 91:11
**gotten** 18:4
**grade** 79:14
**graduate** 5:5,22
**graduated** 6:4
**greater** 85:13
**ground** 4:8 57:6 72:16
**Grove** 4:22 5:4
**grow** 4:22
**grown** 4:22
**guess** 7:13 81:15 83:8
85:18 89:6 90:13,19
**guesses** 72:19
**guns** 52:5

### H

**H** 2:4 71:9 94:1

hallway 16:23,24
hand 30:8 93:19
handle 16:5 73:23 74:24
handwriting 25:10,20
71:5
handwritten 28:2,15 30:3
hanging 73:19 74:3,19
happen 26:21 80:13
happened 37:11
happening 77:16,17
happens 70:24
harassment 74:12
harm 84:5
HCL 95:9
HCMC 6:21 7:6 10:2,19
head 4:16 22:17
health 6:21,22 7:24 8:15
9:3,22 10:4 11:10,13
13:24 14:9 16:12 17:5
17:14 18:2,5 28:1 31:3
34:17,19 35:1,3,4,7,10
35:13,14 36:1 40:1,4
41:14,18 42:2 46:1,7
47:11 51:18 52:13,22,24
54:2,13,18,23 55:2 56:5
56:14,20,21,22,24,25
57:10 58:2,6 59:9 60:9
62:12,14,18,24 67:17,21
68:3,4,6,6,14 69:2,4,7,9
69:9,11,12,16,18,25
70:3,9,19 71:3,8,9 72:24
76:17 77:23 78:8 79:21
79:24 80:10 81:2,6
82:12 83:9 84:24,24
85:6,9,10,16,17,20,24
87:5 90:23 91:12 95:11
hear 11:19 35:17
heard 59:5,7 72:17
hearings 6:11
held 12:5
help 10:18 16:7,8 28:16
34:15,16,17,17 35:11
36:1 40:4 46:7 52:21
59:19 58:6 60:9 90:23
helpful 48:13
helps 53:6
Hennepin 5:19 6:18 93:4
93:24
Heritage 5:2
high 5:1,15 73:7
higher 31:13,16,16 37:18
37:18,20 46:15 47:17
73:16 83:18
HIPAA 78:15
hired 11:16 12:2 15:9
history 51:22 52:2 54:22
Hiveley 2:8 3:19,19 75:10
75:13 82:5 95:3
Hogan 2:16
home 5:17,18 6:24 7:1
65:1
honest 47:22
Honestly 52:14 56:11
hope 85:21
Hospital 19:7 20:11
hours 7:14 15:16 53:4
housed 14:19 81:5
housing 16:16,16 72:3,12
77:7 80:20,22 81:1,19
hydrated 26:11
hydroxyzine 62:13 63:4
63:25 64:3,10,15 95:9
hypothetical 34:5,6 39:21
59:12 89:5

idea 43:4 44:12
ideation 84:22
identical 64:15
identification 2:20 40:6
identify 14:8
ignore 58:4
illness 39:18 51:22
immediately 31:14
impartiality 93:14
implement 83:4
importance 26:11
important 33:19 60:1
in-box 69:18,22 85:11
in-person 29:16
incarceration 29:22 33:22
33:25
incident 12:6 18:23 19:2
21:4,8,9 22:14,24
include 49:24
included 54:25
includes 64:3
Including 54:18 60:19
incomplete 39:21 59:12
89:5
INDEX 95:1,6
indicate 68:10 87:8
indicative 46:6
indiscernible 19:17 20:6
50:23
individual 43:2 59:8
infections 20:23,23
infectious 23:13,15,17
24:1 95:16
influence 14:14
informa 38:18
information 28:25 29:3,9
29:12 32:24 33:9,19
38:20 47:18,20,23 48:1
48:12 49:1,4 51:20
53:23 56:18 59:25 60:7
60:16 61:11,16 62:16
69:14 76:21 77:8,11,19
77:23 78:5,9,9 79:17
informed 60:19
initially 13:6
initiated 13:7 56:22
initiation 77:6
inmate 24:8,9 28:17 29:1
29:10 31:20 33:16 34:2
34:11,18 35:6,18 36:6
37:5,5 41:7 51:12 77:7
77:24 78:1,2 79:2 82:19
84:2
inmates 23:14 28:25 29:9
36:22,24 57:3
insight 91:11
insomnia 53:7 55:9
instance 78:20
instances 78:7
instructed 41:19
instructions 41:13
instructor 11:5
intent 89:2 90:11
interaction 26:25 27:1,17
29:19,21,25 30:2 31:4
33:25 37:4,4 38:4,13
interactions 25:2 27:4
interest 52:19 93:13
interested 93:12
Internet 51:2
interrupt 13:17 50:24
interrupted 90:18
intervention 68:21
interviewed 87:14
intestines 26:6
intoxication 9:11

inventory 30:17,20 31:22
32:25 33:16 34:3,12
35:18 36:9 37:8,10,23
38:9 40:9 42:16 43:3,9
43:12,21 44:7 45:2,18
46:16,17 47:1,2 59:23
60:25 61:20 83:7,10
95:23
Inventory-II 95:7
involved 6:10 9:17
Iowa 5:18
irritation 53:9 55:19
isolation 14:20
issue 14:17 26:6 52:25
55:2
issues 20:19,21,23 39:6
40:1 54:2,13,19 55:21
55:25 56:14 58:2 59:9
59:10 91:12
IVERSON 2:9

J

J 2:12
jail 8:3 14:6,19 15:11
16:19 17:10,16 21:5,14
22:21,23 23:19 24:5,12
27:20 43:11,14,17,22
50:11,18,18 52:11 57:11
57:13,16,22,24 59:8
67:17,25 75:19,20 76:7
76:8,9,9 77:16,19 79:18
95:16
jailhouse 37:3
jails 12:10,13 75:21
James 1:5 21:4,13,16,19
21:23 23:7,11 24:12,20
24:23 25:8 26:25 29:19
29:25 30:15,19 37:23
38:4,13 39:5 40:9 41:3
41:19,25 42:8 47:4
48:15 49:17 51:11 59:19
63:3 67:5 70:8,13,20
71:25 72:25 73:10 85:12
88:15 94:5
Jane 1:23 93:4,22
Janell 17:11,18 23:5,7
Jason 2:8 3:19
jasonh@irc-law.com 2:9
Jayme 2:16
Jen 31:2,3
job 11:20 15:17 19:8 65:1
78:11,19,23
JRT/KMM 1:4
judge 89:23
judgment 35:12,13 56:18
83:5,24 90:21
July 25:9,16 27:6,10,15
jumping 10:8
June 93:20

K

Kathryn 2:4 3:13 4:3
kbennett@gaskinsben-
2:4
keep 53:20
keeping 78:20
Kevlar 80:11,11
kids 87:21,23
kill 51:24 84:4
kind 13:5 16:9,10,13 49:7
49:9 77:18 83:8
KING 2:13
know 7:3 10:3 11:24 12:20
14:23 17:21 21:12,15
22:10,16 23:7,10 25:19

27:25 34:25 37:19 43:7
43:23,25 44:2,14 46:1,4
46:13,15 49:3,21 50:4
50:10 55:24 57:15,17
59:22 64:10 67:20,24
69:24 70:2,6,20,23,25
71:11,17,19,20,23 72:15
75:6,16 76:3,13 78:20
79:16 83:18,22 84:8,14
85:2 89:14,14,18 90:2
knowledge 23:9,12 68:1
knows 89:22

L

Lack 39:20
lacking 45:11,19 46:3
54:14 61:2
language 4:15 51:13
LARSON 2:13
Law 2:3,4,8,12
Leading 86:15
learn 62:4 79:18 80:18
learned 14:11
leave 20:10,16 81:18
led 22:9,11
legal 8:17 14:17 54:5
89:17
Leonard 21:8,12,14,16
23:3 50:2,3,12 65:14,18
65:24 66:10
let's 7:6 16:2 18:10 30:7
51:6 67:9
level 20:13,15,17
license 6:2,8
life 14:23 52:8 53:13,14
75:2
lifesaving 74:24
likewise 13:23
limitations 78:13
Linda 1:8 94:5
Line 94:9
list 54:18 56:13 70:10
listed 66:15,23
listen 88:14
listening 88:18
listing 11:20
little 4:9 10:13
live 4:19
LLP 2:5,13,19
lobby 16:22,25
located 16:18 67:15
location 81:5
locked 10:4 53:4
log 41:21,22,24 51:5
log-in 51:3
long 7:2,7,11 19:14 20:15
32:19 51:3 54:18 56:13
longer 31:15
longest 60:2,5
look 28:18 43:21 44:1
50:20 64:13 86:11
looked 28:16 30:12 39:2,3
looking 19:8 65:22,25
66:1 84:9,12 91:25
looks 49:23
lot 6:19 10:8 13:5 53:22
low 87:25
lower 26:9
LPNs 16:12
Lynas 1:5,5 2:22 21:4,13,16
21:19,23 23:7,11 24:12
24:20,23 25:9 26:25
29:19 30:1,15,19 37:23
38:4,13 39:6 40:10 41:3
41:25 42:8 47:4 48:15
49:4,17 51:11 59:19

63:3 67:5 68:8 70:8,13
70:20 71:25 72:18,23
73:1,10,18 74:2,19
79:20 80:20 81:5 85:12
86:12 87:14 92:5 94:4,5
Lynas's 88:15

M

M 2:8 71:7,9,16
M.D 69:13
maddening 53:7 55:9
making 32:14,17 56:18
male 51:12
manage 12:22 16:10,13
management 13:2 81:18
managing 20:3
Manual 11:8
Maple 4:22 5:4
MAR 63:8
marked 2:20 23:23 40:6
63:6,24 69:12
marks 41:6
match 60:25
material 45:25
matter 32:5 37:6 94:4
mean 7:14 13:17 14:16
20:21,22 23:15 27:22
42:15 44:9,18 46:13
50:1,24 59:6 65:5 66:18
73:13 77:5,6 78:20
79:22 87:12
meaning 44:15
means 44:12 46:2,14 71:9
62:3 49:13 86:21 89:15
meant 10:3 55:24
measures 74:24
med 17:2,8 31:11,12,12
37:9,13,14,15,24,24,25
38:1,11 40:17 47:2 64:8
64:9,21,22
medical 16:11 17:4,9 23:1
23:4 24:5 26:12 28:3,12
28:14,16 30:3 34:17
37:2 39:11,14,19 40:2
42:18 44:20,23 54:13
57:9 58:8 60:12 63:9,14
64:14 73:24,24 74:20
76:1,16 77:23 78:8
medication 11:6 64:5,24
66:15
medications 16:4
medicine 8:6 11:23
meds 63:20
meet 38:21,21,22 51:20
meeting 33:23 47:13,13
47:17 48:3,12,15,23
58:20 60:14 69:25 70:12
70:19 73:7 84:15
meetings 70:16
Memorial 6:19 19:6,10
20:10
memory 77:22
MEnD 2:11 3:17 11:17,19
12:13,15 13:1,25 15:18
18:22 22:19,24 27:18,20
28:24,25 29:8,9 32:23
33:17 46:10 57:2 58:2
66:13 67:24 68:11 75:21
79:17,19 82:11 83:13
85:5 89:15,11,13,23
MEnD's 33:8
mental 6:21,22 7:24 8:15
9:3,22 10:4 11:8,10,12
13:24 14:9 16:12 17:4
17:14 34:17,18 35:1,10
35:13,14 36:1 39:18

40:1,4 41:13,18 42:2
46:6 47:11 52:13,22,24
54:2,13,18,22 55:2 56:4
56:14,20,21,22,23,24
57:10 58:2,6 59:9 60:9
62:11,14,18,24 67:17,21
68:3,4,5,6,14 69:2,4,7,8
69:9,11,12,16,18,25
70:3,9,19 71:3,8,9 72:24
76:16 77:23 78:8 79:21
79:23 80:9 81:2,6 82:12
83:9 84:23 85:6,10,15
85:16,20,23 90:23 91:12
95:11
**Merit** 1:23 93:4,23
**met** 4:4
**method** 86:18
**MG** 95:9
**Michael** 17:15,18 23:10
71:7
**Michelle** 82:15
**mind** 53:8 55:13
**mine** 6:19 23:24
**Minneapolis** 2:6
**Minnesota** 1:2 2:17 4:20
4:22 5:4,19 93:5,7,24
**minutes** 32:2 79:25
**miscellaneous** 75:23
79:10 82:12
**misstating** 32:7 33:1 42:9
54:4,8,21 55:5 74:4
**mistaken** 36:25
**MN** 1:17 2:6,10,15
**Monday** 17:22 69:20
70:18
**Mondays** 69:24
**monitor** 13:16
**monitoring** 68:12 79:23
**months** 52:7,8,17,20
**mood** 84:11 87:12 88:1
**move** 49:16 80:21,25
**moving** 18:16 38:13
**multiple** 6:20 13:21 16:11
75:21 82:15 84:6,6,6

### N

**N** 3:1
**name** 3:11 6:25 22:10,16
**narrative** 25:19 49:3 60:3
60:15 62:4
**National** 18:1,5
**nausea** 25:23 26:4
**Nearing** 2:12 3:17,17 8:17
17:20 24:14 29:2 32:7
33:1,11 34:4 35:19,21
35:23 36:7,10,12,15,17
39:20 42:9,22 45:11,19
45:23 46:3 54:3,7,14,20
55:5 59:11 61:2 63:11
65:11 66:3,11 73:11
74:4,8,11 82:7 83:14
86:7,10,16 88:10 89:4,9
89:12,17,19,24 90:2,16
91:14 92:4,10,12 95:4
**need** 12:20 14:8 16:8
31:18 39:12,15,19 40:2
40:4 44:15 46:6 48:1
61:13 78:23 86:3
**needed** 35:1 58:6 60:9
78:4,10,17,19 81:18
84:16 85:16
**needing** 14:9 20:1 34:16
**needs** 31:16 58:5
**never** 22:23 42:7 45:5
65:18
**new** 14:17

**next-of-kin** 1:5 94:5
**nods** 12:9
**nonspecific** 34:5
**nope** 4:7 6:9,12 8:1,14
9:20 12:14 21:11 22:6
22:25 67:6
**normal** 10:12
**North** 5:19 6:18,19 19:6
19:10 20:10
**northwest** 16:20
**Notary** 93:4,23
**note** 2:17,20 25:22 26:20
30:4,12 49:25 51:6 65:9
65:12,17 69:15 71:13,14
71:15,16,21 72:6 86:11
95:15
**notes** 25:3 56:3 67:2
68:16,22 69:2 93:8
**noticed** 93:15
**noticing** 2:19
**notified** 80:21
**noting** 26:20 71:12
**November** 12:8,10 17:10
18:25 21:5,15,18 23:2,8
23:11 24:12,21,24 29:20
38:5 40:10 48:16 49:18
60:1 66:23 67:5 70:19
72:25 73:2,5 75:7 85:22
**now-dose** 63:21
**number** 51:16,16
**nurse** 8:10 11:5 13:1 16:3
16:4,9 18:17,18,19
19:11 20:24 21:2,2
27:18 35:12 56:15 57:25
83:13 91:3
**nurses** 10:9,16 17:1
**nursing** 5:16,20,24,25 6:1
6:14,24,25 8:2,7 9:6,10
9:14,19,21,25 11:4,24
12:24 16:24 35:3 56:18
83:5,23,24 90:21
**Nystrom's** 52:22

### O

**O** 3:1
**oath** 3:23,24
**objection** 8:17 17:20
24:14 29:2 32:7 33:1,11
34:4 36:7 39:20 42:9,22
45:11,19,21,23 54:3,6,7
54:20,20 55:5 59:11
61:2 73:11 74:4,8 86:15
89:4,9,16,17 91:14
**objections** 89:12,13
**observation** 63:2 75:15
79:3,5
**observe** 91:21
**observations** 58:1
**obtain** 6:1 33:19
**obtained** 5:13,15 32:25
33:9 49:4
**obvious** 89:11,15
**obviously** 80:18
**occurred** 21:5 27:15
**occurring** 14:22
**offered** 35:5
**officer** 24:6,7 77:24,25
**officers** 21:22 22:2 27:21
27:23 28:8
**Oftentimes** 37:12
**Oh** 18:20 20:25 23:22 26:3
44:8 63:12 88:6
**okay** 4:19,24 27:14 28:6
46:25 48:13 49:21 51:11
53:21 63:12 78:12 79:14
82:2 88:10 92:12

**on-call** 30:13
**once** 12:24 38:11
**one-time** 63:18 64:3,11
**one-word** 89:12
**one-year** 5:15
**ones** 80:13
**opi** 6:23 26:9
**opiates** 52:10
**opioid** 26:9 39:11 52:9
**opportunity** 12:1 19:9
51:24 93:18
**opposing** 90:17
**option** 37:15
**options** 68:6
**Orange** 10:2
**order** 48:11 58:13 62:10
64:18,23 69:11 81:22,24
**ordered** 84:17 93:16
**ordering** 64:11
**orders** 48:7 58:7,25 64:2
64:15 67:13 69:1 81:13
**oriented** 87:13,19,22
**original** 2:18 93:15
**Otsego** 4:20,25
**outside** 22:15,22 26:12
50:11,18 52:7 72:15
82:4
**overall** 59:14
**Overly** 29:2 34:4 59:11
89:4
**overnight** 50:20

### P

**P** 3:1
**pack** 95:9
**packet** 41:14 56:22 85:25
86:4
**page** 47:9 63:8 75:24 76:1
94:9
**pages** 94:7 95:7
**palpated** 75:4
**paper** 30:11 45:5 71:20
**part** 44:19 52:25 57:2,4
70:6
**participate** 6:13
**particular** 34:2,11 35:17
**parties** 93:10,12,16
**party** 2:19 93:15
**pass** 31:12 37:13,25
**pass-on** 29:16,16,18
**passed** 79:17
**passer** 17:3 37:9,25 38:1
38:12 40:17 47:3 64:8,9
64:21,22
**passers** 31:11,12 37:16
**passing** 29:12
**password** 51:3
**patient** 10:11 11:5 12:22
19:23 20:8 24:8 25:23
26:4,8,10,12,13,14
28:19 31:2 33:12,23
35:15 36:18 37:3,5
38:19 42:5 44:22 46:6
47:17 48:3 51:15,17,17
51:20,21,22,25 52:4,12
52:16 53:1,11,18 54:15
54:22 57:1,7 58:15,15
58:22 63:20 67:14,17
70:5 73:7 78:6,21 79:4
80:5,5 81:23 83:2,5,8,20
84:3,6,8,14 88:24 90:13
90:19,21 91:18,21
**patient's** 10:7 13:22 35:8
50:20
**patients** 13:2 16:5,10,13
16:14,14,16 19:24 20:14

21:1 34:1,14 35:24
36:22,23 37:6 50:18
57:10 69:23 72:21 73:16
78:6 87:24 88:3 91:4,5
**patients'** 20:3
**Paul** 2:15
**pay** 79:14
**pending** 90:3,4
**people** 11:3 20:22 89:1
90:10
**performed** 48:20
**performs** 23:13
**period** 42:1
**person** 22:15,19 30:19
57:6 64:20 69:8 70:2
85:12
**personal** 14:23 20:12,16
88:21
**personally** 33:16 73:9
80:23
**personnel** 24:5 28:5
**persons** 93:13
**pertinent** 28:22 29:12
60:6 78:10
**Pfeifer** 1:13 3:2,4,9 4:3
92:15 93:5 94:2,23
95:15
**pharmacy** 63:22,23
**phone** 14:23 19:24 88:14
88:19
**photo** 95:9
**pick** 37:9
**picture** 13:8 28:19 30:13
58:22 59:14 84:12 92:1
**place** 13:12 43:20 56:21
58:10 70:23 78:12 85:9
93:8
**placed** 68:15 79:4,20,20
80:7
**placing** 79:2
**plaintiff** 1:6 2:2 3:14,16
4:4
**plaintiff's** 36:3 45:7 90:15
**plaintiffs** 38:7
**plan** 42:5 49:13,14 56:25
58:25 62:9,9 68:22 70:4
70:4 86:12,24 87:6 89:1
89:3,7 90:10,12
**plans** 52:2 69:22 87:21,23
**play** 13:6
**please** 3:11,22
**Plus** 52:22
**point** 33:24 35:9 58:24
75:1
**policy** 33:8
**populates** 67:1
**population** 62:12 80:21
81:1,8,13,14,19 82:1
**portion** 25:19 60:22
**position** 12:2,5 19:6,10,14
**possibility** 52:18
**possible** 44:24
**possibly** 52:18
**post-high** 5:9
**posted** 43:10,14,18
**practice** 19:16,22 20:20
**practitioners** 21:2
**precaution** 62:23 67:10
80:17
**precautions** 47:10 58:11
72:24 76:6 80:11 81:18
83:6
**precautions/manageme...**
68:22 76:4 77:13 95:13
**preceding** 94:6
**preparation** 17:8

**prereqs** 5:16,20
**prescribed** 64:5,11,12
65:8
**prescription** 63:7 65:7
95:9
**prescriptions** 65:4
**presence** 93:7
**present** 2:16 35:2,14
51:22 60:7
**presentation** 14:7
**presented** 30:14 91:17
**presenting** 84:15
**prevention** 84:17
**previous** 14:12,13 26:10
51:18 67:1,2
**primarily** 16:6 19:23
**primary** 26:16,16 51:13
**printed** 69:15
**printing** 50:5
**prior** 24:21,24 27:5 29:25
30:1,12 38:25 39:8
80:18 84:18,22 85:2
87:1
**Procedure** 2:17
**proceed** 40:3 83:6 87:6
**proceeded** 38:21 58:6
**proceeds** 31:18
**process** 12:21 13:12 16:4
22:18 31:18 40:5 43:8
56:24 60:11 62:21 69:21
70:7,23 90:23
**processes** 31:23
**professional** 1:24 8:16
9:4 35:14
**program** 5:20
**progression** 73:6
**prompt** 66:4
**prompted** 38:4 60:14
**ProPhoenix** 62:24
**protocol** 42:18 43:9 44:16
60:11
**provide** 21:1 78:9,14
**provided** 46:10 57:3 63:25
66:13 75:3 76:4
**provider** 17:4,9,14 23:4
30:13 35:10,14 38:17
41:18 42:2,19 44:17,20
44:23 46:1 48:6 56:25
58:8 59:4 60:12 70:1
72:23 76:16,17 84:16
85:20
**provider's** 48:11 58:13
64:2 69:18 81:21
**providers** 16:12 20:2
27:19 28:16 57:9,10
58:24
**psychiatric** 7:7 8:10
**Public** 93:4,23
**pulled** 47:7 72:14
**pulse** 75:4,5
**purpose** 41:24
**Pursuant** 2:17
**put** 56:10 59:2 60:2 68:7
80:15 89:22
**puts** 77:8
**putting** 53:14 82:4

### Q

**qualified** 8:15 9:3
**quarrel** 42:8
**question** 4:11 24:22 29:5
30:18 34:9,22 36:11,14
36:15 39:24 44:4 46:1
54:10 63:11 65:23 68:19
73:21 74:6 78:14 81:3
82:21 88:2 89:16 90:3,6

**R**

questioning 45:24
questionnaires 38:25
questions 47:22 49:11
61:14,14 75:9,11 82:5,7
86:6 88:17
quick 31:13 49:13
quickly 37:16
quotes 56:10 60:2

**R**

R 3:1 71:7,16 94:1,1
range 83:11
rate 93:16
razors 67:18,25
rbennett@gaskinsbenn...
2:3
reaching 20:3
read 26:1 51:8 62:10
82:22,23,24 90:7,8
92:12 94:2
reading 9:11,14
reads 85:10
ready 31:25
really 32:23 36:6 44:12
57:5 60:6 81:10
reason 45:9,16 47:18 67:7
94:9
reasons 20:16 69:10
reassurance 58:18
recall 25:1 26:24 27:14
30:5,7 38:2 39:2,4 44:10
73:4 77:20
receive 5:9 8:3 9:7 12:15
18:9,13
received 38:11,16
receiving 77:10,18
Recess 46:21
recollection 72:10,15
79:1 86:2
Recommended 26:12
record 3:12 26:2 33:2
46:20,23 55:6 63:9,15
63:19 64:14 65:11,20
66:3,11 82:24 89:23,25
90:16 93:5
records 28:11,14 30:3,3
66:12 88:20
Recovery 52:22
red 93:16
reduced 93:7
refer 37:2
referral 47:11 62:14 69:3,5
69:8,11,12,13 71:3
72:25 85:6,9 95:11
referring 37:3 45:3
reflect 90:10
regard 10:1 85:5
regarding 14:7 21:4,8,9
21:22 45:1,17 70:13
83:9 88:14 89:3 90:12
regardless 48:19
regards 9:14 23:20 48:9
Registered 1:23 93:4,23
relates 81:2
relative 93:10,10
released 26:13,14,20
remember 6:25 7:8,22
27:7
removing 63:20
repeat 9:1 11:11 18:3
21:24 24:22 29:5 30:18
34:9 39:24 54:10 68:19
73:12 81:3 82:21 88:2
replete 54:2,12
reported 54:15,22 55:10
56:1,14

reporter 1:23,23 3:22 4:10
9:13 15:6 19:18 20:7
40:24 42:12 82:25 90:9
93:4,23
REPORTER'S 93:2
reporting 1:24 35:9 62:15
reports 26:5,5 52:3,6,11
52:16,23 53:1,3,7,11,18
represent 83:22 84:7
representation 83:2
represented 90:22
representing 4:4 81:23
request 34:18 47:4 77:11
77:18 93:18
requested 9:13 15:6 40:24
42:12 62:17
rescored 13:11
resign 19:5
resignation 19:3
resigned 18:22
responded 51:25 56:10
responding 80:19
response 48:11
responsible 11:5 76:13,22
rest 38:12
restrictions 6:7 78:16
results 44:9
retain 75:4
return 37:15,19 42:3 75:4
returned 37:24,25 38:3
51:15
returning 52:25
REUVERS 2:9
review 25:4 28:18 30:2,4
38:24 42:3 69:19 93:18
reviewed 23:17 30:6 40:9
51:17,17 95:8,10,12,14
95:15,17,18,20,22,24
reviewing 38:18,19
ridiculous 74:10,13,14,15
right 5:14 6:3,3 20:25
22:11,13 25:20,24 26:22
40:21,22 43:17 46:18
47:5 49:14 54:2,25
55:11 56:8 57:8 59:17
65:8,23 66:1 68:25 72:4
72:8 75:22 91:21
risk 9:22 10:5 11:9,13
13:24 14:6,10 15:5,7
27:25 47:8 48:2,16 49:2
49:13 51:18 53:23 60:20
60:24 61:9,19,23 62:2
64:1,6 68:12,18,24
69:16 86:8 87:25 95:18
risks 14:13 26:10
RN 14:24 15:9,19 17:3,3,6,7
19:16,19 20:1 26:16
31:14,17 33:17,23 37:21
45:13,16 57:2 58:10
59:1 68:10 69:25 76:15
76:16 80:15
RNs 15:19 16:12 22:3
Robbinsdale 6:20
Robert 2:3 3:15
Robertson 17:15,19 23:10
71:7
roles 15:19
roof 53:2
room 17:3,5,8 48:5 49:7
rooms 16:23 17:2
rotated 15:25
rotation 6:23 7:1,7 10:2
10:19
rotations 7:2
rough 52:6

Rule 2:17
rules 4:9
rumble 26:6

**S**

S 1:8 3:1 94:1,6
safety 59:5 78:21
sake 10:7
Sat 26:7
Saturday 22:15
save 75:1,2
saw 21:13,16 23:7,10
26:19 37:17 58:16 80:3
85:12
saying 9:1 34:25 39:25
44:8 83:3 86:3
says 65:24 71:8
scale 43:4,10,21 44:1,6
45:3,10
scales 45:13
scene 72:11
Scheduled 70:8
school 5:1,9,15 6:14 8:2,7
9:6,10,19,21 10:1 11:24
score 13:4,8 31:16 33:16
37:16 40:22,25 42:15,17
42:20 44:8,12,18 46:4
46:12 48:21 59:22 60:20
60:25,25 61:20 69:13
73:7,15 82:18 83:12
85:13
scored 25:13 31:7 37:18
38:17 40:18,19 41:3
51:16 61:18
scorer's 40:13
scores 13:10 31:13 40:15
45:18 73:16
scoring 37:21 40:20 43:3
43:4,10 44:9,11,21 45:3
45:10 46:2,5 61:22
screen 13:8 35:4
screening 23:16 24:2
27:25 47:8 48:2,17,20
49:2 53:23 60:20,24
61:19 62:2 64:1,6 68:18
68:24 69:17 86:8 87:25
95:16,18
screenings 23:14,18
SEAL 93:19
second 41:13 42:7 48:24
60:17 62:8 64:17
section 15:20 79:10
see 11:22 18:10 21:1,19
26:16 30:7 31:13 37:19
41:18,23 42:3 57:10
58:5 61:15 65:16 71:6
72:6 73:22 80:4 83:7
88:20
seeing 16:13,14,16 20:22
47:19 57:7 61:12 84:22
85:2
seek 26:12 34:15 36:1
seeking 35:16
seen 24:1,7,10 33:22
41:15 45:4,5 51:21
57:19,23 70:5 73:10
80:6 85:16,19,21,24
87:24 88:3
self-harm 85:1
send 64:22 65:6 69:10,11
sending 50:8 66:18 76:22
sent 31:8,9 41:6 42:7
62:14 64:7,8 65:4 66:15
69:3,8,10 77:12
separate 61:25 83:1,8
88:7

sergeant 76:9 80:12
sergeants 75:25 76:7,9,23
serious 39:11,14,18 40:2
seriously 40:3
set 13:12 57:15 62:13
64:10,23 65:2 66:20
70:23
set-up 66:20
setting 8:4 10:6,13
setup 16:21
seven 15:12
seven-day 15:21 16:3
Seventh 2:5,14
severe 39:14 42:20 82:19
severity 83:19
shadow 10:9
shakes 4:16
shape 73:10
share 17:5
sheet 23:20 25:8,8 27:24
47:10 49:17 53:22 60:3
62:3,7 67:10 68:17,23
71:6,20 77:9
sheets 16:6 28:7,9 38:25
85:14 95:19
Sherburne 2:7 3:20 12:12
21:14 23:6,19 27:20
50:17 57:3,16,22,23
62:21 63:1 75:14 79:13
88:4
shift 7:11,13,15 10:23
11:1,6 15:12 29:14,17
shifts 7:9,21
shoot 52:5
shortly 18:22
show 25:5 45:1 63:6 65:10
showing 23:23 25:7 40:8
88:15
side 16:20 37:3
sign 50:4,6,8 92:12
signature 40:12,13
signed 50:2,2 65:14,18
66:9 71:4
signs 67:1,8
simple 73:21
sinus 20:22
sit 26:24 27:5 30:5 80:24
sitting 74:21,25
situation 14:14,16 23:20
73:23 74:22,23
Skin 26:7
Skroch 82:15
sleeping 26:5
slowly 26:1
smoother 4:9
snapshot 49:14
sober 52:12 56:4
sold 52:4
sole 47:18
somebody 13:9,13 14:8
58:11,19,23 59:2 80:15
85:23 88:8 89:6
soon 31:14 44:24
sorry 7:5 8:24 13:16,17
23:24 28:22 50:24
Sotto 36:2 38:6 45:6 90:14
sound 4:13,17
South 2:5,10
span 82:14
speak 22:12 57:18 64:9,20
70:22
speaking 81:9 84:18
speaks 45:20 54:3,8
special 47:10 62:23 67:9
68:22,24 70:10 72:3,12
76:3,6 77:12 80:20,22

81:1,17,19 95:13
specialty 8:12 18:14
specific 49:12
specifically 70:20 73:2
specify 75:23
speech 26:8
spent 7:17
spoken 54:23 84:25
St 1:16,17 2:15 93:6,7
staff 76:5 77:12,19
stages 15:1
Stang 1:8 94:6
start 4:12 17:1 47:21
61:10 62:12 64:16,18
started 5:16 52:8
starting 26:6 51:9 74:12
77:6
starts 25:23
state 3:11 62:7 93:5
stated 52:14 55:15 61:10
62:23 84:23
states 1:1 71:14
station 16:24 17:1,3,3,4,7
62:3 84:23
Statistical 11:8
stay 19:14 24:12 81:14
92:1
staying 26:11
Steady 26:8
stenographic 93:8
step 41:6,13,13,20 42:7
48:14 56:21,23 60:10
steps 40:5 56:20 58:9 80:8
90:22
stock 63:19,22
stop 64:17,18
stopping 74:22
store 51:15
straight 61:16
Street 1:16 2:5,14 93:7
stress 20:15
stressed 53:3
subject 9:15
substance 39:6
substantial 93:13
suffering 15:4 52:15
56:11
suicidal 51:23 53:18 58:12
58:16,19,20,23 80:2,5,6
82:20 83:3,5,21,25 84:2
84:7,19,21 88:8 91:3,4
suicide 9:22 10:5,25 11:9
11:13 13:24 14:12,13
21:22 27:25 47:8 48:2
48:16 49:2,12 51:18
52:3 53:23 58:11 59:3
59:17,19 60:20,24 61:8
61:19,23 62:2,19 63:1
64:1,6 67:25 68:13,18
68:24 69:16 72:24 75:15
79:2,4 80:11,16 82:4,13
84:17 86:8,13 87:25
89:2,2 90:11,11 95:18
suit 80:11
Suite 2:6,14
summarize 49:9
summer 6:3,5
Sunday 69:19
supervised 65:24
supervisor 17:4,12 75:18
79:11,18,19 82:11
supervisors 22:5
support 19:17,19,24 20:2
20:2 87:8 88:15
supported 16:15
supporting 18:17
supposed 43:8 60:11

sure 26:3 30:9 37:17
41:12 44:10 48:14 82:15
88:3
surprise 73:23 74:2,21
surprised 61:18,21 73:18
74:18
suspect 72:18
switching 11:16
sworn 3:5 93:6
symptoms 9:10 12:21
13:8 14:6 19:23
system 27:20 40:20 87:9
88:15

**T**

T 1:23 93:4,22 94:1,1
tab 95:9
take 7:6 10:11 13:13,15
21:14 31:6 32:2,3,19
40:3 44:15,19 46:5,19
59:15 60:6 67:3 71:9
82:17,17 86:11 89:23
90:22 91:23
taken 4:5 19:6 31:6 46:21
80:8 84:20 93:6 94:4
takes 56:25
talked 22:23
talking 23:21 30:12 47:14
67:11 87:20,20,22
tasked 43:2 58:1
taught 91:2
teaching 20:6,7,8 26:8,11
team 19:16,19 20:2 57:3,4
telephone 67:10
tell 53:19 58:19 78:24
83:12 89:2 90:12 91:4,5
91:6,7,9
telling 47:23 58:17 59:14
61:13,22 84:3 88:16,19
88:24 89:21 90:19
ten 32:2
tendency 93:13
term 20:15
test 46:2
testified 3:6 42:6
testimony 32:8 33:2 42:10
54:4,8,21 74:5 82:17
93:5
Thank 3:21
They'd 11:4
thing 53:16,17 67:16
things 13:6 14:8,22 16:7
22:18 35:4,8 47:16
58:21 61:13 78:21 81:25
83:1
think 7:9 18:7 36:24 47:7
59:8 60:3,8 62:1 68:2
76:18 83:1
thinking 58:18 74:21,23
87:15
thinks 26:13 52:19,24
third 47:9 63:8
Thompson 31:3
thought 19:13 26:21
59:25 84:19
thoughts 51:23 53:8,19
55:14 58:19,20 85:1
thousand 5:23
three 13:10 15:13,19,22
15:24,25 16:1 17:24
18:20 32:3 37:13 87:13
three-day 15:21 16:15
18:17,19
threshold 46:9
time 3:10 7:17,19 8:2 9:6
19:13 23:18 30:8 33:23

41:11 47:25 48:24 52:6
52:11,23 53:5 58:16,20
62:8 63:9 64:25 67:2,8
69:8 72:25 80:3 81:8,12
81:13 86:1,24 93:8
timely 33:21
times 13:21 37:13 73:4
87:13
today 4:9 12:6 21:4 26:13
26:14,24 27:5 30:5
80:25
Today's 3:9 51:12
Todd 21:8
told 35:5 78:24 82:11
88:23
tolerance 26:9
tomorrow 26:17
tons 56:13
tool 83:7
top 22:16 51:9
topics 12:25
total 7:21
tracking 77:8
trained 91:2
training 8:3 9:7 12:15,19
13:23 14:5
transcript 1:11 2:18 93:18
94:3
transparent 59:9
trauma 20:17
treat 37:6 56:16
treating 9:18 56:15,17
treatment 52:20,23 53:14
triage 19:16,23 20:24
triaging 85:11,11
troubling 14:23
true 81:20 86:12,17,20,23
91:10 92:8 93:5 94:7
Trustee 1:5 94:5
truth 88:16 89:3 90:12,20
try 4:11,12 47:18 61:15
trying 44:4 61:11 84:5
Tuesday 52:16
turn 67:9
TV 53:5
twice 12:23 72:24
two 5:17,23 7:19 15:12,13
16:25 41:16 45:23 49:22
61:5,25 64:13,14 74:8
83:1,8 85:25
two-week 41:21 42:1,4
86:4
type 20:19,23
typed 60:18
types 20:5 24:1
typewritten 94:3
typical 73:8
typically 17:22 24:4 37:1
85:23,25

**U**

Uh-huh 76:20,20
uh-huhs 4:16
uh-uhs 4:16
understand 21:3 41:12
57:6
understanding 26:15 39:5
unit 7:17 10:4 20:14 72:3
77:7
UNITED 1:1
units 6:20 16:17
Unity 6:23
urgency 85:5
urgent 44:19
urine 13:7
use 4:15 11:7 52:9,21

62:25 63:1 75:15,22
79:9,13 82:11
uses 42:4

**V**

Vague 24:14
value 91:24
VanDerBeek 17:13 82:16
Various 29:14
verbalized 28:14
verbalized 49:8 50:5 66:8
versions 49:22
versus 39:3
video 1:11 2:16 3:2,8
92:13,15
VIDEOGRAPHER 3:8,21
46:20,22 92:11,13
view 25:3
visit 51:12,18
vital 67:1,8
vitals 66:22 67:3
voce 36:2 38:6 45:6 90:14
vomiting 25:24 26:4
vs 1:7 94:5

**W**

W 1:5 2:2 51:19 94:4
Waagmeester 21:10,19
38:14 39:9 42:6 47:3
57:8 62:11 68:7 85:5
Wait 63:11
waited 48:4,5
waiting 31:15 48:6
walk 5:12 6:16 25:22 51:6
walk-in 19:24
walking 11:14
walks 53:6
wall 43:19
want 4:8 15:22 31:25
34:15,16 35:25 37:7
46:25 67:22 75:20 79:24
84:3 86:7
wanted 19:11 20:15 38:18
38:20 44:1 58:8 69:7
81:22
wanting 56:19 73:13
wasn't 19:8 35:20,22
48:14 70:22 78:18 85:18
88:16 90:4
watch 13:19 62:12,18,19
62:24 67:14,17 68:3,4,6
68:8,13,15 69:9 70:3
78:21 79:2,5,21 80:7,10
81:2,7 82:4,12,13 85:24
watches 52:3 63:2 70:2,10
75:15
way 13:13 17:6 32:23
61:3 81:4
ways 24:10 29:14 84:6
We'll 92:12
we're 46:18,22 56:20
60:21 67:21 68:13 79:12
79:23
week 7:17 15:11,14 29:15
85:25
weeks 7:20 41:16
well-being 34:13
went 5:14,19 6:18,21,24
7:9 9:10 14:6 52:16,23
60:1 67:11
weren't 7:13 70:18,25
74:15
West 1:16,16 93:6,7
whispering 90:17
willing 34:16

withdrawal 9:11 12:16,22
12:25 13:2,4,10,13,19
15:2 25:8,14 38:25
39:11 51:13 95:19
withdrawals 9:18
witness 3:5,25 12:9 26:3
45:22,24 63:12 66:5,14
74:13 89:11,22 90:6,18
93:18,19
word 89:15 91:23
work 12:10 15:24 65:2
worked 12:13 15:12,23,25
85:14
workhouse 52:18
working 5:16 50:16 70:14
88:4
wouldn't 14:21 43:25 44:2
52:5 58:4 64:4,25 74:15
85:7
writer 51:17,20,23
writing 63:14 93:7
written 41:14,17 68:16
71:14,21,23
wrong 40:18
wrongfully 40:17
wrongly 40:18
wrote 25:18 54:12 55:11
60:15 68:17,23

**X**

**Y**

yeah 6:6,6 10:24 16:2
17:25 18:20,20 32:17
44:3 47:16 48:22 57:20
73:3 90:5 91:5
year 5:7
years 5:17 52:12
yep 5:6 11:2,4 32:4 39:13
48:13,22 55:12 72:13
yesterday 42:7

**Z**

Zero 40:20,23,25

**0**

0 40:19
08 5:8

**1**

1 20:17 40:19,23,25 51:16
95:7
1.5 52:7,12
10 13:10 45:1 95:7
10:00 46:20
10:09 46:23
11 63:7 95:9
1/16/17 64:17
11/17 64:18
11/5/17 40:13 95:11,13,15
11/6/17 64:16
11/7 64:18
11/9 72:10
11:00 62:14 92:14,16
12 60:25 61:19
12th 75:7
14 71:4 95:11
15 13:19 67:10,15 76:18
79:24 95:13
15-minute 62:11,18 68:3,5
68:8,13 78:21 79:21
80:9 81:2,6
16 49:16 65:18 66:9 95:15
16th 85:22

18 23:25 95:16
18-2301 1:4

**2**

2 40:19,23,25 41:6,20
46:22 95:7
20 47:9 53:4 86:8 95:18
2008 5:6
2013 5:23,23 6:5 52:3
2014 11:17 12:3
2016 18:12
2017 12:8,11 17:10 18:11
18:25 21:5,15,18 23:2,8
23:11 24:13,21,24 25:9
27:6 29:20 38:5 40:10
2019 1:14 3:9 93:6,20 94:6
22 25:7 95:19
22nd 18:25
23 95:17
25 95:20
26 65:11,15 95:22
27 2:20 40:6,8 95:23
2800 2:14

**3**

3 40:19,21,23 41:1
30 1:14 2:14 52:19 67:15
93:6 94:6
30-minute 13:20 68:3,5
30.06 2:18
3000 2:6
30th 3:9
31-year-old 51:12
333 2:5
39 46:13

**4**

4 40:22,25
4-75 95:2
4-point 95:2
40 15:15 37:20 38:17
42:18,20 44:14,18 46:4
46:9,12 82:18 85:13
95:24
40-hour 15:15
4135 1:16 93:6
43 41:3 42:15 46:14 51:15
59:22 61:1,20 69:13
73:15,17
45 95:8
47,86 95:18
49,65 95:15
4th 66:23

**5**

5 25:13 72:13
50 95:9
55101 2:15
55402 2:6
55438 2:10
56301 1:17
5th 29:20 30:1 38:5 48:16
49:18 51:7 60:1,15 67:5
93:19

**6**

6 52:8
63 95:10
65 95:22
67,76 95:14
6th 25:16 26:21 70:19

**7**

7/16/17 95:20

**71** 95:12
**75-82** 95:3
**7th** 26:20

---
**8**
---
**8** 10:3
**80** 15:15
**82-86** 95:2
**86-88** 95:4
**88-92** 95:2

---
**9**
---
**9** 51:16,16
**9:06** 3:3,10
**92** 95:4
**9321** 2:10
**952.943.1587** 1:25