# EXHIBIT 6

| | |
|---|---|
| **From:** | Nearing, Carrie |
| **To:** | Nearing, Carrie |
| **Subject:** | 7/5/17 email re: special precautions for chem withdrawal & Lynas record |
| **Date:** | Thursday, May 23, 2019 1:03:01 PM |
| **Attachments:** | DOC_20170705_220243.pdf |

---

**From:** Andrea Kretsch
**Sent:** Wednesday, July 5, 2017 10:02 PM
**To:** thomas.zerwas@co.sherburne.mn.us; christopher.bloom@co.sherburne.mn.us; dave.isais@co.sherburne.mn.us; brian.frank@co.sherburne.mn.us; pat.carr@co.sherburne.mn.us; Alanna Lau; Sheila Esler; Rebecca Lucar; Heather.Pickett@co.sherburne.mn.us; Faye.Apel@co.sherburne.mn.us; Danielle Asfeld; Cheryl Kuiper; Christina Leonard; Mary Brown; Diana VanDerBeek; Jennie Thompson; Alyssa Pfeifer; Kris Bauman; Bradely.Bohn@co.sherburne.mn.us; Brian.McDonough@co.sherburne.mn.us; Rebecca.Beal@co.sherburne.mn.us; Tyrel.Hoppe@co.sherburne.mn.us; Michael.Demarre@co.sherburne.mn.us; Bryan.Bjergo@co.sherburne.mn.us; russell.bartell@co.sherburne.mn.us; Melissa.Kachmarek@co.sherburne.mn.us; Aric Hanson; Jeremy Coolidge; jason.Kolbinger@co.sherburne.mn.us; jason.volkers@co.sherburne.mn.us; travis.lindstrom@co.sherburne.mn.us; Christopher.Hansen@co.sherburne.mn.us
**Subject:** JL 12010


30 Min Chem withdrawal initiated

---

**From:** JailClinic@co.sherburne.mn.us <JailClinic@co.sherburne.mn.us> on behalf of JailClinic@ <co.sherburne.mn.us JailClinic@co.sherburne.mn.us>
**Sent:** Wednesday, July 5, 2017 9:02 PM
**To:** Andrea Kretsch
**Subject:** A Scanned Image


Reply to: JailClinic@co.sherburne.mn.us <JailClinic@co.sherburne.mn.us>
Device Name: Sheriff - Jail Clinic
Device Model: MX-M363N
Location: Sheriff - Jail Clinic

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.



| | |
|---|---|
| **From:** | Nearing, Carrie |
| **To:** | Nearing, Carrie |
| **Subject:** | 11/5/17 email re: inmates on special precautions w/ Lynas record |
| **Date:** | Thursday, May 23, 2019 1:01:12 PM |
| **Attachments:** | DOC_20171105_152651.pdf |

---

**From:** Alyssa Pfeifer
**Sent:** Sunday, November 5, 2017 4:41 PM
**To:** Andrea Kretsch; Bailey Zweber; Elizabeth Carlson; Janell Mehlhoff; Sydney Moyer; Amanda Nowell; Briony Bohn; Brittany Schelitzche; Christa Marchessault; Christina Leonard; Danielle Asfeld; Deanna McMasters; Diana VanDerBeek; Emma Kitzrow; Gretchen Menne; Janell Mehlhoff; Jennie Thompson; Johnna Listul; Joleen Pramann; Kris Bauman; Mary Brown; Michael Robertson; Nicole Maalis; Sehwon Tokpah; Shanelle Adamski; Tess Richerson; JAIL-SGTS; Booking CO's
**Subject:** Special precautions

██████ - no changes

██████ - no changes

J.L. 12010 - started on 15 min watch for mental health in GP

██████ - started on 15min watch for chemical withdrawal

██████ - no changes


*Alyssa Pfeifer, RN CCHP*
*MEnD Correctional Care, PLLC*
*Sherburne County Jail Clinic*
*Phone: 763-765-3850*
*Fax: 765-765-3817*


CONFIDENTIALITY NOTICE: The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.

---

**From:** JailClinic@co.sherburne.mn.us <JailClinic@co.sherburne.mn.us> on behalf of JailClinic@ <co.sherburne.mn.us JailClinic@co.sherburne.mn.us>
**Sent:** Sunday, November 5, 2017 11:30 AM
**To:** Alyssa Pfeifer
**Subject:** A Scanned Image

Reply to: JailClinic@co.sherburne.mn.us <JailClinic@co.sherburne.mn.us>
Device Name: Sheriff - Jail Clinic
Device Model: MX-M363N
Location: Sheriff - Jail Clinic

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of
Adobe Systems Incorporated in the United States and other countries.

**From:** Nearing, Carrie
**To:** Nearing, Carrie
**Subject:** 12/27/18 email re: jail investigator question
**Date:** Thursday, May 23, 2019 12:58:29 PM

---

**From:** Diana VanDerBeek
**Sent:** Thursday, December 27, 2018 7:08 PM
**To:** Todd Leonard MD CCHP-P
**Subject:** Fw: Brian Frank called 4:15 wanting to get background on two patients today

Please see below.

Diana VanDerBeek, RN CCHP-RN
Nursing Director
Sherburne County Jail Clinic

MEnD Correctional Care, PLLC
Revolutionizing Correctional Care

T: 763-765-3850
F: 763-765-3817



CONFIDENTIALITY NOTICE: The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.

---

**From:** Michael Robertson
**Sent:** Monday, December 10, 2018 4:57 PM
**To:** Diana VanDerBeek
**Cc:** Linda Pantzke
**Subject:** Brian Frank called 4:15 wanting to get background on two patients today

██████ -regarding issues related to Pt transport into Cty - (I was unavailable to call him back until after a meeting he had regarding the case)

12010 -regarding dates of 11/05/17 - (it was not a case i was ever involved in, but relayed that the Pt was placed on MHW15 due to high BDI and risk factors - when nursing met with him about this and consulted with medical provider).

Brian wanted clarification about the difference between a mental health watch and suicide watch and I described it has been my understanding that since before i arrived here, the Jail administration has not wanted the term "suicide watch" used because it is confusing for cases which are not suicidal (actually, we have previously had this discussion) and we were informed to call the watches "mental health watches."  We briefly discussed that many of the mental health watches we place inmates on are proactive and not after or subsequent to a suicide gesture or suicide statement.  And many of the mental health watches we start are related to poorly regulated coping and vulnerability to act-out or be taken advantage of... This info seemed to suffice but i thought i would relay the information and the call as i suspect both questions are related to legal issues.

PS - i viewed this as simply confirming fact data about known information and dates which would have been shared in the placing him on MHW. Nothing new or different was shared - but upon reflection, it seems important to know.

Michael Robertson, PsyD, Licensed Psychologist (LP)
Mental Health Professional
Sherburne County Jail

**MEnD Correctional Care, PLLC**
*Revolutionizing Correctional Care*
Sherburne County Jail Clinic - Phone Number: (763)-389-3809
Sherburne County Jail - Fax Number: 763-765-3817

CONFIDENTIALITY NOTICE: The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or retransmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our email address may be corrected

| | |
|---|---|
| **From:** | Nearing, Carrie |
| **To:** | Nearing, Carrie |
| **Subject:** | 11/6/17 email re: moves within jail |
| **Date:** | Thursday, May 23, 2019 12:56:36 PM |
| **Attachments:** | image001.png |

**From:** Heather Pickett <Heather.Pickett@co.sherburne.mn.us>
**Sent:** Monday, November 6, 2017 12:43 PM
**To:** Aviands; Colleen Rosonke; Correctional Officers; JAIL-SGTS; Joel Brott; Michele Mareck; Steve Draves; Faye L. Apel; Nicholas Eckstrom; Rebecca Lucar; Sheila Esler; Andrea Kretsch; Alyssa Pfeifer; Briony Bohn; Christa Marchessault; Christina Leonard; Danielle Asfeld; Deanna McMasters; Diana VanDerBeek; Elizabeth Carlson; Gretchen Menne; Jennie Thompson; Johnna Listul; Joleen Pramann; Kris Bauman; Linda Pantzke; Mary Brown; Michael Robertson; Shanelle Adamski; Sydney Moyer; Tess Richerson; Todd Leonard MD CCHP-P; Keith Kobienia; Laurie L. Roiger; Richard Baker; Shelby Trushenski; Steve Picka
**Subject:** 11-6-17 Moves

<span style="color:red">**Moves for 2<u>nd</u> shift after 1<u>st</u> med pass. Check flags/no-contacts on tracking sheets.**</span>

**Moves within CR**

██████████ `to` ██████

██████ `both inmates to` ██████

**Gamma to CR**

██████████ - Anoka – Theft –

Lynas, James - 12010 - Anoka – DUI – ████ - <span style="color:red">15 MH</span>

████████████ - ICE – Assault –

████████ - Anoka – DWI –

████████████ - ICE - Assault – <span style="color:red">- Single Cell</span>

████████ - ICE – DWI –

██████████ – Anoka – Dom – ███<span style="color:red">███████</span>

**Gamma to Alpha**

████████ - ICE – Disorderly – ███<span style="color:red">██████████████</span>

████████ - ICE – DWI –

██████████ - ICE – DWI –

████████ – ICE – IE –

**Gamma to Nova**

████████ - USM – Drugs –

████████ - USM – Weapons – <span style="color:red">████████</span>

██████ - 15365 - USM – Drugs – ███<span style="color:red">████████</span>

Thanks,

Classification Sergeant Heather Pickett 3416

Sherburne County Sheriff's Office
13880 Business Center Drive
Highway 10
Elk River, MN 55330
763-765-3810



| | |
|---|---|
| **From:** | <u>Nearing, Carrie</u> |
| **To:** | <u>Nearing, Carrie</u> |
| **Subject:** | 11/5/17 "pass on" information email |
| **Date:** | Thursday, May 23, 2019 12:50:14 PM |

---

**From:** Alyssa Pfeifer
**Sent:** Sunday, November 5, 2017 4:48 PM
**To:** Andrea Kretsch; Bailey Zweber; Elizabeth Carlson; Janell Mehlhoff; Sydney Moyer; Amanda Nowell; Briony Bohn; Brittany Schelitzche; Christa Marchessault; Christina Leonard; Danielle Asfeld; Deanna McMasters; Diana VanDerBeek; Emma Kitzrow; Gretchen Menne; Janell Mehlhoff; Jennie Thompson; Johnna Listul; Joleen Pramann; Kris Bauman; Mary Brown; Michael Robertson; Nicole Maalis; Sehwon Tokpah; Shanelle Adamski; Tess Richerson
**Subject:** Sunday AM pass on

███████ - high blood pressure, chest pain and abnormal EKG - sent to ████ Hospital by ambulance at 0900 - ***update pt has been admitted to Heart Unit at █████████.

██████ - continuing with bizarre behavior, naked and whispering in cell, no changes per FNP C.W.

████████ - pt was not placed in kevlar gown for MH, was done solely due to refusing pat down; Sgt still wanted clearance from provider before giving items back this AM. Pt started on 15 min chem watch and to be rechecked after PBT of 0.000.

J.L. 12010 - BDI score of 43. Per C.W. started on 15min MH watch, started on Hydroxyzine and MH referral sent.

████████ - involved in fight last night, seen during Seg rounds. Per C.W. started on Ibuprofen for hand pain and wants provider to see him monday to determine if he needs an xray.

*Alyssa Pfeifer, RN CCHP*
*MEnD Correctional Care, PLLC*
*Sherburne County Jail Clinic*
*Phone: 763-765-3850*
*Fax: 765-765-3817*

CONFIDENTIALITY NOTICE: The information contained in this e-mail communication and any attached documentation may be

privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.

| | |
|---|---|
| **From:** | Nearing, Carrie |
| **To:** | Nearing, Carrie |
| **Subject:** | 11/7/17 email re: eyeglasses |
| **Date:** | Thursday, May 23, 2019 12:46:51 PM |

**From:** Pat Carr <Pat.Carr@co.sherburne.mn.us>
**Sent:** Tuesday, November 7, 2017 4:09 PM
**To:** Jennie Thompson
**Cc:** Diana VanDerBeek
**Subject:** RE: question

He can have them.  Have her sister bring them to me.

Patrick Carr, Jail Commander
13880 Highway 10 West
13880 Business Center Drive
Elk River, MN. 55330-4609
Office:     (763) 765-3801
Fax:         (763) 765-3812
pat.carr@co.sherburne.mn.us

**From:** Jennie Thompson [mailto:jthompson@mendcare.com]
**Sent:** Tuesday, November 07, 2017 12:22 PM
**To:** Pat Carr
**Cc:** Diana VanDerBeek
**Subject:** question

SPN 12010 wants to have his sister bring in his glasses.  If she does can he have them or do they go into his property?

Jennie (Jen) Thompson RN CCHP
Supervisory Nurse
MEnD Correctional Care, PLLC
Sherburne County Jail

Office 763-765-3850
fax 763-765-3817

CONFIDENTIALITY NOTICE: The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.