# EXHIBIT 16

1

UNITED STATES DISTRICT COURT
STATE OF MINNESOTA
-----------------------------------------------------
                          Case No. 18-cv-2301 (JRT/KMM)

David W. Lynas, as Trustee for the
next-of-kin of James C. Lynas,

                          Plaintiff,

        vs.

Linda S. Stang, et al.,

                          Defendants.
-----------------------------------------------------
            VIDEO DEPOSITION TRANSCRIPT OF

                    PATRICK CARR


                 September 16, 2019
                    12:12 p.m.

                     at the


              Sherburne County Jail
        13880 Business Center Drive Northwest
              Elk River, MN 55330


Court Reporter:  Janet D. Winberg, RPR

Videographer:  Envision Video

**2**

1 APPEARANCES:
2 On Behalf of Plaintiff David W. Lynas:
3     Robert Bennett, Attorney at Law
      Kathryn H. Bennett, Attorney at Law
4   Gaskins, Bennett & Birrell, L.L.P.
    333 South Seventh Street
5   Suite 3000
    Minneapolis, MN 55402
6   rbennett@gaskinsbennett.com
    kbennett@gaskinsbennett.com
7
8 On Behalf of the Sherburne County Defendants:
9     Jason M. Hiveley, Attorney at Law
      Iverson Reuvers Condon
10    9321 Ensign Avenue South
      Bloomington, MN 55438
11    jasonh@irc-law.com
12
    On Behalf of the MEnD Defendants:
13
      Bradley R. Prowant, Attorney at Law
14    Larson King, LLP
      30 East Seventh Street
15    Suite 2800
      St. Paul, MN 55101
16    bprowant@larsonking.com
17
18
19
20
21
22
23 NOTE: Original transcript will be delivered to the
   noticing party, Gaskins, Bennett & Birrell, L.L.P.
24
25 NOTE: No exhibits were marked.

**3**

P R O C E E D I N G S

        VIDEOGRAPHER:  This is the videotape
deposition of Pat Carr, on September 16, 2019.
Going on the record at 12:12 p.m.
Counsel will now please state their
appearance for the record.
        MR. BENNETT:  Robert Bennett, appearing
on behalf of the Plaintiff.
        MS. BENNETT:  Kathryn Bennett, for the
Plaintiff.
        MR. HIVELEY:  Jason Hiveley, for the
Sherburne County Defendants.
        MR. PROWANT:  Bradley Prowant, for the
MEnD Defendants.
        VIDEOGRAPHER:  The court reporter will
now swear in the witness.
                * * *
(Witness sworn.)
        PATRICK CARR,
called as a witness, being first duly sworn,
was examined and testified as follows:
                * * *

**4**

EXAMINATION
BY MR. BENNETT:
Q.  Would you state your full name for the record,
    please.
A.  Patrick Carr, C-A-R-R.
Q.  And how old are you, sir?
A.  I am 55 years old.
Q.  And describe your educational background for me,
    please.
A.  I have a bachelor's of art degree from Hamline
    University.  And I attended the Staff and
    Command School at Northwestern after -- in 2015.
Q.  Did you go to Evanston, or did you --
A.  It was a 12-week class at Anoka County.
Q.  Okay.  And describe your work history after --
    well, when did you get your B.A.?
A.  1988.
Q.  Did you have any full-time employment before
    that?
A.  Before I worked here?
Q.  Yeah.  Or before you went to Hamline.  Did you
    go to Hamline right out of high school?
A.  Correct.
Q.  Okay.  And then you graduated from Hamline, and
    just briefly tell us what you've done since.

**5**

A.  I worked briefly at the local lumberyard here in
    Elk River, Standard Lumber, in 1988.  Before
    that, I had various part-time jobs, going
    through school and high school.  And I was hired
    here in 1989, February of '89.
Q.  As a CO?
A.  As a jail recreation programmer.
Q.  How long were you a jail recreation programmer?
A.  Approximately three years.
Q.  And then what did you become?
A.  I was promoted to jail program coordinator.
Q.  And just for the record, as I understand it,
    that would be handling the activities, sort of
    non-correctional activities?  It would be
    activities of either education, or exercise, or
    all sorts of programs that are provided to
    inmates during their stays here: is that right?
A.  That's correct.  The programming inside the jail
    and the community release activities.
Q.  Okay.  And how long were you that?
A.  Approximately two years.
Q.  And then what were you -- did you go to?
A.  I was promoted to the jail administrator.
Q.  And that -- basically the same duties and
    responsibilities that we talked about with Brian

## 6

1  Frank?
2  A.  Correct.
3  Q.  And you're -- how would you say that is
4  different from what you do as a commander?
5  A.  Well, the command -- the jail administrator
6  is -- handles the overall operations, and then I
7  have oversight with that and communication with
8  the sheriff.
9  Q.  Okay.  The sheriff has duties beyond
10  corrections; right?
11  A.  Correct.
12  Q.  He has patrol, I take it?
13  A.  The whole office.
14  Q.  Yeah, the whole office.  Is it divided,
15  corrections and patrol, generally, or is it --
16  is something -- are there other facets?
17  A.  Corrections and patrol.
18  Q.  Okay.  And you have the same position today, as
19  you did in November and October of '17; right?
20  A.  Correct.
21  Q.  Would you be involved in drafting policies and
22  procedures, or in the -- say, more in review and
23  approval?
24  A.  More in review and approval.
25  Q.  Okay.  And who's in charge of actually

## 7

1  implementing policies and procedures?
2  A.  It goes through a process on our PowerDMS,
3  that -- a review process, and then when it
4  finally gets published to the documents, that is
5  something that I do.
6  Q.  Do you have any background, educationally or
7  experientially, in either medicine or mental
8  health?
9  A.  No.
10  Q.  You've had, I would guess, a fair amount of
11  experience in dealing with an inmate population
12  that has medical and mental health problems?
13  A.  Yes.
14  Q.  And the inmate population has a higher incidence
15  of people with mental illness and addiction than
16  the normal population; correct?
17  A.  Correct.
18  Q.  And it's increasing, isn't it?
19  A.  Yes.
20  Q.  And it's increased since you became a jail
21  administrator -- or since you started here?  How
22  about that?
23  A.  Yes, it has increased since I started here.
24  Q.  Okay.  And you -- I'm sure there's some
25  oversight provided by the sheriff himself;

## 8

1  correct?
2  A.  Correct.
3  Q.  Are there outside agencies that have an
4  oversight role with the Sherburne County Jail,
5  and effectively you, in -- as we sit here today?
6  A.  There's the Minnesota Department of Corrections.
7  Q.  Okay.
8  A.  And we do house for the immigration and the
9  U.S. Marshals, so there are inspection teams for
10  those agencies too.
11  Q.  Separate ones for the -- or is it all under the
12  Department of Homeland Security?
13  A.  U.S. Marshals is the Department of Justice.
14  ICE is Department of Homeland Security.
15  Q.  Okay.  So you have both Justice and Homeland
16  Security to deal with?
17  A.  Yes.
18  Q.  This must seem like nothing, then?
19  A.  This is always something.
20  Q.  You're aware that essentially the only people
21  that are entitled to -- constitutionally
22  entitled to Medicare -- medical care and mental
23  health care in the United States are housed in
24  prisons and jails; correct?
25  A.  Correct.

## 9

1  Q.  That's care of the 18th and 14th amendments to
2  our Constitution, as you understand it?
3  A.  As I understand it, correct.
4  Q.  All right.  It means that -- that your
5  institution has a duty to provide
6  constitutionally recurrent health care to every
7  inmate; correct?
8  A.  Correct.
9  Q.  And you have policies to ensure that, and that's
10  part of the oversight function of the Department
11  of Corrections, and Justice, and Homeland
12  Security?
13  A.  Yes.
14  Q.  So they want to make sure that the people they
15  entrust to you, are taken care of medically and
16  from a mental health perspective?
17  A.  Correct.
18  Q.  And they used to, as I understand it, they would
19  do it, probably for more of the time that you
20  were -- you're done -- it was kind of a home --
21  homegrown operation; the Sherburne County would
22  employ the actual providers; is that right?
23  A.  Yes, at one time.
24  Q.  And then at some point, the -- it was decided it
25  would be better or cheaper or -- or both, to

3 (Pages 6 to 9)

## 10

1    contract it out; correct?
2  **A.  Correct.**
3  Q.  Who's the first outfit that -- that Sherburne
4  County contracted with to perform outside
5  services?
6  **A.  For a provider, or all the medical services?**
7  Q.  Um, well, either medical or mental health
8  services.  I -- my understanding is, that it's
9  -- that Leonard -- Dr. Leonard became -- he
10  started here doing contract work in 2006; is
11  that about right?
12  **A.  That's about right.**
13  Q.  That's what he testified to.  And then -- until
14  2013.  And then ACH comes in, if I remember, and
15  for not very long; right?
16  **A.  Advanced wasn't here for very long, correct.**
17  Q.  And that's Advanced Correctional Health Care?
18  **A.  AC, yes.**
19  Q.  Yeah.  And then, when was the first contract
20  with MEnD?
21  **A.  I'm not sure of the year.**
22  Q.  Okay.  Was that something that was your
23  decision, or the sheriff's decision, or both of
24  your decisions?  And -- and, if so, how was it
25  decided?

## 11

1  **A.  It was both of our decisions.**
2  Q.  Okay.  And how did you know Dr. Leonard?
3  **A.  I've known Dr. Leonard since he's been in**
4  **high school.**
5  Q.  Okay.  And how did you come to know him in
6  high school?
7  **A.  He's a friend of my brother's.**
8  Q.  That's got me in trouble a couple times, too.
9      So you know -- you knew him before he went
10  to --
11  **A.  Medical school.**
12  Q.  -- medical school?  He was -- wasn't he at
13  St. Cloud State too?
14  **A.  I don't -- I don't know.**
15  Q.  Okay.  You know he went to medical school and
16  then came out -- did he approach -- how did your
17  relationship with him begin professionally?
18  **A.  Professionally, it began when we -- Fairview**
19  **Hospitals didn't want to renew our medical**
20  **contract, and we reached out to Dr. Leonard to**
21  **see if he could help us either find a physician**
22  **for a provider, or if he would do it himself.**
23  Q.  Okay.  Does your brother work here?
24  **A.  No.**
25  Q.  The -- and so how did that -- so what happened?

## 12

1  I mean, tell me how the relationship grew.
2  **A.  Professionally?**
3  Q.  Yeah.
4  **A.  We spoke with Dr. Leonard, and he agreed to**
5  **become our provider.**
6  Q.  Okay.  And did he tell you how -- what his plans
7  were for -- and by "provider," you mean the
8  "head medical provider"?
9  **A.  Correct.**
10  Q.  And how were you going to -- and when that first
11  started, how was it staffed?
12  **A.  We -- he was the provider, and we hired the --**
13  **from our previous Fairview contract, we hired**
14  **the RNs and the health techs as Sherburne County**
15  **employees.**
16  Q.  Okay.  And that's different than how it ran
17  after ACS -- am I saying that right?  ACS,
18  right, was kicked out?
19  **A.  ACH.**
20  Q.  ACH.  I thought it was "H," and then you proved
21  me with an "S" in there.
22      ACH got kicked out, and then it became more
23  of a corporate relationship, right, with MEnD?
24  **A.  Yes.**
25  Q.  When you first started -- in 2006, that's when

## 13

1  MEnD first started?
2  **A.  I believe, yeah.**
3  Q.  How often would you see him here at the
4  institution as the medical provider?
5  **A.  He was here quite often.  I -- I can't put a --**
6  **an exact number of times he was here.**
7  Q.  Well, let's give it -- let's -- and I -- I
8  accept that, and I -- I'm sure you weren't, you
9  know, marking it on the -- the deal, but would
10  it be weekly?  More than once weekly?
11  **A.  More than once weekly.**
12  Q.  Okay.  And he'd be -- he'd have -- he'd do
13  clinic here?
14  **A.  Correct.**
15  Q.  And he'd see patients -- or inmate/detainees
16  here?
17  **A.  Yes.**
18  Q.  And did -- how long did that go on for, like
19  that?
20  **A.  From 2006?**
21  Q.  Uh-huh.
22  **A.  Until, I believe -- I don't -- I can't remember**
23  **the year, until Dr. Leonard wanted to opt out,**
24  **and then we went with Advanced.**
25  Q.  He wanted to opt out?

**14**

1   A.   I believe so, yes.
2   Q.   Why?
3   A.   I -- I don't know.
4   Q.   You had no discussions with him?
5   A.   No.
6   Q.   Have you seen him over the years socially?
7   A.   Yes.
8   Q.   In what context?
9   A.   I -- I just seen him last week at a jail
10     administrators conference.
11   Q.   Okay. So that's sort of professional-social?
12   A.   That's professional-social.
13   Q.   How about social-social?
14   A.   No.
15   Q.   Like a Viking game? Or a round of golf? Or,
16     you know, I don't know what you like. To go
17     shooting, you know?
18   A.   No.
19   Q.   Okay. Nothing like that since -- from 2006 to
20     today?
21   A.   No.
22   Q.   Okay. Ever see him at your brother's?
23   A.   No. I don't see my brother that much, so no.
24   Q.   Okay. So when did he quit doing clinic more
25     than once a week?

**15**

1   A.   It would have been when he hired an additional
2     provider to be staffed here.
3   Q.   And who -- who was that?
4   A.   I believe at that time it was -- I don't know if
5     I'm pronouncing his last name correctly, Marty
6     Langenfeld.
7   Q.   Was he part-time?
8   A.   No, he was here -- I believe he was here
9     40 hours a week --
10   Q.   Okay.
11   A.   -- at that time.
12   Q.   Well, was Leonard here 40 hours a week, at some
13     point?
14   A.   I don't know if it was 40 hours a week, but as I
15     previously stated, he was down here more than
16     once a week.
17   Q.   Uh-huh.
18   A.   I can't put an exact time on it.
19   Q.   In 2017, when he came back -- he comes back in
20     -- in the middle of 2014 with MEnD Correctional
21     Care; right?
22   A.   Yes.
23   Q.   Did you ever deal with MEnD Correctional Care
24     before that?
25   A.   Just Dr. Leonard.

**16**

1   Q.   Okay. You were aware that he had some problems
2     with the Minnesota -- Minnesota Board of
3     Medicine?
4   A.   He -- he spoke to us about that.
5   Q.   Yeah. And when it happened, or after he was
6     under the consent order?
7   A.   I don't recall the exact time.
8   Q.   He was working for you then, though, wasn't he?
9   A.   I don't know if he was working for us at that
10     time or not --
11   Q.   Okay.
12   A.   -- exactly.
13   Q.   Do you know -- did he tell you why he was --
14     that he had these troubles?
15   A.   I believe it was for some prescriptions.
16   Q.   Anything else?
17   A.   Narcotic prescriptions, I believe.
18   Q.   Any -- any other problem?
19   A.   No, not that I recall.
20   Q.   Medical documentation?
21   A.   Not that I recall.
22   Q.   Okay. And so would Sheriff Brott know about
23     that as well?
24   A.   Yes.
25   Q.   Okay. In November of -- let's -- the fall of

**17**

1     '17 wasn't a particularly good time for the
2     Sherburne County Jail suicide watch; right? You
3     had two in 30 days?
4   A.   Yes.
5   Q.   And that's unusual?
6   A.   It's very unusual.
7   Q.   Okay. That's what I meant by that.
8   A.   Yeah.
9   Q.   And they were both under MEnD Correctional
10     Care's watch?
11   A.   Yes.
12   Q.   Okay. And at that time, do you know how many
13     county jails in how many states Dr. Leonard and
14     MEnD were -- were the medical providers of?
15   A.   At that time, in 2017?
16   Q.   Yeah.
17   A.   I don't know the exact count. He worked in
18     several counties, and I believe -- I don't know
19     if it was one or two other states, at that time.
20   Q.   Okay.
21   A.   I don't know an exact count.
22   Q.   If you had to guess, if you had -- did you have
23     -- do you have some estimate? Is it more than
24     30, for example?
25   A.   I would say approximately 30 --

18

1    Q.   Okay.
2    A.   -- jails.
3    Q.   So it would be thousands of inmates on any given
4         day at those jails; right?
5    A.   Yes.
6    Q.   All right.  And how often would he be here?
7    A.   He -- he wouldn't come here that often then.
8    Q.   Do you remember seeing him in the fall of '17?
9    A.   I don't recall seeing him in the fall of '17.
10   Q.   Did he come down after either of the suicides?
11   A.   I -- I don't know.
12   Q.   Okay.  You don't recall seeing him here --
13   A.   I don't recall seeing --
14   Q.   -- after --
15   A.   -- him here.
16   Q.   -- Brenner's suicide or the Lynas' suicide?
17   A.   No.
18   Q.   And do you know at that time how many other
19        doctors, actual medical doctors he employed?
20   A.   That he employed through his whole company?
21   Q.   Yeah, to serve as this -- the 30-plus jails?
22   A.   I don't know.
23   Q.   Okay.  Would it surprise you, if it was one
24        person, 8 to 12 hours a week?
25   A.   I -- I don't know.

19

1    Q.   Now, he used to be able to handle this jail
2         from -- when did he stop being the person in the
3         clinic himself, and had Langenfeld take over as
4         his employee?
5    A.   Well, I'm not sure of the correct date, but it
6         was probably when MEnD instituted their contract
7         to take care of all our medical.
8    Q.   Okay.  And Langenfeld was a medical doctor?
9    A.   He was a physician's assistant.
10   Q.   Okay.  So you -- you had a physician's assistant
11        doing clinic full-time?
12   A.   Yes.
13   Q.   Okay.  And you -- you know what a "qualified
14        mental health professional" is?
15   A.   It would be an individual who is -- their
16        training would be for dealing with,
17        specifically, mental health needs of
18        individuals.
19   Q.   And that's defined by a Minnesota state law?
20   A.   I don't know the specific statutes or law.
21   Q.   And I guess I'm not asking if you know the
22        specific statute or law, I don't expect you to,
23        but do you know that there's a state law that
24        governs that and says what is, in fact, a
25        qualified mental health --

20

1    A.   Yes.
2    Q.   -- professional?
3         Okay.  You have a -- know you have to
4         have certain criteria and education and
5         experience to be a qualified mental health
6         professional; correct?
7    A.   Yes.
8    Q.   And an LPN, or a health tech, or -- or an RN, a
9         regular RN, and even a regular physician's
10        assistant, aren't qualified mental health
11        providers?
12        MR. PROWANT:  Object to form and
13        foundation.
14        MR. HIVELEY:  Answer, if you know.
15        THE WITNESS:  Repeat the question,
16        please.
17        MR. BENNETT:  Okay.  I'll see if I can
18        do it.
19   BY MR. BENNETT:
20   Q.   You know that most of the people hired to work
21        here, are not mental health providers, and that
22        would include health techs, RNs, LPNs, and
23        physician assistants?
24   A.   Okay.
25   Q.   Do you know that to be true?

21

1    A.   Well, I -- I'm not aware of what training they
2         would have in mental health.
3    Q.   Okay.  Do you know if there is such a thing as a
4         "psychiatric nurse"?
5    A.   I've heard of them.
6    Q.   Have you ever met one here?
7    A.   A psychiatric nurse?
8    Q.   (Nodding head.)
9    A.   No.
10   Q.   You -- you've met psychologists?
11   A.   Yes.
12   Q.   And they have -- you have had the mental health
13        professional role filled by psychiatrists;
14        correct?
15   A.   Psychologists.
16   Q.   Psychologists.  Excuse me, I misspoke.
17        And that, in the fall of 2017, was a guy
18        named "Dr. Michael Robertson"?
19   A.   Correct.
20   Q.   Okay.  He was -- he was the mental health
21        professional on duty for the Brenner and Lynas
22        suicide; correct?
23   A.   Correct.
24   Q.   All right.  Do you know any other qualified
25        mental health professional that was -- had

## 22

1   duties here for MEnD, at that time?
2   **A.   I'm trying to recall the dates, to see if -- I'm**
3   **not sure if Linda Pantzke was a mental health**
4   **provider at that time.  I believe she was.**
5   Q.   That's a name that I haven't seen.  What -- what
6   was she -- what was she by education and
7   training --
8   **A.   I --**
9   Q.   -- to be?
10  **A.   I couldn't tell you.**
11  Q.   Mental health social worker?
12  **A.   Yeah -- possibly.**
13  Q.   And you think she was here in the fall of '17?
14  **A.   She may have been, yes.**
15  Q.   But you're not sure?
16  **A.   Well, I don't want to say for sure.**
17  Q.   Okay, gotcha.  You know Robertson was, though?
18  **A.   Yes.**
19  Q.   Were you involved in the discontinuation of the
20  term "suicide watch" here at the Sherburne
21  County Jail?
22  **A.   No.**
23  Q.   Tell me why you weren't.
24  **A.   I don't recall that discussion.**
25  Q.   Okay.  Do you know it to be a fact?

## 23

1   **A.   In -- in what manner?**
2   Q.   That the jail administration wanted the term
3   "suicide watch" eliminated?
4   **A.   Currently, at that time, I believe it was for a**
5   **"mental health watch."  And we still had the**
6   **"suicide watch," the people that we placed in**
7   **our holding cells in the gowns.**
8   Q.   The term "suicide watch" was eliminated from the
9   vernacular of the Sherburne County Jail in the
10  fall of '17 -- by the fall of '17; correct?
11  **A.   Correct.**
12  Q.   All right.  Now, who made that determination?
13  **A.   Jail Administrator Frank.  We may have had that**
14  **discussion, but I don't recall.**
15  Q.   Well, would it surprise you, that the sheriff
16  knew that to be the case?
17  **A.   No.**
18  Q.   Okay.  You were here in 2010, and you had a
19  bunch of -- you had -- I think three kinds of
20  mental health watches generally that the DHS
21  complained about, correct, because they weren't
22  -- they weren't sufficiently clinically
23  defined --
24  **A.   I would have --**
25  Q.   -- is that right?

## 24

1   **A.   -- to see the documents on that.**
2   Q.   Okay.  Do you remember ever reading this
3   Exhibit 46?
4   **A.   Many years ago.**
5   Q.   Well, I mean, I realize it's --
6   **A.   Yeah, I don't remember --**
7   Q.   -- like ten years -- ten years old, almost?
8   **A.   Right.**
9   Q.   I -- I'd have you look at page 29.
10  **A.   Okay.**
11  Q.   Where it says (as read), "The terminology is not
12  consistent between the jail and the medical
13  policies.  The terms," quote, "'15-minute
14  suicide watch,'" end quote, quote, "'15-minute
15  close watch,'" end quote, "and," quote,
16  "'15-minute special watch' are all used to
17  describe the mental health observation status
18  used to isolate and protect a detainee with
19  suicidal ideations.  These three terms are not
20  clearly defined and are used interchangeably in
21  the medical record.  The inconsistency in (sic)
22  terminology makes it difficult to ascertain the
23  detainees' exact clinical observation status."
24      Do you remember seeing that?
25  **A.   I would have read this document, yes.**

## 25

1   Q.   Do you remember the problem?  I mean, what's the
2   vernacular?
3   **A.   I know I read this, but I don't recall the**
4   **conversation concerning this or the vernacular.**
5   Q.   All right.  Was this when they took out the term
6   "suicide watch"?
7   **A.   Possibly.**
8   Q.   You don't know?
9   **A.   No.**
10  Q.   You just know it happened?
11  **A.   Yes.**
12  Q.   So there was -- there were two -- it went to two
13  terms in -- that were applicable in 2017:
14  "30-minute mental health watch" and "15-minute
15  mental health watch"; right?
16  **A.   Correct.**
17  Q.   And "15-minute" was the highest mental health
18  watch that was in existence in the vernacular?
19  **A.   In the vernacular, yeah.**
20  Q.   Okay.  There was -- there were situations where
21  people had to put on Kevlar gowns and go to a
22  booking cell; right?
23  **A.   Many times.**
24  Q.   They just didn't call it anything?
25  **A.   (No response.)**

Doby Professional Reporting, Inc.
952-943-1587

26

```
 1   Q.   Correct?
 2   A.   Yes.  It -- it would be a "15-minute watch."
 3   Q.   "Mental health watch"?
 4   A.   Yes.
 5   Q.   Just with a different clothing option?  And
 6        probably -- you didn't get -- did you get food
 7        that was blended and all that other stuff?
 8   A.   Well, you'd get finger food, yes.
 9   Q.   Yeah.  And then if you look at Exhibit 13 --
10        I'll get it for you.  Well, it starts here with
11        Michael Robertson, and it really doesn't really
12        get going in earnest until the next page, when
13        they're talking about Lynas; okay?  There was
14        a -- talking about two inmates, one of which is
15        12010, which is James Lynas.
16   A.   Okay.
17   Q.   I can show you that, but I'll just -- I'll
18        represent that for the record.
19             It says he "was placed on MHW-15 due to high
20        BDI" --
21             Do you know what that is?
22   A.   No.
23   Q.   -- "and risk factors"; you don't know what they
24        are?  Or you know what they are, you just don't
25        know which ones they --
```

27

```
 1   A.   I know what the risk factors are, but I don't
 2        know which ones --
 3   Q.   So which -- what ones do you recognize?
 4   A.   For suicide risk factors?
 5   Q.   Yeah.
 6   A.   It could be a person's age.  It could be why
 7        they're here.  It could be if they're addicted
 8        to any chemicals.
 9   Q.   And withdrawal?
10   A.   Withdrawal symptoms, yeah.
11   Q.   Depression?
12   A.   Depression is a risk factor, correct.
13   Q.   Prior attempts?
14   A.   Prior attempts.
15   Q.   Prior plans?
16   A.   And plans.
17   Q.   Have you read this email before?
18   A.   I -- I've seen this email, yes.
19   Q.   And this kind of discusses the "suicide watch,"
20        dictated from the administration, not wanting
21        the term to be used.
22   A.   Okay.
23   Q.   Is that fair?
24   A.   That's fair.
25   Q.   Okay.  But as you sit here today, and under
```

28

```
 1        oath, you don't recall being part of any
 2        discussion to make that happen?
 3   A.   No.
 4   Q.   So you -- do you know what a "Beck Depression
 5        Inventory" is?
 6   A.   No.
 7   Q.   An "urgent medical referral" or "urgent medical
 8        health referral," what does that mean to you?
 9   A.   It would mean to me, if I had the information
10        that an individual was having a mental health
11        crisis, I would call the clinic.  That would be
12        an urgent mental health referral.
13   Q.   So you would take immediate action?
14   A.   I would take immediate action, correct.
15   Q.   Do you know what the triggers are in the MEnD
16        Correctional Care system used in your jail for
17        the person to actually see a qualified mental
18        health provider?
19   A.   Their triggers?
20   Q.   Yeah.
21   A.   I don't know their triggers.
22   Q.   Do you have an idea of what they are for this
23        institution?
24   A.   For my triggers, I know.
25   Q.   Tell me what they are.
```

29

```
 1   A.   If an individual would state that -- any mention
 2        of suicide, I would contact the clinic, and I
 3        would initiate action, and place them in a
 4        suicide prevention gown, if I had that
 5        information.  That would be my trigger.
 6   Q.   Are there other ones too?
 7   A.   Well, any supervisor here can do that if they
 8        hear that.
 9   Q.   Uh-huh.
10   A.   And the --
11   Q.   You -- oh, I'm sorry.
12   A.   Oh, then the clinic would be notified once
13        that's happened.
14   Q.   If the clinic makes a decision to put a person
15        on 15-minute mental health watch, what does that
16        mean to you as the jail commander?
17   A.   What it means to me, is that their behaviors has
18        to be more closely observed by staff.
19   Q.   In other words, double the normal time?
20   A.   Yes.
21   Q.   Why?  Does it give you any indication about why?
22   A.   A lot of times, no.
23   Q.   Would it be important to the correctional staff
24        to know why?
25   A.   Possibly.
```

Doby Professional Reporting, Inc.
952-943-1587

30

1  Q.  I mean, if a person is severely depressed, would
2  you like to know that?
3  A.  Possibly, yes.
4  Q.  If they're not coping?
5  A.  Yes.
6  Q.  And they report that to the -- to the MEnD
7  staff?
8  A.  They would document behaviors as -- during our
9  15-minute watches.
10  Q.  The correctional staff would?
11  A.  Correct.
12  Q.  How's the -- how is it supposed to work between
13  MEnD finding out information that requires them
14  medically to put them on a 15-minute mental
15  health watch, how does it translate into what
16  kind of watch to do?
17  A.  Well, our staff would either contact them.  Or
18  if they determined the watch based upon if they
19  were at the clinic.
20  Q.  If -- "if they," meaning "MEnD"?
21  A.  "If," meaning the inmate was at our jail clinic.
22  Q.  Okay.  Did you know there was a trigger, that if
23  someone scored 40 or higher on the Beck
24  Depression Inventory, that a -- there had to be
25  a referral to at least some sort of medical

31

1  provider to transmit that information?
2  A.  I wouldn't know --
3        MR. PROWANT:  Objection to form.
4        MR. HIVELEY:  He just objected --
5        MR. BENNETT:  He's doing what --
6        MR. HIVELEY:  -- to form.  You can go
7  ahead and answer, if you know the answer.
8        THE WITNESS:  I wouldn't know the
9  trigger for the number for the BDI.
10        It was the BDI score --
11        MR. BENNETT:  Yeah.
12        THE WITNESS: -- is that what you said?
13  I would --
14  BY MR. BENNETT:
15  Q.  Are we talking about the first time you've ever
16  heard "BDI"?
17  A.  I wouldn't have known what "BDI" meant.
18  Q.  Okay.  How much interaction did you have with
19  Michael Robertson?
20  A.  I met with him every Monday at our
21  classification meeting.
22  Q.  And the classification meeting is for the
23  purpose of "blank"?
24  A.  Reviewing individuals in special housing and on
25  watches.

32

1  Q.  So you discussed everybody who is on the
2  15-minute mental health watch?
3  A.  Yes.
4  Q.  And the 30-minute mental health watch?
5  A.  Any watch, correct.
6  Q.  Well, those are the only two watches I know
7  about.
8  A.  Yep.
9  Q.  All right.  If there was somebody in a Kevlar
10  gown in -- in booking, would you talk about them
11  too?
12  A.  Yes.
13  Q.  Does it ever happen, that you'd send somebody to
14  the hospital?
15  A.  For what purpose?
16  Q.  Well, all right.  Not for medical, but for a
17  mental health?
18  A.  For mental health?
19  Q.  Yeah.
20  A.  Yes.
21  Q.  All right.  Where do you send them?
22  A.  We have sent them to Mercy.  We've sent them to
23  HCMC.  We've sent them to Regions.  Those are
24  the three main ones.
25  Q.  So places with --

33

1  A.  Mainly Mercy.
2  Q.  So places with what I would consider "locked
3  psychiatric units"?
4  A.  Yes.
5  Q.  And perhaps even more -- are we talking -- is it
6  it -- is it different than the normal lock?  Is
7  it -- is there -- I know Regions has some cells
8  that the sheriff's office uses.  Is that the
9  kind of -- at the hospital?
10  A.  Well, at Mercy it wouldn't be like that.  You
11  have to go through the emergency room --
12  Q.  Okay.
13  A.  -- first.  And then the doctor -- once you get
14  to that point, then the doctor would decide
15  whether to put them on a 72-hour hold --
16  Q.  Uh-huh.
17  A.  -- or to admit them.
18  Q.  Okay.  How often does that happen in a given
19  year?
20  A.  Oh, a handful of times.  Approximately -- it --
21  it depends.
22  Q.  Uh-huh.  Okay.  Were you involved in
23  investigating the Brenner suicide or the Lynas
24  suicide?
25  A.  No.

34

1    Q.   You dictate the -- or delegate those duties to
2   others?
3    **A.   It was done by a sheriff's office investigator.**
4    **And then the DOC does their investigation.**
5    Q.   And the DOC did their investigations after
6   Brenner and Lynas?
7    **A.   Yes.**
8    Q.   What did they say?
9    **A.   In the Lynas, I believe there was no -- they**
10    **founded nothing in the 2911 rule violations.**
11    Q.   Did -- well, there has been a continuing problem
12   with watch -- the well-being checks, though,
13   that the Department of Corrections has -- has
14   noted; correct?
15    **A.   Which problems?**
16    Q.   Well, on Exhibit 48.
17    **A.   (Reviewing exhibit.) Yes, we were aware of**
18    **this.**
19    Q.   And it talks about well-being checks, both the
20   30-minute well-being check afforded to every
21   inmate, and more frequent observation for
22   inmates of special need classifications;
23   correct?
24    **A.   Correct.**
25    Q.   And they -- the corrective action was to --

35

1   staff members need to slow down and need to be
2   more deliberate and thorough at each such cell;
3   correct?
4    **A.   Correct.**
5    Q.   And was that an issue in Brenner?
6    **A.   I don't believe so.**
7    Q.   Okay. How about in the Lynas suicide?
8    **A.   Well, let me -- let me -- I got the names mixed**
9    **up. Can you repeat your question regarding**
10    **Brenner?**
11    Q.   Was there any well-being check issue in -- in --
12   in Brenner?
13    **A.   Yes, according to the DOC.**
14    Q.   Well, how about according to you?
15    **A.   Well, I'd have to go review that footage again,**
16    **but they were done quickly.**
17    Q.   How about with regard to Lynas?
18    **A.   I would have to review that again, but I didn't**
19    **believe so. And the DOC did their investigation**
20    **and they didn't find anything wrong with them**
21    **either.**
22    Q.   Uh-huh. Well, how was -- how would you rate the
23   effectiveness of the Lynas well-being checks?
24    **A.   I would have to look at the times again.**
25    Q.   Well, how did -- how did they do? Did they

36

1   determine his well-being?
2    **A.   I think they did fine, yeah.**
3    Q.   Okay. How about Brenner?
4    **A.   I think Brenner -- it depends upon how you rate**
5    **that with the speed that they went through.**
6    Q.   Uh-huh. Did anybody get disciplined in Brenner?
7    **A.   No.**
8    Q.   Did anybody get disciplined in Lynas?
9    **A.   No.**
10    Q.   How many well-being checks are you supposed to
11   go through with a ligature around your neck?
12       MR. HIVELEY: Object to form.
13   Argumentative.
14  BY MR. BENNETT:
15    Q.   He didn't say not answer the question.
16       MR. HIVELEY: Go ahead and answer if you
17   want to.
18       THE WITNESS: Please repeat again.
19  BY MR. BENNETT:
20    Q.   How many well-being checks should you go through
21   with a ligature around your neck and no action
22   being taken?
23    **A.   Well, you shouldn't go through any with a**
24    **ligature around your neck.**
25    Q.   It takes a while to hang yourself, doesn't it?

37

1       MR. HIVELEY: Object to form.
2   Go ahead and answer, if you know.
3  BY MR. BENNETT:
4    Q.   To kill yourself by hanging, it takes some time,
5   doesn't it?
6    **A.   Well, not always.**
7    Q.   Not always?
8    **A.   You can go pretty -- I mean, it depends how long**
9    **your oxygen is -- you're deprived of oxygen.**
10    Q.   And that is how long?
11    **A.   A couple of minutes.**
12    Q.   A couple? You've taken tests -- I know you've
13   taken the first responder test.
14    **A.   No, I'm not a first responder.**
15    Q.   You're not?
16    **A.   No.**
17    Q.   You've never been?
18    **A.   No.**
19    Q.   Never taken it?
20    **A.   No.**
21    Q.   And never, in any of the educational stuff for
22   running a jail, been taught how long it takes to
23   hang yourself effectively?
24    **A.   To effectively hang yourself?**
25    Q.   Yeah.

## 38

1   **A.   No.**
2   Q.   So --
3   **A.   I mean, it just depends upon how much oxygen is**
4   **deprived from your brain before you pass out.**
5   Q.   Uh-huh. Okay. You've got to fashion the
6   ligature, too; right? You've got to make one?
7   **A.   Yes.**
8   Q.   And you've got to tie it to something that will
9   hold your weight?
10   **A.   Yes.**
11   Q.   And you've got to do all of that without anybody
12   seeing you?
13   **A.   Yes.**
14   Q.   And then you've got to actually hang yourself;
15   right?
16   **A.   Yes.**
17   Q.   And it doesn't happen like, you know, like a
18   hanging in the civil war, where they break your
19   neck with a noose? It's a -- it's a
20   strangulation by ligature; right?
21   **A.   Yes.**
22   Q.   What are well-being checks meant to do?
23   **A.   They're meant to -- just as the name implies, to**
24   **make sure that the inmate is okay.**
25   Q.   Respirating and -- I mean breathing?

## 39

1   **A.   Breathing, yes.**
2   Q.   That he doesn't -- that his neck is free of
3   ligatures?
4   **A.   Yes.**
5   Q.   You have only one-person cells; right? Or do
6   you have multi-person cells? You do have
7   multi-person cells?
8   **A.   Yes.**
9   Q.   You've got to be sure that one inmate is not
10   killing the other inmate?
11   **A.   Correct.**
12   Q.   Or harming them in some way?
13   **A.   Uh-huh.**
14   Q.   To do a well-being check, you have to visualize
15   the inmate?
16   **A.   You have to see the inmate.**
17   Q.   And be sure that what you're observing is his
18   well-being; correct?
19   **A.   Yes.**
20   Q.   Would you agree that it's easier to do that from
21   the front of the cell, rather than in those few
22   cells that this jail has with a catwalk and
23   that's in a circular viewing area -- a grated,
24   circular viewing area?
25   **A.   The view may be better.**

## 40

1   Q.   Well, necessarily better, isn't it?
2   **A.   It could be where they're -- they're positioned,**
3   **but you could see better from that window, yes.**
4   Q.   You -- you can't see the entirety of the cell
5   from the ports available to look through in that
6   catwalk area, can you?
7   **A.   Well, you couldn't see the wall that's -- would**
8   **be right on the -- where the windows are.**
9   Q.   Well, that's -- it's actually -- as you look,
10   it's left of the windows, and there's
11   backlighting; right?
12   **A.   Where the glass ports are, right above the sink**
13   **and the toilet, and then to the left is -- is**
14   **the bunk.**
15   MR. BENNETT: What number are we here?
16   BY MR. BENNETT:
17   Q.   As you look at Exhibit 30, the four holes are
18   the holes that could look through; right?
19   **A.   (No audible response.)**
20   Q.   And the top left hole shows the reflection of
21   the area you can't see?
22   **A.   This picture is -- I'm looking through -- this**
23   **is -- picture is taken through the inspection**
24   **port in the catwalk?**
25   Q.   Correct.

## 41

1   **A.   Okay.**
2   MR. BENNETT: Is it 27? 37?
3   BY MR. BENNETT:
4   Q.   Showing you Exhibit 37 --
5   **A.   Yeah, through the window.**
6   Q.   -- on the left are the four lower holes that you
7   can --
8   **A.   Uh-huh.**
9   Q.   -- actually see through --
10   **A.   Uh-huh.**
11   Q.   -- right?
12   **A.   Right.**
13   Q.   And then there's a backlit wall to the right of
14   it, as you're looking in the cell --
15   **A.   Uh-huh.**
16   Q.   -- where the ligature is tied to the middle top
17   backlit hole --
18   **A.   Yes.**
19   Q.   -- right?
20   **A.   Yes.**
21   Q.   So you can't see that from the catwalk, can you?
22   **A.   No.**
23   Q.   So a well-being check, at least for the area of
24   the cell where the ligature is, it can't be done
25   through that portal, can it?

Doby Professional Reporting, Inc.
952-943-1587

42

1   A.   Well, it depends what you -- I'm not there
2        looking, to see around there, so...
3   Q.   But you can't see --
4   A.   You couldn't see that ligature tied off in that
5        area.
6   Q.   Yeah.  And that's an important thing to be able
7        to look at, isn't it?
8   A.   To see that part of the cell?
9   Q.   Yeah.
10  A.   Yeah, it's all important.
11  Q.   It's sort of a design flaw for well-being
12       checks, isn't it?
13  A.   I don't know if it's a design flaw.
14  Q.   Well, it's -- it's not present on the front?
15       You can go in and you can see the whole cell, as
16       you look from --
17  A.   Yes.
18  Q.   -- the front of it --
19  A.   Yes.
20  Q.   -- right?  And if somebody's out of --
21       out-of-their-jail time might be truncated a bit,
22       but that's not more important than a human life,
23       is it?
24  A.   That's not more important than a human life, no.
25  Q.   So if you get 57 minutes of being out, and you

43

1        have a good well-being check, and the person is
2        not dead, that's a better outcome; right?
3   A.   It's always a better outcome.
4   Q.   Would it be fair to say that the Sherburne
5        County Jail inmates are getting significantly
6        less face time with the medical provider than
7        they did in the time period from 2003 to 2013 --
8        2006 to 2013?  Pardon me.  The pre-MEnD era?
9   A.   The pre-MEnD era?
10  Q.   Yeah.
11  A.   That would be hard to quantify.
12  Q.   Well, if you see -- when he was here -- do they
13       see more of Dr. Leonard now, or did they see him
14       more when you gave him the position in 2006?
15  A.   Are you talking Dr. Leonard --
16  Q.   No.
17  A.   -- or his provider?  You're talking --
18  Q.   I'm talking about a medical doctor.
19  A.   A medical doctor?
20  Q.   Yeah.
21  A.   They would have access to a physician assistant
22       or nurse practitioner.  It wouldn't be a medical
23       doctor.
24  Q.   Well, I don't go to the doctor to see a
25       physician's assistant or medical --

44

1        MR. HIVELEY:  Object --
2        MR. BENNETT:  -- or a nurse or something.
3        MR. HIVELEY:  -- to form.  Relevance.
4        MR. PROWANT:  Join.
5   BY MR. BENNETT:
6   Q.   Well, do you?
7   A.   To go see --
8   Q.   Do you go see a doctor, or do you go see the
9        physician's assistant?
10  A.   I have seen a physician's assistant.
11  Q.   I have too.  Not for anything serious.
12       You know they have to -- you know that a
13       physician's assistant has to operate under the
14       supervision of a doctor?
15  A.   Correct.
16  Q.   Do you know why that is?
17  A.   I don't know the specific statute.
18  Q.   They don't go to medical school, do they,
19       physician's assistants?
20  A.   They must go to some medical school.
21  Q.   Yeah.  They don't go to medical school, and they
22       don't go to residency, do they?
23  A.   No.
24  Q.   Well, so it used to be that Dr. Leonard was in
25       clinic here essentially every day?

45

1   A.   I couldn't say it was every day.
2   Q.   Most days of the week?
3   A.   Most days.
4   Q.   All right.  Let's use your term.  Most days of
5        the week?
6   A.   Yes.
7   Q.   And now he's here very infrequently?
8   A.   Yes.
9   Q.   Four times a year?
10  A.   Four times a year --
11  Q.   Would that be about right?
12  A.   -- possibly more.
13       Yeah.
14  Q.   Any other doctors actually show up here, that
15       you remember seeing?
16  A.   No.
17  Q.   I mean medical doctors, not Ph.Ds.
18  A.   No.
19  Q.   Okay.  And you -- have you looked at the
20       contract?
21  A.   I have seen the contract, yes.
22  Q.   Is there anything in the contract that you've
23       seen, that says when the trigger is to see a
24       medical doctor?
25  A.   No.

46

1  Q.  One of the things that you have to have approved
2  by the medical doctor, is taking somebody off
3  suicide watch; right?
4  **A.  I don't know if it was a medical doctor or the**
5  **provider.**
6  Q.  Well, who is the provider?  That could be the
7  part-time medical doctor, then?
8  **A.  It could be the physician's assistant, it could**
9  **be the nurse practitioner, or the medical -- the**
10  **mental health director.**
11  Q.  Well, it doesn't --
12  MR. BENNETT:  Which one is it?  46 or --
13  BY MR. BENNETT:
14  Q.  What does that mean to you (pointing)?  This is
15  Exhibit 46.
16  **A.  The clinical director.**
17  Q.  Who is that?
18  **A.  In this case -- I don't know how they define the**
19  **"clinical director," being -- is this the ICE**
20  **report?**
21  Q.  Yeah.
22  **A.  Yeah, this is the ICE report back then.  If --**
23  **they define the "clinical director" as the**
24  **"provider."  They could have done it that way.**
25  Q.  According to your policy --

47

1  MR. BENNETT:  Is there -- have we marked
2  this one yet?
3  Yeah.  Which one is that?
4  MR. HIVELEY:  51.
5  MR. BENNETT:  I think it is.
6  BY MR. BENNETT:
7  Q.  Exhibit 51 says the inmates "will remain on full
8  suicide watch until the medical provider or the
9  mental health specialist deems otherwise";
10  correct?
11  **A.  Correct.**
12  Q.  Now, you don't have "suicide watch" anymore, so
13  what does that mean?
14  **A.  It would mean if they're in the gown up in**
15  **booking.**
16  Q.  Okay.  Does the jail correctional staff receive
17  training with regard to mental illness?
18  **A.  Yes.**
19  Q.  They talk about red flags or warning signs for
20  suicidality?
21  **A.  Yes.**
22  Q.  They talk about symptoms of mental illness?
23  **A.  Yes.**
24  Q.  They talk about what suicide behaviors are?
25  **A.  The red flags for suicide, yes.**

48

1  Q.  Yep.
2  **A.  Yes.**
3  Q.  They're taught how to respond to suicide and
4  depressed inmates?
5  **A.  Yes.**
6  Q.  They talk about the importance of communication
7  between the inmates and jail medical staff?
8  **A.  Correct.**
9  Q.  So if the medical staff observes the things we
10  just talked about, how does the -- how did the
11  correctional staff find out about it?
12  **A.  When they put them on a watch in a gown?**
13  Q.  Well --
14  **A.  How are we doing -- if they see these red flags**
15  **and they're saying they're suicidal, how does --**
16  **how does the clinic communicate that to our**
17  **staff?**
18  Q.  This -- I just asked you about mental illness.
19  How do they --
20  **A.  Oh.**
21  Q.  How do they find out if they're mentally ill
22  with some suicidality tendencies?
23  **A.  They would put them on the 15-minute watch for**
24  **closer --**
25  Q.  Mental --

49

1  **A.  -- observation.**
2  Q.  -- health watch?
3  **A.  Yes.**
4  Q.  Were you aware that a physician's assistant,
5  according to her, ordered an urgent mental
6  health referral on November 5, 2017 for James
7  Lynas?
8  **A.  I wasn't aware of that.**
9  Q.  But she testified that that would mean one to
10  two days.  Would that be -- would that
11  correspond to your kind of immediate -- it's a
12  chop-chop kind of thing?  "Go, let's do it"?
13  **A.  Well, it depends upon the information that she**
14  **would have heard at the time.**
15  Q.  Do you know if the Lynas correctional personnel
16  ever told mental health -- or -- or MEnD, at
17  all, that he was on -- put in special housing
18  for an infraction with a guard?
19  **A.  No, I don't know.**
20  Q.  Should they?
21  **A.  If he was exhibiting -- a lot of times when**
22  **inmates are moved from -- that are on a watch in**
23  **general population, moved to special housing,**
24  **that -- at that time they may not have notified**
25  **them, unless there was a reason to do so based**

## 50

1    on his -- if there's any warning signs.
2    Q.    Well, is there some transition that they know
3    that he's on a 15-minute mental health watch
4    because of blank?
5    A.    **He still would have been on the mental health**
6    **watch.**
7    Q.    Everybody up there was: right?  There were four
8    inmates up there with mental -- 15-minute mental
9    health watches?
10    A.    **I don't know the other inmates, what their watch**
11    **status was.**
12    Q.    It would be logical for mentally ill inmates on
13    15-minute mental health watches to get -- who
14    committed infractions, to get them into special
15    housing, though: right?
16    A.    **At times.  Not necessarily.**
17    Q.    Well, there's a certain logic to it, that I
18    think you can see; correct?
19    A.    **Well, it depends.  Some of them may have been**
20    **back there for disciplinary reasons.**
21    Q.    Well, a person who has on -- was on a 15-minute
22    mental health watch may be continually
23    decompensating and be -- and they might need to
24    be reassessed because of a behavioral problem;
25    right?

## 51

1    A.    **Poss--**
2          MR. PROWANT:  Objection, form.
3          MR. HIVELEY:  Go ahead and answer, if
4    you know.
5          THE WITNESS:  Possibly.
6    BY MR. BENNETT:
7    Q.    Was that quality assurance review in June of
8    2010 the reason that you took off "suicide
9    watch"?
10    A.    **I don't know.**
11    Q.    What does a 15-minute mental health watch alert
12    you to, as the supervisor of corrections for the
13    county?
14    A.    **It means there's an inmate that has special**
15    **needs, that needs closer observation.**
16    Q.    What needs?
17    A.    **It depends.  It could be that -- to document**
18    **their behavior, so the clinic could take a look**
19    **at that, or just to keep a closer eye on them.**
20    Q.    Were you aware that the MEnD folks believed that
21    if he's at risk for suicide, he's on the
22    15-minute watch?
23          MR. PROWANT:  Objection, form.
24    Speculation.
25          MR. HIVELEY:  I'll object as to form

## 52

1    also.
2          But go ahead and answer if you understand
3    the question.
4          MR. BENNETT:  Can you find Pfeifer's
5    depo?
6          (Sotto voce speaking between
7          Mr. Bennett and Ms. Bennett.)
8          THE WITNESS:  I don't know what -- what MEnD
9    would be thinking.  Alls I know is what the
10    15-minute watch would mean to us.
11    BY MR. BENNETT:
12    Q.    Well, but MEnD has been instructed not to use
13    "suicide watch"; right?
14    A.    **Okay.**
15    Q.    And that was a decision of the Sherburne County
16    authorities?
17    A.    **Yes.**
18    Q.    Not MEnD?
19    A.    **It wouldn't be MEnD.**
20    Q.    Okay.
21          MR. HIVELEY:  What page are you on?
22          MR. BENNETT:  Sixty-eight.  Lines 2
23    through 15.
24    BY MR. BENNETT:
25    Q.    She said that -- Alyssa Pfeifer, do you know

## 53

1    her?  Have you met her?
2    A.    **Alyssa?  Yeah.**
3    Q.    She said there's a 15-minute and a 30-minute
4    mental health watch -- mental health watch.
5    That's right?
6    A.    **Right.**
7    Q.    And Crystal Waagmeester, who you have not met
8    because she's never set foot in your jail --
9    have you met her?
10    A.    **Don't know her.**
11    Q.    She's the physician's assistant who said -- had
12    her put -- had Alyssa put Lynas on a 15-minute
13    watch.
14    A.    **Okay.**
15    Q.    (As read),
16          "A.  Correct.
17          "Q.  And what did that indicate to you, as
18    an RN for MEnD?
19          "A.  We were monitoring him.  He's at risk
20    for suicide, so he's on 15-minute watch.  And we
21    were concerned for his mental health and that's
22    why he's placed on the watch."
23    A.    **Okay.**
24    Q.    Is that -- is that what you expect them to
25    understand?

Doby Professional Reporting, Inc.
952-943-1587

54

1  A.  Who?  Our staff?
2  Q.  Well, MEnD too, in dealing with your inmates?
3  A.  Yeah.  If they're on 15-minute watch, we're
4     looking at -- we're monitoring the inmate's
5     well-being, whether it's on a 15-minute suicide
6     watch or a mental health watch.
7  Q.  But there could be suicidality concerns with a
8     15-minute mental health watch; correct?
9  A.  Possibly, yes.
10  Q.  All right.  Are there more than two suicidal
11     inmates at any time in the Sherburne County
12     Jail?
13  A.  Yes.
14  Q.  Are there more than two that are allowed in the
15     suicide watch cells?
16  A.  It depends on how many people are designated for
17     wearing the gowns.
18  Q.  Well, have you had more than two?
19  A.  Yes.
20  Q.  What do you do with them?
21  A.  Well, they'd have to go into another holding
22     cell there.
23  Q.  In where?
24  A.  In booking.
25  Q.  Oh, okay.  Not "there," somewhere else in the --

55

1  A.  In booking.
2  Q.  Okay.  You're aware that Lynas was on the
3     withdrawal protocol too; correct?
4  A.  I wasn't aware that he was on the withdrawal
5     protocol.
6  Q.  You were not?
7  A.  I don't recall him being on the withdrawal
8     protocol.
9  Q.  How do inmates actually get the gown to go into
10     booking?
11  A.  How do they get the gown?
12  Q.  Yeah.
13  A.  It would either be one of our supervisors were
14     notified that somebody made suicidal comments,
15     or the clinic told us, and they would be
16     escorted to booking and changed out in the gown.
17  Q.  Okay.  In the fall of '17 who was putting people
18     on suicide watch more, the correctional staff or
19     the MEnD staff?
20  A.  I -- I don't know.  You mean putting people in
21     gowns and putting them in Tag?
22  Q.  Yeah.  Well, I know you'd give them the gowns,
23     but who was making the decisions -- was it more,
24     you know --
25  A.  We can do it and so can MEnD.

56

1  Q.  Yeah, I know that.
2  A.  Yeah.
3  Q.  And --
4  A.  Probably MEnD.  Probably MEnD.
5  Q.  You don't know that for certain?
6  A.  I don't know the numbers, no.
7  Q.  Were you aware that on November 3rd Lynas had
8     endorsed suicidal ideations to MEnD personnel?
9  A.  No, I didn't know that.
10  Q.  What would you have expected them to do if he
11     did?
12  A.  It depends what the ideations were.  If they
13     would have thought it was appropriate, he would
14     have been moved to booking and placed in a gown.
15  Q.  Uh-huh.
16     (Sotto voce speaking between
17     Mr. Bennett and Ms. Bennett.)
17  
18  BY MR. BENNETT:
19  Q.  But he was in gen pop before he was placed by
20     the -- the guards in the booking; right?
21  A.  Into special housing.
22  Q.  Into special housing, yeah.
23  A.  Yes.
24     MR. BENNETT:  I really messed these up.
25     (Sotto voce speaking.)

57

1     MR. BENNETT:  I'm not going to -- 16.
2     What number was Pfeifer's deal?  Was it 15 or
3     16?
4     MS. BENNETT:  16.
5     MR. BENNETT:  16.
6  BY MR. BENNETT:
7  Q.  So look at 16, if you will.  It's tough to --
8     it's not the easiest thing to read.
9     Can you read it?
10  A.  Yes, I can.
11  Q.  All right.  Now, this is dated the 5th; right?
12  A.  Okay.
13  Q.  So he talks about in 2013 he felt like giving
14     up, and sold all of his guns so he wouldn't
15     shoot himself?  Line 3.
16  A.  Yep, I see that.
17  Q.  That's certainly an indication of prior
18     suicidality, isn't it?
19  A.  Yes.
20  Q.  And then it says (as read), "Reports having a
21     rough time on the outside, but about 1.5 months
22     ago started putting his life back together, but
23     still continued to use opiates."
24     Opiate use itself is a risk factor for
25     suicide, isn't it?

## 58

1   A. Yes. Drug use, yes.
2   Q. (As read), "Reports now being in jail is the
3     first time in 1.5 years. He's been sober and
4     having to deal with -- deal with his mental
5     health. When asked how he's currently coping
6     with it, the patient stated, quote, 'Honestly
7     I'm suffering and not coping with it.'"
8       That's certainly evidence of suicidal
9     tendencies; correct?
10  A. Yes.
11  Q. (As read), "Then patient reports he went to
12     court and got four months. Possibility of going
13     on work release after 30 days, but thinks it's
14     in his best interest to do four months and then
15     go to treatment due to dual diagnoses, to get
16     help for drug use and mental health, like at
17     Nystrom or Recovery Plus." Do you see that?
18  A. Yep.
19  Q. (As read), "Patient reports," quote,
20     "'definitely feeling depressed'"; that's a --
21     a --
22  A. **(As read), "Reports the last time he went to**
23     **treatment his mental health was not addressed.**
24     **He thinks this was part of the issue of**
25     **returning to drugs." Okay.**

## 59

1   Q. So he reported the last time he went to
2     treatment it was not addressed. (As read), "The
3     patient reports 'definitely' feeling depressed,
4     'and my anxiety is through the roof.'"
5   A. **Okay.**
6   Q. That's not good either, is it, as a suicidality
7     tendency, both depression and anxiety?
8   A. **They are warning signs.**
9   Q. (As read), "Reports feeling stressed about being
10     locked in for 20 hours a day while in Gamma, but
11     when he's out of his cell and walks -- he
12     watches TV and walks, which helps. Reports that
13     insomnia is maddening." Do you see that?
14  A. **Uh-huh.**
15  Q. He's going "crazy with thoughts, and going
16     through many emotions like frustration,
17     irritated and then emotional."
18       That sounds like a person who is
19     decompensating, doesn't it?
20       MR. PROWANT: Objection, form.
21       THE WITNESS: It sounds like he's having
22     issues.
23  BY MR. BENNETT:
24  Q. What if you had heard this?
25  A. **I would have contacted the clinic, if I would**

## 60

1     have gotten this information.
2   Q. Okay. And you'd had him see an RN, or what?
3   A. **Somebody at the clinic, yes.**
4   Q. A mental health professional?
5   A. **If they were there, yes.**
6   Q. Because these are mental health problems that
7     he's endorsing: correct?
8   A. **Correct.**
9   Q. And that's on the same day that the urgent
10     referral was made; does that make sense?
11  A. **What's the date on this?**
12  Q. The 5th.
13  A. **Yes.**
14  Q. I mean, do you recognize this as someone with an
15     urgent need for a mental health review, anyway?
16       MR. HIVELEY: Object to form.
17       MR. PROWANT: Join.
18       THE WITNESS: Yes, he had mental health
19     issues.
20  BY MR. BENNETT:
21  Q. And they needed to be reviewed by somebody who
22     knew what they were doing?
23  A. **Well, they needed to be reviewed by the clinic.**
24  Q. Well, who's the -- who's "the clinic"? That's
25     an --

## 61

1   A. **Well --**
2   Q. -- amorphous answer. Do you mean a mental
3     health provider that knows what they're doing?
4   A. **The medical health person that was back in the**
5     **clinic, yes, would have reviewed that.**
6   Q. Okay. Would you -- were you surprised that
7     someone who had endorsed those symptoms
8     committed suicide?
9   A. **Well, when I'm looking at this -- I mean, he**
10     **denies suicidal thoughts, when he's talking**
11     **about these things, and that's a big warning**
12     **sign too. And he does have issues. I mean,**
13     **there's -- I would dare say there's probably a**
14     **lot of inmates back there that have the same**
15     **types of mental health issues.**
16  Q. And you don't know what a -- there are tests
17     that help you determine levels of depression and
18     that sort of thing; right?
19  A. **Well, I know that now, yeah.**
20  Q. Okay. So if you have a clinical test and that,
21     and then I think a day before that, I think he
22     endorsed -- 14?
23       MR. BENNETT: Do you not turn off your
24     thing? I'm hearing -- we're hearing --
25       MR. HIVELEY: It's another office.

## 62

1    MR. BENNETT: Oh, it's another -- is the
2  guy practicing the saxophone or what?
3    THE WITNESS: That's -- that's the
4  ringer on my phone.
5    MR. BENNETT: You're the only one that
6  didn't get the memo?
7  BY MR. BENNETT:
8  Q.  So this is -- this is two days before, at the
9    same clinic with the supervisor, and the
10   exhibit --
11   MS. BENNETT: 19.
12  BY MR. BENNETT:
13  Q.  -- 19. He endorses -- "Suicidal Ideation:
14    Yes." "Last night between" -- gosh, when --
15    "stomach hurt." Withdrawal. It was the
16    withdrawal, I believe.
17   MR. HIVELEY: I didn't catch the last
18  thing you said.
19   MR. BENNETT: When his stomach hurt. I
20  think that was the withdrawal symptom he was
21  talking about.
22   MR. HIVELEY: Okay.
23   THE WITNESS: Okay.
24   MR. BENNETT: I think that's what the
25  testimony is.

## 63

1  BY MR. BENNETT:
2  Q.  So you got -- regular suicidal ideation, the
3    nurse, the urgent referral from the PA, who
4    happened to be in Crow Wing County, and the
5    BDI score of 43, which is -- it's like golf:
6    You want a low score --
7  A.  Okay.
8  Q.  -- you don't want a high score.
9    MR. HIVELEY: Do you want him to answer
10  anything in that, or --
11  BY MR. BENNETT:
12  Q.  Well, that's -- that's -- that's the picture
13    that appears in these records, and is that
14    concerning to you?
15   MR. PROWANT: Objection, form,
16  relevance.
17  BY MR. BENNETT:
18  Q.  That he never saw a qualified mental health
19    professional?
20  A.  He was put in for the urgent referral.
21  Q.  Yeah.
22  A.  That's what you said?
23  Q.  Yeah.
24  A.  He was put in for an urgent referral. I can't
25    make -- I can't put myself in MEnD's place in

## 64

1    this situation.
2  Q.  Okay.
3    MR. BENNETT: That's good enough.
4  Thanks. I don't have any further questions.
5    MR. PROWANT: I have no questions.
6    MR. HIVELEY: We'll read and sign.
7    MR. BENNETT: Thanks. I appreciate it.
8  Good to see you again.
9    THE WITNESS: Yes.
10    (Discussion held off the record.)
11    VIDEOGRAPHER: This concludes the
12  deposition.
13    The time is 1:27 p.m.
14    (Concluded at 1:27 p.m.)
15    * * *
16
17
18
19
20
21
22
23
24
25

## 65

1  STATE OF MINNESOTA  )
        : ss  CERTIFICATE
2  COUNTY OF WASHINGTON )
3    I, Janet D. Winberg, hereby certify that
   I reported the video deposition of PATRICK CARR
4  on the 16th day of September, 2019, in
   Elk River, Minnesota, and that the witness was,
5  by me, first duly sworn to tell the truth:
6    That the testimony was transcribed by me and is
   a true record of the testimony of the witness:
7
8    That I am not a relative, or employee, or
   attorney, or counsel of any of the parties: or a
   relative or employee of such attorney or
9  counsel:
10    That I am not financially interested in the
   action and have no contract with the parties,
11  attorneys or persons with an interest in the
   action that affects or has a substantial
12  tendency to affect my impartiality:
13    That the right to read and sign the transcript
   by the witness was reserved.
14
   WITNESS MY HAND AND SEAL THIS 23rd day of
15  September, 2019.
16
17
18
19
20
21  JANET D. WINBERG
   Registered Professional Reporter
22  Notary Public
   Washington County, Minnesota.
23
24
25

66

```
 1   STATE OF MINNESOTA )
                       : SS CERTIFICATE
 2   COUNTY OF WASHINGTON)
 3       I, PATRICK CARR, certify that I have read
 4   and examined the typewritten transcript of the
 5   video deposition taken of me in the matter of
 6   Lynas vs. Linda S. Stang, et al., on
 7   September 16, 2019, consisting of the preceding
 8   pages, and find the same to be true and correct
 9   (Except as follows):
10                         Reason
     Page Line Correction       for Change
11
12   ___ ___ _____  _____
13   ___ ___ _____  _____
14   ___ ___ _____  _____
15   ___ ___ _____  _____
16   ___ ___ _____  _____
17   ___ ___ _____  _____
18   ___ ___ _____  _____
19   ___ ___ _____  _____
20   ___ ___ _____  _____
21   ___ ___ _____  _____
22   ___ ___ _____  _____
23   Dated this_____day of_____
24
          _____
25              PATRICK CARR
```

67

```
 1            EXAMINATION INDEX
 2
         By Mr. Bennett:  4-64
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Doby Professional Reporting, Inc.
952-943-1587

**A**

able 19:1 42:6
AC 10:18
accept 13:8
access 43:21
ACH 10:14 12:19,20,22
ACS 12:17,17
action 28:13,14 29:3
  34:25 36:21 65:10,11
activities 5:13,14,15,19
actual 9:22 18:19
addicted 27:7
addiction 7:15
additional 15:1
addressed 58:23 59:2
administration 23:2 27:20
administrator 5:23 6:5
  7:21 23:13
administrators 14:10
admit 33:17
Advanced 10:16,17 13:24
affect 65:12
afforded 34:20
age 27:6
agencies 8:3,10
ago 24:4 57:22
agree 39:20
agreed 12:4
ahead 31:7 36:16 37:2
  51:3 52:2
al 1:6 66:6
alert 51:11
allowed 54:14
Alls 52:9
Alyssa 52:25 53:2,12
amendments 9:1
amorphous 61:2
amount 7:10
Anoka 4:14
answer 20:14 31:7,7 36:15
  36:16 37:2 51:3 52:2
  61:2 63:9
anxiety 59:4,7
anybody 36:6,8 38:11
anymore 47:12
anyway 60:15
appearance 3:7
APPEARANCES 2:1
appearing 3:8
appears 63:13
applicable 25:13
appreciate 64:7
approach 11:16
appropriate 56:13
approval 6:23,24
approved 46:1
approximately 5:9,21
  17:25 33:20
area 39:23,24 40:6,21
  41:23 42:5
Argumentative 36:13
art 4:10
ascertain 24:22
asked 48:18 58:5
asking 19:21
assistant 19:9,10 20:10
  43:21,25 44:9,10,13
  46:8 49:4 53:11
assistants 20:23 44:19
assurance 51:7
attempts 27:13,14
attended 4:11
attorney 2:3,3,9,13 65:8,8
attorneys 65:11
audible 40:19
authorities 52:16

available 40:5
Avenue 2:10
aware 8:20 16:1 21:1
  34:17 49:4,8 51:20 55:2
  55:4 56:7

**B**

B.A 4:16
bachelor's 4:10
back 15:19,19 46:22 50:20
  57:22 61:4,14
background 4:8 7:6
backlighting 40:11
backlit 41:13,17
based 30:18 49:25
basically 5:24
BDI 26:20 31:9,10,16,17
  63:5
Beck 28:4 30:23
began 11:8
behalf 2:2,8,12 3:9
behavior 51:18
behavioral 50:24
behaviors 29:17 30:8
  47:24
believe 13:2,22 14:1 15:4
  15:8 16:15,17 17:18
  22:4 23:4 34:9 35:6,19
  62:16
believed 51:20
Bennett 2:3,3,4,23 3:8,8
  3:10,10 4:2 20:17,19
  31:5,11,14 36:14,19
  37:3 40:15,16 41:2,3
  44:2,5 46:12,13 47:1,5,6
  51:6 52:4,6,6,11,22,24
  56:16,16,18,24 57:1,4,5
  57:6 59:23 60:20 61:23
  62:1,5,7,11,12,19,24
  63:1,11,17 64:3,7 67:2
best 58:14
better 9:25 39:25 40:1,3
  43:2,3
beyond 6:9
big 61:11
Birrell 2:4,23
bit 42:21
blank 31:23 50:4
blended 26:7
Bloomington 2:10
Board 16:2
booking 25:22 32:10
  47:15 54:24 55:1,10,16
  56:14,20
bprowant@larsonking....
  2:16
Bradley 2:13 3:14
brain 38:4
break 38:18
breathing 38:25 39:1
Brenner 21:21 33:23 34:6
  35:5,10,12 36:3,4,6
Brenner's 18:16
Brian 5:25
briefly 4:25 5:1
brother 11:23 14:23
brother's 11:7 14:22
Brott 16:22
bunch 23:19
bunk 40:14
Business 1:15

**C**

C 1:4 3:1
C-A-R-R 4:5

call 25:24 28:11
called 3:21
care 8:22,23 9:1,6,15
  10:17 15:21,23 19:7
  28:16
Care's 17:10
Carr 1:10 3:4,20 4:5 65:3
  66:3,25
case 1:2 23:16 46:18
catch 62:17
catwalk 39:22 40:6,24
  41:21
cell 25:22 35:2 39:21 40:4
  41:14,24 42:8,15 54:22
  59:11
cells 23:7 33:7 39:5,6,7,22
  54:15
Center 1:15
certain 20:4 50:17 56:5
certainly 57:17 58:8
CERTIFICATE 65:1 66:1
certify 65:3 66:3
Change 66:10
changed 55:16
charge 6:25
cheaper 9:25
check 34:20 35:11 39:14
  41:23 43:1
checks 34:12,19 35:23
  36:10,20 38:22 42:12
chemicals 27:8
chop-chop 49:12
circular 39:23,24
civil 38:18
class 4:14
classification 31:21,22
classifications 34:22
clearly 24:20
clinic 13:13 14:24 19:3,11
  28:11 29:2,12,14 30:19
  30:21 44:25 48:16 51:18
  55:15 59:25 60:3,23,24
  61:5 62:9
clinical 24:23 46:16,19,23
  61:20
clinically 23:22
close 24:15
closely 29:18
closer 48:24 51:15,19
clothing 26:5
Cloud 11:13
come 11:13 18:7,10
comes 10:14 15:19
command 4:12 6:5
commander 6:4 29:16
comments 55:14
committed 50:14 61:8
communicate 48:16
communication 6:7 48:6
community 5:19
company 18:20
complained 23:21
concerned 53:21
concerning 25:4 63:14
concerns 5:7
Concluded 64:14
concludes 64:11
Condon 2:9
conference 14:10
consent 16:6
consider 33:2
consistent 24:12
consisting 66:7
Constitution 9:2
constitutionally 8:21 9:6
contact 29:2 30:17

contacted 59:25
context 14:8
continually 50:22
continued 57:23
continuing 34:11
contract 10:1,10,19 11:20
  12:13 19:6 45:20,21,22
  65:10
contracted 10:4
conversation 25:4
coordinator 5:11
coping 30:4 58:5,7
corporate 12:2
correct 4:23 5:18 6:2,11
  6:20 7:16,17 8:1,2,24,25
  9:3,7,8,17 10:1,2,16
  12:9 13:14 19:5 20:6
  21:14,19,22,23 23:10,11
  23:21 25:16 26:1 27:12
  28:14 30:11 32:5 34:14
  34:23,24 35:3,4 39:11
  39:18 40:25 44:15 47:10
  47:11 48:8 50:18 53:16
  54:8 55:3 58:9 60:7,8
  66:8
correctional 10:17 15:20
  15:23 17:9 28:16 29:23
  30:10 47:16 48:11 49:15
  55:18
corrections 6:10,15,17
  8:6 9:11 34:11 53:12
corrective 34:25
correctly 15:5
correspond 49:11
counsel 3:6 65:8,9
count 17:17,21
counties 17:18
county 1:14 2:8 3:13 4:14
  8:4 9:21 10:4 12:14 17:2
  17:13 22:21 23:9 43:5
  51:13 52:15 54:11 63:4
  65:2,22 66:2
couple 13:9 17:4
court 1:1,24 3:16 58:12
crazy 59:15
crisis 28:11
criteria 20:4
Crow 63:4
Crystal 53:7
currently 23:4 58:5

**D**

D 1:24 3:1 65:3,20
dare 61:13
date 19:5 60:11
dated 57:11 66:23
dates 22:2
David 1:3 2:2
day 18:4 44:25 45:1 59:10
  60:9 61:21 65:4,14
  66:23
days 17:3 45:2,3,4 49:10
  58:13 62:8
dead 43:2
deal 8:16 13:9 15:23 57:2
  58:4,4
dealing 7:11 19:16 54:2
decide 33:14
decided 9:24 10:25
decision 10:23,23 29:14
  52:15
decisions 10:24 11:1
  55:23
decompensating 50:23
  59:19
deems 47:9

Defendants 1:7 2:8,12
  3:13,15
define 46:18,23
defined 19:19 23:23 24:20
definitely 58:20
definitely' 59:3
degree 4:10
delegate 34:1
deliberate 35:2
delivered 2:23
denies 61:10
Department 8:6,12,13,14
  9:10 34:13
depends 33:21 36:4 37:8
  38:3 42:1 49:13 50:19
  51:17 54:16 56:12
depo 52:5
deposition 1:9 3:4 64:12
  65:3 66:5
depressed 30:1 48:4 59:3
depressed' 58:20
depression 27:11,12 28:4
  30:24 59:7 61:17
deprived 37:9 38:4
describe 4:8,15 24:17
design 42:11,13
designated 54:16
detainee 24:18
detainees' 24:23
determination 23:12
determine 36:1 61:17
determined 30:18
DHS 23:20
diagnoses 58:15
dictate 34:1
dictated 27:20
different 6:4 12:16 26:5
  33:6
difficult 24:2
director 46:10,16,19,23
disciplinary 50:20
disciplined 36:6,8
discontinuation 22:19
discussed 32:1
discusses 27:19
discussion 22:24 23:14
  28:2 64:10
discussions 14:4
DISTRICT 1:1
divided 6:14
DOC 34:4,5 35:13,19
doctor 19:8 33:13,14
  43:18,19,23,24 44:8,14
  45:24 46:2,4,7
doctors 18:19,19 45:14,17
document 24:25 30:8
  51:17
documentation 16:20
documents 7:4 24:1
doing 10:10 14:24 19:11
  31:5 48:14 60:22 61:3
double 29:19
Dr 10:9 11:2,3,20 12:4
  13:23 15:25 17:13 21:18
  43:13,15 44:24
drafting 6:21
Drive 1:15
drug 58:1,16
drugs 58:25
dual 58:15
due 26:19 58:15
duly 3:21 65:5
duties 5:24 6:9 22:1 34:1
duty 9:5 21:21

**E**

E 3:1,1
earnest 26:12
easier 39:20
easiest 57:8
East 2:14
education 5:15 20:4 22:6
educational 4:8 37:21
educationally 7:6
effectively 8:5 37:23,24
effectiveness 35:23
either 5:15 7:7 10:7 11:21
 18:10 30:17 35:21 55:13
 59:6
eliminated 23:3,8
Elk 1:15 5:2 65:4
email 27:17,18
emergency 33:11
emotional 59:17
emotions 59:16
employ 9:22
employed 18:19,20
employee 19:4 65:7,8
employees 12:15
employment 4:18
endorsed 56:8 61:7,22
endorses 62:13
endorsing 60:7
Ensign 2:10
ensure 9:9
entirety 40:4
entitled 8:21,22
entrust 9:15
Envision 1:25
era 43:8,9
escorted 55:16
essentially 8:20 44:25
estimate 17:23
et 1:6 66:6
Evanston 4:13
everybody 32:1 50:7
evidence 58:8
exact 13:6 15:18 16:7
 17:17,21 24:23
exactly 16:12
EXAMINATION 4:1 67:1
examined 3:22 66:4
example 17:24
Excuse 21:16
exercise 5:15
exhibit 24:3 26:9 34:16,17
 40:17 41:4 46:15 47:7
 62:10
exhibiting 49:21
exhibits 2:25
existence 25:18
expect 19:22 53:24
expected 56:10
experience 7:11 20:5
experientially 7:7
eye 51:19

---

**F**

face 43:6
facets 6:16
fact 19:24 22:25
factor 27:12 57:24
factors 26:23 27:1,4
fair 7:10 27:23,24 43:4
Fairview 11:18 12:13
fall 16:25 18:8,9 21:17
 22:13 23:10,10 55:17
fashion 38:5
February 5:5
feeling 58:20 59:3,9
felt 57:13
filled 21:13

---

finally 7:4
financially 65:10
find 11:21 35:20 48:11,21
 52:4 66:8
finding 30:13
fine 36:2
finger 26:8
first 3:21 10:3,19 12:10,25
 13:1 31:15 33:13 37:13
 37:14 58:3 65:5
flags 47:19,25 48:14
flaw 42:11,13
folks 51:20
follows 3:22 66:9
food 26:6,8
foot 53:8
footage 35:15
form 20:12 31:3,6 36:12
 37:1 44:3 51:2,23,25
 59:20 60:16 63:15
foundation 20:13
founded 34:10
four 40:17 41:6 45:9,10
 50:7 58:12,14
free 39:2
frequent 34:21
friend 11:7
front 39:21 42:14,18
frustration 59:16
full 4:3 47:7
full-time 4:18 19:11
function 9:10
further 64:4

---

**G**

G 3:1
game 14:15
Gamma 59:10
Gaskins 2:4,23
gen 56:19
general 49:23
generally 6:15 23:20
getting 43:5
give 13:7 29:21 55:22
given 18:3 33:18
giving 57:13
glass 40:12
go 4:13,22 5:22 13:18
 14:16 25:21 31:6 33:11
 35:15 36:11,16,20,23
 37:2,8 42:15 43:24 44:7
 44:8,8,18,20,21,22
 49:12 51:3 52:2 54:21
 55:9 58:15
goes 7:2
going 3:5 5:3 12:10 26:12
 57:1 58:12 59:15,15
golf 14:15 63:5
good 17:1 43:1 59:6 64:3
 64:8
gosh 62:14
gotcha 22:17
gotten 60:1
governs 19:24
gown 29:4 32:10 47:14
 48:12 55:9,11,16 56:14
gowns 23:7 25:21 54:17
 55:21,22
graduated 4:24
grated 39:23
grew 12:1
guard 49:18
guards 56:20
guess 7:10 17:22 19:21
guns 57:14

---

guy 21:17 62:2

---

**H**

H 2:3 12:20
Hamline 4:10,21,22,24
HAND 65:14
handful 33:20
handle 19:1
handles 6:6
handling 5:13
hang 36:25 37:23,24
 38:14
hanging 37:4 38:18
happen 28:2 32:13 33:18
 38:17
happened 11:25 16:5
 25:10 29:13 63:4
hard 43:11
harming 39:12
HCMC 32:23
head 12:8 21:8
health 7:8,12 8:23 9:6,16
 10:7,17 12:14 19:14,17
 19:25 20:5,8,10,21,22
 21:2,12,20,25 22:3,11
 23:5,20 24:17 25:5,13
 25:17 26:3 28:8,10,12
 28:18 29:15 30:15 32:2
 32:4,17,18 46:10 47:9
 49:2,6,16 50:3,5,9,13,22
 51:11 53:4,4,21 54:6,8
 58:5,16,23 60:4,6,15,18
 61:3,4,15 63:18
hear 29:8
heard 21:5 31:16 49:14
 59:24
hearing 61:24,24
held 64:10
help 11:21 58:16 61:17
helps 59:12
high 4:22 5:4 11:4,6 26:19
 63:8
higher 7:14 30:23
highest 25:17
hired 5:4 12:12,13 15:1
 20:20
history 4:15
Hively 2:9 3:12,12 20:14
 31:4,6 36:12,16 37:1
 44:1,3 47:4 51:3,25
 52:21 60:16 61:25 62:17
 62:22 63:9 64:6
hold 33:15 38:9
holding 23:7 54:21
hole 40:20 41:17
holes 40:17,18 41:6
home 9:20
homegrown 9:21
Homeland 8:12,14,15
 9:11
Honestly 58:6
hospital 32:14 33:9
Hospitals 11:19
hours 15:9,12,14 18:24
 59:10
house 8:8
housed 8:23
housing 31:24 49:17,23
 50:15 56:21,22
How's 30:12
human 42:22,24
hurt 62:15,19

---

**I**

ICE 8:14 46:19,22

---

idea 28:22
ideation 62:13 63:2
ideations 24:19 56:8,12
ill 48:21 50:12
illness 7:15 47:17,22
 48:18
immediate 28:13,14 49:11
immigration 8:8
impartiality 65:12
implementing 7:1
implies 38:23
importance 48:6
important 22:19 42:6,10
 42:22,24
incidence 7:14
incident 22:19 57:17
include 20:22
inconsistency 24:21
increased 7:20,23
increasing 7:18
INDEX 67:1
indicate 53:17
indication 29:21 57:17
individual 19:15 28:10
 29:1
individuals 19:18 31:24
information 28:9 29:5
 30:13 31:1 49:13 60:11
infraction 49:18
infractions 50:14
infrequently 45:7
initiate 29:3
inmate 7:11,14 9:7 30:21
 34:21 38:24 39:9,10,15
 39:16 51:14
inmate's 54:4
inmate/detainees 13:15
inmates 5:17 18:3 26:14
 34:22 43:5 47:7 48:4,7
 49:22 50:8,10,12 54:2
 54:5 59:1 61:14
inside 5:18
insomnia 59:13
inspection 8:9 40:23
instituted 19:6
institution 9:5 13:4 28:23
instructed 52:12
interaction 31:18
interchangeably 24:20
interest 58:14 65:11
interested 65:10
Inventory 28:5 30:24
investigating 33:23
investigation 34:4 35:19
investigations 34:5
investigator 34:3
involved 6:21 22:19 33:22
irritated 59:17
isolate 24:18
issue 35:5,11 58:24
issues 59:22 60:19 61:12
 62:15
it.' 58:7
Iverson 2:9

---

**J**

jail 1:14 5:7,8,11,18,23 6:5
 7:20 8:4 14:9 17:2 19:1
 22:21 23:2,9,13 24:12
 28:16 29:16 30:21 37:22
 39:22 43:5 47:16 48:7
 53:8 54:12 58:2
jails 8:24 17:13 18:2,4,21
James 1:4 26:15 49:6
Janet 1:24 65:3,20
Jason 2:9 3:12
jasonh@irc-law.com 2:11

---

jobs 5:3
Join 44:4 60:17
JRT/KMM 1:2
June 51:7
Justice 8:13,15 9:11

---

**K**

Kathryn 2:3 3:10
kbennett@gaskinsben...
 2:6
keep 51:19
Kevlar 25:21 32:9
kicked 12:18,22
kill 37:4
killing 39:10
kind 9:20 27:19 30:16 33:9
 49:11,12
kinds 23:19
King 2:14
knew 11:9 23:16 60:22
know 11:2,5,9,14,15 13:9
 14:3,16,16,17 15:4,14
 16:9,13,22 17:12,17,18
 17:21 18:11,18,22,25
 19:13,20,21,23 20:3,14
 20:20,25 21:3,24 22:17
 22:25 25:3,8,10 26:21
 26:23,24,25 27:1,2 28:4
 28:15,21,24 29:24 30:2
 30:22 31:2,7,8 32:6 33:7
 37:2,12 38:17 42:13
 44:12,12,16,17 46:4,18
 49:15,19 50:2,10 51:4
 51:10 52:8,9,25 53:10
 55:20,22,24 56:1,5,6,9
 61:16,19
known 11:3 31:17
knows 61:3

---

**L**

L.L.P 2:4,23
Langenfeld 15:6 19:3,8
Larson 2:14
law 2:3,3,9,13 19:19,20,22
 19:23
left 40:10,13,20 41:6
Leonard 10:9,9 11:2,3,20
 12:4 13:23 15:12,25
 17:13 43:13,15 44:24
let's 13:7,7 16:25 45:4
 49:12
levels 61:17
life 42:22,24 57:22
ligature 36:11,21,24 38:6
 38:20 41:16,24 42:4
ligatures 39:3
Linda 1:6 22:3 66:6
Line 57:15
LineCorrection 66:10
Lines 52:22
LLP 2:14
local 5:1
lock 33:6
locked 33:2 59:10
logic 50:17
logical 50:12
long 5:3,20 10:15,16
 13:18 37:8,10,22
look 24:9 26:9 35:24 40:5
 40:9,17,18 42:7,16
 51:18 57:7
looked 45:19
looking 40:22 41:14 42:2
 54:4 61:9
lot 29:22 49:21 61:14

**low** 63:6
**lower** 41:6
**LPN** 20:8
**LPNs** 20:22
**Lumber** 5:2
**lumberyard** 5:1
**Lynas** 1:3,4 2:2 21:21
 26:13,15 33:23 34:6,9
 35:7,17,23 36:8 49:7,15
 53:12 55:2 56:7 66:6
**Lynas'** 18:16

**M**

**M** 2:9
**maddening** 59:13
**main** 32:24
**making** 55:23
**manner** 23:1
**marked** 2:25 47:1
**marking** 13:9
**Marshals** 8:9,13
**Marty** 15:5
**matter** 66:5
**mean** 12:1,7 24:5 25:1
 28:8,9 29:16 30:1 37:8
 38:3,25 45:17 46:14
 47:13,14 49:9 52:10
 55:20 60:14 61:2,9,12
**meaning** 30:20,21
**means** 9:4 29:17 51:14
**meant** 17:7 31:17 38:22
 38:23
**medical** 7:12 8:22 10:6,7
 11:11,12,15,19 12:8
 13:4 16:20 17:14 18:19
 19:7,8 24:12,21 28:7,7
 30:25 32:16 43:6,18,19
 43:22,25 44:18,20,21
 45:17,24 46:2,4,7,9 47:8
 48:7,9 61:4
**medically** 9:15 30:14
**Medicare** 8:22
**medicine** 7:7 16:3
**meeting** 31:21,22
**members** 35:1
**memo** 62:6
**MEnD** 2:12 3:15 10:20
 12:23 13:1 15:20,23
 17:9,14 19:6 22:1 28:15
 30:6,13,20 49:16 51:20
 52:8,12,18,19 53:18
 54:2 55:19,25 56:4,4,8
**MEnD's** 63:25
**mental** 6:7,12,15 8:22
 9:16 10:7 19:14,17,25
 20:5,10,21 21:2,12,20
 21:25 22:3,11 23:5,20
 24:17 25:14,15,17 26:3
 28:10,12,17 29:15 30:14
 32:2,4,17,18 46:10 47:9
 47:17,22 48:18,25 49:5
 49:16 50:3,5,8,8,13,22
 51:11 53:4,4,21 54:6,8
 58:4,16,23 60:4,6,15,18
 61:2,15 63:18
**mentally** 48:21 50:12
**mention** 29:1
**Mercy** 32:22 33:1,10
**messed** 56:24
**met** 21:6,10 31:20 53:1,7,9
**MHW-15** 26:19
**Michael** 21:18 26:11 31:19
**middle** 15:20 41:16
**Minneapolis** 2:5
**Minnesota** 1:1 8:6 16:2,2
 19:19 65:1,4,22 66:1

**minutes** 37:11 42:25
**misspoke** 21:16
**mixed** 35:8
**MN** 1:15 2:5,10,15
**Monday** 31:20
**monitoring** 53:19 54:4
**months** 57:21 58:12,14
**moved** 49:22,23 56:14
**multi-person** 39:6,7

**N**

**N** 3:1
**name** 4:3 15:5 22:5 38:23
**named** 21:18
**names** 35:8
**Narcotic** 16:17
**necessarily** 40:1 50:16
**neck** 36:11,21,24 38:19
 39:2
**need** 34:22 35:1,1 50:23
 60:15
**needed** 60:21,23
**needs** 19:17 51:15,15,16
**never** 37:17,19,21 53:8
 63:18
**next-of-kin** 1:4
**night** 62:14
**Nodding** 21:8
**non-correctional** 5:14
**noose** 38:19
**normal** 7:16 29:19 33:6
**Northwest** 1:15
**Northwestern** 4:12
**Notary** 65:21
**NOTE** 2:23,25
**noted** 34:14
**noticing** 2:23
**notified** 29:12 49:24 55:14
 49:6 56:7
**November** 6:19 16:25
 49:6 56:7
**number** 13:6 31:9 40:15
 57:2
**numbers** 56:6
**nurse** 21:4,7 43:22 44:2
 46:9 63:3
**Nystrom** 58:17

**O**

**O** 3:1
**oath** 28:1
**object** 20:12 36:12 37:1
 44:1 51:25 60:16
**objected** 31:4
**Objection** 31:3 51:2,23
 59:20 63:15
**observation** 24:17,23
 34:21 49:1 51:15
**observed** 29:18
**observes** 48:9
**observing** 39:17
**October** 6:19
**office** 6:13,14 33:8 34:3
 54:25 62:1
**oh** 29:11,12 33:20 48:20
 54:25 62:1
**okay** 4:15,24 5:20 6:9,18
 6:25 7:24 8:7,15 10:22
 11:2,5,15,23 12:6,16
 13:12 14:11,19,22,24
 15:10 16:1,11,22,25
 17:7,12,20 18:1,12,23
 19:8,10,13 20:3,17,24
 21:3,20 22:17,25 23:18
 24:2,10 25:20 26:13,16
 27:22,25 30:22 31:18

33:12,18,22 35:7 36:3
 38:5,24 41:1 45:19
 47:16 52:14,20 53:14,23
 54:25 55:2,17 57:12
 58:25 59:5 60:2 61:6,20
 62:22,23 63:7 64:2
**old** 4:6,7 24:7
**once** 13:10,11 14:25 15:16
 29:12 33:13
**one-person** 39:5
**ones** 8:11 26:25 27:2,3
 29:6 32:24
**operate** 44:13
**operation** 9:21
**operations** 6:6
**Opiate** 57:24
**opiates** 57:23
**opt** 13:23,25
**option** 26:5
**order** 16:6
**ordered** 49:5
**Original** 2:23
**out-of-their-jail** 42:21
**outcome** 43:2,3
**outfit** 10:3
**outside** 8:3 10:4 57:21
**overall** 6:6
**oversight** 6:7 7:25 8:4
 9:10
**oxygen** 37:9,9 38:3

**P**

**P** 3:1
**p.m** 1:12 3:5 64:13,14
**PA** 63:3
**page** 24:9 26:12 52:21
 66:10
**pages** 66:8
**Pantzke** 22:3
**Pardon** 43:8
**part** 9:10 28:1 42:8 58:24
**part-time** 3:15 7:5 46:7
**particularly** 17:1
**parties** 65:8,10
**party** 2:23
**pass** 38:4
**Pat** 3:4
**patient** 58:6,11,19 59:3
**patients** 13:15
**Patrick** 1:10 3:20 4:5 65:3
 66:3,25
**patrol** 6:12,15,17
**Paul** 2:15
**people** 7:15 8:20 9:14
 20:20 23:6 25:21 54:16
 55:17,20
**perform** 10:4
**period** 43:7
**person** 18:24 19:2 28:17
 29:14 30:1 43:1 50:21
 59:18 61:4
**person's** 27:6
**personnel** 49:15 56:8
**persons** 65:11
**perspective** 9:16
**Pfeifer** 52:25
**Pfeifer's** 52:4 57:2
**Ph.Ds** 45:17
**phone** 62:4
**physician** 11:21 20:23
 43:21
**physician's** 19:9,10 20:9
 43:25 44:9,10,13,19
 46:8 49:4 53:11
**picture** 40:22,23 63:12
**place** 29:3 63:25

**placed** 23:6 26:19 53:22
 56:14,19
**places** 32:25 33:2
**Plaintiff** 1:5 2:2 3:9,11
**plans** 12:6 27:15,16
**please** 3:6 4:4,9 20:16
 36:18
**Plus** 58:17
**point** 9:24 15:13 33:14
**pointing** 46:14
**policies** 6:21 7:1 9:9 24:13
**policy** 46:25
**pop** 56:19
**population** 7:11,14,16
 49:23
**port** 40:24
**portal** 41:25
**ports** 40:5,12
**position** 6:18 43:14
**positioned** 40:2
**Poss-** 51:1
**Possibility** 58:12
**possibly** 22:12 25:7 29:25
 30:3 45:12 51:5 54:9
**PowerDMS** 7:2
**practicing** 62:2
**practitioner** 43:22 46:9
**pre-MEnD** 43:8,9
**preceding** 66:7
**prescriptions** 16:15,17
**present** 42:14
**pretty** 37:8
**prevention** 29:4
**previous** 12:13
**previously** 15:15
**prior** 27:13,14,15 57:17
**prisons** 8:24
**probably** 9:19 19:6 26:6
 56:4,4 61:13
**problem** 16:18 25:1 34:11
 60:6
**problems** 7:12 16:1 34:15
 60:6
**procedures** 6:22 7:1
**process** 7:2,3
**professional** 19:14 20:2,6
 21:13,21,25 60:4 63:19
 65:21
**professional-social** 14:11
 14:12
**professionally** 11:17,18
 12:2
**program** 5:11
**programmer** 5:7,8
**programming** 5:18
**programs** 5:16
**promoted** 5:11,23
**pronouncing** 15:5
**protect** 24:18
**protocol** 55:3,5,8
**proved** 12:20
**provide** 9:5
**provided** 5:16 7:25
 12:7,8,12 13:4 15:2 22:4
 28:18 31:1 43:6,19 46:5
 46:6,24 47:8 61:3
**providers** 9:22 17:14
 20:11,21
**Prowant** 2:13 3:14,14
 20:12 31:3 44:4 51:2,23
 59:20 60:17 63:15 64:5
**psychiatric** 21:4,7 33:3
**psychiatrists** 21:13
**psychologists** 21:10,15
 21:16

**Public** 65:21
**published** 7:4
**purpose** 31:23 32:15
**put** 15:2 18:5 25:21
 29:14 30:14 33:15 48:12
 48:23 49:17 53:12,12
 63:20,24,25
**putting** 55:17,20,21 57:22

**Q**

**qualified** 19:13,25 20:5,10
 21:24 28:17 63:18
**quality** 51:7
**quantify** 43:11
**question** 20:15 35:9 36:15
 52:3
**questions** 64:4,5
**quickly** 35:16
**quit** 14:24
**quite** 13:5
**quote** 24:13,14,14,15,15
 58:6,19

**R**

**R** 2:13 3:1
**ran** 12:16
**rate** 35:22 36:4
**rbennett@gaskinsbenn...**
 2:6
**reached** 11:20
**read** 24:11,25 25:3 27:17
 53:15 57:8,9,20 58:2,11
 58:19,22 59:2,9 64:6
 65:13 66:3
**reading** 24:2
**realize** 24:5
**really** 26:11,11 56:24
**reason** 49:25 51:8 66:10
**reasons** 50:20
**reassessed** 50:24
**recall** 16:7,19,21 18:9,12
 18:13 22:2,24 23:14
 25:3 28:1 55:7
**receive** 47:16
**recognize** 27:3 60:14
**record** 3:5,7 4:3 5:12
 24:21 26:18 64:10 65:6
**records** 63:13
**Recovery** 58:17
**recreation** 5:7,8
**recurrent** 9:6
**red** 47:19,25 48:14
**referral** 28:7,8,12 30:25
 49:6 60:10 63:3,20,24
**reflection** 40:20
**regard** 35:17 47:17
**regarding** 35:9
**Regions** 32:23 33:7
**Registered** 65:21
**regular** 20:9,9 63:2
**relationship** 11:17 12:1
 12:23
**relative** 65:7,8
**release** 5:19 58:13
**relevance** 44:3 63:16
**remain** 47:7
**remember** 10:14 13:22
 18:8 24:2,6,24 25:1
 45:15
**renew** 11:19
**repeat** 20:15 35:9 36:18
**report** 30:6 46:20,22
**reported** 59:1 65:3
**reporter** 1:24 3:16 65:21
**reports** 57:20 58:2,11,19

58:22 59:3,9,12
**represent** 26:18
**requires** 30:13
**reserved** 65:13
**residency** 44:22
**Respirating** 38:25
**respond** 48:3
**responder** 37:13,14
**response** 25:25 40:19
**responsibilities** 5:25
**returning** 58:25
**Reuvers** 2:9
**review** 6:22,24 7:3 35:15
35:18 51:7 60:15
**reviewed** 60:21,23 61:5
**Reviewing** 31:24 34:17
**right** 4:22 5:17 6:10,19 9:4
9:22 10:11,12,15 12:17
12:18,23 15:21 17:2
18:4,6 21:24 23:12,25
24:8 25:5,15,22 32:9,16
32:21 38:6,15,20 39:5
40:8,11,12,18 41:11,12
41:13,19 42:20 43:2
45:4,11 46:3 50:7,15,25
52:13 53:5,6 54:10
56:20 57:11,11 61:18
65:13
**ringer** 62:4
**risk** 26:23 27:1,4,12 51:21
53:19 57:24
**River** 1:15 5:2 65:4
**RN** 20:8,9 53:18 60:2
**RNs** 12:14 20:22
**Robert** 2:3 3:8
**Robertson** 21:18 22:17
26:11 31:19
**role** 8:4 21:13
**roof.'** 59:4
**room** 33:11
**rough** 57:21
**round** 14:15
**RPR** 1:24
**rule** 34:10
**running** 37:22

— S —

**S** 1:6 3:1 12:21 66:6
**saw** 63:18
**saxophone** 62:2
**says** 19:24 24:11 26:19
45:23 47:7 57:20
**school** 4:12,22 5:4,4 11:4
11:6,11,12,15 44:18,20
44:21
**score** 31:10 63:5,6,8
**scored** 30:23
**SEAL** 65:14
**Security** 8:12,14,16 9:12
**see** 11:21 13:3,15 14:22
14:23 20:17 22:2 24:1
28:17 39:16 40:3,4,7,21
41:9,21 42:2,3,4,8,15
43:12,13,13,24 44:7,8,8
45:23 48:14 50:18 57:16
58:17 59:13 60:2 64:8
**seeing** 18:8,9,12,13 24:24
38:12 45:15
**seen** 14:6,9 22:5 27:18
44:10 45:21,23
**send** 32:13,21
**sense** 60:10
**sent** 32:22,22,23
**Separate** 8:11
**September** 1:11 3:4 65:4

65:15 66:7
**serious** 44:11
**serve** 18:21
**services** 10:5,6,8
**set** 53:8
**Seventh** 2:4,14
**severely** 30:1
**Sherburne** 1:14 2:8 3:13
8:4 9:21 10:3 12:14 17:2
22:20 23:9 43:4 52:15
54:11
**sheriff** 6:8,9 7:25 16:22
23:15
**sheriff's** 10:23 33:8 34:3
**shoot** 57:15
**shooting** 14:17
**show** 26:17 45:14
**Showing** 41:4
**shows** 40:20
**sic** 24:21
**sign** 61:12 64:6 65:13
**significantly** 43:5
**signs** 47:19 50:1 59:8
**sink** 40:12
**sir** 4:6
**sit** 8:5 27:25
**situation** 64:1
**situations** 25:20
**Sixty-eight** 52:22
**slow** 35:1
**sober** 58:3
**social** 22:11
**social-social** 14:13
**socially** 14:6
**sold** 57:14
**somebody** 32:9,13 46:2
55:14 60:3,21
**somebody's** 42:10
**sorry** 29:11
**sort** 5:13 14:11 30:25
42:11 61:18
**sorts** 5:16
**Sotto** 52:6 56:16,25
**sounds** 59:18,21
**South** 2:4,10
**speaking** 52:6 56:16,25
**special** 24:16 31:24 34:22
49:17,23 50:14 51:14
56:21,22
**specialist** 47:9
**specific** 19:20,22 44:17
**specifically** 19:17
**Speculation** 51:24
**speed** 36:5
**spoke** 12:4 16:4
**ss** 65:1 66:1
**St** 2:15 11:13
**staff** 4:11 29:18,23 30:7
30:10,17 35:1 47:16
48:7,9,11,17 54:1 55:18
55:19
**staffed** 12:11 15:2
**Standard** 5:2
**Stang** 1:6 66:6
**started** 7:21,23 10:10
12:11,25 13:1 57:22
**starts** 26:10
**state** 1:1 3:6 4:3 11:13
19:19,23 29:1 65:1 66:1
**stated** 15:15 58:6
**states** 1:1 8:23 17:13,19
**status** 24:17,23 50:11
**statute** 19:22 44:17
**statutes** 19:20
**stays** 5:17
**stomach** 62:15,19

**stop** 19:2
**strangulation** 38:20
**Street** 2:4,14
**stressed** 59:9
**stuff** 26:7 37:21
**substantial** 65:11
**suffering** 58:7
**sufficiently** 23:22
**suicidal** 24:19 48:15 54:10
55:14 56:8 58:8 61:10
62:13 63:2
**suicidality** 47:20 48:22
54:7 57:18 59:6
**suicide** 17:2 18:16,16
21:22 22:20 23:3,6,8
24:14 25:6 27:4,19 29:2
29:4 33:23,24 35:7 46:3
47:8,12,24,25 48:3 51:8
51:21 52:13 53:20 54:5
54:15 55:18 57:25 61:8
**suicides** 18:10
**Suite** 2:5,15
**supervision** 44:14
**supervisor** 29:7 51:12
62:9
**supervisors** 55:13
**supposed** 30:12 36:10
**sure** 7:24 9:14 10:21 13:8
19:5 22:3,15,16 38:24
39:9,17
**surprise** 18:23 23:15
**surprised** 61:6
**swear** 3:17
**sworn** 3:19,21 65:5
**symptom** 62:20
**symptoms** 27:10 47:22
61:7
**system** 28:16

— T —

**Tag** 55:21
**take** 6:12 19:3,7 28:13,14
51:18
**taken** 9:15 36:22 37:12,13
37:19 40:23 66:5
**takes** 36:25 37:4,22
**talk** 32:10 47:19,22,24
48:6
**talked** 5:25 48:10
**talking** 26:13,14 31:15
33:5 43:15,17,18 61:10
62:21
**talks** 34:19 57:13
**taught** 37:22 48:3
**teams** 8:9
**tech** 20:8
**techs** 12:14 20:22
**tell** 4:25 12:1,6 16:13
22:10,23 28:25 65:5
**ten** 24:7,7
**tendencies** 48:22 58:9
**tendency** 59:7 65:12
**term** 22:20 23:2,8 25:5
27:21 45:4
**terminology** 24:11,22
**terms** 24:13,19 25:13
**test** 37:13 61:20
**testified** 3:22 10:13 49:9
**testimony** 62:25 65:6,6
**tests** 37:12 61:16
**Thanks** 64:4,7
**they'd** 54:21
**thing** 21:3 42:6 49:12 57:8
61:18,24 62:18
**things** 46:1 48:9 61:11
**think** 22:13 23:19 36:2,4

47:5 50:18 61:21,21
62:20,24
**thinking** 52:9
**thinks** 58:13,24
**thorough** 35:2
**thought** 12:20 56:13
**thoughts** 59:15 61:10
**thousands** 18:3
**three** 5:9 23:19 24:19
32:24
**tie** 38:8
**tied** 41:16 42:4
**time** 9:19,23 15:4,11,18
16:7,10 17:1,12,15,19
18:18 22:1,4 23:4 29:19
31:15 37:4 42:21 43:6,7
49:14,24 54:11 57:21
58:3,22 59:1 64:13
**times** 11:8 13:6 25:23
29:22 33:20 35:24 45:9
45:10 49:21 50:16
**today** 6:18 8:5 14:20
27:25
**toilet** 40:13
**told** 49:16 55:15
**top** 40:20 41:16
**tough** 57:7
**training** 19:16 21:1 22:7
47:17
**transcribed** 65:6
**transcript** 1:9 2:23 65:13
66:4
**transition** 50:2
**translate** 36:15
**transmit** 31:1
**treatment** 58:15,23 59:2
**trigger** 29:5 30:22 31:9
45:23
**triggers** 28:15,19,21,24
**trouble** 11:8
**troubles** 16:14
**true** 20:25 65:6 66:8
**truncated** 42:21
**Trustee** 1:3
**truth** 65:5
**trying** 22:2
**turn** 61:23
**TV** 59:12
**two** 5:21 17:3,19 25:12,12
26:14 32:6 49:10 54:10
54:14,18 62:8
**types** 61:15
**typewritten** 66:4

— U —

**U.S** 8:9,13
**Uh-huh** 13:21 15:17 29:9
33:16,22 35:22 36:6
36:8 39:13 41:8,10,15
56:15 59:14
**Um** 10:7
**understand** 5:12 9:2,3,18
52:2 53:25
**understanding** 10:8
**United** 1:1 8:23
**units** 33:3
**University** 4:11
**urgent** 28:7,7,12 49:5 60:9
60:15 63:3,20,24
**use** 45:4 52:12 57:23,24
58:1,16
**uses** 33:8

— V —

**various** 5:3
**vernacular** 23:9 25:2,4,18
25:19
**video** 1:9,25 65:3 66:5
**Videographer** 1:25 3:3,16
64:11
**videotape** 3:3
**view** 39:25
**viewing** 39:23,24
**Viking** 14:15
**violations** 34:10
**visualize** 39:14
**voce** 52:6 56:16,25
**vs** 1:5 66:6

— W —

**W** 1:3 2:2
**Waagmeester** 53:7
**walks** 59:11,12
**wall** 40:7 41:13
**want** 9:14 11:19 22:16
36:17 63:6,8,9
**wanted** 13:23,25 23:2
**wanting** 27:20
**war** 38:18
**warning** 47:19 50:1 59:8
61:11
**Washington** 65:2,22 66:2
**wasn't** 10:16 11:12 16:8
17:1 49:8 55:4
**watch** 17:2,10 22:20 23:3
23:5,6,8 25:6,14,15,18
26:2,3 27:19 29:15
30:15,16,18 32:2,4,5
34:12 46:3 47:8,12
48:12,23 49:2,22 50:3,6
50:10,22 51:9,11,22
52:10,13 53:4,4,13,20
53:22 54:3,6,6,8,15
55:18
**watch'** 24:16
**watch,'** 24:14,15
**watches** 23:20 30:9 31:25
32:6 50:9,13 59:12
**way** 39:12 46:24
**We'll** 64:6
**we're** 54:3,4 61:24
**We've** 32:22,23
**wearing** 54:17
**week** 14:9,25 15:9,12,14
15:16 18:24 45:2,5
**weekly** 13:10,10,11
**weight** 38:9
**well-being** 34:12,19,20
35:11,23 36:1,10,20
38:22 39:14,18 41:23
42:11 43:1 54:5
**went** 4:21 11:9,15 13:24
25:12 36:5 58:11,22
59:1
**weren't** 13:8 22:23 23:21
23:22
**Winberg** 1:24 65:3,20
**window** 40:3 41:5
**windows** 40:8,10
**Wing** 63:4
**withdrawal** 27:9,10 55:3,4
55:7 62:15,16,20
**witness** 3:17,19,21 20:15
31:8,12 36:18 51:5 52:8
59:21 60:18 62:3,23
64:9 65:4,6,13,14
**words** 29:19
**work** 4:15 10:10 11:23
20:20 30:12 58:13
**worked** 4:20 5:1 17:17

worker 22:11
working 16:8,9
wouldn't 18:7 31:2,8,17
  33:10 43:22 52:19 57:14
wrong 35:20

---
**X**
---

---
**Y**
---

yeah 4:21 6:14 10:19 12:3
  13:2 16:5 17:8,16 18:21
  22:12 24:6 25:19 26:9
  27:5,10 28:20 31:11
  32:19 36:2 37:25 41:5
  42:6,9,10 43:10,20
  44:21 45:13 46:21,22
  47:3 53:2 54:3 55:12,22
  56:1,2,22 61:19 63:21
  63:23
year 10:21 13:23 33:19
  45:9,10
years 4:7 5:9,21 14:6 24:4
  24:7,7 58:3
Yep 32:8 48:1 57:16 58:18

---
**Z**
---

---
**0**
---

---
**1**
---

1.5 57:21 58:3
1:27 64:13,14
12 18:24
12-week 4:14
12:12 1:12 3:5
12010 26:15
13 26:9
13880 1:15
14 61:22
14th 9:1
15 52:23 57:2
15-minute 24:13,14,16
  25:14,17 26:2 29:15
  30:9,14 32:2 48:23 50:3
  50:8,13,21 51:11,22
  52:10 53:3,12,20 54:3,5
  54:8
16 1:11 3:4 57:1,3,4,5,7
  66:7
16th 65:4
17 6:19 17:1 18:8,9 22:13
  23:10,10 55:17
18-cv-2301 1:2
18th 9:1
19 62:11,13
1988 4:17 5:2
1989 5:5

---
**2**
---

2 52:22
20 59:10
2003 43:7
2006 10:10 12:25 13:20
  14:19 43:8,14
2010 23:18 51:8
2013 10:14 43:7,8 57:13
2014 15:20
2015 4:12
2017 15:19 17:15 21:17
  25:13 49:6
2019 1:11 3:4 65:4,15 66:7
23rd 65:14
27 41:2
2800 2:15

29 24:9
2911 34:10

---
**3**
---

3 57:15
30 2:14 17:3,24,25 40:17
  58:13
30-minute 25:14 32:4
  34:20 53:3
30-plus 18:21
3000 2:5
333 2:4
37 41:2,4
3rd 56:7

---
**4**
---

4-64 67:2
40 15:9,12,14 30:23
43 63:5
46 24:3 46:12,15
48 34:16

---
**5**
---

5 49:6
51 47:4,7
55 4:7
55101 2:15
55330 1:15
55402 2:5
55438 2:10
57 42:25
5th 57:11 60:12

---
**6**
---

---
**7**
---

72-hour 33:15

---
**8**
---

8 18:24
89 5:5

---
**9**
---

9321 2:10

**Patrick Carr**
**9/16/2019**

**66**

STATE OF MINNESOTA )
: SS CERTIFICATE
COUNTY OF WASHINGTON)

I, PATRICK CARR, certify that I have read and examined the typewritten transcript of the video deposition taken of me in the matter of Lynas vs. Linda S. Stang, et al., on September 16, 2019, consisting of the preceding pages, and find the same to be true and correct (Except as follows):

Page Line Correction — Reason for Change

55:21 Check video for the word "TAG" I believe this is a typo.

Dated this 1st day of October

PATRICK CARR

[signature] 10/61/19

*CHRISTOPHER J. HANSEN*
*NOTARY PUBLIC - MINNESOTA*
*My Commission Expires Jan. 31, 2021*

**67**

EXAMINATION INDEX

By Mr. Bennett: 4-64

18 (Pages 66 to 67)

Doby Professional Reporting, Inc.
952-943-1587