# EXHIBIT 28

1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

--------------------------------------------------------

CIV. NO. 18-2301 (JRT/KMM)

David W. Lynas, as Trustee for the
next-of-kin of James C. Lynas,

       Plaintiff,

    vs.

Linda S. Stang, et al.,

       Defendants.

----------------------------------------------------

VIDEO DEPOSITION TRANSCRIPT OF

JENNIE THOMPSON

May 30, 2019

at

Caribou Coffee, St. Cloud West
4135 West Division Street
St. Cloud, MN 56301

Reporter:  Jane T. Doby
Registered Merit Reporter
Doby Professional Reporting, Inc.
DobyReporting.com
952.943.1587

2

1  APPEARANCES:
2    On Behalf of Plaintiff David W. Lynas:
3      Robert Bennett, Attorney at Law
       . rbennett@gaskinsbennett.com
4      Kathryn H. Bennett, Attorney at Law
       kbennett@gaskinsbennett.com
5    GASKINS, BENNETT & BIRRELL, LLP
     333 South Seventh Street
6    Suite 3000
     Minneapolis, MN 55402
7
     On Behalf of the Sherburne County Defendants:
8
     Jason M. Hiveley, Attorney at Law
9    jasonh@irc-law.com
     IVERSON REUVERS CONDON
10   9321 Ensign Avenue South
     Bloomington, MN 55438
11
     On Behalf of MEnD Defendants:
12
     Carolin J. Nearing, Attorney at Law
13   cnearing@larsonking.com
     LARSON KING, LLP
14   30 East Seventh Street
     Suite 2800
15   St. Paul, MN 55101
16
     Also Present:  Jayme Hogan, Envision Video
17
18  NOTE:  Pursuant to Minnesota Rule of Civil Procedure
       30.06, the original transcript will be
       delivered to Gaskins, Bennett & Birrell,
19     LLP, the noticing party.
20  NOTE:  No exhibits were marked for identification.
21
22
23
24
25

3

1           P R O C E E D I N G S
2        (The video deposition of JENNIE THOMPSON
3    was commenced at 11:23 a.m. as follows:)
4              JENNIE THOMPSON
5    called as a witness, being first duly sworn, was
6    examined and testified as follows:
7                   ***
8        VIDEOGRAPHER:  This is the video deposition
9    of Jennie Thompson.  Today's date is May 30th, 2019.
10   The time is approximately 11:23 a.m.
11       Would each attorney please state their
12   name, for the record.
13       MS. BENNETT:  Kathryn Bennett, for the
14   plaintiff.
15       MR. BENNETT:  Bob Bennett, for the
16   plaintiff.
17       MS. NEARING:  Carrie Nearing, for the MEnD
18   Defendants.
19       MR. HIVELEY:  Jason Hiveley, for the
20   Sherburne County Defendants.
21       VIDEOGRAPHER:  Thank you.
22       Would the court reporter please administer
23   the oath.
24       (Oath administered.)
25       THE WITNESS:  I do.

4

1              EXAMINATION
2   BY MS. BENNETT:
3       Q   My name is Kathryn Bennett.  And I we just
4   met, but I represent the plaintiff in this matter.
5   And I'm going to be asking you some questions today.
6       Have you ever had your deposition taken
7   before?
8       A   No.
9       Q   All right.  Just a few ground rules to make
10  it go a little smoother for the court reporter.
11      Let me finish my question before you
12  answer, and I'll try to give you the same courtesy.
13  Sound okay?
14      A   Uh-huh.  Yes.
15      Q   And then also, answer using the English
16  language.  Not uh-huhs, uh-uh, or head nods, so that
17  the court reporter --
18      A   Okay.
19      Q   -- can take down.  All right.
20      Where did you go to high school?
21      A   Coon Rapids Senior High.
22      Q   And did you graduate from Coon Rapids?
23      A   Yes.
24      Q   When?
25      A   1990.

5

1       Q   And where do you currently live?
2       A   Zimmerman.
3       Q   Did you receive any post-high school
4   education?
5       A   Yes.
6       Q   Can you walk us through that, please?
7       A   I went to Anoka-Ramsey Technical College
8   and got my CMA right after high school.  And then I
9   was a CMA for ten years.
10      Took ten years off.  Became a stay-at-home
11  mom and went to nursing school at that time.
12      And then became an RN in 2008.
13      Q   And where did you work as a CMA?
14      A   Camden Physicians in Maple Grove.
15      Q   And what were your job duties there?
16      A   Rooming patients, vital signs, labs.
17      Q   Anything to do with mental health there?
18      A   No.
19      Q   And where did you obtain your RN degree?
20      A   Anoka-Ramsey Community College.
21      Q   In 2008, you said?
22      A   Yes.
23      Q   And it looks like you obtained your license
24  in July of 2008.  Does that sound right?
25      A   Yes.

6

1    Q    Do you have any restrictions?
2    A    No.
3    Q    Have you ever been involved in any
4 disciplinary hearings?
5    A    No.
6    Q    And after obtaining your nursing degree,
7 can you walk us through where you've worked since
8 then?
9    A    The only place that I worked is Sherburne
10 County Jail.
11    Q    Did you work as an employee of Sherburne
12 County?
13    A    Correct.
14    Q    And what years was that?
15    A    Until MEnD took over.  From 2008 until MEnD
16 took over, but I can't remember what year that was.
17    Q    And were you absorbed by MEnD and offered
18 the same position --
19    A    Yes.  Yes.
20    MS. NEARING:  Make sure to let her finish
21 her question.
22    THE WITNESS:  Oh.  Sorry.
23 BY MS. BENNETT:
24    Q    And what position were you working in at
25 Sherburne County under Sherburne County?

7

1    A    An RN.
2    Q    And then that was the same position that
3 you were hired on by MEnD?
4    A    Correct.
5    Q    And at some point did you become a
6 supervisor?
7    A    Yes.
8    Q    When was that?
9    A    I can't remember the date.  I know it was
10 in December.
11    Q    Do you know what year?
12    A    I think it was December, two years ago.
13 Possibly.
14    Q    So 2017?
15    A    No.  I think it was before that.  2016,
16 maybe.
17    Q    And that's just your best guess?
18    A    That's my best guess.  Yes.
19    Q    And throughout your nursing education, can
20 you describe your experience with mental health?
21    A    We see patients and evaluate them using
22 different tools.
23    Q    Did you have any rotation in psychiatry or
24 any mental health --
25    A    I did.  Through nursing school.

8

1    Q    And where was that?
2    A    Five East at Mercy Hospital.
3    Q    And how long was that rotation?
4    A    I believe it was a semester of school.
5    Q    And was that all inpatient care, or can you
6 describe --
7    A    Yes.  It was inpatient care.
8    Q    And did you have any education or training
9 through nursing school in detoxification and
10 withdrawal care?
11    A    No.
12    Q    What about correctional medicine?
13    A    No.
14    Q    And during your rotation at Mercy, were you
15 doing suicide risk assessments?
16    A    No.
17    Q    Did you do mental health assessments?
18    A    It was more patient care.
19    Q    What do you mean by that?
20    A    Their mood for the day.  If they're going
21 out and being in the community -- well, they call it
22 the community.  As far as, like, interacting with
23 other individuals, going to therapies.
24    Q    And have you had or obtained any
25 certificates?

9

1    A    No.
2    Q    And you're not a public health nurse.  Are
3 you?
4    A    I have to take that back.  Yes.  CCHP.
5 Correctional -- I can't ever remember the name.
6 Correctional Health Care --
7    Q    And --
8    A    -- something.
9    Q    Sorry.
10    A    That's okay.
11    Q    Was it the advanced CCHP certification or a
12 specialty certification?
13    A    No.
14    Q    Just the regular one?
15    A    Yep.
16    Q    And you're not a public health nurse.  Are
17 you?
18    A    No.
19    Q    And you're not an advanced practice
20 registered nurse?
21    A    No.
22    Q    And you're not a qualified mental health
23 professional.  Are you?
24    A    Correct.
25    Q    And then did you know anything about MEnD

10

```
1   prior to you being hired on in -- I guess you don't
2   know exactly when that happened.
3       A   No.
4           Not of MEnD.  But I worked -- Dr. Leonard
5   started at Sherburne County.  And when I started at
6   Sherburne County he was the doctor there.  So I did
7   know Dr. Leonard.  But nothing with MEnD.
8       Q   And did Dr. Leonard leave and then come
9   back into Sherburne County with his company, MEnD?
10      A   Correct.
11      Q   Did you always see yourself in correctional
12  medicine?  Is that what you wanted to do?
13      A   After graduation, I had no idea what I
14  wanted to do.
15      Q   How was it that you ended up at Sherburne
16  County Jail?
17      A   My sister recommended that I apply to an RN
18  job that was in Washington County, because she
19  thought I would like it.  And I said that was too far
20  to drive from Zimmerman.
21          And then, like, two weeks later there was
22  an opening at Sherburne.  So I applied there, and
23  that's where I started working.
24      Q   And it was a better fit for driving-wise
25  and all of that for you?
```

11

```
1       A   It was a better fit for driving-wise.
2   Yeah.
3       Q   And what is your current title with MEnD?
4       A   Supervisory nurse.
5       Q   And did you hold that position in November
6   of 2017?
7       A   Possibly.  I think it was 2016 when I
8   became the nursing supervisor.
9       Q   Is that a full-time, salaried position?
10      A   Yes.
11      Q   How many hours do you work per week in that
12  position?
13      A   Well, we work 12-hour shifts.  So it
14  varies.
15      Q   And you're only at Sherburne County Jail?
16      A   Correct.
17      Q   How is the supervisory nurse different than
18  a regular RN, with MEnD?
19      A   I am responsible for holding meetings with
20  the staff; bringing up new and current issues;
21  guidance, as far as charting.
22      Q   And by "new and current issues," what did
23  you mean by that?
24      A   Like, if there's a new way that they want
25  to handle how something is being done.
```

12

```
1       Q   And these meetings with staff, are those a
2   regularly scheduled meeting?
3       A   No.
4       Q   So it's not like every Monday morning you
5   have a meeting with the staff.  Is that --
6       A   No.
7       Q   Are you still part of the team that
8   coordinates the care for the inmates of the
9   supervisory nurse?
10      A   What do you mean, "coordinate care"?
11      Q   So are you assessing patients still, in
12  your role as a supervisory nurse?
13      A   Yes.
14      Q   So you're seeing them and evaluating
15  inmates?
16      A   Yes.  Yes.
17      Q   And then, I take it, you're probably
18  talking and collaborating with other MEnD providers,
19  both RNs and medical providers?
20      A   Correct.
21      Q   Are you still with MEnD Correctional Care?
22      A   Yes.
23      Q   And when MEnD took over the health care at
24  Sherburne County, did everyone get hired on?
25      A   Everyone was offered a position, but not
```

13

```
1   all accepted.
2       Q   And when MEnD took over, who became the
3   medical director at Sherburne County Jail?
4       A   The medical director?
5       Q   Yes.
6       A   Dr. Leonard.
7       Q   And who was the medical provider in the
8   jail?
9       A   I cannot remember who it was.  We've had a
10  couple of different ones.
11      Q   Do you recall Crystal Waagmeester?
12      A   I never worked directly with her.
13      Q   Does that mean you may have interacted with
14  her, but was it while she was on call?
15      A   On the phone.  Yeah.  She was never at our
16  site as a provider.
17      Q   And you just don't remember the providers
18  that have worked there?
19      A   We've had a couple.  Yeah, I don't.
20      Q   You don't know who was there in November of
21  2017, and as you sit here today?
22      A   I don't -- who -- no, I don't.
23      Q   Who was the mental health provider in
24  November of 2017?
25      A   Michael Robertson.
```

14

```
1         Janell Hussein, I think, was the provider
2    at the time.  If I'm remembering --
3         MR. BENNETT:  Medical provider?
4         THE WITNESS:  The medical provider.  Yeah.
5    BY MS. BENNETT:
6         Q   And who was the nursing director?
7         A   Diana VanDerBeek.
8         Q   And how many people are under you as the
9    nursing supervisor?
10        A   Seven RNs, and then health techs.
11        Q   And they report directly to you?
12        A   The health -- the nurses do.  The health
13   techs, they have a lead shift supervisor that they
14   report to.  But they can also report to me.
15        Q   And who does the med pass?
16        A   The health techs.  RNs occasionally help.
17        Q   And was there any -- anyone from Sherburne
18   County that provided medical care in November of
19   2017, or had that all switched to MEnD?
20        A   That had all switched to MEnD.
21        Q   As the nursing supervisor, are you familiar
22   with the MEnD policies?
23        A   Yes.
24        Q   Do you receive training on that yearly?
25        A   I -- on the policies, specifically?
```

15

```
1         Q   Yeah.
2         A   No.
3         Q   What is the yearly training for?
4         A   There's several different, and I can't -- I
5    would have to see the training packets.  I know we
6    get a review of the policies and procedures every
7    year that we review and sign off on.  But there's no,
8    like, specific training for it.
9         Q   And who leads the training by MEnD?
10        A   Todd Anderson.
11        Q   What's his position?
12        A   Nursing director for -- what is that.
13   Training.  Training nursing director.
14        Q   And he's with MEnD?
15        A   Yes.
16        Q   Is the goal under MEnD's policy to provide
17   quality medical care to inmates from the time of
18   their admission to the time of their discharge?
19        A   Yes.
20        Q   And that would include evaluating inmates
21   for emotional and mental stability?
22        A   Yes.
23        Q   And you're attempting to discover any
24   mental illness as well.  Correct?
25        A   Correct.
```

16

```
1         Q   Can you describe the suicide prevention
2    plan under MEnD?
3         A   I'd have to see the -- I'd have to look
4    directly at the paperwork.
5         Q   So as you sit here today, you couldn't walk
6    through any of the protocols or anything?
7         A   I could, but I don't want to miss a step.
8         Q   Do you typically refer back to the
9    procedures and policies when you're dealing with
10   someone with mental illness?
11        A   Occasionally.
12        Q   What -- Exhibit 21.
13            Is that the suicide prevention plan?
14        A   Uh-huh.  Yes.
15        Q   And under that, any risk -- or any
16   perceived risk is to be treated as a valid threat.
17   Correct?
18        A   Correct.
19        Q   And then under the protocol for mental
20   health evaluations.  Does each inmate that comes into
21   the Sherburne County Jail receive a suicide risk
22   assessment?
23        A   No.
24        Q   When are those performed?
25        A   During the health assessment.  Unless we
```

17

```
1    believe that it needs to be done sooner.  It's kind
2    of a judgment.
3         Q   Does every inmate receive a full health
4    assessment?
5         A   No.
6         Q   Who, which inmates, would receive that?
7         A   Anyone that's there longer than 14 days.
8         Q   And if they were not there longer than 14
9    days, but still had a full health assessment, what
10   would that mean to you?
11        A   That they have more underlying factors;
12   either medical or mental health issues.
13        Q   So a full health assessment may be
14   initiated early if someone is exhibiting anxiety or
15   depression?
16        A   Correct.
17        Q   What about for chemical withdrawal issues?
18        A   Not necessarily.
19        Q   So more likely, if it's initiated before
20   that 14-day period, it's due to mental health issues?
21        A   Mental health or medical issues.
22        Q   And medical might be an ongoing chronic
23   illness or something like that?
24        A   Correct.
25        Q   Diabetes or something?
```

18

1      A   Congestive heart failure.  Yeah.  If
2  they're on a lot of meds.
3      Q   And as a jail nurse with MEnD, you're
4  trained how to use the forms, protocols and policies?
5      A   Correct.
6      Q   And are the nurses the people from MEnD who
7  are really interacting with the inmates or patients
8  on a more frequent basis?
9      A   Yes.  We see them and triage them.
10      Q   And would that be more than a medical
11  provider?
12          MS. NEARING:  Objection.  Calls for
13  speculation.
14      A   Yes.
15  BY MS. BENNETT:
16      Q   And more than the mental health provider?
17      A   Yes.
18      Q   So you're kind of the boots on the ground
19  in the jail for MEnD.  Is that fair?
20      A   Yes.
21      Q   And do you review information obtained
22  by -- as a nurse, review information obtained by
23  correctional officers?
24      A   Occasionally.
25      Q   And when would that be done?

19

1      A   Depending on the situation.
2      Q   Under what circumstances do you know that
3  to have been done?
4      A   If a patient's been on a mental health
5  watch; if they're reporting pain and we put them on
6  an activity watch; if they're eating; if they're not
7  eating, a food and liquid watch.
8      Q   As nurses, are you constantly monitoring
9  symptoms that have been expressed by inmates, both
10  medically or mental health-wise?
11      A   Yes.
12      Q   Because those symptoms can change over
13  time.  Right?
14      A   Correct.
15      Q   And in order to provide the quality care
16  that's the goal of MEnD, you need to be monitoring
17  them throughout their stay at the jail.  Is that
18  fair?
19      A   Yes.
20      Q   And would that include substance abuse
21  issues and withdrawal issues?
22      A   Correct.
23      Q   And mental health issues?
24      A   Correct.
25      Q   Do you see a large percentage of inmates

20

1  with substance abuse issues?
2      A   Yes.
3      Q   And have you seen patients go through
4  withdrawal?
5      A   Yes.
6      Q   Is it a painful thing to go through?
7          MS. NEARING:  Objection.  Foundation.
8      A   Pain is subjective to every individual.
9  So...
10  BY MS. BENNETT:
11      Q   Have you witnessed people that you know are
12  in withdrawal that are in pain?
13      A   Yes.
14      Q   Have you been taught, through your
15  education and training as a nurse, that withdrawal
16  can be a painful thing to go through?
17      A   Yes.
18      Q   And that's something that needs to be -- or
19  can be treated by MEnD staff for the inmates who are
20  going through that?
21      A   Yes.
22      Q   Do you see inmates who come and who have
23  been self-medicating for mental health issues?
24      A   Yes.
25      Q   Is that frequently seen in the jail

21

1  setting?
2      A   Yes.
3      Q   And one portion of an inmate's health that
4  you'd want to pay attention to would be mental health
5  instability and mental illness.  Correct?
6      A   Right.
7      Q   And do you see lot of that in the jail
8  setting as well?
9      A   Occasionally.
10      Q   And under -- well, at Sherburne County
11  Jail, does -- do the MEnD people work with the
12  Sherburne County jailers and jail staff in order to
13  observe inmates and do work together?
14      A   Yes.
15      Q   And why is that important?
16      A   The correctional officers are our eyes and
17  ears out in the housing units.
18      Q   And how is it that information is exchanged
19  between MEnD personnel and the county personnel?
20      A   Phone calls, logging in their ProPhoenix
21  and Guardian systems.
22      Q   And what are those?
23      A   ProPhoenix and Guardian are where the
24  individuals are, where they're housed, and no
25  contacts and such.

Doby Professional Reporting, Inc.
952-943-1587

**22**

1    Q    And then are they -- do you have their
2   emails and -- email addresses too?
3       A    For the officers?
4       Q    For county employees.
5       A    We have -- yeah.  Yes.
6       Q    So if someone is on a mental health watch,
7   would that be something that's conveyed to both MEnD
8   personnel and county personnel?
9       A    If someone is on a mental health watch?
10      Q    Yes.
11      A    Yes.  Yes.
12      Q    And can that be done by email?
13      A    We email the sergeants, and then they
14  distribute it out.  And then we call the housing
15  units and let them know who's on the watch.
16      Q    So you get it the county personnel that can
17  then disseminate it to those correctional officers --
18      A    Uh-huh.
19      Q    -- who would need to know?
20      A    Correct.
21      Q    And with regard to the detoxification
22  protocol with MEnD, it's my understanding, and
23  correct me if I'm wrong, that first a urine test is
24  done?
25      A    Correct.

**23**

1    Q    And then a chemical withdrawal
2   questionnaire is gone through with the inmate?
3       A    Uh-huh.  Correct.
4       Q    And then, if indicated, a chemical
5   withdrawal flow sheet will be started.  And then
6   they'll be checked in on every day until the scores
7   allow nursing staff to stop checking in on them?
8       A    Correct.
9       Q    And then with regard to the suicide
10  precaution plan, if a suicide risk assessment is
11  given, they're not -- they're not each given one.
12  Correct?  Each inmate does not automatically receive
13  a suicide risk assessment?
14      A    They do at their health assessment.
15      Q    And that's if they're there for longer than
16  14 days?
17      A    Yes.
18      Q    Or if otherwise indicated?
19      A    Yes.
20      Q    And then those risk assessment forms are
21  not automatically continued.  Correct?
22      A    Risk assessment forms.
23      Q    The suicide risk assessment forms?  They
24  don't just automatically keep happening each day?
25      A    No.

**24**

1    Q    It's only if indicated?
2       A    Only if indicated, and if they are in the
3   Kevlar gown in booking.
4       Q    And what would indicate that those need to
5   be continued?  So that if --
6       A    If they're in a Kevlar gown and they're in
7   booking, and they're on, like, a 15-minute mental
8   health watch.
9       Q    So if there's an altered mental status,
10  would that be one reason as well?
11      A    Possibly.
12      Q    I'll show you Exhibit 20.
13          Those are three suicide risk screening
14  forms for James Lynas from November of 2017.
15  Do you see that?
16      A    Yes.
17      Q    And at the top of those forms, it looks
18  like there's a few indications for screening.  Do you
19  see those?
20      A    Yes.
21      Q    And some of those include an abnormal
22  health assessment screen.  Do you see that?
23      A    Yes.
24      Q    And then the BDI score of greater than 40?
25  Is that right?

**25**

1       A    Yes.
2       Q    And that -- the "BDI" means Beck Depression
3   Inventory.  Correct?
4       A    Correct.
5       Q    And why are those used?
6       A    To screen for their thoughts of suicide.
7       Q    And are they an important indicator to you
8   as a nurse of MEnD?
9       A    They can be.
10      Q    And that's one indicator for a suicide risk
11  screening form to be used by MEnD.  Correct?
12      A    For what?
13      Q    A BDI score of greater than 40.
14      A    Yes.
15      Q    Is an individual that's experiencing both
16  painful withdrawal symptoms and mental health issues
17  put on both of those protocols?  A withdrawal
18  protocol and a -- the suicide prevention plan
19  protocol?
20      A    Possibly.
21      Q    Do you know if that was true for James
22  Lynas?
23      A    I do not know.
24      Q    And we're here today because of the suicide
25  of James Lynas that occurred on November 9th, 2017,

Doby Professional Reporting, Inc.
952-943-1587

## 26

1 at the jail. Do you understand that?
2     A  Yes.
3     Q  Did you have any interaction with James
4 Lynas prior to November of 2017?
5     A  Prior to November of 2017?
6     Q  Yes.
7     A  Possibly.
8     Q  As you sit here today, do you recall any of
9 those possible prior interactions?
10     A  Nope. No.
11     Q  Showing you Exhibit 25. And that's a
12 November 2017 flow sheet for James Lynas. Correct?
13     A  Correct.
14     Q  And your writing appears on that form.
15 Correct?
16     A  Correct.
17     Q  And can you read through your first note
18 for James Lynas?
19     A  11/2/17. Reports nausea and diarrhea.
20 Reports being able to keep -- eat and keep down
21 dinner last night. No -- no reporting. Only slept
22 two hours last night. Will recheck him tomorrow.
23     Q  And then what score did he receive?
24     A  A --
25     Q  From you.

## 27

1     A  A 7.
2     Q  Is it concerning to you that he reported
3 only sleeping two hours?
4     A  No.
5     Q  Why not?
6     A  That's typical when people first get in
7 jail.
8     Q  And do you know what day he had arrived at
9 the jail?
10     A  Right now? No.
11     Q  And then do you have another note on that
12 same exhibit?
13     A  Yes.
14     Q  Can you walk us through that?
15     A  Like --
16     Q  Can you read through it?
17     A  Oh. Okay.
18        11/3. Patient reports that he did not
19 sleep very well because he had stomach pain. He
20 reports he has last -- his last bout of diarrhea was
21 last night after dinner. Patient denies any other
22 symptoms. Follow-up again tomorrow.
23     Q  And what score did you give him there?
24     A  A 6.
25     Q  And was a medical provider contacted on

## 28

1 either of those days that you saw James Lynas?
2     A  Nope.
3     Q  Why not?
4     A  Because the only thing that was evaluated
5 that was a -- his vitals were perfect. He was
6 reporting a little bit of eating disturbance and
7 sleep issues. Other than that, he was stable. And
8 it's not unusual to have these scores.
9     Q  And on that same day, November 3rd, did you
10 complete the initial health assessment for James
11 Lynas?
12     A  I would have to see the form. I believe
13 so.
14        Yes.
15        (Discussion held off the record.)
16 BY MS. BENNETT:
17     Q  So Exhibit 19 is the health assessment you
18 completed for James Lynas. Correct?
19     A  Correct.
20     Q  And that's his initial health assessment?
21     A  Correct.
22     Q  Why did that occur on November 3rd?
23     A  I cannot give you a direct answer on that.
24 My guess would be because that I was seeing him also
25 for his chem assessment that day.

## 29

1     Q  Do you know that he arrived at Sherburne
2 County on November 1st?
3     A  Off the top of my head, no.
4     Q  Do you know that he was a transfer from
5 Anoka?
6     A  It says on his health assessment form.
7     Q  In your writing?
8     A  Yep.
9     Q  So you knew that at the time?
10     A  Yes.
11     Q  And, typically, these wouldn't be done
12 prior to 14 days into the inmate's stay. Right?
13     A  They can be done at any time between the
14 first and 14th day. We have until day 14 to do them.
15     Q  Okay. So any time between day -- the start
16 date and day 14 is acceptable to complete the initial
17 health assessment?
18     A  Correct.
19     Q  On the second page of Exhibit 19, you note
20 that he had a mental health diagnosis. Correct?
21     A  Correct.
22     Q  Of depression and anxiety?
23     A  Correct.
24     Q  And also ADD?
25     A  Correct.

**30**

1     Q   And that he had suicidal ideation?
2     **A   Yes.**
3     Q   And you note, "Yes.  Last night when
4  stomach hurt"?
5     **A   Correct.**
6     Q   And when you checked "yes" for suicidal
7  ideation, did you mean that he had that continuing
8  ideation?
9     **A   No.**
10    Q   How would we know that?
11    **A   "Had thoughts of self-harm."**
12        Because it's in my note at the bottom of
13  **the page.  "Patient denies any thoughts of self-harm**
14  **now."**
15    Q   So he was just having thoughts of self-harm
16  the night before?
17    **A   Correct.  Because his stomach hurt.**
18    Q   And that he had -- you also noted that he
19  had a history of chemical dependency?
20    **A   Correct.**
21    Q   And heroin use?
22    **A   Correct.**
23    Q   And then the nursing assessment there's
24  a handwritten note by you, that you were just
25  referring to, and it explains more about the burning

**31**

1  feeling in his stomach, and then that pain from last
2  night caused him to have the thoughts of self-harm.
3  Right?
4    **A   Correct.**
5    Q   And then it says, "Patient started on
6  mental health process."
7    **A   Correct.**
8    Q   What does that mean?
9    **A   They -- it's a two-process thing for mental**
10  **health.  We give them the Beck Depression Inventory,**
11  **and we explain how they are to fill it out.  And then**
12  **we are -- we explain the second step that they will**
13  **get once they have completed the Beck Depression**
14  **Inventory and have turned it in.**
15    Q   And was that your decision, to give him the
16  Beck Depression Inventory?
17    **A   I asked him if he would want to start the**
18  **mental health process.**
19    Q   So it's the inmate's decision to start the
20  mental health process?
21    **A   Correct.**
22    Q   Why?
23    **A   Because it's their medical care.  It's up**
24  **to them.  They have a right to refuse care.**
25    Q   If someone is in need of urgent medical

**32**

1  care, you as an RN with MEnD would make sure that
2  that occurred.  Right?
3    **A   Correct.**
4    Q   And then it goes on, your note, nursing
5  assessment note goes on to say, "Reviewed above with
6  mental health," and then it continues.  Can you read
7  that portion or do you know what it is that you
8  wrote?
9    **A   "Reviewed above with mental health.  Follow**
10  **up in the clinic as needed."**
11    Q   And then your signature?
12    **A   Yes.**
13    Q   And who did you review this with from
14  mental health?
15    **A   Michael Roberts.  Robertson.**
16    Q   How do you know that you did that with him?
17    **A   He was our only mental health provider at**
18  **the time.**
19    Q   So just by way of him being the only one,
20  it had to have been him?  Or do you have a --
21    **A   Correct.**
22    Q   -- specific recollection?
23    **A   I don't have a specific recollection.**
24    Q   And there's nothing written down that it
25  was specifically him.  Correct?

**33**

1    **A   Correct.**
2    Q   Do you know if he appears in any of James
3  Lynas' records?
4    **A   No.  I do not.**
5    Q   And who is the -- so then, again, you
6  signed your nursing assessment.  Correct?  At the
7  narrative portion?
8    **A   Correct.**
9    Q   And then you, again, signed for the nurse,
10  print and signature, and dated it 11/3/17.  Right?
11    **A   Correct.**
12    Q   And then someone else signed in the medical
13  provider signature?
14    **A   Correct.**
15    Q   And that's dated, I believe, 11/6?
16    **A   Correct.**
17    Q   Whose signature is that?
18    **A   I believe it's Janell Mehlhoff's.  Or**
19  **Janell Hussein, now.**
20    Q   Are you sure on that?
21    **A   Not 100 percent.  But that would be my**
22  **guess.**
23    Q   Do you know if she ever saw James Lynas?
24    **A   No.  I do not know.**
25    Q   Or does she typically just review your or

34

1   the RN's health assessment and sign off on it?
2     **A  She typically reviews and signs off.**
3     **(Sotto voce communication between**
4  **plaintiff's counsel.)**
5  BY MS. BENNETT:
6     Q  Showing you Exhibit 13. And there's a few
7  emails within this. I just have to find...
8     The email from Michael Robertson, sent on
9  Monday, December 10, 2018, to Diana VanDerBeek. Do
10  you see that?
11     **A  Yes.**
12     Q  And then it -- the subject is, "Brian Frank
13  called 4:15 wanting to get background on two patients
14  today."
15     Did I read that right?
16     **A  Yes.**
17     Q  And if you flip to the next page. 12101,
18  which from other emails in this same exhibit --
19     MR. BENNETT: No, no. 12 -- you read it
20  wrong.
21  BY MS. BENNETT:
22     Q  12010. Sorry.
23     Do you see that?
24     **A  Yes.**
25     Q  And we've been told that that's James Lynas

35

1   and his inmate number. And it's -- do you know that
2  to be true?
3     **A  I'd have to see his booking sheet.**
4     Q  I think even on your health assessment it's
5  the same number.
6     Is that right?
7     **A  Yes.**
8     Q  And it says: Regarding dates of 11/5/17,
9  it was not a case I was ever involved in, but relayed
10  that patient was placed on mental health watch 15 --
11  or MHW15 -- due to high BDI and risk factors when
12  nursing met with him about this and consulted with
13  medical provider.
14     Do you see that?
15     **A  Yes.**
16     Q  And that's, again, Michael Robertson, his
17  signature block at the end of this email. Right?
18     **A  Yes.**
19     Q  So it appears he was never involved with
20  James Lynas. Is that what that email means?
21     **A  That's what he's saying.**
22     **(Sotto voce communication between**
23  **plaintiff's counsel.)**
24  BY MS. BENNETT:
25     Q  Showing you Exhibit 20, which -- back to

36

1   James Lynas's suicide risk screening form. And you
2  filled out one for him. Correct?
3     **A  Correct.**
4     Q  And what date did that occur on?
5     **A  It appears that it's on the 6th. However,**
6  **I don't believe I saw him on the 6th.**
7     Q  So why would the date say the 6th if you
8  never saw him then?
9     **A  Error.**
10     Q  And it looks like it was actually kind of
11  drawn over to be turned into the 6th. Do you agree
12  with that?
13     **A  Correct.**
14     Q  Do you know what day it was originally
15  written?
16     **A  11/3.**
17     Q  And is that the date you actually saw him?
18     **A  Yes.**
19     Q  So why was it changed to be a later day?
20     **A  I don't know.**
21     Q  When was that change made?
22     **A  I don't know.**
23     Q  Did you make that change?
24     **A  Not that I know of.**
25     Q  So someone else altered a form that you in

37

1   fact had done on November 3rd?
2     MS. NEARING: Objection. Misstating the
3  testimony.
4     **A  Possibly.**
5  BY MS. BENNETT:
6     Q  Well, if it wasn't you and it's changed,
7  would that lead you to believe that someone else did
8  it?
9     **A  I don't remember changing it.**
10     Q  And you checked that the indication for
11  this screening was "abnormal health assessment
12  screen," which is what you performed and we just went
13  through on the -- on November 3rd. Right?
14     **A  Correct.**
15     Q  And you noted that he had no specific time?
16  Or no time specified. Sorry. Is that correct?
17     **A  Correct.**
18     Q  Does that mean he had a plan but didn't
19  have a time?
20     **A  No.**
21     Q  What does that mean, to you?
22     **A  When I read, I read every single one of**
23  **these to them and ask them which one best describes**
24  **them. And that is what he chose.**
25     Q  Did you ask any follow-up questions as to

### 38

1   what that meant to him?
2       A   No, I did not.
3       Q   Did you do any follow-up questions with
4   regard to any of the circles on this sheet?
5       A   Just asked him if he wanted to do the
6   mental health process.
7       Q   And he apparently said yes?  And you did,
8   in fact, started him on that process?
9       A   Correct.
10      Q   Do you know when he finished the Beck
11  Depression Inventory?
12      A   I do not.
13      Q   Did you give James Lynas any medication
14  during his stay at the jail in November of 2017?
15      A   Maalox.
16      Q   And why were -- why did you give him that?
17      A   For his stomach.
18      Q   And that was part of his withdrawal
19  symptoms?
20      A   Or his upset stomach.
21      Q   You just don't know which -- what the cause
22  behind his stomach being upset was?
23      A   Correct.
24      Q   Do you know if Dr. Leonard ever saw James
25  Lynas?

### 39

1       A   I do not know.
2       Q   Did you have any conversations with
3   Dr. Leonard regarding James Lynas?
4       A   Just that I was being sued.
5       Q   When did you talk to him?
6       A   The day after I got served.
7       Q   So you talked to him about being sued, but
8   not about the inmate who committed suicide at the
9   jail?
10      A   Correct.
11      Q   Do you know if Crystal Waagmeester ever saw
12  James Lynas?
13      A   Not that I know of.  Because she's not,
14  typically, a provider at our facility.
15      Q   Did you talk to her at all?
16      A   No.
17      Q   Do you know her?
18      A   No.
19      Q   And I believe you stated this, but just to
20  be clear:  You don't have any recollection, as you
21  sit here today, talking specifically to Michael
22  Robertson regarding James Lynas?
23      A   It's common practice to review certain
24  things with the mental health provider, so that would
25  have -- he would have been the one that I reviewed it

### 40

1   with.
2       Q   But as you sit here today, you don't have
3   any specific recollection of actually doing that?
4       A   No.  It was two years ago.
5       Q   And, in fact, his email says it didn't
6   happen.  Right?
7       A   Apparently.
8       Q   Did you talk to any correctional officers
9   regarding James Lynas after he committed suicide?
10      A   No.
11      Q   Did you talk to anyone about him committing
12  suicide?
13      A   No.
14      Q   Did you attend a debriefing regarding the
15  suicide?
16      A   Yes.
17      Q   Were there two?
18      A   I believe so.
19      Q   Did you attend both?
20      A   No.
21      Q   Which one did you attend?
22      A   The one that was held on a Sunday.  I don't
23  know what they called it.
24      Q   And who led that debriefing?
25      A   Two outside individuals.

### 41

1       Q   And how was that offered to you or made
2   available to you?
3       A   Through the jail.
4       Q   Who else was present at the debriefing that
5   you attended?
6       A   Alyssa and Linda Stang.
7       Q   Are those the only individuals that you
8   recall being there?
9       A   Those were the only individuals, besides
10  the two head people.
11      Q   So three people from Sherburne County, --
12      A   Correct.
13      Q   -- the jail, attended the debriefing that
14  you were at?
15      A   Correct.
16      Q   Do you know if anyone else went to the
17  other debriefings?
18      A   I have no idea.
19      MS. BENNETT:  Did you ever -- I have no
20  further questions.
21      (Sotto voce communication between
22  plaintiff's counsel.)
23  BY MS. BENNETT:
24      Q   Is serious depression a serious medical
25  need?

11 (Pages 38 to 41)

42

1    A   Yes.
2    Q   And is a score of 43 on the Beck Depression
3  Inventory severe depression?
4        MS. NEARING: Objection. Foundation.
5    A   Yes.
6  BY MS. BENNETT:
7    Q   Have you scored Beck Depression Inventories
8  during your time with MEnD?
9    A   Yes.
10   Q   Did you use Beck Depression Inventories
11 as -- as a Sherburne County --
12   A   No.
13   Q   Is -- and is the scale for Beck Depression
14 Inventory scoring available to you at the jail?
15   A   Say that again. Ask me that again.
16   Q   Is the scoring scale for the Beck
17 Depression Inventory --
18   A   Oh.
19   Q   -- available to you?
20   A   Yes.
21   Q   So you know the different categories and
22 what the scores mean --
23   A   Yes.
24   Q   -- through that scale?
25       MS. BENNETT: That's all the questions I

44

1  deposition. It is 12:14 p.m.
2        (The video deposition of JENNIE THOMPSON was
3  concluded at 12:14 p.m.)

43

1  have.
2        MR. HIVELEY: No questions.
3        MS. NEARING: I have a question.
4        EXAMINATION
5  BY MS. NEARING:
6    Q   I want to clarify something.
7        The Exhibit 20, which is the suicide risk
8  screening form and the assessment that you did with
9  the date that is unclear. Can we correlate this to
10 being done on the date that you saw Mr. Lynas on
11 November 3rd?
12   A   Yes.
13   Q   And how can we do that?
14   A   The score is in the box.
15   Q   And what are you -- are you referring
16 to a --
17   A   The score in Exhibit 19, right next to the
18 mental health diagnosis, suicide ideation, past
19 suicide, there's a box and the score is 16, which is
20 exactly the same score that he got on the suicide
21 risk form.
22       MS. NEARING: Okay. Thank you.
23 All right. We'll read and sign.
24       MR. BENNETT: Thanks.
25       VIDEOGRAPHER: This concludes the

45

1
2              REPORTER'S CERTIFICATE
3
4       I, Jane T. Doby, Registered Merit Reporter, a
   Notary Public in and for the County of Hennepin,
5  State of Minnesota, certify that the foregoing is
   a true record of the testimony given by JENNIE
6  THOMPSON, who was first duly sworn by me, having been
   taken on May 30, 2019, at Caribou Coffee, St. Cloud
7  West, 4135 West Division Street, St. Cloud, Minnesota,
   in my presence and reduced to writing in accordance
8  with my stenographic and computerized notes made at
   said time and place;
9
        I further certify that I am not a
10 relative or employee or attorney or counsel of any
   of the parties or a relative or employee of such
11 attorney or counsel
12      That I am not financially interested in
   the action and have no contract with the parties,
13 attorneys, or persons with an interest in the
   action that affects or has a substantial tendency
14 to affect my impartiality;
15      That the cost of the original has been
   charged to the party who noticed the deposition,
16 and that all parties who ordered copies have been
   charged at the same rate for such copies;
17
18      That the witness DID request an opportunity to
   review the transcript.
19
        WITNESS MY HAND AND SEAL this 5th day of
20 June, 2019.
21
22                         Jane T. Doby
23                      Jane T. Doby
                         Registered Merit Reporter
                         Notary Public
24                       Hennepin County, Minnesota
25

46

1         E R R A T A  S H E E T
2         I, JENNIE THOMPSON, certify that I have read
3  and examined the typewritten transcript of the
4  deposition taken of me in the matter of David W. Lynas,
5  Trustee for the next-of-kin of James C. Lynas vs. LINDA
6  S. STANG, ET AL., on May 30, 2019, consisting of the
7  preceding pages, and find the same to be true and
8  correct.
9        (Except as follows):
10                      Reason
    Page  Line  Correction         for Change
11 _____ _____ _____ _____
12 _____ _____ _____ _____
13 _____ _____ _____ _____
14 _____ _____ _____ _____
15 _____ _____ _____ _____
16 _____ _____ _____ _____
17 _____ _____ _____ _____
18 _____ _____ _____ _____
19 _____ _____ _____ _____
20 _____ _____ _____ _____
21 _____ _____ _____ _____
22
23    Dated this _____ day of _____
24        _____
       JENNIE THOMPSON
25

47

1        EXAMINATION INDEX
2  By Ms. Bennett:  4-42
3  By Ms. Nearing:  43
4  ---------------------------------------------------------
5         EXHIBIT INDEX
6
  Exhibit 13:  Email communications (various)
7  reviewed                34
8  Exhibit 19:  MEnD Health Assessment form, 11/3/17
  reviewed             28,43
9
  Exhibit 20:  Suicide Risk Screening forms
10 reviewed            24,36,43
11 Exhibit 21:  Nursing Policy/Procedure:  Suicide
        Prevention/Evaluation
12 reviewed                16
13 Exhibit 25:  Flow Sheet - Chemical Withdrawal form,
        11/1/17
14 reviewed                26
15
16
17
18
19
20
21
22
23
24
25

13 (Pages 46 to 47)

## A

a.m 3:3,10
able 26:20
abnormal 24:21 37:11
absorbed 6:17
abuse 19:20 20:1
acceptable 29:16
accepted 13:1
action 45:12,13
activity 19:6
ADD 29:24
addresses 22:2
administer 3:22
administered 3:24
admission 15:18
advanced 9:11,19
affect 45:14
ago 7:12 40:4
agree 36:11
al 1:8 46:6
allow 23:7
altered 24:9 36:25
Alyssa 41:6
Anderson 15:10
Anoka 29:5
Anoka-Ramsey 5:7,20
answer 4:12,15 28:23
anxiety 17:14 29:22
apparently 38:7 40:7
APPEARANCES 2:1
appears 26:14 33:2 35:19
36:5
applied 10:22
apply 10:17
approximately 3:10
arrived 27:8 29:1
asked 31:17 38:5
asking 4:5
assessing 12:11
assessment 16:22,25
17:4,9,13 23:10,13,14
23:20,22,23 24:22 28:10
28:17,20,25 29:6,17
30:23 32:5 33:6 34:1
35:4 37:11 43:8 47:8
assessments 8:15,17
attempting 15:23
attend 40:14,19,21
attended 41:5,13
attention 21:4
attorney 2:3,4,8,12 3:11
45:10,11
attorneys 45:13
automatically 23:12,21,24
available 41:2 42:14,19
Avenue 2:10

## B

back 9:4 10:9 16:8 35:25
background 34:13
basis 18:8
BDI 24:24 25:2,13 35:11
Beck 25:2 31:10,13,16
38:10 42:2,7,10,13,16
Behalf 2:2,7,11
believe 8:4 17:1 28:12
33:15,18 36:6 37:7
39:19 40:18
Bennett 2:3,4,5,18 3:13,13
3:15,15 4:2,3 6:23 14:3
14:5,18 15:20 10:20 28:16
34:5,19,21 35:24 37:5
41:19,23 42:6,25 43:24
47:2
best 7:17,18 37:23

better 10:24 11:1
Birrell 2:5,18
bit 28:6
block 35:17
Bloomington 2:10
Bob 3:15
booking 24:3,7 35:3
books 18:18
bottom 30:12
bout 27:20
box 43:14,19
Brian 34:12
bringing 11:20
burning 30:25

## C

C 1:5 3:1 46:5
call 8:21 13:14 22:14
called 3:5 34:13 40:23
calls 18:12 21:20
Camden 5:14
care 8:5,7,10,18 9:6 12:8
12:10,21,23 14:18 15:17
19:15 31:23,24 32:1
Caribou 1:16 45:6
Carolin 2:12
Carrie 3:17
case 35:9
categories 42:21
cause 38:21
caused 31:2
CCHP 9:4,11
certain 39:23
CERTIFICATE 45:2
certificates 8:25
certification 9:11,12
certify 45:5,9 46:2
change 19:12 36:21,23
46:10
changed 36:19 37:6
changing 37:9
charged 45:15,16
charting 11:21
checked 23:6 30:6 37:10
checking 2:7
chem 28:25
chemical 17:17 23:1,4
30:19 47:13
chose 37:24
chronic 17:22
circles 38:4
circumstances 19:2
CIV 1:4
Civil 2:17
clarify 43:6
clear 39:20
clinic 32:10
Cloud 1:16,17 45:6,7
CMA 5:8,9,13
cnearing@larsonking.c...
2:13
Coffee 1:16 45:6
collaborating 12:18
College 5:7,20
come 10:8 20:22
comes 16:20
commenced 3:3
committed 39:8 40:9
committing 40:11
common 39:23
communication 34:3
35:22 41:21
communications 47:6
community 5:20 8:21,22
company 10:9
complete 28:10 29:16

completed 28:18 31:13
computerized 45:8
concerning 27:2
concluded 44:3
concludes 43:25
CONDON 2:9
Congestive 18:1
consisting 46:6
constantly 19:8
consulted 35:12
contacted 27:25
contacts 21:25
continued 23:21 24:5
continues 32:6
continuing 30:7
contract 45:12
conversations 39:2
conveyed 22:7
Coon 4:21,22
coordinate 12:10
coordinates 12:8
copies 45:16,16
correct 6:13 7:4 9:24
10:10 11:16 12:20 15:24
15:25 16:17,18 17:16,24
18:5 19:14,22,24 21:5
22:20,23,25 23:8,13,22
23:21 25:3,4,11 26:12
26:13,15,16 28:18,19,21
29:18,20,21,23,25 30:5
30:17,20,22 31:4,7,21
32:3,21,25 33:1,6,8,11
33:14,16 36:2,3,13
37:14,16,17 38:9,23
39:10 41:12,15 46:8
Correction 46:10
correctional 8:12 9:5,6
10:11 12:21 18:23 21:16
22:17 40:8
correlate 43:9
cost 45:15
counsel 34:4 35:23 41:22
45:10,11
county 2:7 3:20 6:10,12
6:25,25 10:5,6,9,16,18
11:15 12:24 13:3 14:18
16:21 21:10,12,19 22:4
22:8,16 29:2 41:11
42:11 45:4,24
couple 13:10,19
court 1:1 3:22 4:10,17
courtesy 4:12
Crystal 13:11 39:11
current 11:3,20,22
currently 5:1

## D

D 3:1
date 3:9 7:9 29:16 36:4,7
36:17 43:9,10
dated 33:10,15 46:23
dates 35:8
David 1:5 2:2 46:4
day 8:20 23:6,24 27:8 28:9
28:25 29:14,14,15,16
36:14,19 39:6 45:19
46:23
days 17:7,9 23:16 28:1
29:12
dealing 16:9
debriefing 40:14,24 41:4
41:13
debriefings 41:17
December 7:10,12 34:9
decision 31:15,19
Defendants 1:9 2:7,11

3:18,20
degree 5:19 6:6
delivered 2:18
denies 27:21 30:13
dependency 30:19
Depending 19:1
deposition 1:11 3:2,8 4:6
44:1,2 45:15 46:4
depression 17:15 25:2
29:22 31:10,13,16 38:11
41:24 42:2,3,7,10,13,17
describe 7:20 8:6 16:1
describes 37:23
detoxification 8:9 22:21
Diabetes 17:25
diagnosis 29:20 43:18
Diana 14:7 34:9
diarrhea 26:19 27:20
different 7:22 11:17 13:10
15:4 42:21
dinner 26:21 27:21
direct 28:23
directly 13:12 14:11 16:4
director 13:3,4 14:6 15:12
15:13
discharge 15:18
disciplinary 6:4
discover 15:23
Discussion 28:15
disseminate 22:17
distribute 22:14
DISTRICT 1:1,2
disturbance 28:6
Division 1:16 45:7
Doby 1:23,24 45:4,22
DobyReporting.com 1:24
doctor 10:6
doing 8:15 40:3
Dr 10:4,7,8 13:6 38:24
43:3
drawn 36:11
drive 10:20
driving-wise 10:24 11:1
due 17:20 35:11
duly 3:5 45:6
duties 5:15

## E

E 3:1,1 46:1,1,1
early 17:14
ears 21:17
East 2:14 8:2
eat 26:20
eating 19:6,7 28:6
education 5:4 7:19 8:8
20:15
either 17:12 28:1
email 22:2,12,13 34:8
35:17,20 40:5 47:6
emails 22:2 34:7,18
emotional 15:21
employee 6:11 45:10,10
employees 22:4
ended 10:15
English 4:15
Ensign 2:10
Envision 2:16
Error 36:9
et 1:8 46:6
evaluate 7:21
evaluated 28:4
evaluating 12:14 15:20
evaluations 16:20
exactly 10:12 43:20
EXAMINATION 4:1 43:4
47:1

examined 3:6 46:3
exchanged 21:18
exhibit 16:12 24:12 26:11
27:12 28:17 29:19 34:6
34:18 35:25 43:7,17
47:5,6,8,9,11,13
exhibiting 17:14
exhibits 2:20
experience 7:20
experiencing 25:15
explain 31:11,12
explains 30:25
expressed 19:9
eyes 21:16

## F

facility 39:14
fact 37:1 38:8 40:5
factors 17:11 35:11
failure 18:1
fair 18:19 19:18
familiar 14:21
far 8:22 10:19 11:21
feeling 31:1
fill 31:11
filled 36:2
financially 45:12
find 34:7 46:7
finish 4:11 6:20
finished 38:10
first 3:5 22:23 26:17 27:6
29:14 45:6
fit 10:24 11:1
Five 8:2
flip 34:17
flow 23:5 26:12 47:13
Follow 32:9
follow-up 27:22 37:25
38:3
follows 3:3,6 46:9
food 19:7
foregoing 45:5
form 25:11 26:14 28:12
29:6 36:1,25 43:8,21
47:8,13
forms 18:4 23:20,22,23
24:14,17 47:9
Foundation 20:7 42:4
Frank 34:12
frequent 18:8
frequently 20:25
full 17:3,9,13
full-time 11:9
further 41:20 45:9

## G

G 3:1
Gaskins 2:5,18
give 4:12 27:23 28:23
31:10,15 38:13,16
given 23:11,11 45:5
go 4:10,20 20:3,6,16
goal 15:16 19:16
goes 32:4,5
going 4:5 8:20,23 20:20
gown 24:3,6
graduate 4:22
graduation 10:13
greater 24:24 25:13
ground 4:9 18:18
Grove 5:14
Guardian 21:21,23
guess 7:17,18 10:1 28:24
33:22
guidance 11:21

**H**

H 2:4 46:1
HAND 45:19
handle 11:25
handwritten 30:24
happen 40:6
happened 10:2
happening 23:24
head 4:16 29:3 41:10
health 5:17 7:20,24 8:17
9:2,6,16,22 12:23 13:23
14:10,12,12,16 16:20,25
17:3,9,12,13,20,21
18:16 19:4,23 20:23
21:3,4 22:6,9 23:14 24:8
24:22 25:16 28:10,17,20
29:6,17,20 31:6,10,18
31:20 32:6,9,14,17 34:1
35:4,10 37:11 38:6
39:24 43:18 47:8
health-wise 19:10
hearings 6:4
heart 18:1
held 28:15 40:22
help 14:16
Hennepin 45:4,24
heroin 30:21
high 4:20,21 5:8 35:11
hired 7:3 10:1 12:24
history 30:19
Hiveley 2:8 3:19,19 43:2
Hogan 2:16
hold 11:5
holding 11:19
Hospital 8:2
hours 11:11 26:22 27:3
housed 21:24
housing 21:17 22:14
hurt 30:4,17
Hussein 14:1 33:19

**I**

idea 10:13 41:18
ideation 30:1,7,8 43:18
identification 2:20
illness 15:24 16:10 17:23
21:5
impartiality 45:14
important 21:15 25:7
include 15:20 19:20 24:21
INDEX 47:1,5
indicate 24:4
indicated 23:4,18 24:1,2
indication 37:10
indications 24:18
indicator 25:7,10
individual 20:8 25:15
individuals 8:23 21:24
40:25 41:7,9
information 18:21,22
21:18
initial 28:10,20 29:16
initiated 17:14,19
inmate 16:20 17:3 23:2,12
35:1 39:8
inmate's 21:3 29:12 31:19
inmates 12:8,15 15:17,20
17:6 18:7 19:9,25 20:19
20:22 21:13
inpatient 8:5,7
instability 21:5
interacted 13:13
interacting 8:22 18:7
interaction 26:3
interactions 26:9

interest 45:13
interested 45:12
Inventories 42:7,10
Inventory 25:3 31:10,14
31:16 38:11 42:3,14,17
involved 6:3 35:9,19
issues 11:20,22 17:12,17
17:20,21 19:21,21,23
20:1,23 25:16 28:7
IVERSON 2:9

**J**

J 2:12
jail 6:10 10:16 11:15 13:3
13:8 16:21 18:3,19
19:17 20:25 21:7,11,12
26:1 27:7,9 38:14 39:9
41:3,13 42:14
jailers 21:12
James 1:5 24:14 25:21,25
26:3,12,18 28:1,10,18
33:2,23 34:25 35:20
36:1 38:13,24 39:3,12
39:22 40:9 46:5
Jane 1:23 45:4,22
Janell 14:1 33:18,19
Jason 2:8 3:19
jasonh@irc-law.com 2:9
Jayme 2:16
Jennie 1:13 3:2,4,9 44:2
45:5 46:2,24
job 5:15 10:18
JRT/KMM 1:4
judgment 17:2
July 5:24
June 45:20

**K**

Kathryn 2:4 3:13 4:3
kbennett@gaskinsben...
2:4
keep 23:24 26:20,20
Kevlar 24:3,6
kind 17:1 18:18 36:10
KING 2:13
knew 29:9
know 7:9,11 9:25 10:2,7
13:20 15:5 19:2 20:11
22:15,19 25:21,23 27:8
29:1,4 30:10 32:7,16
33:2,23,24 35:1 36:14
36:20,22,24 38:10,21,24
39:1,11,13,17 40:23
41:16 42:21

**L**

labs 5:16
language 4:16
large 19:25
LARSON 2:13
Law 2:3,4,8,12
lead 14:13 37:7
leads 15:9
leave 10:8
led 40:24
Leonard 10:4,7,8 13:6
38:24 39:3
license 5:23
Linda 1:8 41:6 46:5
Line 46:10
liquid 19:7
little 4:10 28:6
live 5:1
LLP 2:5,13,19
logging 21:20

long 8:3
longer 17:7,8 23:15
look 16:3
looks 5:23 24:17 36:10
lot 18:2 21:7
Lynas 1:5,5 2:2 24:14
25:22,25 26:4,12,18
28:1,11,18 33:23 34:25
35:20 38:13,25 39:3,12
39:22 40:9 43:10 46:4,5
Lynas' 33:3
Lynas's 36:1

**M**

M 2:8
Maalox 38:15
Maple 5:14
marked 2:20
matter 4:4 46:4
mean 8:19 11:23 12:10
13:13 17:10 30:7 31:8
37:18,21 42:22
means 25:2 35:20
meant 38:1
med 14:15
medical 12:19 13:3,4,7
14:3,4,18 15:17 17:12
17:21,22 18:10 27:25
31:23,25 33:12 35:13
41:24
medically 19:10
medication 38:13
medicine 8:12 10:12
meds 18:2
meeting 12:2,5
meetings 11:19 12:1
Mehlhoff's 33:18
MEnD 2:11 3:17 6:15,15
6:17 7:3 9:25 10:4,7,9
11:3,18 12:18,21,23
13:2 14:19,20,22 15:9
15:14 16:2 18:3,6,19
19:16 20:19 21:11,19
22:7,22 25:8,11 32:1
42:8 47:8
MEnD's 15:16
mental 5:17 7:20,24 8:17
9:22 13:23 15:21,24
16:10,19 17:12,20,21
18:16 19:4,10,23 20:23
21:4,5 22:6,9 24:7,9
25:16 29:20 31:6,9,18
31:20 32:6,9,14,17
35:10 38:6 39:24 43:18
Mercy 8:2,14
Merit 1:23 45:4,23
met 4:4 35:12
MHW15 35:11
Michael 13:25 32:15 34:8
35:16 39:21
Minneapolis 2:13
Minnesota 1:2 2:17 45:5,7
45:24
Misstating 37:2
MN 1:17 2:6,10,15
mom 5:11
Monday 12:4 34:9
monitoring 19:8,16
mood 8:20
morning 12:4

**N**

N 3:1
name 3:12 4:3 9:5
narrative 33:7

nausea 26:19
Nearing 2:12 3:17,17 6:20
18:12 20:7 37:2 42:4
43:3,5,22 47:3
necessarily 17:18
need 19:16 22:19 24:4
31:25 41:25
needed 32:10
needs 17:1 20:18
never 13:12,15 35:19 36:8
new 11:20,22,24
next-of-kin 1:5 46:5
night 26:21,22 27:21 30:3
30:16 31:2
nods 4:16
Nope 26:10 28:2
Notary 45:4,23
note 2:17,20 26:17 27:11
29:19 30:3,12,24 32:4,5
noted 30:18 37:15
notes 45:8
noticed 45:15
noticing 2:19
November 11:5 13:20,24
14:18 24:14 25:25 26:4
26:5,12 28:9,22 29:2
37:1,13 38:14 43:11
number 35:1,5
nurse 9:2,16,20 11:4,17
12:9,12 18:3,22 20:15
25:8 33:9
nurses 14:12 18:6 19:8
nursing 5:11 6:6 7:19,25
8:9 11:8 14:6,9,21 15:12
15:13 23:7 30:23 32:4
33:6 35:12 47:11

**O**

O 3:1
oath 3:23,24
Objection 18:12 20:7 37:2
42:4
observe 21:13
obtain 5:19
obtained 5:23 8:24 18:21
18:22
obtaining 6:6
occasionally 14:16 16:11
18:24 21:9
occur 28:22 36:4
occurred 25:25 32:2
offered 6:17 12:25 41:1
officers 18:23 21:16 22:3
22:17 40:8
Oh 6:22 27:17 42:18
okay 4:13,18 9:10 27:17
29:15 43:22
once 31:13
ones 13:10
ongoing 17:22
opening 10:22
opportunity 45:18
order 19:15 21:12
ordered 45:16
original 2:18 45:15
originally 36:14
outside 40:25

**P**

P 3:1
p.m 44:1,3
packets 15:5
page 29:19 30:13 34:17
46:10
pages 46:7

pain 19:5 20:8,12 27:19
31:1
painful 20:6,16 25:16
paperwork 16:4
part 12:7 38:18
parties 45:10,12,16
party 2:19 45:15
pass 14:15
patient 8:18 27:18,21
30:13 31:5 35:10
patient's 19:4
patients 5:16 7:21 12:11
18:7 20:3 34:13
Paul 2:15
pay 21:4
people 14:8 18:6 20:11
21:11 27:6 41:10,11
perceived 16:16
percent 33:21
percentage 19:25
perfect 28:5
performed 16:24 37:12
period 17:20
personnel 21:19,19 22:8,8
22:16
persons 45:13
phone 13:15 21:20
Physicians 5:14
place 6:9 45:8
placed 35:10
plaintiff 1:6 2:2 3:14,16
4:1
plaintiff's 34:4 35:23
plan 16:2,13 23:10 25:18
37:18
please 3:11,22 5:6
point 7:5
policies 14:22,25 15:6
16:9 18:4
policy 15:16
Policy/Procedure 47:11
portion 21:3 32:7 33:7
position 6:18,24 7:2 11:5
11:9,12 12:25 15:11
possible 26:9
Possibly 7:13 11:7 24:11
25:20 26:7 37:4
post-high 5:3
practice 9:19 39:23
precaution 23:10
preceding 46:7
presence 45:7
present 2:16 41:4
prevention 16:1,13 25:18
Prevention/Evaluation
47:11
print 33:10
prior 10:1 26:4,5,9 29:12
probably 12:17
Procedure 2:17
procedures 15:6 16:9
process 31:6,18,20 38:6,8
professional 1:24 9:23
ProPhoenix 21:20,23
protocol 16:19 22:22
25:18,19
protocols 16:6 18:4 25:17
provide 15:16 19:15
provided 14:16
provider 13:7,16,23 14:1
14:3,4 18:11,16 27:25
32:17 33:13 35:13 39:14
39:24
providers 12:18,19 13:17
psychiatry 7:23

public 9:2,16 45:4,23
Pursuant 2:17
put 19:5 25:17

**Q**

qualified 9:22
quality 15:17 19:15
question 4:11 6:21 43:3
questionnaire 23:2
questions 4:5 37:25 38:3
41:20 42:25 43:2

**R**

R 3:1 46:1,1
Rapids 4:21,22
rate 45:16
rbennett@gaskinsbenn...
2:3
read 26:17 27:16 32:6
34:15,19 37:22,22 43:23
46:2
really 18:7
reason 24:10 46:10
recall 13:11 26:8 41:8
receive 5:3 14:24 16:21
17:3,6 23:12 26:23
recheck 26:22
recollection 32:22,23
39:20 40:3
recommended 10:17
record 3:12 28:15 45:5
records 33:3
reduced 45:7
refer 16:8
referring 30:25 43:15
refuse 31:24
regard 22:21 23:9 38:4
regarding 35:8 39:3,22
40:9,14
registered 1:23 9:20 45:4
45:23
regular 9:14 11:18
regularly 12:2
relative 45:10,10
relayed 35:9
remember 6:16 7:9 9:5
13:9,17 37:9
remembering 14:2
report 14:11,14,14
reported 27:2
reporter 1:23,23 3:22 4:10
4:17 45:4,23
REPORTER'S 45:2
reporting 1:24 19:5 26:21
28:6
reports 26:19,20 27:18,20
represent 4:4
request 45:18
responsible 11:19
restrictions 6:1
REUVERS 2:9
review 15:6,7 18:21,22
32:13 33:25 39:23 45:18
47:7,8,10,12,14
reviews 34:2
right 4:9,19 5:8,24 19:13
21:6 24:25 27:10 29:12
31:3,24 32:2 33:10
34:15 35:6,17 37:13
40:6 43:17,23
risk 8:15 16:15,16,21
23:10,13,20,22,23 24:13
25:10 35:11 36:1 43:7
43:21 47:9

RN 5:12,19 7:1 10:17
11:18 32:1
RN's 34:1
RNs 12:19 14:10,16
Robert 2:3
Roberts 32:15
Robertson 13:25 32:15
34:8 35:16 39:22
role 12:12
Rooming 5:16
rotation 7:23 8:3,14
Rule 2:17
rules 4:9

**S**

S 1:8 3:1 46:1,6
salaried 11:9
saw 28:1 33:23 36:6,8,17
38:24 39:11 43:10
saying 35:21
says 29:6 31:5 35:8 40:5
scale 42:13,16,24
scheduled 12:2
school 4:20 5:3,8,11 7:25
8:4,9
score 24:24 25:13 26:23
27:23 42:2 43:14,17,19
43:20
scored 42:7
scores 23:6 28:8 42:22
scoring 42:14,16
screen 24:22 25:6 37:12
screening 24:13,18 25:11
36:1 37:11 43:8 47:9
SEAL 45:19
second 29:19 31:12
see 7:21 10:11 15:5 16:3
18:9 19:25 20:22 21:7
24:15,19,22 28:12 34:10
34:23 35:3,14
seeing 12:14 28:24
seen 20:3,25
self-harm 30:11,13,15
31:2
self-medicating 20:23
semester 8:4
Senior 4:21
sent 34:8
sergeants 22:13
serious 41:24,24
served 39:6
setting 21:1,8
Seven 14:10
Seventh 2:5,14
severe 42:3
sheet 25:16 26:12 35:3 38:4
47:13
Sherburne 2:7 3:20 6:9,11
6:25,25 10:5,6,9,15,22
11:15 12:24 13:3 14:17
16:21 21:10,12 29:1
41:11 42:11
shift 14:13
shifts 11:13
show 24:12
Showing 26:11 34:6 35:25
sign 15:7 34:1 43:23
signature 32:11 33:10,13
33:17 35:17
signed 33:6,9,12
signs 5:16 34:2
single 37:2
sister 10:17
sit 13:21 16:5 26:8 39:21
40:2
site 13:16

situation 19:1
sleep 27:19 28:7
sleeping 27:3
slept 26:21
smoother 4:10
sooner 17:1
Sorry 6:22 9:9 34:22 37:16
Sotto 34:3 35:22 41:21
sound 4:13 5:24
South 2:5,10
specialty 9:12
specific 15:8 32:22,23
37:15 40:3
specifically 14:25 32:25
39:21
specified 37:16
speculation 18:13
St 1:16,17 2:15 45:6,7
stability 15:21
stable 28:7
staff 11:20 12:1,5 20:19
21:12 23:7
Stang 1:8 41:6 46:6
start 29:15 31:17,19
started 10:5,5,23 23:5
31:5 38:8
state 3:11 45:5
stated 39:19
STATES 1:1
status 24:9
stay 19:17 29:12 38:14
stay-at-home 5:10
stenographic 45:8
step 16:7 31:12
stomach 27:19 30:4,17
31:1 38:17,20,22
stop 23:7
Street 1:16 2:5,14 45:7
subject 34:12
subjective 20:8
substance 19:20 20:1
substantial 45:13
sued 39:4,7
suicidal 30:1,6
suicide 8:15 16:1,13,21
23:9,10,13,23 24:13
25:6,10,18,24 36:1 39:8
40:9,12,15 43:7,18,19
43:20 47:9,11
Suite 2:6,14
Sunday 40:22
supervisor 7:6 11:8 14:9
14:13,21
supervisory 11:4,17 12:9
12:12
sure 6:20 32:1 33:20
switched 14:19,20
sworn 3:5 45:6
symptoms 19:9,12 25:16
27:22 38:19
systems 21:21

**T**

T 1:23 45:4,22 46:1,1
take 4:19 9:4 12:7
taken 4:6 45:6 46:4
talk 39:5,15 40:8,11
talked 39:7
talking 12:18 39:21
taught 20:14
team 12:7
Technical 5:7
techs 14:10,13,16
ten 5:9,10
tendency 45:13
test 22:23

testified 3:6
testimony 37:3 45:5
Thank 3:21 43:22
Thanks 43:24
therapies 8:23
thing 20:6,16 28:4 31:9
things 39:24
think 7:12,15 11:7 14:1
35:4
Thompson 1:13 3:2,4,9
44:2 45:6 46:2,24
thought 10:19
thoughts 25:6 30:11,13
30:15 31:12
threat 16:16
three 24:13 41:11
time 3:10 5:11 14:2 15:17
15:18 19:13 29:9,13,15
32:18 37:15,16,19 42:8
45:8
title 11:3
today 4:5 13:21 16:5
25:24 26:8 34:14 39:21
40:2
Today's 3:9
Todd 15:10
told 34:25
tomorrow 26:22 27:22
tools 7:22
top 24:17 29:3
trained 18:4
training 8:8 14:24 15:3,5,8
15:9,13,13 20:15
transcript 1:11 2:18 45:18
46:3
transfer 29:4
treated 16:16 20:19
triage 18:9
true 25:21 35:2 45:5 46:7
Trustee 1:5 46:5
try 4:12
turned 31:14 36:11
two 7:12 10:21 26:22 27:3
34:13 40:4,17,25 41:10
two-process 31:9
typewritten 46:3
typical 27:6
typically 16:8 29:11 33:25
34:2 39:14

**U**

Uh-huh 4:14 16:14 22:18
23:3
uh-huhs 4:16
uh-uh 4:16
unclear 43:9
underlying 17:11
understand 26:1
understanding 22:22
UNITED 1:1
units 21:17 22:15
unusual 28:8
upset 38:20,22
urgent 31:25
urine 22:23
use 18:4 30:21 42:10

**V**

valid 16:16
VanDerBeek 14:7 34:9
various 11:14
various 47:6
video 1:11 2:16 3:2,8 44:2
VIDEOGRAPHER 3:8,21
43:25

vital 5:16
vitals 28:5
voce 34:3 35:22 41:21
vs 1:7 46:5

**W**

W 1:5 2:2 46:4
Waagmeester 13:11 39:11
walk 5:6 6:7 16:5 27:14
want 11:24 16:7 21:4
31:17 43:6
wanted 10:12,14 38:5
wanting 34:13
Washington 10:18
wasn't 37:6
watch 19:5,6,7 22:6,9,15
24:8 35:10
way 11:24 32:19
We'll 43:23
we're 25:24
we've 13:9,19 34:25
week 11:11
weeks 10:21
went 5:7,11 37:12 41:16
West 1:16,16 45:7,7
withdrawal 8:10 17:17
19:21 20:4,12,15 23:1,5
25:16,17 38:18 47:13
witness 3:5,25 6:22 14:4
45:18,19
witnessed 20:11
work 5:13 6:11 11:11,13
21:11,13
worked 6:7,9 10:4 13:12
13:18
working 6:24 10:23
wouldn't 29:11
writing 26:14 29:7 45:7
written 32:24 36:15
wrong 22:23 34:20
wrote 32:8

**X**

**Y**

yeah 11:2 13:15,19 14:4
15:1 18:1 22:5
year 6:16 7:11 15:7
years 5:9,10 6:14 7:12
40:4
Yep 9:15 29:8

**Z**

Zimmerman 5:2 10:20

**0**

**1**

10 34:9
100 33:21
11/1/17 47:13
11/2/17 26:19
11/3 27:18 36:16
11/3/17 33:10 47:8
11/5/17 35:8
11/6 33:15
11:23 3:3,10
12 34:19
12-hour 11:13
12:14 44:1,3
12010 34:22
12101 34:17
13 34:6 47:6

**14** 17:7,8 23:16 29:12,14
   29:16
**14-day** 17:20
**14th** 29:14
**15** 35:10
**15-minute** 24:7
**16** 43:19 47:12
**18-2301** 1:4
**19** 28:17 29:19 43:17 47:8
**1990** 4:25
**1st** 29:2

**2**

**20** 24:12 35:25 43:7 47:9
**2008** 5:12,21,24 6:15
**2016** 7:15 11:7
**2017** 7:14 11:6 13:21,24
   14:19 24:14 25:25 26:4
   26:5,12 38:14
**2018** 34:9
**2019** 1:14 3:9 45:6,20 46:6
**21** 16:12 47:11
**24,36,43** 47:10
**25** 26:11 47:13
**26** 47:14
**28,43** 47:8
**2800** 2:14

**3**

**30** 1:14 2:14 45:6 46:6
**30.06** 2:18
**3000** 2:6
**30th** 3:9
**333** 2:5
**34** 47:7
**3rd** 28:9,22 37:1,13 43:11

**4**

**4-42** 47:2
**4:15** 34:13
**40** 24:24 25:13
**4135** 1:16 45:7
**43** 42:2 47:3

**5**

**55101** 2:15
**55402** 2:6
**55438** 2:10
**56301** 1:17
**5th** 45:19

**6**

**6** 27:24
**6th** 36:5,6,7,11

**7**

**7** 27:1

**8**

**9**

**9321** 2:10
**952.943.1587** 1:25
**9th** 25:25