# EXHIBIT 38



EXHIBIT 25 5.29.19



## Flow Sheet - Chemical Withdrawal

Inmate Name: Lynas, James  DOB: 10/10/86  ID: 12010
Allergies: NKDA  Health Assessment Completion Date: _____

| See Scoring Guide On Back | Time/Date 2300 / 11/1/17 | Time/Date 0700 / 11-2-17 | Time/Date 10:30 / 11-3-17 | Time/Date |
|---|---|---|---|---|
| Eating Disturbances | 0 | 2 | 2 | 0 |
| Tremor | 0 | 0 | 0 | 0 |
| Sleep Issues | 0 | 4 | 4 | 4 |
| Orientation | 0 | 0 | 0 | 0 |
| Hallucinations | 0 | 0 | 0 | 0 |
| Communications | 0 | 0 | 0 | 0 |
| Agitation | 0 | 1 | 0 | 0 |
| Sweating | 0 | 0 | 0 | 0 |
| Temperature | 98.4  0 | 97.5  0 | 97.9  0 | 98.2  0 |
| Pulse | 94  2 | 77  0 | 74  0 | 78  0 |
| Blood Pressure | 112/82  0 | 121/68  0 | 113/73  0 | 124/81  0 |
| Total Score (A score of 10 or more contact MD for further orders.) | 2 | 7 | 6 | 4 |
| Medical Provider Contacted? | NO | NO | NO | NO |
| Assessor's Signature | AK 4321 | JT 4323 | JT 4323 | BZ, RN 4354 |

Note: Every scoring requires a nursing note below with date & signature.

Follow-Up Plan/Miscellaneous: 11/1/17 pt denied any sleeping or eating disturbances. Pt reported having cold sweats for withdrawal symptoms, but denied any history of seizures. Pt was oriented x3; pt had dry & natural colored skin, no sweating noted. No tremor noted w/ hands & tongue extended. RN to see pt tomorrow. —AK 4321

11-2-17. Reports Nausea & diarrhea. Reports being able to eat and keep down dinner last night. Pt reporting only slept 2 hours last night. Will recheck chem tomorrow. JThomps RN

11-3-17. Patient reports that he did not sleep very well because he had stomach pain. He reports his last bout of diarrhea was last night after dinner. Patient denies any other symptoms. Follow up again tomorrow. JThomps RN

11-4-17 Patient reports eating all of his supper drink. No N,V,D. No tremor noted. Reports sleep issues and only sleeping 20 min intervals. AOx3. Denies hallucinations. Held conversation with clear speech. Calm and cooperative. Skin warm and dry. Chem flow sheet d/c due to 4 scores under 10 in 4 days. —BZ, RN.

Flow Sheet Chemical Withdrawal      Version 1      Copyright © 2017 MEnD Correctional Care, PLLC

EXHIBIT B