# EXHIBIT 43

# Beck Depression Inventory

MEND
CORRECTIONAL CARE

Inmate Name: James Lynas  DOB: 10/10/86  ID: 12010  Date Initiated: _____

Please check the box that best matches you or your feelings most of the time.

**$2̶ 2** — 1.
- [ ] I do not feel sad.
- [ ] I feel sad.
- [x] I am sad all the time and I can't snap out of it.
- [ ] I am so sad and unhappy that I can't stand it.

**3 4** — 2.
- [ ] I am not particularly discouraged about the future.
- [ ] I feel discouraged about the future.
- [ ] I feel I have nothing to look forward to.
- [x] I feel the future is hopeless and that things cannot improve.

**2 3̶** — 3.
- [ ] I do not feel like a failure.
- [ ] I feel like I have failed more than the average person.
- [x] As I look back on my life, all I can see is a lot of failures.
- [ ] I feel I am a complete failure as a person.

**3 4** — 4.
- [ ] I get as much satisfaction out of things that I used to.
- [ ] I don't enjoy things the way I used to.
- [ ] I don't get real satisfaction out of anything anymore.
- [x] I am dissatisfied or bored with everything.

**3 4** — 5.
- [ ] I don't feel particularly guilty.
- [ ] I feel guilty a good part of the time.
- [ ] I feel quite guilty most of the time.
- [x] I feel guilty all of the time.

**3 4** — 6.
- [ ] I don't feel I am being punished.
- [ ] I feel I may be punished.
- [ ] I expect to be punished.
- [x] I feel I am being punished.

**2 3̶** — 7.
- [ ] I don't feel disappointed in myself.
- [ ] I am disappointed in myself.
- [x] I am disgusted with myself.
- [ ] I hate myself.

**3 4** — 8.
- [ ] I don't feel I am any worse than anybody else.
- [ ] I am critical of myself for my weaknesses or mistakes.
- [ ] I blame myself all the time for my faults.
- [x] I blame myself for everything bad that happens to me.

**1** — 9.
- [ ] I don't have any thoughts of killing myself.
- [x] I have thoughts of killing myself, but I would not carry them out.
- [ ] I would like to kill myself.
- [ ] I would kill myself if I had the chance.

**2** — 10.
- [ ] I don't cry any more than usual.
- [ ] I cry more than I used to.
- [x] I cry all the time now.
- [ ] I used to be able to cry, but now I can't cry even though I want to.

Depression Packet 1 – Beck Depression Inventory Inmate 2          Version 1          Copyright © 2017 MEnD Correctional Care, PLLC



EXHIBIT
27
5.30.19
PENGAD 800-631-6989

EXHIBIT B

| | | |
|---|---|---|
| 2 | 11. | ☐ I am no more irritated by things than I ever was.<br>☐ I am slightly more irritated now than usual.<br>☒ I am quite annoyed or irritated a good deal of the time.<br>☐ I feel irritated all the time. |
| 2 | 12. | ☐ I have no lost interest in other people.<br>☐ I am less interested in other people than I used to be.<br>☒ I have lost most of my interest in other people.<br>☐ I have lost all of my interest in other people. |
| 3 | 13. | ☐ I make decisions about as well as I ever could.<br>☐ I put off making decisions more than I used to.<br>☐ I have greater difficulty in making decisions more than I used to.<br>☒ I can't make decisions at all anymore. |
| 2 | 14. | ☐ I don't feel that I look any worse than I used to.<br>☐ I am worried that I am looking old or unattractive.<br>☒ I feel that there are permanent changes in my appearance that make me look unattractive.<br>☐ I believe that I look ugly. |
| 2 | 15. | ☐ I can work about as well as before.<br>☐ It takes an extra effort to get started at doing something.<br>☒ I have to push myself very hard to do anything.<br>☐ I can't do any work at all. |
| 3 | 16. | ☐ I can sleep as well as usual.<br>☐ I don't sleep as well as I used to.<br>☐ I wake up 1-2 hours earlier than usual and find it hard to get back to sleep.<br>☒ I wake up several hours earlier than I used to and cannot get back to sleep. |
| 1 | 17. | ☐ I don't get more tired than usual.<br>☒ I get tired more easily than I used to.<br>☐ I get tired from doing almost anything.<br>☐ I am too tired to do anything. |
| | 18. | ☒ My appetite is no worse than usual.<br>☐ My appetite is not as good as it used to be.<br>☐ My appetite is much worse now.<br>☐ I have no appetite at all anymore. |
| | 19. | ☒ I haven't lost much weight, if any, lately.<br>☐ I have lost more than five pounds.<br>☐ I have lost more than ten pounds.<br>☐ I have lost more than fifteen pounds. |
| 2 | 20. | ☐ I am no more worried about my health than usual.<br>☐ I am worried about physical problems such as aches, pains, upset stomach, or constipation.<br>☒ I am very worried about my physical problems and it is hard to think of much else.<br>☐ I am so worried about my physical problems that I cannot think about anything else. |
| 2 | 21. | ☐ I have not noticed any recent change in my interest in sex.<br>☐ I am less interested in sex than I used to be.<br>☒ I have almost no interest in sex.<br>☐ I have lost interest in sex completely. |

Inmate Name: Sans Lyngs    DOB: 10-10-86    ID: 012010

Score: 43                    ☒ Step 2 sent to inmate
Scorer's Signature: alyssa lff, RN          Date: 11/5/17

Depression Packet 1 – Beck Depression Inventory Inmate 2          Version 1          Copyright © 2017 MEnD Correctional Care, PLLC