# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID W. LYNAS, *as Trustee for the next-of-kin of James C. Lynas*, | Case No. 0:18-cv-02301-JRT-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| LINDA S. STANG, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing. ECF No. 101. The Joint Motion seeks continued sealing of documents filed under temporary seal in connection with the Sherburne County Defendants' Motion for Summary Judgment, ECF No. 60, and the MEnD Defendants' Motion for Summary Judgment, ECF No. 75. The parties agree that five exhibits submitted in connection with these motions should remain sealed. These include three exhibits containing personal identifiers for a minor child, one exhibit containing medical or mental health data regarding other inmates, and one exhibit containing information classified as Law Enforcement Sensitive by the Department of Homeland Security. The parties also agree that one exhibit containing Mr. James Lynas' medical and mental health records may be unsealed because the plaintiff has put such information into dispute and the records implicate the merits of the case.

Based on the Court's review of the documents at issue and the governing legal standard, *IDT Corp. v. eBay*, 709 F.3d 1220 (8th Cir. 2013), the Joint Motion, **ECF No. 101**, is **GRANTED**. **The Clerk of Court is directed to unseal the document at docket entry 79**. Further, **the Clerk of Court is directed to keep the documents at the following docket entries**

**under seal: 65, 67, 69, 91, 95**.

    **IT IS SO ORDERED**.

Date: June 2, 2020

                                                     *s/Katherine Menendez*
                                                     Katherine Menendez
                                                     United States Magistrate Judge