## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David W. Lynas, et al., | COURT MINUTES – CIVIL |
| | BEFORE: KATE MENENDEZ |
| Plaintiff(s), | U.S. MAGISTRATE JUDGE |
| v. | Case No: 18-cv-2301-JRT-KMM |
| | Date: 11/18/20 |
| Linda S. Stang, et al., | Courtroom: Zoom Videoconference |
| | Recording: n/a |
| Defendant(s). | Time Commenced: 9:00 a.m. |
| | Time Concluded: 4:03 p.m. |
| | Time in Court: 7 Hours & 3 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

### APPEARANCES:

Plaintiff:           Kathryn H. Bennett, Robert Bennett
Def. Sherburne:      Jason M. Hively
Def. MEnD:           Anthony J. Novak

### PROCEEDINGS:

The Court held a settlement conference. The case settled as to the Sherburne County defendants, but not as to the other defendants.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk