# EXHIBIT A

Filed in Tenth Judicial
District Court

STATE OF MINNESOTA    DISTRICT COURT

COUNTY OF SHERBURNE    TENTH JUDICIAL DISTRICT

Boettcher, Erin (Sherburne Court Administration)
Dec 21 2017 4:24 PM

Case No. 71-CV-17-1414

In the Matter of the Appointment of a
Trustee for the Next of Kin of
James C. Lynas, Decedent.

**ORDER**

The foregoing Petition having been duly considered,

IT IS HEREBY ORDERED that, upon the filing of an oath pursuant to Minnesota Statute § 358.06 and of a bond in the amount of $-0- approved by the Court, David W. Lynas shall be appointed trustee to maintain the action described in said Petition.

BY THE COURT:

Date:___December 21___, 2017

*Brianne Buccicone* Buccicone, Brianne (Judge)
2017.12.21 13:09:38 -06'00'

Judge of District Court