# EXHIBIT B

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David W. Lynas, as Trustee for the next-of-kin of
James C. Lynas,

                     Plaintiff,

v.

Linda S. Stang, *et al.*,

                     Defendants.

Civ. No. 18-2301 (JRT/KMM)

**DECLARATION AND CONSENT OF SHARRON A. LYNAS**

I, Sharron A. Lynas, do hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    I make this Declaration and Consent in support of David W. Lynas's Petition for Approval of Settlement Distribution in the above-captioned matter.

2.    I am James Lynas's grandmother.

3.    I have reviewed David W. Lynas's Petition for Approval of Settlement Distribution and consent to the distribution of proceeds described there.

4.    I waive any right I may have to attend a court hearing on the issue to distributing the proceeds of the settlement detailed in the Petition for Approval of Settlement Distribution. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12-16-20

David W. Lynas, as power of attorney for
Sharron A. Lynas

91138599.1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David W. Lynas, as Trustee for the next-of-kin of
James C. Lynas,

                  Plaintiff,

v.

Linda S. Stang, *et al.*,

                  Defendants.

Civ. No. 18-2301 (JRT/KMM)

**DECLARATION AND
CONSENT OF CHARITY
ANNE BROWN f/k/a
SHAFFER**

I, Charity Anne Brown f/k/a Shaffer, do hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I make this Declaration and Consent in support of David W. Lynas's Petition for Approval of Settlement Distribution in the above-captioned matter.

2.      I am James Lynas's half-sister.

3.      I have reviewed David W. Lynas's Petition for Approval of Settlement Distribution and consent to the distribution of proceeds described there.

4.      I waive any right I may have to attend a court hearing on the issue to distributing the proceeds of the settlement detailed in the Petition for Approval of Settlement Distribution. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/2020

_____
Charity Anne Brown f/k/a Shaffer

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David W. Lynas, as Trustee for the next-of kin of
James C. Lynas,

Civ. No. 18-2301 (JRT/KMM)

Plaintiff,

v.

**DECLARATION AND
CONSENT OF JERI ANN
HOLMBERG**

Linda S. Stang, *et al.*,

Defendants.

I, Jeri Ann Holmberg, do hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1.   I make this Declaration and Consent in support of David W. Lynas's Petition for Approval of Distribution in the above-captioned matter.

2.   I am James Lynas's mother.

3.   I have reviewed David W. Lynas's Petition for Approval of Distribution and consent to the distribution of proceeds described there.

4.   I waive any right I may have to attend a court hearing on the issue to distributing the proceeds of the settlement detailed in the Petition for Approval of Distribution. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/20

Jeri Ann Holmberg

91138581.1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David W. Lynas, as Trustee for the next-of-kin of
James C. Lynas,

                 Plaintiff,

v.

Linda S. Stang, *et al.*,

                 Defendants.

Civ. No. 18-2301 (JRT/KMM)

**DECLARATION AND
CONSENT OF N▇▇▇M.
L▇▇▇**

    I, N▇▇▇M. L▇▇▇ do hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

    1.    I make this Declaration and Consent in support of David W. Lynas's Petition for Approval of Distribution in the above-captioned matter.

    2.    I am James Lynas's daughter.

    3.    I have reviewed David W. Lynas's Petition for Approval of Distribution and consent to the distribution of proceeds described there.

    4.    I waive any right I may have to attend a court hearing on the issue to distributing the proceeds of the settlement detailed in the Petition for Approval of Distribution. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/2020

Nicole Schaaf, as the parent and natural
guardian of N▇▇▇M. L▇▇▇

011384861