UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| David W. Lynas, as Trustee for the next-of kin of James C. Lynas, | Civ. No. 18-2301 (JRT/KMM) |
| Plaintiff, | |
| v. | |
| Linda S. Stang, *et al.*, | |
| Defendants. | |

_____

**STATEMENT OF NON-OPPOSITION**

Defendants Linda S. Stang, Michael Wise, and Sherburne County, by and through their undersigned counsel, hereby state that they have reviewed Plaintiff's Petition for Approval of Settlement Distribution (Dkt. No. 123) in this matter and do not oppose the relief requested therein.

Date:  January 5, 2021          s/Jason M. Hiveley
                                Jason M. Hiveley, #311546
                                Stephanie A. Angolkar, #388336
                                IVERSON REUVERS
                                9321 Ensign Avenue South
                                Bloomington, MN 55438
                                Telephone: 952-548-7200
                                jasonh@iversonlaw.com
                                stephanie@iversonlaw.com

                                *Attorneys for Defendants Linda S. Stang, Michael Wise and Sherburne County*

91157948.1