UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| David W. Lynas, as Trustee for the next-of kin of James C. Lynas, | Civ. No. 18-2301 (JRT/KMM) |
| Plaintiff, | |
| v. | |
| Linda S. Stang, *et al.*, | |
| Defendants. | |

_____

## STATEMENT OF NO POSITION

The remaining MEnD Defendants in this case, Michael Robertson, PsyD, and MEnD Correctional Care, PLLC, by and through their undersigned counsel, have reviewed Plaintiff's Petition for Approval of Settlement Distribution (Dkt. No. 123) in this matter and take no position on the Petition other than to note it accurately reflects the total settlement between Plaintiff and the MEnD Defendants. The MEnD Defendants take no position on how the amounts in the Petition are distributed.

**LARSON • KING, LLP**

Date:  January 5, 2021

*/s/ Anthony J. Novak*
Carolin Nearing, #0291791
Anthony J. Novak, #0351106
Bradley R. Prowant, #0396079
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: 651-312-6500
cnearing@larsonking.com
tnovak@larsonking.com
bprowant@larsonking.com

*Attorneys for MEnD Defendants*