# UNITED STATES DISTRICT COURT
## District of Minnesota

David W. Lynas,

Plaintiff,

v.

Linda S. Stang, Michael D. Wise,
MEnD Correctional Care, PLLC,
John Does, Sherburne County,
Michael Robertson,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 18-cv-2301 JRT/KMM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 2/10/2021

KATE M. FOGARTY, CLERK